ERIC GRANT
United States Attorney
RACHEL R. DAVIDSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Email:  Rachel.Davidson@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON "SJ" JOSLIN,<br><br>                      Plaintiff,<br><br>           v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.<br><br>                      Defendants. | No. 1:26-CV-02029-JLT-EPG<br><br>[~~PROPOSED~~] **ORDER: BRIEFING SCHEDULE RE PLAINTIFF'S TRANSFERRED COMPLAINT AND MOTION FOR PRELIMINARY INJUNCTION**<br><br>Judge: Hon. Jennifer L. Thurston |

Pursuant to the parties' stipulation, the Court hereby orders the following briefing schedule regarding plaintiff's transferred complaint and motion for preliminary injunction:

| Event | Filing Deadline |
|---|---|
| ▪ Plaintiff's Amended Complaint<br>▪ Plaintiff's Amended Motion for Preliminary Injunction | March 31, 2026 |
| ▪ Defendants' Motion to Dismiss Amended Complaint<br>▪ Defendants' Opposition to Amended Motion for Preliminary Injunction | April 30, 2026 |
| ▪ Plaintiff's Opposition to Defendants' Motion to Dismiss Amended Complaint<br>▪ Plaintiff's Reply: Amended Motion for Preliminary Injunction | May 14, 2026 |
| ▪ Defendants' Reply: Motion to Dismiss Amended Complaint | May 28, 2026 |

IT IS SO ORDERED.

Dated:    **March 18, 2026**

_____
UNITED STATES DISTRICT JUDGE

1