AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | |
|---|---|
| Shannon SJ Joslin | ) |
| *Plaintiff* | ) |
| v. | ) |
| U.S. Department of the Interior, et al. | ) |
| *Defendant* | ) |

Case No.  1:26-cv-02029-JLT-EPG

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Shannon SJ Joslin                                                                                                    .

Date:  March 26, 2026

*Marshall Searcy*
*Attorney's signature*

Marshall Searcy, #169269
*Printed name and bar number*

865 S. Figueroa St., 10th Fl. Los Angeles, California 90017

marshallsearcy@quinnemanuel.com
*E-mail address*

213 443 3000
*Telephone number*

213 443 3100
*FAX number*