AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | | |
|---|---|---|
| Shannon SJ Joslin | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:26-cv-02029-JLT-EPG |
| U.S. Department of the Interior, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Shannon SJ Joslin                                                                                          .

Date:  March 26, 2026                                      *MacKenzie Freed*
                                                                        *Attorney's signature*

                                                                        MacKenzie Freed, #353450
                                                                        *Printed name and bar number*


                                                                        555 Twin Dolphin Dr., 5th Fl. Redwood Shores, CA 94065
                                                                        *Address*

                                                                        mackenziefreed@quinnemanuel.com
                                                                        *E-mail address*

                                                                        650-801-5000
                                                                        *Telephone number*

                                                                        650-801-5001
                                                                        *FAX number*