AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Eastern District of California

| | | |
|---|---|---|
| Shannon SJ Joslin | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:26-cv-02029-JLT-EPG |
| U.S. Department of the Interior, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff Shannon SJ Joslin                                                                                    .

Date:  March 26, 2026

*Chloe Connolly*
*Attorney's signature*

Chloe Connolly, #348962
*Printed name and bar number*

50 California St., 22nd Fl. San Francisco, CA 94111
*Address*

chloeconnolly@quinnemanuel.com
*E-mail address*

415-875-6600
*Telephone number*

415-875-6700
*FAX number*