

United States District Court
Eastern District of California

Shannon "SJ" Joslin

Plaintiff(s)

V.

U.S. Department of the Interior, et al

Defendant(s)

Case Number: 1:26-cv-2029

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Margaret (Emmy) Wydman _____ hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Shannon "SJ" Joslin

On _____ 11/17/2022 _____ (date), I was admitted to practice and presently in good standing in the

_____ District of Columbia Court of Appeals _____ (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

Date: _____ 03/30/2026 _____        Signature of Applicant: /s/ Margaret (Emmy) Wydman

**Pro Hac Vice Attorney**

Applicant's Name: Margaret (Emmy) Wydman

Law Firm Name: Civil Service Law Center LLP

Address: 1455 Pennsylvania Ave NW, Suite 400

City: Washington      State: DC    Zip: 20004

Phone Number w/Area Code: (202) 571-7840

City and State of Residence: Washington, DC

Primary E-mail Address: ewydman@civilservicellp.com

Secondary E-mail Address: info@civilservicellp.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Marshall Searcy

Law Firm Name: Quinn Emanuel Urquhart & Sullivan LLP

Address: 865 S. Figueroa St., 10th Fl.

City: Los Angeles      State: CA    Zip: 90017

Phone Number w/Area Code: (213) 443-3000      Bar # 169269

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: _____      _____
                                                    JUDGE, U.S. DISTRICT COURT



*On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that*

# *Margaret E Wydman*

*was duly qualified and admitted on November 17, 2022 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, an Active member in good
standing of this Bar.*

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on March 26, 2026.**

**JULIO A. CASTILLO
Clerk of the Court**

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.*