



**United States District Court**

**Eastern District of California**

**MAR 3 1 2026**

CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

---

Dr. Shannon Joslin

Plaintiff(s)

V.

U.S. Department of Interior, et al

Defendant(s)

Case Number: 1:26-cv-2029

APPLICATION FOR PRO HAC VICE
AND PROPOSED ORDER

---

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California,

Paula Dinerstein _____hereby applies for permission to appear and participate as

counsel in the above entitled action on behalf of the following party or parties:

Plaintiff Shannon "SJ" Joslin

On _____06/05/1983_____ (date), I was admitted to practice and presently in good standing in the

U.S. District Court for the District of Columbia (court). A certificate of good standing from that court is

submitted in conjunction with this application. I have not been disbarred or formally censured by a court of

record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice

application to this court. (If you have made a pro hac vice application to this court within the last year, list

the name and case number of each matter in which an application was made, the date of application and

whether granted or denied.)

---

Date:_____03/30/2026_____      Signature of Applicant: /s/ Paula Dinerstein _____

---

U.S. District Court – Pro Hac Vice Application                                             Page 1
Revised July 6, 2021

**Pro Hac Vice Attorney**

Applicant's Name:  Paula Dinerstein

Law Firm Name:  Public Employees for Environmental Responsibility (PEER)

Address:  962 Wayne Ave

Suite 610

City:  Silver Spring    State:  MD    Zip:  20910

Phone Number w/Area Code:  (202) 265-7337

City and State of Residence:  Chevy Chase, MD

Primary E-mail Address:  pdinerstein@peer.org

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name:  Marshall Searcy

Law Firm Name:  Quinn Emanuel Urquhart & Sullivan

Address:  865 S. Figueroa St., 10th Fl.

City:  Los Angeles    State:  CA    Zip:  90017

Phone Number w/Area Code:  (213) 443-3000    Bar #  169269

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: 3/31/26

JUDGE, U.S. DISTRICT COURT

 

# United States District & Bankruptcy Courts
## for the District of Columbia
### CLERK'S OFFICE
333 Constitution Avenue, NW
Room 1225
Washington, DC 20001

I, **ANGELA D. CAESAR,** Clerk of the United States District Court,

for the District of Columbia, do hereby certify that:

## PAULA   NAOMI   DINERSTEIN

was, on the ____5th____ day of _____June_____ A.D. ____1983____ admitted to

practice as an Attorney at Law at the Bar of this Court, and is, according to

the records of this Court, a member of said Bar in good standing.

In Testimony Whereof, I hereunto subscribe my name and affix the seal of

said Court in the City of Washington this ____30th____ day of ____March____

A.D. ____2026____.



**ANGELA D. CAESAR,** Clerk of Courts

By: _____/s/ Ángeles Brown_____

**Deputy Clerk**