Clayton L. Bailey (DC Bar No. 1644867) (admitted *pro hac vice*)
Margaret (Emmy) Wydman (DC Bar No. 9007646) (admitted *pro hac vice*)
**Civil Service Law Center LLP**
1455 Pennsylvania Ave NW, Suite 400
Washington, DC 20004
(202) 571-7836

Paula Dinerstein (DC Bar No. 333971) (admitted *pro hac vice*)
**Public Employees for Environmental Responsibility**
962 Wayne Ave, Suite 610
Silver Spring, MD 20910
(202) 464-2293
pdinerstein@peer.org

*Counsel for Plaintiff Shannon "SJ" Joslin*

[Additional counsel listed on signature page]

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF CALIFORNIA

DR. SHANNON "SJ" JOSLIN,

        *Plaintiff,*

      vs.

U.S. DEPARTMENT OF THE INTERIOR, *et al.*,

        *Defendants.*

Case No. 1:26-cv-2029-JLT-EPG

**PLAINTIFF'S NOTICE OF MOTION FOR PRELIMINARY INJUNCTION**

Date: June 9, 2026
Time: 9:00 a.m.
Judge: The Honorable Jennifer L. Thurston

Pursuant to Federal Rule of Civil Procedure 65(a) and Local Civil Rule 231(d), Plaintiff Shannon "SJ" Joslin hereby moves for a preliminary injunction reinstating Dr. Joslin's employment with the National Park Service and enjoining criminal enforcement against Dr. Joslin for speech at Yosemite supporting LGBTQ+ rights. As set forth in more detail in the accompanying brief, Dr. Joslin is likely to succeed on the merits of their claims that Defendants' selective enforcement of a park regulation violated Dr. Joslin's rights under the First and/or Fifth Amendments. Dr. Joslin is suffering and will continue to suffer irreparable injury absent the requested relief, and the balance of equities and public interest are in Dr. Joslin's favor.

PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION         -1-

Pursuant to Local Rule 231(d)(3), Dr. Joslin respectfully requests a hearing on their application for a preliminary injunction, at which Dr. Joslin can present oral testimony if the Court would find that useful. Dr. Joslin anticipates one hour will be required for a hearing without testimony.

Dated: March 31, 2026

Respectfully submitted,

*/s/ Chloe Connolly*

| | |
|---|---|
| **CIVIL SERVICE LAW CENTER LLP** | **QUINN EMANUEL URQUHART & SULLIVAN LLP** |
| Clayton L. Bailey* (DC Bar No. 1644867) | Chloe Connolly, CA Bar #348962 |
| Margaret (Emmy) Wydman* (DC Bar No. 9007646) | 50 California St., 22nd Fl. |
| 1455 Pennsylvania Ave NW, Suite 400 | San Francisco, CA 94111 |
| Washington, DC 20004 | (415) 875-6600 |
| (202) 571-7836 | chloeconnolly@quinnemanuel.com |
| cbailey@civilservicellp.com | |
| ewydman@civilservicellp.com | Marshall Searcy, CA Bar #169269 |
| | 865 S. Figueroa St., 10th Fl. |
| **PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY** | Los Angeles, CA 90017 |
| Paula Dinerstein* (DC Bar No. 333971) | (213) 443-3000 |
| 962 Wayne Ave, Suite 610 | marshallsearcy@quinnemanuel.com |
| Silver Spring, MD 20910 | MacKenzie Freed, CA Bar #353450 |
| (202) 464-2293 | 555 Twin Dolphin Dr., 5th Fl. |
| pdinerstein@peer.org | Redwood Shores, CA 94065 |
| | (650) 801-5000 |
| *Admitted *pro hac vice* | mackenziefreed@quinnemanuel.com |

*Counsel for Plaintiff Shannon "SJ" Joslin*

PLAINTIFF'S MOTION FOR
PRELIMINARY INJUNCTION          -2-

**CERTIFICATE OF SERVICE**

I hereby certify that on March 31, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of and effectuate service on such as to the attorneys of record.

*/s/ Chloe Connolly*
Chloe Connolly, CA Bar #348962