# Exhibit 1

# Yosemite held Pride event — and now there are calls for boycotts. Here's what happened

Brooke Baitinger     June 23, 2023 1:49 PM



*Screenshot from Pattie Gonia's TikTok video*

Yosemite National Park became the latest target of boycott threats after hosting a Pride parade for park staff. Here's what happened.

Popular drag queen and environmentalist Pattie Gonia posted a TikTok showing a Pride parade for park staff on June 8 that quickly went viral.

"Hello, in case you didn't know, gay people are literally taking over the National Park System," they say in the video, which shows participants hiking through the park with pride flags and attire.

Pattie Gonia then describes how they helped throw Pride at Yosemite for the

third year in a row.

"As you can see, there are literal hundreds of queer Yosemite employees," the drag queen, whose personal identity is Wyn Wiley, says in the video. "We danced. We marched. We celebrated. And we got wet. I am so proud of all the community organizers in the park system who are making safe space for queer people all year round.

"No planet, no Pride," they added. "Mother Nature is a lesbian. Goodbye."

The video caught the attention of conservative commentator and Turning Point USA founder Charlie Kirk, who shared it with his 2.3 million Twitter followers.

"Now even our national parks are hosting drag queens for 'Pride Month'," Kirk said.

His post inspired some of his followers to suggest boycotting the park.

"It's time to boycott Yosemite!!!" one said.

"Looks like we'll skip the hike today," someone else said.

"I won't be going there anymore," another commented.

The [park received some negative comments](#) on a statement about the parade it posted on Instagram, with some joking about conservative boycotts.

"What in the bud light at target is going on here," one asked, seemingly sarcastically.

"Please promise us you'll try and cancel Yosemite," someone replied. "I'm being serious. If you conservatives are so upset that they're showing support for us then please by all means stay home and drink your Coors light and then maybe just maybe the park will be enjoyable again without the crowds."

An employee who works as a refrigerator technician at the park chimed in to share their disappointment at the hate on the post and to wish everyone a happy Pride month.

"I'm extremely grateful for this incredible community, this is the first workplace I've ever felt safe being out of the closet," they said.

Elsewhere on social media, people even welcomed the boycott.

"Yosemite posted a pride post (literally just park rangers with pride flags) and people in the comments are having straight meltdowns," someone said on Twitter. "Hoping they boycott so the crowds get smaller."

It was not Pattie Gonia's first partnership to instigate boycott threats. After starring in an advertisement for The North Face's Pride month campaign, some threatened to boycott the brand, Newsweek reported.

After Bud Light and Target publicly supported transgender people and drag queens in their Pride month campaigns, many conservatives pledged to boycott the companies — and any others that followed suit.

Target and Bud Light backtracked after the backlash, with Target taking down Pride displays in many of its stores. But most Americans say big retailers should publicly support the LGBTQ+ community and keep their Pride displays, according to recent studies by GLAAD and Data for Progress.

Brooke (they/them) covers Fresno and California news as the Fresno Bee's service journalism reporter. They previously covered wildlife and national parks out west for the national real-time team at McClatchy News. Originally from Florida, they studied journalism at the University of Florida and previously covered LGBTQ+ news for the South Florida Sun Sentinel, their hometown newspaper. When they're not writing stories, they enjoy hanging out with their cats, riding horses or spending time outdoors.

# Exhibit 2



**yosemitenps** ✓ · **Follow**  •••



**yosemitenps** ✓  140w
Though the color scheme of Yosemite
can often lend itself to a muted, earth-
toned palette, this month we are making
sure the full vibrancy of our human story
shines. As a park, we are committed not
only to telling diverse stories, but to
making sure that Yosemite is a place
where all feel safe and welcome to take
pride in their environment and foster
relationships of mutual respect with
plants, animals and each other.

We kicked off the month, boots and all,
with Yosemite's 3rd annual Pride
parade. Here, we experienced firsthand
the joy that rainbows bring to a cloudy
day.

Nature is a wild and fluid place; we see
that in the waterfalls, meadows, and
flora and fauna that call this place home.
Let Yosemite serve you as a space to

♡ **50.3K**  💬 **5.7K**  ▽  🔖

June 9, 2023

**Log in** to like or comment.



**Exhibit 3**


# Yosemite
National Park
California

NPS.gov (https://www.nps.gov/)     Park Home (https://www.nps.gov/yose/index.htm)     Learn About the ...

# Stories

The granite cliffs and domes of Yosemite have been witness to human lives for thousands of years. The landscape itself inspired and influenced the events that occurred over time. Yosemite has been a home, a battleground of human conflict and ideas, a destination, a place of recovery, and more.

Exploring these stories gives us new insight into what has made Yosemite National Park into the place it is today.



### Buffalo Soldiers

(https://www.nps.gov/yose/learn/historyculture/buffalo-soldiers.htm)



### The Ahwahnee Naval Hospital

(https://www.nps.gov/yose/learn/historyculture/navy-hospital.htm)



### Mission 66 in Yosemite

(https://www.nps.gov/yose/learn/historyculture/mission-66.htm)

# Cultural History of Yosemite

## Early Human Presence in Yosemite

[People have lived in modern-day Yosemite National Park for at least 8,000 years (https://www.nps.gov/yose/learn/historyculture/yosemite-indians.htm)](https://www.nps.gov/yose/learn/historyculture/yosemite-indians.htm). Little is known about these earliest inhabitants. Today and for the last several centuries, Yosemite is home to many tribes. Before its modern name, Yosemite Indians called Yosemite Valley "Ahwahnee," meaning "gaping mouth-like place." Numerous tribes gathered in Tuolumne Meadows in the summer to trade, take advantage of food sources, and escape the summer heat of the lowlands. Evidence suggests tribes seasonally occupied many areas across Yosemite such as the Hetch Hetchy Valley, Wawona, and Crane Flat.

## 1850s: Invasion, Settlement, and Early Tourism

The California Gold Rush of 1849 brought [thousands of non-Indian miners to the Sierra Nevada (https://www.nps.gov/yose/learn/historyculture/destruction-and-disruption.htm)](https://www.nps.gov/yose/learn/historyculture/destruction-and-disruption.htm). Many miners were ruthless in their search for gold, and thousands of Native people were killed by outsiders or died of starvation. Yosemite Valley was first entered by non-Indians in 1851 by the Mariposa Battalion, a state-sponsored militia. The battalion made two attempts to remove the Native people to the Fresno River Reservation, but those attempts, along with a U.S. Army punitive expedition in 1852, were ultimately unsuccessful in removing the Indian people from the Yosemite region.



Even after violent invasions and removal of American Indians, many survivors stayed in the area, adapting and taking on work such as making decorative baskets to sell to tourists. Members of the seven traditionally associated tribes continue to live in the area today.

As non-Indians began to settle in the Valley, some surviving Indians left Yosemite Valley, dispersing in nearby communities. Other Indians stayed close by and adapted, taking jobs as road laborers, guides, housekeepers, and artisans who sold goods to tourists.

### Early Visitor Services in Yosemite Valley

Within a few years of the first outsiders entering Yosemite Valley and the displacement of its native

residents, fortune seekers began to flock to the area. Most weren't seeking gold, instead coming in search of riches, solitude, or both. James Hutchings (https://www.nps.gov/yose/learn/historyculture/hutchings.htm), who later became one of Yosemite's earliest European American residents, led the first known tourist party through Yosemite Valley in 1855.

In 1856, the Lower Hotel was the first lodging built for tourism (https://www.nps.gov/yose/learn/historyculture/lodging.htm) in Yosemite Valley, offering extremely modest, barn-like accommodations. Enterprising new residents constructed bridges and operated ferries across the Merced River, charging travelers a fee to use them. Numerous non-Indian residents established pre-emption claims in Yosemite Valley, hoping to acquire land that had been dispossessed from American Indians. These residents planted orchards and grazed their stock in meadows, rapidly altering Yosemite Valley's ecological, cultural, and scenic qualities.

## 1860s to 1890s: The Yosemite Grant and Preservation for Public Enjoyment

In the mid-19th century, the concept of a national park did not yet exist. Nevertheless, early conservationists believed that Yosemite Valley and the Mariposa Grove of Giant Sequoias needed formal protection to prevent these remarkable landscapes from being destroyed by commercial interests.

Advocates including steamship Captain Israel Ward Raymond and Senator John Conness worked to persuade Congress to enact these protections. At the same time, journalists and artists (https://www.nps.gov/yose/learn/historyculture/art. htm) played a key role in conveying the grandeur of Yosemite to a broader national audience. The groundswell of advocacy proved successful when President Abraham Lincoln signed an act protecting the Yosemite Grant in 1864. This watershed legislation granted to the State of California Yosemite Valley and the Mariposa Grove of Giant Sequoias under the condition they remain protected for public enjoyment—the first time the US government protected public land for its scenic value.



Art plays a key role in Yosemite's cultural history. Paintings and photography played a critical role in the original legislation that conferred protection for Yosemite. Creating and enjoying art of Yosemite continues to inspire visitors and conservationists today.

Shortly after, the newly established board of commissioners for the Yosemite Grant designated [Galen Clark (https://www.nps.gov/yose/learn/historyculture/galen-clark.htm)](https://www.nps.gov/yose/learn/historyculture/galen-clark.htm), another early advocate of the Yosemite Grant, to be the park's first formally appointed guardian. Clark served several non-consecutive terms, helping to protect the park for over twenty years.

**Tourism Expands in Yosemite Valley and Beyond**

The enactment of the Yosemite Grant sealed Yosemite's fate as a tourist destination. Local entrepreneurs quickly caught on to the opportunity, [expanding visitor services quickly (https://www.nps.gov/yose/learn/historyculture/concessions-history.htm)](https://www.nps.gov/yose/learn/historyculture/concessions-history.htm).In the early days of Yosemite tourism, reaching Yosemite Valley required a grueling, multi-day journey on horseback. To make the journey faster and more comfortable, local businessmen funded the development of stage roads, though even this improvement in travel remained very dusty and dangerous. The journey required highly skilled reinsman such as the acclaimed driver [George Monroe (https://www.nps.gov/yose/learn/historyculture/george-monroe.htm)](https://www.nps.gov/yose/learn/historyculture/george-monroe.htm) to safely carry visitors to their destination.

The first road to reach Yosemite Valley, the Coulterville Road, was completed in June 1874, followed by the Big Oak Flat Road just one month later. The Wawona Road opened to traffic in 1875 after Chinese laborers worked to complete the road through a harsh winter season. Later, the Yosemite Valley Railroad, completed in 1907, marked another leap forward in visitor access. These methods of travel were gradually rendered obsolete by the invention and widespread adoption of the automobile.

After stage roads reached Yosemite Valley, a bevy of hotels, restaurants, photography studios, and other services multiplied to serve the nascent tourist economy, often leading to bitter rivalries between concessioners. More modest levels of development reached other areas of modern-day Yosemite, such as [artist Thomas Hill's studio (https://www.nps.gov/yose/learn/historyculture/thomas-hill.htm)](https://www.nps.gov/yose/learn/historyculture/thomas-hill.htm) and the Wawona Hotel, both located near the Mariposa Grove of Giant Sequoias, another popular destination.

Some of Yosemite Valley's earliest enterprises still operate today. Irish immigrant [Bridget Degnan began baking and selling bread (https://www.nps.gov/yose/learn/historyculture/degnans.htm)](https://www.nps.gov/yose/learn/historyculture/degnans.htm) to residents and visitors in the 1880s. Degnan's Kitchen remained family-owned until 1972 and continues to serve visitors today.

Former schoolteachers David and Jennie Curry founded Camp Curry in 1899, offering low-budget accommodations and activities to visitors. Their initially small operation of tent cabins in the east corner of Yosemite Valley grew considerably over the years and continues as Curry Village today.

Numerous private interests identified the opportunity for trails to serve both practical and sightseeing purposes. Among them, John Conway designed and constructed [several of the park's earliest tourist trails (https://www.nps.gov/yose/learn/historyculture/early-tourism-roads-and-trails.htm)](https://www.nps.gov/yose/learn/historyculture/early-tourism-roads-and-trails.htm) in the late 19th century, including the Yosemite Falls Trail, Chilnualna Falls trail, and the original Four Mile Trail.

# Early Settlement and Resource Exploitation Outside Yosemite Valley

While the tourism economy burgeoned in Yosemite Valley, most of the land now encompassed by Yosemite National Park was not yet legally protected.

As outsiders and government authorities continued to disrupt American Indian ways of life and remove Indians to reservations, homesteaders and stockmen sought new uses for the land across the high country, mid-elevation meadows, and forests. Cattlemen and sheepmen led their animals to graze throughout many areas of modern-day Yosemite. Homesteaders often abandoned their claims



Homesteaders Tom and Lizzie Hodgdon lived in this cabin in Aspen Valley. This cabin was built in 1879 by the Hodgdons' neighbor Franklin Babcock and Chinese American cowboy Ah Hoy. Nearby Hodgdon Meadow was later named for this family. This cabin was later relocated to the Yosemite History Center.

relatively quickly due to the challenges of the remote, mountainous location. Tuolumne Meadows and the surrounding high country became particularly popular summer grazing destinations for sheepherders, many of whom were Basque.

In the 1880s, prospectors built mines in the high country, expecting to plunder the mountains for silver. To support these developing mines, crews of both Chinese and white laborers (https://www.nps.gov/articles/000/chinesehistory.htm) quickly built the Great Sierra Wagon Road across Yosemite's high country. This road wound through the mountains along a similar route as present-day Tioga Road. A few years later, it became clear that these mines would not be profitable, and they were abandoned. Stephen Mather, the first director of the National Park Service, and his associates later acquired the road for $15,000 using their own funds. Congress accepted the title transfer of the road to the National Park Service in 1915.

## 1890s to 1910s: Yosemite Becomes a National Park

Early conservationists recognized that effective preservation of Yosemite Valley's majestic cliffs and waterfalls necessitated protection of nearby areas as well. State Engineer William Hammond Hall first formally recommended protection of the watershed above Yosemite Valley in a report published after his 1881 visit to the area. John Muir (https://www.nps.gov/yose/learn/historyculture/muir.htm) became one of Yosemite's most famous advocates, voicing his support for the expansion of Yosemite's borders and designation as a national park. His and others' activism led to U.S. Congress passing a bill designating Yosemite as the nation's third national park in 1890. This legislation massively expanded the protected land, encompassing most of the upper reaches of the Merced River and Tuolumne River watersheds.

At that time, the National Park Service had not been established, and thus there was not yet consistent,

unified administration of the nation's small network of national parks. In the interim, the U.S. Army served as the guardians of the park. Many troops, [including the all-Black regiment known as the Buffalo Soldiers, (https://www.nps.gov/yose/learn/historyculture/buffalo-soldiers.htm)](https://www.nps.gov/yose/learn/historyculture/buffalo-soldiers.htm) patrolled on horseback, curbing unwanted and illegal activities in the park such as wildlife poaching, illegal grazing, wildfire, and theft.



Some early Yosemite visitors experienced perilous journeys over dusty roads on stages clinging to the side of steep slopes. This six-horse stage is shown traveling along Big Oak Flat Road.

### Tensions between Conservation and Resource Exploitation

In 1905, Congress redrew the boundaries of Yosemite National Park once again. The new boundaries traced the upper basin of the Merced and Tuolumne Rivers along the park's northern and eastern boundaries. However, this change significantly reduced Yosemite's area compared to its 1890 boundaries, in part due to pressures from mining, logging, and grazing interests. In 1906, management of Yosemite Valley and the Mariposa Grove shifted from the State of California to the federal government.

The fight to protect Yosemite soon faced another battle. The City of San Francisco had long been seeking a new water supply for the city, eyeing the pristine mountain waters of the Tuolumne River in the [Hetch Hetchy Valley (https://www.nps.gov/yose/planyourvisit/hh.htm)](https://www.nps.gov/yose/planyourvisit/hh.htm). The proposal to construct a dam and impound water within a national park set off fierce debate; Hetch Hetchy was a tangible manifestation of the competing values of preservation and use. Ultimately, Congress passed the Raker Act in 1913, authorizing construction of O'Shaughnessy Dam. Since its completion in 1923, the Hetch Hetchy Reservoir continues to provide drinking water and hydroelectric power for millions of residents in the San Francisco Bay Area today.

The Hetch Hetchy controversy laid bare that without robust, centralized bureaucratic backing, the nation's growing national park system would remain vulnerable to competing interests. In 1916, Congress passed an act establishing the National Park Service.

# 1910s to 1960s: Growth and Challenges in the Early Days of the National Park Service

### Building the National Parks

In the early days of the National Park Service, park administrators went to work outfitting the parks with infrastructure sufficient to support visitation and administration. In the 1920s, new construction proliferated particularly quickly in Yosemite Valley.

The [Rangers' Club (https://www.nps.gov/yose/learn/historyculture/rangers-club.htm)](https://www.nps.gov/yose/learn/historyculture/rangers-club.htm), built in 1920 as a home for seasonal rangers, was the first structure built in the newly established National Park Service Rustic architecture style. Architects designed and built Yosemite Village and its nearby employee housing as a new hub of administration and visitor services. Yosemite concessioners built The Ahwahnee in 1927, a large, resort-style hotel intended to attract wealthy visitors.

When the economy plummeted into the Great Depression, the parks benefited from government labor programs, allowing park development to continue despite nationwide economic turmoil. In the 1930s and early 1940s, the Civilian Conservation Corps completed projects around Yosemite such as construction of the Arch Rock Entrance, Glacier Point overlook, Ostrander Ski Hut, and many more.

**Wartime Impacts in Yosemite**

This spree of park development came to a halt during World War II, when funding and visitation to all national parks dropped precipitously. For over two years, [The Ahwahnee temporarily became a naval convalescent hospital (https://www.nps.gov/yose/learn/historyculture/navy-hospital.htm)](https://www.nps.gov/yose/learn/historyculture/navy-hospital.htm) where medical staff treated thousands of recovering soldiers. Across Yosemite, low budgets and chronic understaffing led to infrastructure falling into disrepair as years of war ticked by.

After the conclusion of World War II, nationwide economic prosperity and an appetite for modernizing made its way to the parks, revitalizing infrastructure and visitation after a years-long lull.

**Mission 66**

After World War II, President Dwight Eisenhower passed a bill funding [Mission 66](#)



The Ahwahnee, shown here under construction in the 1920s, was an experiment in architecture. In addition to its unusual Y-shaped massing for the rustic era, most of the building was made of fireproof materials like concrete and granite that was stained and textured to look like wood.

[(https://www.nps.gov/articles/000/mission-66.htm)](https://www.nps.gov/articles/000/mission-66.htm), an ambitious, billion-dollar project to revitalize facilities, infrastructure, and staffing in the national parks. As visitation rose rapidly, infrastructure and park staffing levels were in urgent need of modernization to meet the needs of the growing crowds.

Mission 66 funded [dozens of projects throughout Yosemite (https://www.nps.gov/yose/learn/historyculture/mission-66.htm)](https://www.nps.gov/yose/learn/historyculture/mission-66.htm), including new and revitalized campgrounds, new employee housing, modernized utilities infrastructure, reconstruction of key segments of Tioga Road and Big Oak Flat Road, and many others. Park concessioners also funded new, modern buildings during Mission 66, including Degnan's Kitchen, the Village Store complex, and Yosemite Valley Lodge. Collectively, these efforts streamlined and improved visitor experiences through increased staffing, better roads, expanded accommodations, and more readily available park information.

## 1960s to Modern Day: Post-War Revitalization and Cultural Movements

For much of its early history, Yosemite and other national parks were managed with a "people first" philosophy, meaning that the comfort, convenience, and enjoyment of park visitors was at the forefront of decision-making. Sometimes, this caused harm to the natural world, such as the killing of certain predators or the long-standing fire suppression policy.

Construction laborers at work on the new registration office at Yosemite Valley Lodge during Mission 66. Before this project, the lodging office was in an old building that had been converted from army barracks.

The late 20th century to the modern day have brought significant changes in park management practices to more ecologically sound practices. Scientific evidence and traditional knowledge now play a more important role in park management decisions. Visitation patterns and ways of experiencing Yosemite have changed, too.

### New Frontiers in Outdoor Sport

In the mid-20th century, rock climbing was not yet a mainstream sport. The walls of Yosemite became an incubator where new styles and best practices for climbing were born. Early climbers set their sights on Yosemite Valley, launching the sport into a period of rapid growth in culture, techniques, and athletic achievement. In the 1940s and '50s, prominent athletes such as John Salathé, Royal Robbins, and Warren Harding pioneered numerous first ascents of Yosemite Valley's iconic big wall climbs, such as Sentinel Rock, Half Dome, and El Capitan.

Beginning in the 1950s and for several decades after, climbers camped in Camp 4 for long periods, often

with little to no money or belongings, devoting their time and money to training and attempting new, difficult climbing routes and techniques. In 2003, Camp 4 was listed on the National Register of Historic Places for its significance in the development of modern rock climbing. Today, Yosemite's towering granite walls remain an epicenter of rock climbing culture for both recreational and professional athletes.

## Parks for All People



Stoneman Meadow was once a popular gathering place for leisure and socializing. Later, this meadow was the scene of a violent altercation between park visitors and authorities.

Much like the free-spirited rock climbers, the 1960s and 70s brought another new type of visitor to Yosemite: hippies and youth of the countercultural movement. Park officials initially viewed this type of visitor as disruptive and undesirable. On July 4, 1970, tensions erupted during the Stoneman Riot, where authorities stormed scenic Stoneman Meadow below Half Dome, a preferred social destination for youth, arresting hundreds of visitors. In the months following the riots, authorities continued to target young hippies, turning visitors away at entrance stations based on their appearance and sweeping campgrounds in the middle of the night to oust youth. Hippies and their allies pushed back, asserting their right to enjoy national parks peacefully. As negative press and public outcry mounted, National Park Service director George Hartzog intervened, replacing Yosemite's superintendent and personally visiting the park to help solve the ongoing tensions. In the summer of 1971, a year after the explosive riots broke out, Yosemite authorities shifted their stance, establishing new campgrounds, policies, and even ranger programming to engage youth.

Amid the deep cultural divides of the 1970s, these painful moments of conflict on the Valley floor led Yosemite and the National Park Service to rethink its previously narrow approach, embracing the ever-changing needs and goals of increasingly diverse visitors.

## Beginnings and Endings for Fire

The famous Camp Curry Firefall, a dazzling nightly display where workers pushed hot coals over Glacier Point after dark, ended in 1968. National Park Service director George Hartzog mandated the end of the long-standing tradition due to the unnatural nature of the attraction in addition to severe traffic congestion. The end of the Firefall was emblematic of the broader sea change in park management philosophies.

The role of fire in Yosemite changed in more profound ways shortly after. For thousands of years, lightning-caused wildfires burned freely, and Yosemite Indians actively managed the land by intentionally starting low-intensity fires. When European Americans violently removed Yosemite Indians and claimed

administrative control over Yosemite, the newcomers implemented a major shift to total fire suppression. Despite being a fire-adapted ecosystem, fire suppression was the prevailing practice in Yosemite for over one hundred years, finally ending in the 1970s. The legacy of fire suppression caused significant alterations in habitat and vegetation of the area still evident today. Modern fire and forest management policies seek to restore the natural role of fire in maintaining healthy ecosystems in Yosemite.

**Wildlife Management**

Much of California was once part of grizzly bears' native range, including Yosemite. The last known grizzly bear in the park was killed in 1895. Even though Yosemite was a national park at the time, regulations in that era did not mandate protection for wildlife; large predators were considered undesirable and large numbers of them were killed.

Biologists Joseph Grinnell and Tracy Storer performed some of the earliest wildlife surveys of Yosemite National Park in the 1910s, which they published in their book *Animal Life in the Yosemite*. Through their research, these visionary scientists emphasized the importance of managing national parks as wildlife refuges in addition to their mandate for public enjoyment. In the 1920s and 30s, Grinnell's student [George Meléndez Wright (https://www.nps.gov/yose/learn/historyculture/wright.htm)](https://www.nps.gov/yose/learn/historyculture/wright.htm) continued this legacy in his work in Yosemite, where he taught, wrote about the area's natural history, and conducted wildlife surveys. Wright went on to help found the National Park Service's Wildlife Division in 1934 and advocate for groundbreaking wildlife management policies in his seminal text, *Fauna No. 1*. Policies conferring protection to native wildlife took decades to change, in part due to the advocacy of these early wildlife biologists and followed by their ideological successor Aldo Starker Leopold in the 1960s.

Conflict between humans and the remaining large wildlife, especially black bears, has been a long-standing challenge, especially as Yosemite became an increasingly popular tourist destination. Practices like open garbage dumps and even bear-feeding shows in the early and mid-20[th] century worsened matters. These human-bear conflicts led to the destruction of property and even human injuries. Improvements to human-bear management policies in Yosemite over more recent decades have led to massive decreases in human-bear conflicts, improving both human safety and wildlife welfare.

Many other animals have benefitted from modern conservation initiatives. After being extirpated from Yosemite in the 1940s, peregrine falcons began to make a comeback in the late 20th century thanks to nationwide rehabilitation efforts. When peregrine falcons began returning to Yosemite's cliffs, avid rock climbers partnered with wildlife biologists to monitor and protect these birds' sensitive nest sites. This ongoing program has led to a remarkable recovery to the peregrine falcon population.

Today, rare wildlife such as wolverines and California condors are occasionally seen passing through the area. Even though not all species who visit make a home here, these non-human visitors find a temporary haven in Yosemite's vast wilderness.

**Management Plans for Changing Needs**

On the heels of Mission 66's postwar modernization efforts, Yosemite administrators embarked on a long effort to create a general park management plan. With aging infrastructure, traffic congestion, and ever-growing visitation, park planning was becoming increasingly complex. After nearly a decade of planning and gathering input from tens of thousands of visitors, Yosemite National Park rolled out the 1980 General Management Plan. This documented outlined an ambitious plan to remove cars and non-essential administrative functions from Yosemite Valley.

Overcrowding and traffic congestion has plagued Yosemite for decades. Scenes like this holiday weekend in 1975 spurred the creation of the 1980 General Management Plan.

While aspects of this plan were heavily modified or never fully came to fruition due to a host of obstacles, some key changes implemented from this plan include the free shuttle system in Yosemite Valley and the relocation of many utilities and administrative functions to El Portal, outside the park boundary, reclaiming valuable space in Yosemite Valley.

Alongside these changes, the 1980s also brought significant advancement in natural resource conservation. Parking lot construction plans were axed to protect habitat for the endangered great grey owl. Wildlife biologists reintroduced Sierra Nevada bighorn sheep to their native range in the park. Critically, the passage of the California Wilderness Act in 1984 designated 89% of the park as legally protected wilderness as defined in the Wilderness Act of 1964. This percentage has grown even higher through additional designations in the years since. Congressionally designated wilderness means that these areas will remain free from roads and most other human-made infrastructure or interference. This legislation protects the wildlife, vegetation, and watersheds that are vital to California's ecosystems and human residents.

As both visitation patterns change and our understanding of our environment evolves, park management strategies continue to change to keep pace. Building on the work of the 1980 General Management Plan, the park created the Merced Wild and Scenic River Final Comprehensive Management Plan (https://www.nps.gov/yose/getinvolved/mrp.htm) between 2000 and 2014. Likewise, the Tuolumne Wild and Scenic River Final Comprehensive Management Plan (https://www.nps.gov/yose/getinvolved/trp.htm) was developed between 2006 and 2014. Both plans were the result of lengthy collaborative processes involving tribal consultation, scientific data, substantial public input, and more. The management strategies in these plans seek to improve hydrologic function within the river corridors and improve scenic qualities of these invaluable watersheds.

Just like fire, rockfall, and weather cause Yosemite to change a little bit each day, so too does the human history of Yosemite continue to be written.



# Was this page helpful?

○ Yes

○ No

An official form of the United States government. Provided by Touchpoints (https://touchpoints.app.cloud.gov/)

**CONTACT INFO**

**Phone:**

209/372-0200

# Exhibit 4



**pattiegonia** ✓ · Follow
Yosemite National Park

**pattiegonia** ✓ Edited · 127w
yosemite dump. 🏔️ threw pride for 1000+ park employees of yosemite national park. thank you so much to all the gays that came out and all the trader joe's snacks that were eaten.

⊕

**catwalkkelly** 97w
what make up remover are you using? 😍😂
Like   Reply

**flightsnotfeelings618** 100w
This. Is. AWESOME! 🏞️🌈 I just did interview for place near here !! I wanna do this if I get the job! How you join?? I wanna make friends who are also lgbtq+ !! This looks so fun!! Love it!! Thanks for sharing!! ❤️🧡

♡ **64.2K**   💬 **373**   ⋁      🔖

June 8, 2023

Log in to like or comment.



# Exhibit 5

**ICONS OF YOSEMITE**

# EL CAPITAN

El Capitan's iconic granite walls dominate the west end of Yosemite Valley. At more than 3,000 feet (900+ m) above the valley floor, it is 2.5 times as tall as the Empire State Building, or more than 3 times as high as the top of the Eiffel Tower. The view of El Capitan is a beacon for visitors, a muse for photographers, and climbing El Capitan is one of the world's ultimate challenges for rock climbers adventurers.



# EL CAPITAN CLIMBING IN YOSEMITE

El Capitan is known as the mecca of **modern rock climbing** and was thrust into the limelight recently through a few jaw-droppin films. Maybe you've heard of Alex Honnold's bleeding-edge asce of El Capitan without any ropes for protection in the Oscar-winr film "Free Solo," , Freesolo. Or maybe you watched the drama of Tommy Caldwell and Kevin Jorgeson's partnership on pioneering new free route, the Dawn Wall climb, in the film of the same nam and wondered what your own impossible challenge or "Dawn Wal might be. No matter how you came to know of El Capitan, find yo own adventure on the sheer granite face of one of Yosemite's most iconic landmarks with one of the mountain's many legenda routes.

# FREE SOLO, DAWN WALL & MORE CLIMBING STORIES

These El Capitan climbing stories were recently made into movies, but the stories of characters, adventure, teamwork, and bravery go far beyond that. Personal stories of triumphing over fear and forging friendships and partnerships by struggling together to accomplish something hard play out on a regular basis on Yosemite's steep walls.

If you want to make your own stories, go rock climbing with the **Yosemite Mountaineering School**. Whether it's your first time on rock, you want to make the transition from indoor to outdoor climbing, or you're ready to take on El Capitan itself, Yosemite Mountaineering School can connect you with a guide that can help you, and will probably have a few personal stories they would share with you as well. For more stories, be sure to visit the **Yosemite Climbing Association Museum & Gallery** in Mariposa.

# L CAPITAN ROUTES

El Capitan climbing was first conquered in 1957 by Warren Harding, who spent 45 days on the face using fixed ropes and gear on aid the most fabled climbing route, known as "The Nose." Since then, Yosemite rock climbing has grown into hundreds of routes with stunning views of the valley. We highly recommend getting a rock climbing **guide book** before visiting and planning out the route you want to ascend in advance.

# APITAN TRAIL



want to get to the top of Yosemite's mbing or driving, there is an option to . The El Capitan trail is one of the most s in Yosemite and both, incredibly satisfying to conquer. Because it is so also one of the quietest trails in h adds to its appeal. The El Capitan rs just under 20 miles and the elevation feet.

The time needed to hike to the top of El Capitan is between 8–12 hours (including the Eagle Peak side trail), requiring an early start if you want to get home before sunset. The descent down the Upper Yosemite Falls trail should not be underestimated either, with relentlessly steep trails that are covered with slippery grit and sand.



...ET ABOVE THE FLOOR OF YOSEMITE VALLEY, IS A FAVORITE ... AND ONLOOKERS ALIKE.

# BEST PLACES TO SEE & PHOTOGRAPH EL CAPITAN

Honestly, it's hard to pick one best place to view "El Cap." Due to its size, it's part of many of Yosemite's iconic views. Here are just a few.

Bridalveil Straight – As you drive into Yosemite Valley and you see El Capitan on the left, there are long pull-outs on both sides of the road for people to stop and admire the view. Please be considerate of other drivers and pull completely off the road. See if you can spot the heart on El Capitan – a spot where the granite features resemble a heart in the middle of the granite cliff. This is also a great angle to see **Bridalveil Fall** from fairly close, hence the name.

**Tunnel View** – Head south on Highway Hwy 41 toward **Glacier Point**, or **Wawona**, to climb a short distance off the valley floor and to see one of the must-stop vantage points in Yosemite, Tunnel View. El Capitan is unmistakable as the giant rock formation on the left. It's also provides a great view of Bridalveil Fall on the right and Half Dome way in the back.

El Cap Meadow – On your way back out o... the road passes right in front of the base... at El Cap Straight, and there is a pull-out... side of the road so that you can stop and... from up close. Follow up your visit to El C... to the California State Mining and Minera... learn more about minerals and **rocks in Y...**

Note: El Capitan meadow is currently un... so please look from one of the viewing ar... the road, or if you want to walk back into... use the trail on the eastern edge,

# EL CAPITAN PICNIC AREA

One of the best and most convenient places to take incredible pictures from is the El Capitan Picnic Area, which is located on Northside Drive right in front of the majestic granite face. It is a scenic spot from which you can watch big wall climbing at its finest. The picnic area is usually available from dawn to dusk and available on a first-come, first-served basis.



# EL CAPITAN'S FIREFALL LIGHT SHOW

In mid- to late-February, El Capitan is home to a now-famous light show of Horsetail Fall, sometimes simply called "the Firefall" or "**the Horsetail Firefall**." To see a spectacular firefall, three things need to come together. First, the angle of the sun, which is right on in late February. Second, water in the Horsetail Fall, which can be scarce in dry years. Lastly, a clear evening is required for the light reflect in Horsetail Fall. Hundreds of people travel have come from all over in hopes of seeing this small ephemeral fall on El Capitan's eastern flank turn molten gold with the setting sun.

**Pro-tip: The classic spot for viewing the Horsetail Firefall is from El Capitan Picnic Area. However, it's all about viewing angles, so other areas that are farther away, but maintain the same angles with the waterfall and sun have also become popular in the last few years. With the new Yosemite National Park restrictions, plan to walk from Yosemite Valley Lodge to get to this area during the natural firefall season.**

# BEST TIME TO SEE EL CAPITAN?

…ytime, really. El Capitan is located in Yosemite Valley and is …refore accessible year-round, and majestic in all seasons.

…photography, stormy winter days often produce the most …eresting light, with dramatic clouds swirling about the cliff face. …s is true for many of Yosemite's cliffs and large features.

…ou're specifically looking for climbers, there will be some in all …sons. However, there is a spring and fall "big-wall climbing …son" in Yosemite when the temperatures aren't too warm or …cold, and you'll find most climbers on the wall during those …es.



# FREQUENTLY ASKED QUESTIONS ABOUT EL CAPITAN

**How tall is El Capitan?** ⌄

**What does El Capitan mean?** ⌄

**Why is El Capitan so famous?** ⌄

**Where can I park at El Capitan?** ⌄

**Can a beginner hike El Capitan?** ⌄

**How hard is it to hike El Capitan?** ⌄

# WANT TO VISIT YOSEMITE? START PLANNING TODAY

## Sign Up for Yosemite Mariposa County Emails
Receive helpful tips and updates to plan your next vacation

**SIGN UP**

(866) 425–3366



**Download Our Free Visitors Guide**

About Us

Media Resources

Mariposa County Film Commission

Inspiration

Yosemite Lodging

Things To Do

Plan Your Trip

We use cookies to help us improve, promote, and protect our services. By continuing to use the site, you agree to our cookie policy.   MORE INFORMATION

GOT IT

**Exhibit 6**

**Mobilize for VMI: Click Here to Speak up for State Support (https://www.vmialumni.org/landing/mobilize-for-vmi-speak-up-for-state-support/)**

.UMNI/INDEX.ASPX?       NEWS &        (HTTPS://WWW.VMIALUMNI.ORG/NEWS-       SEARCH       vmi.edu(https://www.vmi.edu/)
:ARCH/SIMPLE)           PUBLICATIONSAND-PUBLICATIONS/)

VENTS(HTTPS://WWW.VMIALUMNI.ORG/EVENTS/)       GIVING       GIVE (HTTPS://SECURELB.IMODULES.COM/S/1752/LG21/FORM.ASPX?
NOWSID=1752&GID=2&PGID=4873&CID=10363&APPEALCODE=WEB)

FEATURED ARTICLE (HTTPS://WWW.VMIALUMNI.ORG/NEWS-AND-PUBLICATIONS/TURNOUTS/FEATURED-ARTICLE/)

# EVANS '66 AND EL CAPITAN: YOSEMITE ICONS



Tom Evans '66 (left) explains to these young park visitors the climbing action he is capturing on the wall. A lifelong teacher, he enjoys the chance to educate people of all ages about El Capitan.—Photos courtesy Evans.

In 2023, at 79 years old, Tom Evans '66 wrote his last entry for the ElCap Report—a renowned seasonal climbing blog documenting the daily activity around El Capitan, the 3,000-foot granite monolith in the heart of the Yosemite Valley.

For nearly three decades, his lens captured life and death, heroic and failed ascents, and the beauty and severity of El Cap with an attention to detail, integrity, and a sense of humor that captivated the climbing world and nurtured the community around the formidable rock. With his habitual cigar, ready wit, trusted expertise, and willingness to teach, Evans became a Yosemite icon, embodying the spirit of big wall climbing culture in Yosemite.

Like an ascent up the wall, Evans' career has been unique and winding. From soldier to engineer to 30-year high school teacher, to more random detours like cattle rancher and European tour guide, to his most recent career picked up in "retirement" as photographer and documentarian of El Cap, two constants remain a through line anchoring his every move: A passion for climbing and lessons from the Institute. Evans began his 68-year love for climbing at age 13 and his 56-year obsession with El Cap shortly after graduation from the Institute, and he says it is his VMI education that equipped his career and climbs all these years.

A resident of Southern California since 1987, Evans grew up in Arlington, Virginia, and became fascinated with climbing from a National Geographic article about Mount Everest at his grandparents' home. When it came time for college, he chose VMI and graduated with a degree in civil engineering. After serving in the U.S. Army for 2 years, he began a career in engineering before deciding to become a high school physics and mathematics teacher.

Teaching was a natural fit for Evans, whose perseverance through his own academic struggles at VMI prepared him to be a gifted educator. Feeling a step behind his peers, Evans learned by saying the material out loud as if he were teaching a classroom. "By the time I actually had the opportunity to be a real teacher, I had a method so I could make people understand," said Evans. "And that's what I became known for in teaching—this guy who could explain things in such a way that the kids could understand it." He loved it. Even after retiring, Evans continued to teach, educating climbers, tourists, and climbing enthusiasts about El Cap. "I've been a teacher all my life, it turns out," said Evans.

During his career, Evans was climbing, and his dream early on became climbing El Cap after his first time seeing it in 1967. He was captivated. "I saw it in person, and I thought to myself, 'This is what I'm going to do. I'm going to climb this,'" recalled Evans. Considered the peak of big wall climbing, with only the top climbers skilled enough to ascend it, El Cap requires intense preparation. In 1971, Evans made the 33rd-ever ascent of the El Capitan Nose. Today, 30-50 ascents happen each week, but in the 1970s, with evolving techniques, it was still a frontier in the sport. The climb usually takes days, with some climbers going in pairs—tied together by a rope and taking turns leading and hauling gear—while others go alone, a more dangerous and grueling feat. Climbers either scale the rock with hands and feet or use equipment to move upward.

In high-level climbing, endurance and quick thinking are key to staying alive, and Evans' cadetship gave him an edge. "At VMI, you learn things like tenacity, pulling through when things are hard, and a lot of critical thinking. ... Death is always lurking about, relentlessly waiting for you to tie the knot wrong or any number of 100 things you could do wrong," said Evans. Physics expertise from engineering also came in handy, removing the guesswork from the equation. "I knew what forces were involved and how to make it work. Many climbers who are much better than I ever was are dead because they made a mistake or got into a situation that they weren't aware of," he explained.

Evans, well-acquainted with the rock's many climbing routes, knew exactly when and where climbers would emerge, allowing him to capture this shot just as the moon aligned perfectly behind them.

As Evans aged, his passion for climbing evolved into joining climbers on the wall from behind the lens of a camera. In 1995, he took up climbing photography and chose to concentrate on one place. El Cap was the obvious choice. It was a convenient distance from his home with great lighting, and after all, he had a "great love for that old rock." His first efforts yielded mostly failures, but he kept striving. Like a climb, he didn't mind hard work and credits this diligence to VMI giving him the extra drive to get through any challenge. "VMI really made my life," said Evans. "I would say it's the most important thing that I ever did in my life, and it made other things easier because I was willing to be tenacious. I was willing to suffer."

After retiring in 2003, Evans devoted himself to the craft, and by 2006, he began achieving the gorgeous, clear photos of climbers he aspired to emulate. He also moved to the El Cap bridge, which provided a great view. It was also trafficked by climbers and tourists alike. With his quality telescope and decades of knowledge, Evans was peppered with questions from climbers who gathered around him to inquire about the rock conditions and how their buddies were faring on the wall. He found he was talking all day long with no time for photos. To cut down on the chatting, he created a daily blog to share his photography, the rock conditions, and the climbs of the day. And with that, the ElCap Report was born.

The ElCap Report was a hit, averaging 8,000 reads per post. Some dispatches reached over 400,000 reads for historic events, such as Alex Honnold's 2017 free solo climb of El Cap without gear or ropes. These reports revitalized the climbing world's interest in El Cap, which had fallen off since its 1960s heyday. They were also self-funded and hard work. Evans camped out in Yosemite every year for the 6-week spring and fall climbing seasons and began each day at 6 a.m., processing hundreds of photos before trekking to photograph into the late afternoon and writing the report in the evening. Somewhere along the way, documenting El Cap became an obsession. "I had to do that report every day, and if I didn't get that report out, I stayed up until midnight to finish," said Evans. "That requires more than an interest or a passion; you have to have sort of a sickness. You have to want to do that so bad that you will sacrifice everything else there to do it. So, for me, it was an obsession."

Over the years, Evans' work became ubiquitous with El Capitan. He became the eyes on the rock—an authority and a trusted source to climbers, media, and park services. Before cell phone towers in Yosemite, park emergency services relied on Evans' vigilant eye to spot a climber in distress and notify them. In the ElCap Report, Evans carried the values of the Honor Code, upholding truth and always being the first to point out his own mistakes, and readers trusted him. "Part of who I am is [what] I learned at VMI about honor and integrity, and all of that carries forward in anything you do, any job you work," said Evans.



In earlier years, Evans was the camera subject on El Capitan instead of the photographer. His own ascents on El Cap have been featured in climbing magazines, such as this one from 1985.

Amid the work, a favorite part of the ElCap Report was enjoying his friends on the bridge—the eclectic rabble of climbers and climbing enthusiasts—celebrating the heroes of the day who successfully summited the rock and ribbing those who had failed. He was also always ready to answer tourists' questions—formally when he served as part of Yosemite's Ask a Climber program, but usually just out of kindness. Eventually, Evans moved off the bridge to the meadow, and the climbing community followed, lounging in camp chairs around Evans and his camera.

In his photography, Evans' favorite muse is a climber like himself, a person he calls the common climber, an anonymous person scaling the rock, usually on a well-traveled route. He understands what capturing these once-in-a-lifetime moments means to these climbers. "Some guy that nobody ever heard of is there—I take his picture. I like to say that the common climber—he's my subject. He's my guy. That's the guy I want a picture of because they appreciate it so much."

On Oct. 17, 2023, after nearly 1,000 posts and 7,000 photos, Evans wrote his final El Cap Report without fanfare, concluding it with: "So, that's the way it is, on Tuesday the 17th day of October 2023," ending with his signature sign off, "Capt. Tom." Evans doesn't mind the website gathering dust, but he enjoys knowing it still stands there for the "unknown, common climber, who will like to go back and see themselves in perhaps their finest moments, captured in some long-past ElCap Report. They can live that time again." Though he could finally let the obsession go, Evans cannot keep away from El Capitan. Today, one can catch Evans, now 81, enjoying time in the meadow, reclining back with his friends, and staying late into the

evening just "to enjoy the warm lighting on the cliff."

---



### Mattie Montgomery Assistant Editor

The assistant editor assists the editor-in-chief in various tasks relating to the production of quarterly and monthly publications, as well as prepares written materials for publication. The assistant editor serves as liaison between class agents and chapter presidents and the Agencies' publications, as well as provides backup photography for events.

✉ Email Mattie (mailto:mmontgomery@vmiaa.org)

📱 800-444-1839 x247 (tel:800-444-1839 x247)

𝕏 (https://twitter.com/intent/tweet?text=Evans+%E2%80%9966+and+El+Capitan%3A+Yosemite+Icons&url=https%3A%2F%2Fwww.vmialumni.org%2Fevans-66-and-el-capitan-yosemite-icons%2F)

in (https://www.linkedin.com/sh url=https%3A%2F%2Fwww.vmialu yosemite-icons%2F&title=Evans+%E2%80%9

## Read More Featured Articles



**Exhibit 7**



**Membership**
**Learn More (/Learn-More)**
**Member Benefits (/Benefits)**
**Rescue Benefit (/Rescue)**
**Renew (Https://Membership.americanalpineclub.org/Renew)**
**FAQ (/Faq)**
**Our Work**
**Our Work (/Our-Work)**
**Lodging (/Lodging)**
**Advocacy (/Advocacy)**
**Publications (/Publications)**
**Grants (/Grants)**
**Climbing Grief Fund (/Grieffund)**
**Gala (/Gala)**
**Library (/Library)**
**Chapters (/Chapters)**
**Donate**
**Donate Now (Https://Membership.americanalpineclub.org/Donate)**
**Ways To Give (/Ways-To-Give)**
**Great Ranges Fellowship (/Great-Ranges-Fellowship)**
**Stories**
**Stories (/Stories)**
**The Line (/Line-Archive)**
**The Prescription (/Prescription)**
**Shop (Http://Shop.americanalpineclub.org)**
**Log In (Https://Profile.americanalpineclub.org)**

**Join (Https://Membership.americanalpineclub.org/Join)**

January 22, 2024 (/news/2024/1/22/climb-tom-evans-and-two-decades-of-reporting-on-el-cap-climbing)

# CLIMB: Tom Evans and Two Decades of Reporting on El Cap Climbing (/news/2024/1/22/climb-tom-evans-and-two-decades-of-reporting-on-el-cap-climbing)

Climb (/news/category/Climb)



*Tom Evans on El Cap back when he was climbing it instead of reporting on it.*

## New episode of the American Alpine Club Podcast with legend Tom Evans:

Tom Evans is the creator of the El Cap Report. He started out taking photos of all the climbers he'd see on El Cap, and got tired of answering questions about who was doing what and how X ascent was going. So he innovated. He started posting a daily report, accompanied by his photos, of what was happening on El Cap during the main Yosemite climbing season—and he since has crafted a legacy of 22 years of documenting "the center of the universe"—El Cap climbing. With his recent retirement from the El Cap report, we decided we wanted to celebrate this legacy, and hear all his thoughts on the climbing history he's documented, witnessing accidents and rescues, what's next in El Cap climbing, the impact of social media in the Valley, and what motivated him in the first place to create the El Cap report. Dive in to get to know one of the legendary names from the El Cap bridge scene—a conversation just for you, unique in all the world!

LISTEN NOW (HTTPS://OPEN.SPOTIFY.COM/EPISODE/5GCETWDNSQJ8AWPJCQGQXS? SI=MAQ0V_7GTLUL13XRBXJFYG)

Jan 22 · American Alpine Club Podcast

Save on Spotify

1:28:21



**Exhibit 8**

# ElCap Reports

**Navigation**

▸ Feed aggregator

Please help support the cost of this site.





**SEARCH**

Search this site: [_____]

[Search]

Home

## ElCap Report 10/08/10

Submitted by Tom Evans on Sat, 10/09/2010 - 01:49

ElCap Report 10/08/10
By Tom Evans
Yo… Well, well, the weather has performed as predicted as it was a really sweet Fall day, for a change.  The Bridge was really busy with climbers and To
Climbers are back up on the Big Trades and the action is heating up.  So without further fanfare and BS…..

Today's ElCap Report…written just for you… unique in all the world!

Zodiac:  The team of two from yesterday, Joe Frost and partner Herb, have moved up the route and were leading the Black Tower as I departed.  They
have the bailing infection that seems to  be infesting the route of late.



Black Tower on Zodiac... so much fun!

Trip:  Tommy Thompson, long time regular around here, blasted on this route today doing the LA start.  He is soloing and has the coolest neon green ha





Tommy Thompson and that cool green rope!

Higher up the team of Eli and partner, from Colorado are on the route and climbed the fabulous 5th pitch during most of the time I was shooting.  So tha slow… but most parties get faster with more pitches behind them and I expect these guys to keep on trucking.



Almost to the belay on the Trip's money pitch.

Two other guys were seen fixing to the third pitch.

NA Wall:  Allen, Chris, and Taylor climbed from the end of the 5th up past Easy street toward the big corners leading up to Big Sur.  They were really psy they left and are looking good thus far.





NA Team with plenty of kit and ambition.

Pacific Ocean:  This 4 man team, of Austrians, was seen on the third pitch early in the afternoon but are too low to start shooting.  Tomorrow should bring pretty good shots of these guys.

Mescalito:  Chantel climbed to Stork Ledge this afternoon and looked really strong… but…and a major BUT it is ... She was wearing a damned white shirt and helmet… that could be the difference between a good time and having the shirt gods turn against her… hoping for the best Chantel!!





Chantel and that damned white outfit!

Nose:  The 3 person team, who I think are, Adam, Peter and Harry, aka, the "Lakes", who climbed the Legs yesterday, made good progress up to the B King Swing pretty well too.  They were last seen crossing into the Gray Bands as I left around 4pm.



Three man system working well above ElCap Tower.



Following the King Swing.

Lower down a team of two climbed to Dolt without kit so they were most likely on a training mission.

Lower yet, various teams scrambled for position on the initial pitches.  Who knows how that will sort itself out?!

Salathe:  Several teams scurried up fixed lines and are back on the route.  Looks like a gush of climbers is headed that way.
Peter and Susie are doing Freerider I got some shots of him on the Monster Crack this afternoon.  They are taking a banner in support of the Yosemite I
that they intend to hang off ElCap Spire tomorrow for a time.



Peter leads the Monster while Susie belays in the company of Darth Vader.





Lower down a team got caught in a granite black hole above Lung Ledge and spent some time trying to extricate themselves…. Their fate remains unce hour.

Lurking Fear:   A couple of teams marched off to do this popular route far, far out west.

In other news:  The perfect weather today seems to have galvanized a lot of teams into action, and Camp 4 is covered with sort-outs on tarps.  The par the line up at ElCap are filling too…. Just don't mess with mine!!

So that's the way it is, on ElCap, for this the 8th day of October, 2010.
Later Tom

Add new comme

---

**#1**   Submitted by Anonymous on Sun, 10/10/2010 - 20:12.

### Hanging a banner has nothing

Hanging a banner has nothing to do with climbing, its advertising or pushing your own agenda. Its stupid and just adds to the visual impact of climbers Not good for relations with the park service.

The Banner was up for just a few hours and was to support  the Clinic in Yosemite staying in service.  No big deal, so get over it.  Tom Evans

---

**#2**   Submitted by Anonymous on Sun, 10/10/2010 - 02:34.

### why hang a banner, cause you

why hang a banner, cause you can do what you want, thats the beauty of climbing, no rules

---

**#3**   Submitted by Anonymous on Sat, 10/09/2010 - 11:13.

### Happy birthday

**Happy birthday Jakob!!!!!**

When someone happens to meet Jakob from Austria, send him our birthday greetings. Have a nice birthday (9th october), Jakob!! We wish you all nice weather!

From his family back in old Europe,
Franklin, Maxi, Lisi, Paps and Mum.

---

**#4**   Submitted by Anonymous on Sat, 10/09/2010 - 07:31.

### That is so cool!!!!! good

That is so cool!!!!! good luck on your epic climb!!

---

**#5**   Submitted by Anonymous on Sat, 10/09/2010 - 04:25.

### Hanging a banner off el cap?

Hanging a banner off el cap? Please dont do it. Why why why?

Thanks for the awesome report!

---

**#6**   Submitted by Anonymous on Sat, 10/09/2010 - 02:38.

### Great Pics Great Action on

Great Pics Great Action on the Big Stone

Russ

# Exhibit 9

**Navigation**

▸ Feed aggregator

Please help support the cost of this site.




**SEARCH**

Search this site: [          ]

[ Search ]

Home

## ElCap Report 6/15 to 6/16 2014

Submitted by Tom Evans on Tue, 06/17/2014 - 01:30

ElCap Report 6/15 to 6/16/2014

By Tom Evans

Yo... Cool and windy seems to be the weather pattern for the moment.  Climbers are showing up to get on the good routes.  So come on out!

Today's ElCap Report...written just for you...unique in all the world!

The action these past few days has been on the Nose, Zodiac, Aurora, and the Salathe.

1)  The TER team of Bo Hyum, Jung (the leader), Bong Gun, Kim and Kwang Nam, Kim have been moving right along on Aurora, an excellent upper mid... Bat Cave, yesterday.



2)  Here Bo Hyun, Jung leads out on some interesting rock on the pitch out of the Bat Cave. Aurora.





3)  The "Brown" Team... Salathe Headwall.



4)  Stevie G. and the boys from down south are pretty much in control of Zodiac at the moment.  Seems they like to sleep late and push it in late afterno for the Nose pulled a tendon in his leg and dropped out.  Here is DGriff is joining the group by jugging past the Elephants head at the start of Zodiac.



5) Stevie G's white shirt seems to have infected some of the other members of his crew!  Stevie is on the left as his partner climbs the second pitch y[e] changed into a blue jacket.... well that's a start!!



6) Dave got the team moving this morning with a quick lead on the Black Tower.



7) Clouds over Yosemite... shot from the "Ranch", in Foresta, where I am staying these days.





8)  Turns out that today is my 70th Birthday.  I usually don't celebrate birthdays but got a nice surprise when I looked up at Dolt Tower, a thousand feet ⟨…⟩ the banner below!



9)  When Libby returned to the Bridge she made me a special birthday "Cobra".  The candles quickly blew out but the thought is what counts!





10) Nice birthday treat!



11) Some of the Bridge Crew who came by today to hang out and celebrate climbing accomplishments and my Egocentric Recognition Day!





12)  My van buddy and cruisin mascot, Capt. Bling Bling even came out of the van to check on photographic progress.



In other news... There was a nice NIAD today and several parties are massing at the base of the Nose.  A couple more teams are teeing it up for Zodiac Hands Greg" and crew are poised for a trip up the NA Wall.  We could sure use some replacements up there folks as the season is far from over.

So that's the way it is, for this Monday, the 16th day of June, 2014.

Later, Capt. Tom... officially older than dirt!

---

**#1**  Submitted by Anonymous on Wed, 06/18/2014 - 11:40.

**Happy Birthday**

Happy Birthday, Tom
All the best.

Regan

---

**#2**  Submitted by Anonymous on Wed, 06/18/2014 - 05:13.

**Happy Birthday**

Big time congrats! Thanks for everything you do.

-Roger

---

**#3** Submitted by Anonymous on Tue, 06/17/2014 - 17:42.

**!!!**

Happy Birthday, Tom! Sorry I missed it, but I had to work! Dinner soon!!!

Jess

---

**#4** Submitted by Anonymous on Tue, 06/17/2014 - 07:33.

**Happy Birthday! A lot of**

Happy Birthday! A lot of thanks for feed dreams with your effort, love and pasion! And for your pics and words!

---

**#5** Submitted by Anonymous on Tue, 06/17/2014 - 04:57.

**wow, so sweet! great banner-birthday!**

hey there say, tom! wow, what a wonderful surprise to see in your telescope!
happy great new birthday year, and thanks for sharing you sweet fun! and those that
care about you! great following-pics, as well, after the climber-photos and banner!
happy birthday, tom, from ol' neebee, :)

---

**#6** Submitted by Anonymous on Tue, 06/17/2014 - 03:06.

**Happy Birthday Tom**

Libby and Matt are great, it shows how loved by the climbers you are Tom.

---

**#7** Submitted by Anonymous on Tue, 06/17/2014 - 02:44.

**Happy Birthday, Tom! Never**

Happy Birthday, Tom! Never woulda guessed you are 70... seems like you could be putting up the El Cap Report for another 20 or 30 years the way yo

Cheers,
Terry

---

**#8** Submitted by Anonymous on Tue, 06/17/2014 - 02:27.

**Happy Bday!**

Dude(Tom)...your 70?? Lookin' GOOD....HBD! Clearly, living 'the life' is the key to youth. Well played Sir. Love your pics but the write-ups are what set

Thx!!
Mike



# Exhibit 10





**Exhibit 11**

 **sebertheclimber** · Follow           ...
El Capitan

 **sebertheclimber** 196w
Look up... War should be against climate change

In the past 3 months, the @ipcc (Intergovernmental Panel on Climate Change) has published its last two climate reports.
In these reports, the IPCC accurately describes the current, rather disastrous, situation and the urgency of necessary action, as well as the keys and fields of action on which we must work.
Link in bio, go read them!

As human beings, our responsibility towards the planet 🌍 and its living species, our priority for the years to come, is to reduce our greenhouse gas emissions. We must strike fast and hard, whatever the sacrifices.
We, climbers, as a community, have the power to make a difference. We have the

♥ **2.4K**   💬 **37**   ⌁          🔖

May 16, 2022

Log in to like or comment.



**Exhibit 12**

# Yosemite climbers hang 'Stop the Genocide' banner from El Capitan

By **Silas Valentino**, *Travel Editor*
June 18, 2024

  



Miranda Oakley, a co-founder of Climbers With Palestine, hangs the banner on El Capitan in Yosemite on June 17, 2024.
Courtesy of Alexa Flower



🎧 Listen Now:

Yosemite climbers hang 'Stop the Genocide' banner from El Capitan

About 3 Minutes

1x

▐▐ Everlit

**LATEST June 19, 1:30 p.m.** A spokesperson for Yosemite said that rangers have since followed up with the group to share the established process for securing a permit to demonstrate in the park.

Watch More

**SFGATE**

**June 18 5:40 p.m.** Emily Weinstein doesn't know what will happen after her friends finish rappelling down El Capitan, but the co-founder of Climbers With Palestine said they are prepared to face what awaits them on the Yosemite valley floor.

**ADVERTISEMENT**
Article continues below this ad

 **CA MINI CROSSWORD**

**3,096** players solved today. Can you?

Play Now

The four climbers left early Monday morning to scale the granite dome with no intention of reaching the top of the monolith. Instead, halfway up the Nose route, the rock climbers stopped to unfurl a 25-foot-by-15-foot banner reading "Stop the Genocide" in the colors of the Palestinian flag.

They hung the banner, staying with it overnight and ensuring it wouldn't cause any hazards. By Tuesday afternoon, they started their climb down as news of their demonstration began to reverberate through the valley.

**Most Popular**

1. **Daily nightmare descends on Tesla charging lot in San Francisco**

2. **8 people in backcountry tour group dead in Tahoe avalanche**

3. **Here's where the deadliest avalanche in Calif. history struck near Lake Tahoe**

4. **There's one US town where residents live significantly longer. It's in Calif.**

5. **National parks remove reservation systems despite crowds**



Members of Climbers With Palestine hang a 25-foot-by-15-foot banner reading "Stop the genocide" on El Capitan in Yosemite on June 17, 2024.

Courtesy of Brooke Anderson

As she waited for her friends to descend, Weinstein stopped by a market to pick up "celebratory beers." The writer and Berkeley resident, who identifies as Jewish American, explained to SFGATE why the group chose El Capitan.

**ADVERTISEMENT**
Article continues below this ad



# Don't let Google decide who you trust.

Make SFGATE a preferred source so your search results prioritize writing by actual people, not AI.

**Add Preferred Source**

"Martin Luther nailed his theses on the church door," she said. "We nailed our message to the most iconic bulletin board for the world's rock climbers."

Since images of the banner appeared online late Monday, Climbers With Palestine has been anticipating the reaction from Yosemite authorities. They did not inform park officials of the demonstration and decided to take down the banner slightly earlier than planned.

"We did that because there was some sense of threat of repercussion from the park," Weinstein said.

**ADVERTISEMENT**
Article continues below this ad



Ribbon Fall and El Capitan from Yosemite Valley in Yosemite National Park, California.

blazekg/Getty Images/iStockphoto

SFGATE contacted Yosemite's spokesperson to understand the legality of a demonstration like this on El Capitan, but did not receive an answer. While the park forbids advertising, Weinstein said that does not apply to their activism.

"What would we be advertising? This is not an advertisement," she said. "This is exercising our rights for

freedom of speech as Americans."

The California-based collective demands "a free Palestine" and began organizing after the Israel-Hamas war broke out on Oct. 7 last year. Weinstein co-founded the group with Miranda Oakley, a Palestinian-American climbing guide who lives in the Sierra.

**ADVERTISEMENT**
Article continues below this ad





**climbersforpalestineca**
2,338 followers

View profile

View more on Instagram

climbers in solidarity with the Palestinian people in their struggle for peace, freedom and equal rights.

We are an extension of @climbersforpalestine but based right here in California. Yosemite Valley grown and educated by the peaks of the Sierra Nevada.

We are inspired by the people of Palestine and the growing movement of climbers supporting equal rights in Palestine/Israel and around the world.

We are so grateful for @palestine_climbing_association @wadi_climbing and @climbersforpalestine and many others.

Follow us for more information on ways to support and organize around human rights and social justice in Palestine.

Sending love from our boulder cave in Yosemite Valley, houseboat in the bay and humble home in Bishop.



@mountainrumblerbrewery
Thanks to our amazing community we were able to raise almost $4000 for humanitarian relief in Gaza.)

#perminentceasefirenow #ceasfirenow #ceasefirenow🇵🇸 #freepalestine #loveforpalestine #wallsaremeantforclimbing #freeclimbing #climbforpalestine #climbforpeace #climbforequality #climbforlife #rockclimbingislife #climbingisbliss #climbingislife #climbingismypassion #apartheidwall #palestine #palestina #escalada

View all 37 comments

Add a comment...

Earlier this year, the group hosted events in Joshua Tree and Bishop and held another one outside Yosemite on June 15. Weinstein said the public fundraisers, which include Q&As via Zoom with climbers in Palestine, raised money for the Palestine Children's Relief Fund and Doctors Without Borders, among others.

"This is only the beginning of a conversation. We're looking to open a conversation so we can all talk more about we can do to stop this genocide," she said, referring to Israel's military campaign in Gaza. Tens of thousands of people have been killed.

Got a tip? Send us the scoop.    **DO IT NOW**

Weinstein said she's climbed for 13 years, but has yet to ascend El Capitan.

**ADVERTISEMENT**
Article continues below this ad



While preparing to receive Oakley and the other climbers in the meadow beneath the dome, uncertain of how the National Park Service will react, Weinstein recognized that the park could take disciplinary action that could bar her from ever attempting the storied climb.

"It's come up," she said. "I think that would really suck. I don't think any of us are prepared for that. We're trying to take this step by step. This is America, and we can have due process. We have faith in the judicial system."

## BEST OF SFGATE

**Central Coast** | 'Doomsday fish': Once-in-a-lifetime sea creature encountered in Monterey Bay
**Technology**| A Calif. teen trusted ChatGPT for drug advice. He died from an overdose.
**Central Coast**| He gifted Calif. one of its largest city parks. Then he shot his wife.
**Culture** | Tragedy cut Sublime's fame short. Now the singer's son has the mic.

*Get SFGATE's top stories sent to your inbox by [signing up for The Daily newsletter here.](#)*

---

June 18, 2024



**Silas Valentino**

TRAVEL EDITOR

 

Silas Valentino is SFGATE's travel editor. He was born in Bakersfield and raised in Marin County. Outside of reading, writing and storytelling, Silas values his family (including 11 nieces and nephews) and exploring the state. He lives with his wife and son above a wine shop in Cole Valley. You can contact him at silas.valentino@sfgate.com.

## Around The Web

Powered by **REVCONTENT**



**Exhibit 13**

 **San Francisco Chronicle** ✓
@sfchronicle

A group of frustrated Yosemite National Park staffers hoping to draw attention to the federal government's sweeping workforce cuts hung an upside-down American flag thousands of feet off the ground on the side of El Capitan on Saturday.

📸: Tracy Barbutes



9:11 PM · Feb 22, 2025 · **4.5M** Views

 317          ⟲ 1.7K          ♡ 10K          🔖 387

💬 **Read 317 replies**



**Exhibit 14**

ADVERTISEMENT

**02-24-2025 | NEWS**

# National parks in turmoil: why rangers hung an upside-down American flag at Yosemite

The 'distress flag'—a sign that something is desperately wrong—was flown Saturday after Elon Musk's DOGE fired more than 1,000 National Park Service employees.

SHARE     ADD ON GOOGLE



[Images: Dave Riggs/Flickr, vegefox.com/Adobe Stock]

BY **SARAH BREGEL**

On Saturday evening, a group of Yosemite National Park employees hung an upside-down American flag 3,000 feet in the air, at the top of El Capitan summit. The display was absolutely not missed. It happened in the midst of this year's Firefall at Horsetail Fall, a popular event at the Mariposa County, California, national park, when between mid- to late February, the waterfall begins to light up 5 to 15 minutes before sunset, looking almost like molten lava.

Hundreds of photographers and observers were in the park when the upside-down flag, known as a "distress flag," according to American flag code—a sign that something is desperately wrong—hung from the mountain top. The act came shortly after Elon Musk's so-called Department of Government Efficiency (DOGE) fired more than 1,000 National Park Service rangers amid drastic cuts to the federal budget.

The message was clear: America's parks are in trouble.

"We're bringing attention to what's happening to the parks, which are every American's properties," Gavin Carpenter, a maintenance mechanic at the park, told the *San Francisco Chronicle*. Carpenter was central to the employees pulling off the feat, supplying the flag and helping to get it to the top of El Capitan. "It's super important we take care of [the parks] and we're losing people here, and it's not sustainable if we want to keep the parks open," Carpenter told the paper.

 **Subscribe to the Daily newsletter.** Fast Company's trending stories delivered to you every day

| Email * | SIGN UP |
|---------|---------|

Privacy Policy | **Fast Company Newsletters**

National Park Service rangers are massively important to the preservation of our national parks. Their duties range from running programs and camps for children to maintaining the cleanliness and upkeep of trails, as well as staffing visitor centers and helping to keep visitors safe from wild animals and other dangerous natural elements. But as DOGE's federal firings continue, many are expressing huge concerns over how parks will be maintained if there are not enough employees to manage them.

Some parks have already begun trimming their hours, cancelling tours and other events, and closing visitor centers. In a post on Facebook, which has garnered more than 20,600 comments, the Florissant Fossil Beds National Monument in Florissant, Colorado, announced it would be forced to cut hours.

"Due to a lack of staffing, effective Monday, February 24, 2025, Florissant Fossil Beds National Monument will be closed Mondays and Tuesdays.

There will be no access to the visitor center, trailhead parking, or public restrooms," the post read.

Social media posts from devastated park employees who have been let go

Q

SUBSCRIBE

completely devastated to have lost my dream job of an education park ranger with the National Park Service this Valentine's Day," former ranger Brian Gibbs wrote in a February 14 post on Facebook. "My position was ripped out from under my feet after my shift was over at 3:45 p.m. on a cold snowy Friday."

The post went on to detail the many irreplaceable roles of a national parks ranger: "I am my son's 'Junior Ranger' idol . . . I am a college kid's dream job . . . I am the smiling face that greets you at the front door . . . I am your family vacation planner . . . I am a voice for 19 American Indian cultures."

DOGE's alarming layoffs have not been limited to park workers. Last week, the administration also fired more than 300 National Nuclear Security Administration workers, then quickly rehired most of them over major national security concerns. And on Sunday, approximately 2,000 employees at the U.S. Agency for International Development (USAID) were informed they were being laid off. The majority of full-time staff were put on administrative leave.

ABOUT THE AUTHOR

Sarah Bregel is a writer, editor, and single mom living in Baltimore, Maryland. She's contributed to NYMag, The Washington Post, Vice, In Style, Slate, Parents, and others. More

EXPLORE TOPICS

NATIONAL PARK SERVICE     NEWS     TRUMP PRESIDENCY

ADVERTISEMENT

# FEATURED VIDEO



**Exhibit 15**



**National Park Service**
**U.S. Department of the Interior**

**Yosemite National Park**

P.O. Box 577
Yosemite National Park
California 95389

209-372-0200

**Superintendent's Compendium** of Designations, Closures, Permit Requirements and Other Restrictions Imposed Under Discretionary Authority.

Approved:
Digitally signed by RAYMOND MCPADDEN
Date: 2026.01.16 08:25:12 -08'00'
Superintendent

---

In accordance with regulations and the delegated authority provided in Title 36, Code of Federal Regulations ("36 CFR"), Chapter 1, and Parts 1-7, authorized by Title 54 United States Code, Section 100751, the following regulatory provisions are established for the proper management, protection, government and public use of those portions of Yosemite National Park under the jurisdiction of the National Park Service. Unless otherwise stated, these regulatory provisions apply in addition to the requirements contained in 36 CFR, Chapter 1, Parts 1-7.

This Compendium should be used in conjunction with Title 36 CFR, Parts 1-7, to more fully understand the regulations governing the use and enjoyment of all the areas of the National Park System.

Written determinations, which explain the reasoning behind the Superintendent's use of discretionary authority, as required by Section 1.5(c), appear in this document identified by italicized print.

# Contents

## Table of Contents

Contents...........................................................................................................................2

PART 1 – GENERAL PROVISIONS........................................................................................4

Section 1.4 Definitions......................................................................................................4

Section **1.5 (a)(1)** Closures and Public Use Limits ........................................................5

Visiting Hours ...................................................................................................................5

Public Use Limits (**1.5 (a)(1)** continued)......................................................................5

Closures (**1.5 (a)(1)** continued) ..................................................................................12

Boating .............................................................................................................................12

36 CFR §1.6 – ACTIVITIES THAT REQUIRE A PERMIT ..................................................24

PART 2: RESOURCE PROTECTION, PUBLIC USE AND RECREATION...............................27

36 CFR §2.2 - WILDLIFE PROTECTION ..........................................................................27

36 CFR §2.3 – FISHING ....................................................................................................28

36 CFR §2.4 – WEAPONS, TRAPS, AND NETS ...............................................................29

36 CFR §2.5 – RESEARCH SPECIMENS ..........................................................................30

36 CFR §2.10 – CAMPING and FOOD STORAGE ...........................................................30

Non-Wilderness Camping ...............................................................................................30

36 CFR §2.11 – PICNICKING ...........................................................................................35

36 CFR §2.12 – AUDIO DISTURBANCES.........................................................................35

36 CFR 2.13 – FIRES ........................................................................................................35

(a)(2) The following restrictions are in effect for the use of stoves orlanterns:....................37

(b) Fires must be extinguished according to the following conditions:.................................37

36 CFR §2.14 – SANITATION and REFUSE .....................................................................37

36 CFR §2.15 – PETS .......................................................................................................38

(a)(1) The following structures and/or areas are **closed** to the possession of pets: ...........38

36 CFR §2.16 – HORSES and PACK ANIMALS ...................................................................................... 39

36 CFR §2.17 – AIRCRAFT and AIR DELIVERY ...................................................................................... 40

36 CFR §2.20 – Skating, Skateboards and similar devices. .................................................................. 40

36 CFR §2.21 – SMOKING .................................................................................................................... 41

36 CFR §2.22 – PROPERTY ................................................................................................................... 41

36 CFR §2.35 –ALCOHOLIC BEVERAGES and CONTROLLED SUBSTANCES .......................................... 41

36 CFR §2.50 – SPECIAL EVENTS ......................................................................................................... 42

36 CFR §2.51 – DEMONSTRATIONS and DESIGNATED AVAILABLE PARK AREAS .................................. 42

36 CFR §2.52 – SALE OR DISTRIBUTION OF PRINTED MATTER ........................................................... 43

36 CFR §2.62 – MEMORIALIZATION .................................................................................................... 43

Part 3: BOATING AND WATER USE ACTIVITIES ....................................................................................... 43

36 CFR §3.8 (a)(2) – LAUNCHING OR RECOVERY OF A VESSEL ........................................................... 44

PART 4: VEHICLES AND TRAFFIC SAFETY ................................................................................................. 44

36 CFR §4.11 – VEHICLE LOAD, WEIGHT AND SIZE LIMITS ................................................................. 44

36 CFR §4.21 – SPEED LIMITS ............................................................................................................. 45

36 CFR §4.30 – BICYCLES .................................................................................................................... 45

36 CFR §4.31 – HITCHHIKING .............................................................................................................. 46

PART 7: SPECIAL REGULATIONS, AREAS OF THE NATIONALPARK SYSTEM .............................................. 46

36 CFR §7.16 – YOSEMITE NATIONAL PARK ....................................................................................... 47

# PART 1 – GENERAL PROVISIONS

The specific discretionary authority for Park Superintendents to establish reasonable schedules for visiting hours, impose public use limits, and close park areas for all public use or specific use is found in Title 36 Code of Federal Regulations (CFR) §1.5. These park-specific restrictions are also based upon 36 CFR, Chapters 1-7 to protect park resources, visitors and employees. Under CFR §1.7 notice of all restrictions, closures, designations and permit requirements will be made available to the general public by a least one or more of the following methods of notifications: maps, brochures, signs, permits, or other appropriate methods, as well as within this compendium.

## Section 1.4 Definitions

**Electric Bicycle (aka E-Bike)-** a two- or three-wheeled cycle with fully operable pedals and an electric motor of not more than 750 watts that meets the requirements of one of the following three classes:

(1) "Class 1 electric bicycle" shall mean an electric bicycle equipped with a motor that provides assistance only when the rider is pedaling, and that ceases to provide assistance when the bicycle reaches the speed of 20 miles per hour.

(2) "Class 2 electric bicycle" shall mean an electric bicycle equipped with a motor that may be used exclusively to propel the bicycle, and that is not capable of providing assistance when the bicycle reaches the speed of 20 miles per hour.

(3) "Class 3 electric bicycle" shall mean an electric bicycle equipped with a motor that provides assistance only when the rider is pedaling, and that ceases to provide assistance when the bicycle reaches the speed of 28 miles per hour.

**Food** - includes any human food, beverage, pet food, grain or other sweet stock food, food tainted garbage, food tainted equipment, toiletries such as soap, toothpaste, and cosmetics, and any creams, ointments, or lotions. Food containers include any object designed to contain food such as ice chests, coolers, food packaging, and grocery bags whether or not they contain food, or any object that contains food such as a pack or stuff sack.

**Sub Dome** – The granite dome on the east side of Half Dome where the Half Dome cables begin.

**Unmanned Aerial System** – A device that is used for flight in the air without the possibility of direct human intervention from within or on the device, and the associated operation elements andcomponents that are required for the pilot or system operator in command to operate or control the device (such as cameras, sensors, or communication links).  This term includes the type of devices that meet this definition (e.g. model airplanes, quadcopters, or drones) that areused for any purpose including recreation or commerce.

**Weapons** - Weapon means a firearm, compressed gas or spring-powered pistol or rifle, bow and arrow, crossbow, blowgun, speargun, hand-thrown spear, slingshot, irritant gas device, explosive device, or any other implement designed to discharge missiles, and includes a weapon the possession of which is prohibited under the laws of the State in which the park area or portion thereof is located.

Additional definitions can be found in 36 CFR §1.4.

# Section 1.5 (a)(1) Closures and Public Use Limits

## Visiting Hours
Yosemite National Park is open 24 hours a day, 365 days a year excepted where listed below or publicly posted.

### *Hetch Hetchy*
The Hetch Hetchy Road is open to vehicle, bicycle, and pedestrian daytime use between sunrise and sunset (starting and ending with civil twilight). Any use outside of day use hours is by permit only.

See Closures section below (on page 15) for additional circumstances that may affect Hetch Hetchy access hours.

### *Yosemite Valley*
El Capitan, Cathedral Beach, and Sentinel Beach Picnic Areas are closed one hour after sunset to one hour before sunrise, except for authorized administrative functions.

## Public Use Limits (1.5 (a)(1) continued)

### *Badger Pass Ski Area*
Up to 2300 ski lift tickets may be sold in one day for Badger Pass Ski Area.

> *An analysis of the slopes at Badger Pass Ski Area was done to determine optimum capacity without sacrificing skier safety.*

Except administrative activities, the uphill lane from Chinquapin to Badger Pass Ski Area will be restricted when the parking lot at Badger Pass Ski Area fills to capacity. This road may also be restricted to one lane during times of heavy snow or traffic.

> *This restriction is necessary because of the physical capacity of the parking lot at Badger Pass Ski Area and to provide for public safety.*

While Badger Pass is not in operation by the concessioner, the public will not be allowed to

access the buildings, lifts, and ski area boundary.

> *This restriction is necessary for visitor safety around unoccupied buildings and equipment. This restriction is also necessary to protect private property, and environmentally sensitive wetland habitat*

During non-operation of the Badger Ski Area, Between the time that Badger Pass winter operations haveceased in the spring and the time they resume in the fall/winter, the Badger Pass Parking Lot is closed tothe public.

> *These restrictions are necessary to provide for the orderly management of the park. Administrative functions are exempt from this restriction.*

## *Electric Personal Transportation Devices*

Electric scooters, electric skateboards, electric skates, or any other similar electric transportation device (such as one-wheels) designed to carry a single passenger and propelled or assisted by anelectric motor are prohibited on all park roads and unpaved trails.

Additionally, electric bikes (e-Bikes) are permitted on park roads in compliance with adopted state laws.

> *This restriction is necessary to provide for the safety of visitors and motorists on curving roads, often with steep grades.*

## *Filming/Photography/Audio Recording*

36 CFR 1.5(a)(2) - Designate areas for a specific use or activity or impose conditions or restrictions on a use or activity.
- Filming, still photography, and audio recording activity may require a permit, consistent with 54 U.S.C. 100905.
- Filming, still photography, and audio recording activity that occurs in closed areas, requires exclusive use of a site or area, or involves a set or staging equipment other than handheld equipment (such as a tripod, monopod, and handheld lighting equipment) requires a permit, unless the activity is affiliated with an activity or event that has been allowed under a written authorization, such as a special use permit.

> *See justification below (on page 21).*

## *Glacier Point Road*

The public use limits for the Glacier Point Road are as follows:
- Vehicles over 30 feet and/or vehicles pulling trailers are prohibited beyond the Sentinel Dome parking lot.
- Buses exceeding 30 feet in length are prohibited beyond the Badger Pass turnoff. Authorized NPS, park contractors and concessionaire vehicles are exempt.

*These restrictions are necessary in order to protect vehicles from the safety risks posed by large vehicles and vehicles pulling trailers traveling this section of steep, narrow, winding road.*

## *Glass Containers*

Possession of a glass container within 50 feet of any riverbank, lakeshore, on the water, or in a vessel is prohibited.

*This restriction is necessary for the protection of visitors who frequent these areas in bare feet.*

## *Half Dome*

The following permit restrictions are in effect for any person ascending any part of Sub Dome or any part of the Half Dome cables (see Sub Dome map in the appendix):

- Each person ascending Half Dome by way of Sub Dome must have a permit when the cables are in place (*typically from Memorial Day to Columbus Day, however, actual dates and time may vary depending on weather and environmental conditions*)
- Permits are valid from 12:01am to midnight for the date specified
- Permits are single use
- Up to 300 Permits will be issued daily
- Sale, duplication, or transfer of permits is prohibited
- Permits issued by cooperating agencies are not valid for ascending the Half Dome cables
- Group Leader or Alternate Group Leader named on permit must be present when checked at Sub Dome.

*These restrictions are necessary to preserve the wilderness experience visitors to Yosemite National Park's wilderness expect and to protect resources from overuse. Higher visitation numbers would have significant impacts to the visitors and resources.*

## *Hetch Hetchy*

Vehicles, or the combination of a vehicle and a trailer, exceeding 25 feet in length and/or 96 inches in width are prohibited on the Hetchy Road unless authorized in writing by the Superintendent. Authorized vehicles must provide a pilot vehicle and schedule the travel date and time with the area Ranger.

*This restriction is required to provide for public safety because roads are narrow, and over-sized vehicles cannot safely negotiate the turns.*

## *Mariposa Grove Welcome Plaza*

All commercial buses visiting the Mariposa Grove are required to unload, pick up their passengers, and park only in areas designated by their Commercial Use Authorization (CUA).

All commercial buses over 21 feet in length are required to have a parking permit and must park in the Reserved Bus Lot. Commercial vehicles 21 feet or less in length may park in the Welcome Plaza without a permit.

All vehicles pulling trailers must park in the designated spaces in the Welcome Plaza parking lot. Non-commercial vehicles over 21 feet in length must park in the designated RV spaces in the Welcome Plaza parking lot.

> *These restrictions are necessary due to the limited parking at the Mariposa Grove. In order to provide for the orderly management of the park, designated areas, as defined in a commercial use agreement, have been established. Administrative functions are exempt from these restrictions.*

## *Meadow Grazing*

The following meadows have stock grazing use limits or other restrictions (see attached corresponding maps in appendix):

- Crescent Lake
- Hook Lake
- Isberg Pass Lake
- Miller Lake
- Benson Lake
- Kerrick Canyon (2 maps)
- Rodger's Lake
- Turner Meadow
- Virginia Canyon-Castle Camp

In the areas marked as "closures" in the corresponding maps in the appendix, the following limits are applied:

- All stock traffic will be confined to the NPS trail system through the closedmeadow areas.

When meadows are closed to grazing, the following conditions apply:

- Approved methods to prevent grazing in closed areas (high lining, electric fence, hand grazing, hobbling, or any combination thereof) will be used.
- Electric fences will be placed at least 100 feet from all Sensitive/avoidance areas.
- Electric fences should not be places in areas that have been previously used by earlierseason stock parties.
- Electric fences should avoid being placed on sensitive resources (wetlands, unstablebanks, archeological resources, etc.).

Stock use is limited to designated access routes and stock holding areas when not grazing.

Supplemental feed may be used but at designated holding sites only. Supplemental feed must be commercially processed pellets, rolled grains, or fermented hay (e.g. Chaffhaye). This is

required forall users, including administrative and concession operations.

*These products have a high level of mechanical milling, heat treatment, and/or anaerobic fermentation the destroys seeds. Other feed products that have similar levels of processing that destroy nearly all seeds may be permitted. Baled or loose hay and compressed hay cubes, which have little to no processing, may not be used in wilderness to reduce the risk of introducing non-native, invasive plant species.*

The following apply to use by overnight stock groups:
- Overnight camping is limited to the area immediately adjacent to the preferred fire ring (see https://www.nps.gov/yose/planyourvisit/stock.htm)
- Overnight use of these meadows is limited to one stock party per night.

Addition restrictions apply to commercial operations engaged in grazing in these locations. See the Special Park Conditions section of the CUA permit.

*These restrictions are necessary to reduce potential impacts to the federally threatened Yosemite toad (Anaxyrus canorus) and the federally endangered Sierra Nevada yellow-legged frog (Rana sierra) – both listed in June, 2014. A meadow grazing opening date will be established and posted on the Yosemite National Park wilderness conditions page at http://www.nps.gov/yose/planyourvisit/wildcond.htm*

## *Other-Power-Driven Mobility Devices*

Only individuals with disabilities may use Other-Power-Driven Mobility Devices (OPDMDs) in the park, however they are prohibited in undeveloped and designated wilderness and potential wilderness additions. OPDMD users retain the right of way and duties applicable to any pedestrian,however, OPDMD users must yield to pedestrians. The only exception to this is entering or exiting elevators, where OPDMD users have the right of way.

OPDMDs may be used under the following conditions:
- Operators must be 16 years or older
- The OPDMD displays a universal handicap decal (available at visitor centers)
- OPDMD must be a zero-emissions vehicle
- The OPDMD is no great than 36 inches in width as its widest point
- OPDMD speeds may not exceed 5 miles per hour
- Group size is limited to no more than four OPDMD's

OPDMDs must be equipped with the following safety mechanisms:
- Front, rear, and side reflectors
- A system that enables the operator to bring the device to a controlled stop
- If operating an OPDMD between half an hour after sunset to a half an hour before dawn, a lamp emitting a white light that is visible from 300 feet in front of the OPDMD is required while the OPDMD is in motion.
- A sound emitting device that can be activated from time to time by the operator, to alert nearby persons, as appropriate.

*These restrictions are necessary due to safety considerations regarding the lack of a paved shoulder, bicycle lane, or the presence of fog lines. The use of OPDMDs by able bodied persons is prohibited in the park because they meet the definition of a motor vehicle.  An exception is made those for individuals who meet the criteria of a disabled person as defined by the Americans with DisabilitiesAct.  Off road travel with an OPDMD is prohibited for all persons.*

## *Parking*

Parking restrictions in **Yosemite Valley** are applicable from midnight to 6:00am in the following locations:

- Village Store Parking
- Church Bowl Picnic Area
- Yosemite Valley Lodge (without a permit)
- Yosemite Falls parking lot (without a permit)

**Camp 4** parking requires a parking permit 24 hours a day.

*These restrictions are necessary to provide for the orderly management of the park. Administrative functions are exempt from this restriction.*

## *Passenger Buses*

Passenger buses are subject to the following conditions/restrictions on roads within Yosemite National Park:

- Buses must shut down their engines when not underway. Idling must not exceed 5 minutes, or idling must not exceed 15 minutes if the driver is completing the legally required pre-trip inspection.  Yosemite shuttle buses are exempt.
- Buses are prohibited in the parking areas for Swinging Bridge and Big Oak Flat Information Station.
- Buses may not park in areas designated for automobile parking
- Buses are prohibited from parking in residential areas
- Buses over 45 feet in length and 102 inches in width are prohibited on park roads.

*These restrictions are necessary to eliminate additional exhaust fumes added to the air and to allow for the enjoyment of the peace and tranquility of the park. Bus size is restricted because buses over these dimensions cannot safely navigate many of the park roads and lead to congestion at pullouts and parking areas. Bus parking is restricted to certain areas because it causes excessive congestion, parking problems, and traffic hazards. Additionally, the large number of visitors cannot be accommodated by existing restrooms and other facilities. Due to the nature of services provided by the shuttle buses, they are excluded fromthe requirement.*

All commercial buses visiting **Yosemite Valley**, not including vans, are required to unload, pick up their passengers, and park only in areas designated by their commercial use authorization.

> *These restrictions are necessary due to limited parking in Yosemite Valley and the need to control large groups disembarking in congested areas. In order to provide for the orderly management of the park, designated areas, as defined in a Commercial Use Agreement (CUA), are established.*

Commercial Passenger Vans, mini-buses and motorcoaches are prohibited from stopping at Fern Springs.
> *This restriction is necessary due to the sensitive nature of the Fern Spring area, and the impact of large groups walking around the spring.*

## Paved Bikeways

Bicycles, skateboards, scooters, or any other similar device with a combustion engine are prohibited on the paved bikeways. Those conveyances with electric motors are allowed on the paved bikeways.

Speed may not exceed 15 miles per hour on paved trails designated as "paved bikeways" on the official park brochure regardless of transportation method (e.g. bicycles, e-bicycles, scooters, electric scooters, skateboards, electric skateboards etc.).

> *These restrictions are necessary to provide for the safety of visitors and to accommodate multiple user groups on crowded bikeways.*

## Unmanned Aerial System (UAS)

Launching, landing, or operating a UAS from or on lands and waters administered by the National Park Service within the boundaries of Yosemite National Park isprohibited except as approved in writing by the Superintendent.

> *This restriction is necessary to protect the public from hazards and preserve the park's natural, aesthetic, and scenic values. The use of machine airborne or controlled devices, such as an Unmanned Aerial System (UAS) or drone, has the potential to interfere with public safety by posing as in-flight hazard to emergency helicopter use in the park. The use of these devices also has the potential to disrupt wildlife by interrupting migration, nesting, mating, and hunting activities to include, but not limited to, protected species such as the Peregrine Falcon. This restriction is in accordance with NPS Management Policy 8.2 which prohibits recreational uses that conflict with the scenic values and view sheds that the park was designated to protect and the associated activities in which individuals seek solitude and tranquility with an expectation of privacy. Furthermore, their use in designated Wilderness Areas violates the Wilderness Act (16 U.S.C. § 1133(c)), which prohibits motorized equipment use that has not been determined to be the minimum necessary to administer the wilderness area for its designated purpose. An interim measure may be put into place at a later date after the park administration evaluates the appropriateness of this new use on a long-term basis.*

## Wilderness Group Sizes

The public use limits for overnight wilderness use are managed by a system of trailhead quotas,

and daily overnight entries will not exceed the established quotas.

> *This restriction is necessary to provide for public use while protecting natural and cultural resources.*

The group size limits are:
- 35 person limit per group for day use travel on established trails
- 15 person limit per group for overnight travel on established trails
- 15 person limit per overnight campsite use
- 8 person limit per group for all off trail travel (more than ¼ mile off established trails or roads) whether day or overnight use.

Any group exceeding size limitations must split into subgroups and comply with the above size limitations. Subgroups must begin at different trails heads or on separate days, and the subgroups must travel and camp at least ¼ mile apart at all times.

> *These restrictions are necessary as groups that exceed these limits would negatively impact the use and enjoyment of wilderness areas by other smaller groups.*

### *Yosemite Valley access*

Visitors may enter Yosemite Valley via vehicle until:
- westbound traffic backs up from LowerYosemite Falls to the Curry Village four-way intersection,
- all day use parking spaces have beenfilled, and/or
- the 18,710 person capacity is reached.

## Closures (1.5 (a)(1) continued)

### Boating

Motorized boats, motorized vessels, personal watercraft, and other power-driven vessels for on or underwater use are prohibited in all lakes and free flowing rivers, creeks, and streams withinYosemite National Park, as well at Hetch Hetchy Reservoir and Lake Eleanor. See 36 CFR § 1.4 definitions.

> *These restrictions are necessary to preserve the natural characteristics of the lakes for public enjoyment and safety, and to ensure that the management of the park's lakes meets the needs of all park users, including but not limited to photographers, fishermen, and those wishing to see undisturbed sections of lakes. This restriction is in direct support of the Raker Act, water quality provisions, and the Filtration Avoidance Regulation, and is necessary to maintain the high quality of water found in the Hetchy and Lake Eleanor Reservoirs as a clean municipal drinking water source free from microbial pathogens and other contaminants.*

Non-motorized (unpowered) vessels are permitted for use on natural lakes, Lake Eleanor, and

free flowing rivers, creeks, and streams within Yosemite National Park only under the following conditions:

**Merced River**:
- From the headwaters to Little Yosemite Valley Campground
- From Clark's Bridge to Stoneman Bridge when flows are <u>below</u> 4.5 feet as measured at the Pohono Bridge river gauge at 8:00am on the day the river use is to occur
- From Stoneman Bridge to El Capitan Bridge when flows are <u>below</u> 7.0 feet as measured at the Pohono Bridge river gauge at 8:00am on the day the river use is to occur
- From El Capitan Bridge to the park boundary when flows are <u>Above</u> 3.4 feet as measured at the Pohono Bridge river gauge at 8:00am on the day the river use is to occur

**Tuolumne River**:
- From Pothole Dome to Pate Valley

**South Fork Merced River**:
- From the headwaters to 100 yards upstream from the Wawona impoundment.
- From downstream of the Wawona impoundment to the park boundary.

For all boating:
- Vessels must be in good condition and rated for the classification of water users are intending to navigate.
- Use of a trailer or wheeled device to launch or retrieve a vessel is prohibited.
- Dragging vessels on vegetation is prohibited.
- A personal floatation device must be worn while the vessel is underway inaccordance with state laws.
  - A personal floatation device is required to be worn for all boaters aboveLittle Yosemite Valley, below El Capitan Bridge, on the Tuolumne River, and anywhere on the Merced River when the flow is above 4.0 feet as measured at the Pohono Bridge river gauge at 8:00am on the day the river use is to occur.

Boaters must take precautions to ensure their vessel is free of invasive species.

Launching and retrieval is only permitted at the sites listed under 36 CFR § 3.8(a)(2) of this document.

*These restrictions are necessary to preserve the natural characteristics of the rivers, creeks, and streams for public enjoyment and safety, and to ensure that the management of the park's rivers meets the needs of all park users, including but not limited to photographers, fishermen, and those wishing to see undisturbed sections of*

*free flowing river. By partitioning the rivers and placing constraints on certain activities, each visitor group can be accommodated, while providing for both visitor and resource protection, and this action has been determined to be neither a major shift in policy nor a significant change to previous regulatory efforts.*

## Construction Zones

Areas within the park that are designated as construction or demolition zones are closed to the public.  These areas will be identified by signage indicating the closure.

*This restriction is necessary to protect the public from the hazards associated with construction and demolition.*

## Firearms Ranges

All firearms ranges in the park are closed to the public. Firearms ranges are for law enforcement use only.

*This restriction is necessary for the safety of park visitors, to ensure unfettered access for law enforcement training, and to ensure compliance with other National Park Service policies.*

## Glacier Point Overlook

The following area is closed for public safety:
The area known as "Overhanging Rock", adjacent to and just west of the established viewing area at the precipice of Glacier Point, which is signed as a hazardous area.

*These restrictions are necessary to provide for public safety and use.*

## Hetch Hetchy

The Hetch Hetchy Road is open to vehicle, bicycle, and pedestrian daytime use between sunrise and sunset (starting and ending with civil twilight). Any use outside of day use hours is by permit only.

Road access and/or area hours may be further restricted based on factors including environmental hazards, security needs and/or DHS National Terrorism Alert System Bulletins/Alerts regarding the nation or Yosemite National Park.

During Elevated Alert periods, as determined by the Department of Homeland Security, the Hetch Hetchy Road will be open from 8:00am to 5:00pm.

During Imminent Alert periods, as determined by the Department of Homeland Security, the Hetch Hetchy Road and the entire area around the O'Shaughnessy Dam and Hetch Hetchy Reservoir will be closed to all traffic and visitation.

Additionally, the area between the O'Shaughnessy Dam and the administrative dirt road leading to areas below the dam is closed to public access, and the Hetch Hetchy boat dock is closed to public access.

> *These restrictions are necessary for the orderly management of the park and the securityof associated facilities.*

Public access is prohibited below the high water mark of Hetch Hetchy reservoir, an elevation of 3796 feet (see the HighWater Mark map in the appendix). This includes a prohibition on bathing, swimming within 1 mile of any tributary directly flowing into the reservoir.

> *This restriction is necessary to maintain the high quality of water found in the Hetch HetchyReservoir as a clean municipal drinking water source free from microbial pathogens and other contaminants.*

Hetch Hetchy Reservoir is closed to all vessels.

Lake Eleanor is closed to all motorized vessels.

> *These restrictions are in direct support of the Raker Act, Water Quality Provisions, and the Filtration Avoidance Regulation, and it is necessary to maintain the high quality of water found in the Hetchy and Lake Eleanor Reservoirs as a clean municipal drinking water source free from microbial pathogens and other contaminants.*

## *Mariposa Grove*

The road between the Transportation Hub and the Lower Grove is closed to all vehicles during shuttle bus operating hours. Private vehicles displaying an Accessible license plate or ADA Tag, may drive up the road and park in available ADA spaces at the Lower Grove and at the Grizzly Giant ADA parking lots.

All vehicles over 21' in length are prohibited on the Mariposa Grove Road between the Transportation Hub and the Lower Grove.

Vehicles pulling trailers are prohibited on the Mariposa Grove Road between the Transportation Hub and the Lower Grove.

## *NatureBridge Campus*

The NatureBridge campus on Henness Ridge is closed to the general public, except to authorized visitors, participants and guests.
> *This restriction is to allow for orderly authorized operations and the safety of participants, staff and the public.*

## *Park Roads*

The following roads are closed seasonally due to snow and ice:

- **Glacier Point Road**, except between Chinquapin and Badger Pass Ski Area is open whenthe ski area is open.
- **Tioga Road**, east of Nature Bridge.
- **Chowchilla Mountain Road**.
- **Mariposa Grove Road** (when required due to conditions).

*These restrictions are necessary to provide for public safety and use, as winter conditions make for hazardous driving and facilities are only opened and maintained seasonally.*

The Happy Isles Road from the Happy Isles trailhead parking area to the concession stables, including the Mirror Lake Road, is restricted to shuttle buses, vehicles displaying a handicap placard, pedestrians, and bicycle use. Motor vehicle traffic in the restricted area shall be one-way in a counterclockwise fashion, entering at the Wilderness Trailhead parking area and exiting at North Pines Campground.

*These restrictions are necessary to provide for visitor safety on a multi-use roadway that is heavily used by pedestrians, bicycles and stock.*

The Tuolumne Grove Road, Eleven-Mile Road, Meadow Loop, Four Mile Road, signed service roads, and gated roads are closed to public motor vehicle traffic.

*These restrictions are necessary for natural resource protection and for public safety, as these roads are only maintained for fire and emergency access and not for public access.*

From October 15 until the roads open to overnight use the following year, leaving vehicles unattended at any time from sunset to sunrise along the following roads or at trailheads or any other areas accessible from these roads is prohibited:

- **Tioga Road** from the gate at Nature Bridge to the eastern park boundary at Tioga Pass.
- **Glacier Point Road** east of Badger Pass Ski Area.

*These restrictions are necessary to prevent the vehicles of overnight users from being buried deep in snow for the entire winter. Once these roads receive snow sufficient to close them, they may remain closed until the following spring.*

During the seasonal road opening, the entire **Tioga Road,** from the gate at Nature Bridge to the eastern park boundary at Tioga Pass, is closed to public vehicle traffic until the entire Tioga Road is opened.

*This restriction is necessary to provide for the orderly management of the park and the opening of facilities.*

## *Peregrine Falcon Nesting Protection*

The areas identified by cliff name in the Area Protection – Peregrine Nesting Areas are closed from March 1 to July 15 each year or until the young falcons of the current year fledge.  Route closures are updated periodically and can be found at Climbing Closures - Yosemite National Park (U.S. National Park Service) (nps.gov)

> *This restriction is necessary to protect peregrine falcon aeries and to assist in the successful reproduction of peregrine falcons.*

## *Picnicking*

The following areas are closed to picnicking:
- All closed **Yosemite Valley campgrounds**
- All open **Yosemite Valley campgrounds** (except from October 15 – March 1st)
- **Wawona, Hodgdon Meadow,** and **Crane Flat campgrounds** during reservation period, when posted.

> *These restrictions are necessary for the orderly management of the park, use of its resources, and to ensure the availability of the campsite to registered campers.*

## *Swimming and Bathing*

The following areas are closed to swimming and bathing:
- The pool of the Wawona Domestic Water Intake and the area within 100 yards upstream
- Hetch Hetchy Reservoir and one mile from the high-water mark of the reservoir along any tributary directly flowing into the reservoir.
- Lake Eleanor Reservoir, when posted
- Dana Fork of the Tuolumne River above the domestic water source intake
- Emerald Pool and the Silver Apron downstream to the brink of Vernal Fall
- May Lake near High Sierra Camp water system intake.

> *These restrictions are necessary to provide for visitor safety and to maintain the high level ofwater purity for human consumption, in compliance with other laws (Raker Act).*

## *Wawona Area*

When the Wawona Hotel golf course is operating, the course, including the apple orchard, is closed to all persons that are not with an authorized golfing party.

> *This restriction is necessary to prevent people from walking onto the course and risking injury from golf balls or walking onto the course and interfering with authorized commercial activities.*

Summit Meadow south of Glacier Point Road is closed to public access when Glacier Point Roadis open.

> *This restriction is necessary to reduce impact to species of frogs, including some listed*

*under the Endangered Species Act, and their habitats.*

## *Yosemite Valley*

Portions of the Mist Trail, the John Muir Trail, Four Mile Trail and their surrounding trail corridors are closed when signed.

*These restrictions are necessary to provide for public safety and use.*

Slopes along the Merced River, woodlands, and meadows are closed when they are fenced or signed.

*These restrictions are necessary to restore vegetation and protect natural resources.*

The area immediately west of Camp 4, known as Wahhoga (map attached), is closed to all entry except members of the associated tribes and their invited guests.

*This restriction is necessary to prevent disruption to events and ongoing activities as that area is still in use by the Southern Sierra Miwok and other affiliated tribes.*

The Ceremonial Roundhouse, the Sweat House, and the Chief's House in the Indian Cultural Village are closed to public entry.

*These restrictions are necessary to protect the spiritual sanctity of these structures still used by the Southern Sierra Miwok and other affiliated tribes.*

Under the authority of 36 Code of Federal Regulations 1.5(a)(2), the following areas have been designated for a specific use or activity, under the conditions and/or restrictions as noted:

## *Badger Pass Ski Area*

Non-concessions operated sledding, inner-tubing, and tobogganing is prohibited within the ski area boundary when Badger Pass Ski Area concession is operating.

*These restrictions are necessary as sledding is non compatible with downhill skiing and poses a hazard to sledders and skiers, as well as other ski area visitors.*

## *Bridges and other structures*

Jumping or diving from any bridge or from O'Shaughnessy Dam is prohibited.

*This restriction is necessary for the safety of both jumpers and boaters (who are threatened by people jumping from bridges in areas with vessel use) and for the protection of fish and other components of aquatic ecosystems which experience the detrimental effects of water turbidity and shock waves which are caused by people*

*jumping from bridges.*

Affixing any rope, line, or other device to a bridge or structure is prohibited.

> *This restriction is necessary to protect persons and structures from the hazards posed by ropes and lines.*

## *Climbing*

The "Yabo Boulder" (37.727833, -119.624377) and all climbing activities and routes on the boulder are closed.

> *This restriction is necessary to provide for the protection of cultural resources.*

Camping, bivouacking, or sleeping overnight in the vicinity of the base of any cliff, mountain or route to be climbed, and which is located outside designated Wilderness, is prohibited. 36 CFR §2.10(a); 36 CFR §2.10(b)(10)

> *This restriction is necessary for orderly management of the park and to provide forconsistency with camping and wilderness permit requirements.*

The use of any motorized drilling device for the purpose of placing bolts or climbing equipment is prohibited.

> *This restriction is necessary to protect the wilderness character of climbing routes and is in accord with the Wilderness Act which prohibits motorized equipment use in wilderness areas.*

The possession of a motorized drill in a non-developed area is prohibited.

> *This restriction is necessary to protect the wilderness character of climbing routes and is in accord with the Wilderness Act which prohibits motorized equipment in wilderness areas.*

The use of glue, epoxy, cement, or any other adhesive to attach, reinforce, or alter handholds and/or footholds for rock climbing is prohibited.

> *This restriction is necessary to protect the natural features of various climbing routes.*

Fixed or temporary rock climbing anchors, but not climbing ropes, whether used for ascents or descents, may be left in place indefinitely. Unattended lines may be removed and impounded. 36 CFR §2.22(a)(2)

> *This exception is necessary to allow safe rock climbing (a well-established visitor activity in the park) while minimizing the overall impact of rock climbing on the resource and other visitor groups.*

## Filming, Still Photography, and Audio Recording

Filming, still photography, and audio recording activity <u>may</u> require a permit, consistent with 54 U.S.C. 100905.

- Filming, still photography, and audio recording activity that occurs in closed areas, requires exclusive use of a site or area, or involves a set or staging equipment other than handheld equipment (such as a tripod, monopod, and handheld lighting equipment) <u>requires</u> a permit, <u>unless</u> the activity is affiliated with an activity <u>or</u> event that has been allowed under a written authorization, such as a special use permit.

- Filming, still photography, and audio recording that involves more than eight (8) individuals <u>requires</u> a permit, <u>unless</u> the NPS has specifically notified an individual or group that a permit is not required <u>or</u> if the activity is affiliated with an activity or event that has been allowed under a written authorization, such as a special use permit.

- If a permit is required for the reasons stated above, <u>or</u> if the NPS otherwise determines and then notifies an individual or group that a permit is required for a filming, still photography, or audio recording activity, then engaging in that activity without a permit is prohibited.

- Violating a term or condition of a permit issued by the NPS for a filming, still photography, or audio recording activity is prohibited, and may result in the suspension or revocation of the permit, in addition to any penalties that may apply under 36 CFR 1.3.

  *Federal law at 54 U.S.C. 100905 states that permits and fees are not required for filming, still photography, or audio recording in park areas if certain requirements are met. These requirements address various topics, including, but not limited to, group size, location, equipment, potential impacts to resources and visitors, and the likelihood that the NPS will incur related administrative costs. If any of these requirements are not met, the law allows the Secretary of the Interior, acting through the NPS, to require a permit for the subject activity. Permit requirements are imposed by the superintendent under discretionary authority provided by 36 CFR 1.5(a)(2), which allows the superintendent to impose conditions or restrictions on a use or activity, consistent with applicable legislation, to implement management responsibilities. The general regulations for permits in 36 CFR 1.6 do not apply to permits issued for filming, still photography, and audio recording, which instead are governed by the statutory provisions in 54 U.S.C. 100905. The imposition of permit requirements, on a case-by-case basis, for filming, still photography, or audio recording does not require rulemaking under 36 CFR 1.5(b). Requiring a permit with reasonable terms and conditions in accordance with statutory requirements at 54 U.S.C. 100905 is not highly controversial, will not result in a significant alteration in the public use pattern of the System unit, will not adversely affect the System unit's natural, aesthetic, scenic or cultural values, or require a long-term or significant modification in the resource management objectives of the System unit, because the permit requirement is limited in time and scope to the specific activities authorized by the permit, which contain terms and conditions that protect the values, resources, and visitors of the System unit, and implements federal law.*

## Fixed Ropes (including slacklines, highlines)

Installing or using any fixed ropes and webbing (including slack lines), and other devices is permitted under the following conditions: 36 CFR §2.22(a)(2), 36 CFR §5.13

- It does not create a hazardous condition or interfere with the orderly management of the park.
- It does not cross a road or trail.
- It does not cross over any lake or watercourse.
- It must not be attached to oak trees.

- Trees used as anchors must be padded so as to minimize damage to the trees.
- Any unattended fixed line must be tagged with owner name, contact number and date fixed.
- Fixed lines left unattended for greater than 24 hoursmay be removed or impounded.

Slacklines may be left unattended in the following circumstances:
- Park residents may leave slack lines unattended provided the slack lines are:
- Approved by the Superintendent or the Superintendent's designee
- Installed within 200 feet of their housing unit
- Comply with all other slack line restrictions

Park visitors registered in **Camp 4** may leave slack lines unattended provided the slack lines are:
- Tagged to identify the registered camper
- Installed within 200 feet of the boundary of Camp 4 for the period of their stay in Camp 4
- Comply with all other slack line restrictions

*These restrictions are necessary as fixed or tension lines can present a significant hazard to other visitors and negatively impact the scenic value of the resource; however, the repeated installation of slack lines in the same area may cause more resource damage than lines left in place. Additionally, slack lines have caused significant damage to trees in the park while oaks are declining in parts of California and the groves in Yosemite Valley are not reproducing successfully.*

## Giant Sequoias

The climbing or attempting to climb any giant sequoia tree (*Sequioadendron giganteum*) is prohibited.

*This restriction is necessary to provide for the protection of natural resources.*

## Kites

Kite flying is limited to kites measuring less than 1,300 square inches and which are tethered by

string or similar material less than 150 feet in length. Ahwahnee Meadow, El Capitan Meadow, Big Meadow, and Tuolumne Meadows are closed to kite flying regardless of size.

*This restriction is necessary to ensure the safety of low flying aircraft being used in SAR, medical, fire, or other emergency situations.*

## Marches and Parades

Marches and parades are prohibited except in the pedestrian area of the Yosemite Village Mall between the Yosemite Exploration Center (formerly known as the Visitor Center) and the Yosemite Valley Welcome Center. The pedestrian area is adjacent to the Exploration Center, Ansel Adams Gallery, Wilderness Center, Post Office, Degnan's Deli, and the Village Store. The pedestrian area does not include the adjacent bike path. (See Yosemite Village Mall Map in the appendix.)

*The designated area is one of the most frequently trafficked areas by visitors and residents. It therefore provides ample opportunities for march and parade participants to be seen and heard by others. The NPS evaluated other areas within the park and determined that the designated area was best suited for allowing the NPS to respond to emergencies, providing access to parking, and having the capacity for marches and parades without impeding access by other visitors. Bike paths in the park are unsuitable for marches and parades because their purpose is to allow for unimpeded bike traffic with occasional pedestrian use. Pedestrian paths, where they do exist, are general constructed to accommodate no more than two people abreast and run adjacent to protected meadows, sensitive resource areas, and active roadways that could be adversely impacted by larger pedestrian groups.*

## Conditions or restrictions on this use or activity:

Marches and parades of any size require a demonstration or special event permit, as appropriate.

*A permit requirement is necessary to allow the NPS to prepare for and manage marches and parades within the park. Permit applications provide key information about the requested activities that allow the NPS to determine whether to issue a permit, and if so, what terms and conditions to apply to the permitted activities.*

*The park is inherently busy during peak season (generally May through September), holidays, and during Horsetail Fall season. When evaluating a permit application for a march or parade, the NPS will consider logistics and staffing limitations, and existing or excepted levels of traffic and congestion, including when the NPS requires day use reservations to manage traffic.*

*Permits establish clear parameters for marches and parades that allow the NPS to adequately protect park resources, values, and visitors. Parameters include limits on duration and the number of participants, materials and equipment that can be used, and specific routes that must be taken. Permits also name points of contact for the NPS and the permittee to allow for clear and efficient communication between the parties before, during, and after the permitted activities.*

## Smoking/Vaping

Smoking of cigarettes, cigars, use of e-cigarettes and similar devices are prohibited:
- In all public buildings, including concession buildings.
- Within 25 feet of any building, except those used as a single family residence.

- Inside shared housing.
- Other areas as posted.

*This restriction is necessary as smoke from burning tobacco and vapors form e-cigarettes may contain harmful substances (electronic cigarettes contain at least ten chemicals known to cause cancer or birth defects, according to a report from the California Department of Public Health) and restricting the use of e-cigarettes to areas where smoking is permitted is the least restrictive method of controlling while still allowing their use.*

## Soaps and other detergents

The use of any soap, detergent, or shampoo (biodegradable or otherwise) is prohibited in all waters of the park. 36 CFR 2.14 (a)(6)

*This restriction is necessary to provide for the highest water quality standards and ecosystem health; the introduction of man-made products may alter water quality and adversely affect micro or macro organisms.*

## Wildlife

The use of any audio or mechanical device to attract wildlife is considered a violation of 36 CFR § 2.2(a)(2)

*This restriction is necessary as audio or mechanical devices used to attract wildlife may induce stress and disrupt mating / nesting activities of wildlife.*

Willfully approaching, remaining, viewing, or engaging in any activity within 50 yards of bears, or within any distance that disturbs, displaces, or otherwise interferes with the free unimpeded movement of wildlife, or creates or contributes to a potentially hazardous condition or situation is prohibited.

*This restriction is necessary to ensure to the safety of both visitors and wildlife.*

The entire park is closed to the viewing of wildlife with the use of an artificial light. 36 CFR § 2.2(e).

*This restriction is necessary as the viewing of wildlife with an artificial light may induce stress and disrupt mating / nesting activities of wildlife.*

## Wilderness

Within the designated Wilderness and Potential Wilderness Addition portions of the park it is prohibited for any person or group to hang or otherwise affix to any natural or cultural feature, or display so as to cover any natural or cultural feature, any banner, flag, or sign larger than fifteen square feet (e.g., 5 feet x 3 feet), or a series or combination of banners, flags, or signs that total more than fifteen square feet in aggregate, unless authorized by

permit.

*This restriction is necessary to preserve the values of wilderness character in accordance with the Wilderness Act, provide for an unimpaired visitor experience, protect natural and cultural resources in designated Wilderness and Potential Wilderness Addition portions of the park. This restriction is also necessary to maintain public safety, as it prohibits draping items that could endanger and interfere with permitted or allowable unpermitted climbing activity. Maps showing Wilderness and Potential Wilderness Addition portions of the park are available on the park's website and the Superintendent's office.*

# 36 CFR §1.6 – ACTIVITIES THAT REQUIRE A PERMIT

The following is a compilation of those activities for which require apermit from the superintendent. The following is a compilation of those activities for which require a permit from the superintendent. The following activities are prohibited without a permit. Criteria for approving or denying permits are established by applicable law (statutes and regulations) and policy. Permitted activities are subject to applicable terms and conditions.

## *§1.5(d) The following activities related to Public Use Limits:*

### Half Dome
Ascending any part of the Sub Dome or any part of the Half Dome cables on designated days as described in section I of the Compendium.

Conditions of the permit
- Each person ascending Half Dome by way of the Sub Dome, if traveling during the time when the cables are up (approximately May-October) must have a permit.
- Permits are valid from 12:01 am to midnight for the date specified.
- Permits are single use.

Sale, duplication or transfer of permits is prohibited.

### Displays
A permit is required to hang or otherwise affix to any natural or cultural feature, or display so as to cover any natural or cultural feature, any banner, flag, or sign larger than fifteen square feet (e.g., 5 feet x 3 feet), or a series or combination of banners, flags, or signs that total more than fifteen square feet in aggregate, in designated Wilderness and Potential Wilderness Addition portions of the park.

*See justification above (page 24).*

§2.1 Wood Cutting.
Wood cutting is permitted with a permit in the following park areas:
- The Wawona Wood Lot,Hodgdon Wood Lot, Foresta Wood Lot, White Wolf Wood

Lot and the Valley Wood Lot.
- The use of chainsaws is restricted to daylight hours.
- The use of the Valley Wood Lot will be restricted to 10:00am-6:00pm when it is open.Administrative activities are exempt.
- Permits may be obtained by contacting:
- Yosemite National Park Administrative Support Office in Mariposa, CA: 209-379-2231

*This restriction allows for the reduction of fuels within the park, but also limits the sound disturbances that may affect park users.*

§2.4(d) Carrying or possessing a weapon, trap, or net.

§2.5(a) Specimen collecting (taking plant, fish, wildlife, rocks, or minerals.)

§2.10(a) The following camping activities:
- A permit is required to camp in Yosemite National Park.
- Permits may not be transferred, sold or purchased beyond initial issuance.
- Refer to Section III: General Regulations of the Compendium for furtherdesignations and conditions related to camping.

§2.12 Audio Disturbances
(a)(2) Operating a power saw in developed areas.
(a)(3) Operating any type of portable motor or engine, or device powered by a portable motor or engine in non-developed areas.
(a)(4) Operating a public address system in connection with a public gathering or special event for which a permit has been issued pursuant to §2.50 or §2.51.

§2.17 Aircraft & Air Delivery
(a)(3) Delivery or retrieval of a person or object by parachute, helicopter or other airborne means.
(c)(1) Removal of a downed aircraft or parts.

§2.23(a) Recreation Fees
- Waiving fees for educational or scientific visits (pursuant to part 71.13(c) and 71.13(d)).
- Waiving fees for park employees or residents (pursuant to part 71.13(c) and 71.13(d)).

§2.37 Soliciting or demanding gifts, money, goods, or services (pursuant to the terms and conditions of a permit issued under §2.50, §2.51 or §2.52).

§2.38 Explosives:
- Using, possessing, storing, or transporting explosives or blasting agents.
- Using or possessing fireworks.

§2.50(a) Conduct a sports event, pageant, regatta, public spectator attraction, entertainment, ceremony, or similar event.

§2.51(a) Public assemblies, meetings, gatherings, demonstrations, parades and other public expressions of views:

- Marches of any size (36 CFR 1.5).
- Special events, including parades of any size (36 CFR 2.50).
- Demonstrations by groups of more than 25 people (36 CFR 2.51).

§2.52(a) Sale or distribution of printed matter involving more than 25 people.

§2.60(b) Livestock use.

§2.61(a) Residing on federal lands.

§2.62 Memorialization:
    (a) Erection of monuments (requires approval from Regional Director).
    (b) Scattering human ashes from cremation.

§4.11(a) Exceeding established vehicle load, weight and size limits.

§5.1 Advertising (displaying, posting or distributing).

§5.2(b) Selling intoxicants on private land (requires approval from Regional Director).

§5.3 Engaging in or soliciting any business (requires a permit, contract, or other written agreement with the United States, or must be pursuant to special regulations).

§5.4 Commercial transportation of passengers by motor vehicles.

§5.5 Filming/photography. Some filming, still photography, and audio recording may require a permit (depending upon the facts and circumstances; contact the park for more information). 36 CFR 1.5(a)(2) and 54 U.S.C. 100905.

§5.6(c) Using commercial vehicles on park area roads (the superintendent shall issue a permit to access private lands within or adjacent to the park when access is otherwise not available).

§5.7 Constructing buildings, facilities, trails, roads, boat docks, paths, structures, etc.

§5.10(a) Operating eating, drinking, or lodging establishments in certain park areas.

§6.9(a) Operating a solid waste disposal site.

**Part 7 Special Regulations**

§7.16 Yosemite National Park
> (c) Powerless flight.
> (h)(1) Eating and drinking establishments and sale of food and drink.
> (j) Domestic water supplies and sewage disposal systems on private lands within Yosemite National Park.
> (l) Motor Vehicles operating exclusively in the park.
> (m) Trucking permits issued in emergencies.

# GENERAL REGULATIONS
## PART 2: RESOURCE PROTECTION, PUBLIC USE AND RECREATION

## 36 CFR §2.1 – PRESERVATION OF NATURAL, CULTURAL AND ARCHEOLOGICAL RESOURCES

(a)(4) Dead wood on the ground (other than giant sequoia wood) may be collected for use as fuel for campfires within the park when the wood is located:
- Below 9600 feet elevation
- Less than 6 inches in diameter in undeveloped areas
- Outside Yosemite Valley

Within Yosemite Valley, firewood may be collected within the campground boundaries. Where the campground boundary is not marked, firewood may be collected within 50 feet of a campsite as measured from its food locker.

(c)(1), (c)(2) The following fruits, nuts, berries, or unoccupied seashells may be gathered by hand for personal use or consumption, in accordance with the noted size, quantity, collection sites and/or use or consumption restrictions:
- Blackberries: 1 pint per person per day, wherever found, for immediate consumption
- Himalayan blackberry: unlimited quantity
- Raspberries: 1 pint per person per day, wherever found, for immediate consumption
- Elderberries: 1 pint per person per day, wherever found, for immediate consumption
- Strawberries: 1 pint per person per day, wherever found, for immediate consumption
- Thimbleberries: 1 pint per person per day, wherever found, for immediate consumption
- Huckleberries: 1 pint per person per day, wherever found, for immediate consumption
- Fungi, Edible: 1 pint per person per day, wherever found, must be cut (not pulled)

The following may be gathered and transported from the collection site for non-commercial use:
- Apples
- Pears

## 36 CFR §2.2 - WILDLIFE PROTECTION

(d) The transporting of lawfully taken wildlife through the park is permitted under the following conditions and procedures:

- The carcass must be tagged in accordance with state and federal law.
- Game must be kept out of sight as much as practicable.
- Legally taken game must be transported from the entrance gate to the exit gate on the public road system in the most direct route and are not allowed overnight in the park, except where lawfully taken game is possessed by a resident within the park.

The transportation of wildlife is not allowed on any portion of the Yosemite trail system except the Kibbie Ridge to Boundary Lake Trail on the segment between Sachse Spring and Styx Pass.
(e) The entire park is closed to the viewing of wildlife with the use of an artificial light.

# 36 CFR §2.3 – FISHING

The State of California fishing regulations found at [2025 California Freshwater Sport Fishing Regulations and 2025-26 Supplemental Sport Fishing Regulations Booklet, updated July 15, 2025] apply within Yosemite National Park, except as set forth in 36 CFR 2.3(d)and as listed below:

Except for the designated areas identified below, all waters within Yosemite National Park areopen to fishing all year.

Fishing from any piers or bridges (vehicle, pedestrian, or stock) is prohibited within the boundaries of Yosemite National Park.

> *The prohibition of fishing from bridges is necessary to protect the safety of those fishing as well as the safety and enjoyment of other visitors, whether on foot, in vehicles, or in or along the streams and rivers that the bridges cross.*

Fishing from the top of O'Shaughnessy Dam is prohibited.

The use of live, dead or scented bait is prohibited in Yosemite National Park; "live, dead or scented bait" is defined as any natural or manufactured product or device that is used to alert and attract fish by sense of taste or smell, including any product or device to which scents or attraction agents have been added or externally applied. Bait includes, but is not limited to; scented and flavored liquid paste or gel, scented natural or artificially manufactured fish eggs, and applies to traditional organic baits including but not limited to all worms, grubs, crickets, leeches, stink baits, insects, crayfish, human food, pet food, fish, fish parts, and fish eggs.

Lead weights used on fishing lines shall not exceed ¼ ounce per line.

The transport of live fish any distance is prohibited within Yosemite National Park.

Bag and possession limits: Bag limit 5 per day (all trout species) and possession limit 10 at one time (all trout species) except as set out below.

**Specific Rules for Designated Fishing Areas:**

**Merced River** – from Happy Isles Footbridge downstream to the western boundary of the Park

(approximately at the Yosemite View Lodge); and **South Fork Merced River** – from the headwaters at Triple Divide Peak to the western boundary of the Park (approximately ½ mile east of the Rush Creek Trailhead in the Sierra National Forest).

- Open to fishing from the last Saturday in April to November 15.
- Only artificial lures with single barbless hooks may be used.
- Rainbow trout: all catch and release; zero (0) bag and possession limit.
- Brown and Brook Trout: No daily bag limit or possession limits and no minimum size-- brown trout and brook trout must be retained and not released.

**Tuolumne River** - from the O'Shaughnessy Dam downstream to western boundary of the Park (approximately at the Canyon Ranch Ranger Station)

- Only artificial lures with barbless hooks may be used.
- From the last Saturday in April to November 15:
  - Maximum size limit of 12 inches total length (all species).
  - Daily bag limit – two (2) trout (all species) per day.
  - Possession bag limit – two (2) trout (all species) in possession.
- From November 16 through the Friday preceding the last Saturday in April:
  - Daily bag limit – zero (0) trout (all trout species) per day.
  - Possession bag limit – zero (0) trout (all trout species) in possession.

**Adair Lake and Hanging Basket Lake** – open to fishing year-round but with the following restrictions:

- Only artificial lures with single barbless hooks may be used.
- Daily bag limit of – zero (0) trout (all species) per day.
- Possession bag limit of – zero (0) trout (all species) in possession.

*These area specific rules – limits on types or lures and prohibition of live bait; bag and possession limits; the requirements for catch and release of native species and not releasing non-native species; and – are necessary to help sustain native fish populations, including controlling the spread of non-native fish. In 2020 California Department of Fish and Wildlife amended its regulations and lifted many of the area specific limits of the types of amounts of fish that can be taken and possessed. Based on the need to protect native populations, the NPS is maintaining the previous controls and expanding the locations, based on current data, in order to continue to protect those fish populations.*

# 36 CFR §2.4 – WEAPONS, TRAPS, AND NETS

(a) The possession of firearms must be in compliance with California state law, and the individual not otherwise prohibited from possession.

(g) The carrying or possessing of a weapon, trap or net in violation of applicable Federal and State laws is prohibited.

(e) The Superintendent mayissue a permit to carry or possess a firearm under the following circumstances:

- (e)(2) To persons in charge of pack trains or saddle horses, emergency use is meant solely forthe use of dispatching injured stock. The weapon must remain unloaded until there is a circumstance in which an animalmust be dispatched, unless otherwise allowable under state law.
    - o Any firearms use for this purpose must be reported as soon as possible to the Superintendent.

See 'weapon' definition (page 5, from 36 CFR § 1.4). The following are generally prohibited weapons, the possession, carrying or use of which are prohibited in Yosemite except pursuant to 2.4(b): slingshots, BB, paintball, pellet and air guns, and irritant gas devices including bear spray.

## 36 CFR §2.5 – RESEARCH SPECIMENS

(a) Taking plants, fish, wildlife, rocks, or minerals except in accordance with other regulations in this chapter or pursuant to the terms and conditions of a specimen collections permit, is prohibited.

Qualifying researchers must be in compliance with the General Condition for Scientific Research and Collecting Permit as described under the National Park Service Research Permit and Reporting System.

All environmental compliance issues (e.g. categorical exclusions), and minimum requirement analysis for research conducted in the wilderness, must be resolved prior to commencement of specimen collecting.

## 36 CFR §2.10 – CAMPING and FOOD STORAGE

(a) The sites and areas listed below have been designated for camping activities as noted. A permit system has been established for certain campgrounds or camping activities, and conditions for camping and camping activities are in effect as noted:

Camping is permitted for not more than a total of 30 days in any calendar year, provided that during the period from May 1 to September 15 inclusive, camping is limited to a total of 14 days. During the same period, camping in Yosemite Valley and Wawona areas is limited to not more than a total of 7 days.

## Non-Wilderness Camping
### *Camping in Non-Wilderness areas of the park is permitted only in the followingdesignated camps:*

**Family Sites**: Upper Pines, Lower Pines, North Pines, Wawona, Bridalveil Creek, Crane Flat, Hodgdon Meadow, Tamarack Flat, White Wolf, Yosemite Creek, Porcupine Flat, andTuolumne Meadows.

**Walk-in Campgrounds**: Camp 4 and some sections of Hodgdon Meadow campground.

## Backpackers Campgrounds:

Backpackers' campgrounds are intended for use by visitors in possession of an overnight wilderness permit or for visitors arriving in the park by foot, bicycle, or bus. Wilderness permit holders may stay in a backpackers' campground the night prior to their hiking start date and the night after returning from each overnight Wilderness trip, but not between the start and end date.

Backpacker campgrounds are located in Yosemite Valley, Tuolumne Meadows, Hetch Hetchy, and White Wolf.

Users arriving in the park by foot, bicycle, or bus may stay in each backpackers' campground for a limit of one night.

Wilderness permit holders entering or leaving Yosemite and hiking through Tuolumne Meadows (e.g., John Muir Trail and Pacific Crest Trail through hikers) may stay in the backpackers' campground at Tuolumne Meadows for one night during their wilderness trip when the campground is open. If the Tuolumne Meadows Post Office is closed, such backpackers may stay for one night in the backpackers' campground in Yosemite Valley if resupplying in Yosemite Valley. Continuation of the wilderness trip must be on the specified conditions of the wilderness permit.

## Group Campsites:

Group campsites are located in Wawona, Bridalveil Creek, Hodgdon Meadow, and Tuolumne Meadows.

## Horse Campsites:

Horse campsites are located in Wawona, Bridalveil Creek, Tuolumne Meadows, and Hetch Hetchy.

When an individual pays a camping fee, occupies a campsite, or registers in a campground, the following conditions are in effect (under 2.10(c) violating these conditions is prohibited and the permit may be suspended or revoked).

## General Campground Regulations

- Check-out time in all campgrounds is 12:00pm (noon) on the day the permit expires. After check-out time, any unattended property remaining in a site may be impounded immediately. (See Section 2.22)
- Camp only in established sites in designated campgrounds.
- A maximum of six occupants are allowed per site in Family Sites.
- Between the hours of 10:00pm and 6:00am sites are to be occupied only by those registered with that site.
- Each Walk-In and Backpacker Camp user must register individually.

- Campsite registration must occur within 30 minutes of arrival.
- Reserving or holding campsites for others in non-wilderness campgrounds operating on a first-come, first-served basis is prohibited.
- Generator use is permitted only between the hours of:
    - 7:00am to 9:00am
    - 12:00pm to 2:00pm
    - 5:00pm to 7:00pm
- Camping wastewater must be dumped into utility sinks at restroom units when provided.
- When sinks are not provided, wastewater must be dumped at least 100 feet from lakes, rivers, or creeks.

## Vehicles in Campgrounds
- Campground parking permits must be displayed on all vehicles parked in campground parking areas with the campground name, site number, and valid dates visible through the windshield unless other requirements are posted at the campground kiosk.
- A maximum of two vehicles or four motorcycles are allowed per site in Family Sites.
- A maximum of two vehicles and two trailers are allowed per site in Horse Camps.
- A maximum of five vehicles or ten motorcycles are allowed per site in Group Camps.
- Groups are not permitted to park motorhomes, trailers, campers, or other recreational vehicles in group campsite parking areas.
- Where parking pads are provided, vehicles must be parked with all wheels on the pad.
- Except for administrative activities, vehicles are not allowed within the boundaries of walk-in or backpacker campgrounds.

## Wilderness Camping

All persons who wish to sleep overnight, camp, bivouac, or are in possession of equipment designed for overnight use in the wilderness/backcountry, must obtain and carry with them at all times a wilderness permit (at least one permit per group).

Wilderness permits issued by, or on behalf of, a cooperating agency and whose itinerary includes part of the Yosemite trail system, and who enter Yosemite from an adjacent wilderness or forest, are accepted as valid for wilderness travel within Yosemite.

The permit is valid only for the trip leader or alternate listed, entry date, maximum number of people and trailhead indicated.

The first night's camping location must be on the same side of the road as the indicatedtrailhead.

Washing and rinse water must be disposed of at least 100 feet from lakes and streams in the wilderness.

Camping is prohibited in the following areas:
- Any area within four trail miles of a trailhead in or near:

- **Yosemite Valley**
- **Hetch Hetchy**
- **Wawona**
- **Glacier Point (except during the seasonal Glacier Point Road closure, see winter camping closure map)**
- **Tuolumne Meadows**

Camping is prohibited in the following areas (See Prohibited Camping Area Maps in appendix)
- Within 100 feet of a trail unless terrain permits no other options.
- Within 25 feet of a trail.
- Any area within one mile of a public access road.
  - Except at the following locations:
    - May Lake Backpackers Campground
    - Inspiration Point
    - Poopenaut Valley
    - Lake Eleanor campground
- Happy Isles to Little Yosemite Valley campground
- Between Little Yosemite Valley campground and Moraine Dome campground; includingthe area below 6,800 feet elevation from the east end of Moraine Dome to Grizzly Peak.
- Between Little Yosemite Valley campground and the Sunrise trail junction.
- Top of Half Dome
- In the Lost Lake basin, except camping is permitted at Snake Dike and the Diving Board.
- Below the Lake Eleanor high-water line (4657 feet elevation) and Hetch Hetchy high-water line (3796 feet elevation).
- In the watershed of the Dana Fork of the Tuolumne River.
- Camping in the Mariposa Grove is prohibited, except above the Clothespin Tree when the Mariposa Grove Road is closed, and snow depth is sufficient for skiing.
- When Glacier Point Road is closed due to winter conditions, camping is prohibited in thefollowing areas:
  - Within 1½ miles of Badger Pass Ski Area boundary. (See Badger Pass Area Map in the appendix)
  - Summit Meadow, Dewey Point and the Glacier Point area. (See Glacier Point Area Mapin the appendix)

Camping is restricted to designated campgrounds in the following areas: (See Designated Campground Maps in the appendix)
- Little Yosemite Valley campground
- Merced Lake High Sierra Camp
- Sunrise High Sierra Camp
- Vogelsang High Sierra Camp
- Glen Aulin High Sierra Camp
- May Lake High Sierra Camp

## *(b)(3) Camping within 25 feet of a water hydrant or main road, or*

***within 100feet of a flowing stream, river or body of water is authorized only in the following areas, under the conditions noted:***
An established campsite exists and terrain permits no other options.
Camping is prohibited at all times within 25 feet of a stream, river or body of water.

Conditions for the storage of food are in effect 24 hours a day, and as noted, for the following areas (see Definitions, page 4, for items considered 'food' for this purpose):

**In Non-Wilderness Areas:**
- In a properly closed bear-resistant food locker provided by NPS or the concessionaire.
- In a properly closed bear-resistant portable food container that is allowed for use in the park by the NPS.
- In a properly closed bear-resistant dumpster provided by NPS or the concessionaire.
- In the interior of a vehicle that is occupied and under the physical control of the operator or occupant; and occupants are not camping. (see 36 CFR 1.4 definition of camping)
- During daylight hours in the interior of a vehicle which has all windows, vents, and doors closed and the food is out of sight.
- When not stored as described above, all food and food containers must be within 6 feet of an awake person.
- From sunset to sunrise, food must not be stored in the interior of a vehicle except in any of the following circumstances:
- The vehicle is an occupied camping unit that is constructed of solid, non-pliable material and food is not visible and not odoriferous from the outside.
- The vehicle is an unoccupied camping unit that is constructed of solid, non-pliable material with windows, vents, and doors closed, and food is not visible and not odoriferous from the outside.
- The vehicle is unoccupied and is parked in an area outside of established lodging, camping, or residential areas and where bear-resistant food storage lockers are not available and the food is not visible or odoriferous from the outside.
- Inside a hard-sided building that does not restrict food storage and that is occupied or has windows and doors closed.
- Occupants of canvas-sided structures must store food in lockers; refrigerators fitted with latches that are properly latched, or other bear-resistant containers.
- If an NPS-provided food locker is full, the occupants of that site or unit may store a clean ice chest that is empty, or contains only plain water or ice, on top of or next to the full locker.

**Wilderness**
- In a bear-resistant food storage container that is allowed for use in the park by the NPS
- In an NPS-provided food storage locker.
- When requested, any person camping, intending to camp, or permitted to camp within the Yosemite Wilderness must provide proof that they are in possession of a bear-resistant food storage container allowed for use in Yosemite.

- When not stored as described above, all food and food containers must be within 6 feet of an awake person.

Exceptions to the above requirements are granted for:

- Backpackers only staying in a High Sierra Camp or Little Yosemite Valley are not required to carry an approved bear-resistant food storage container.
- Overnight big wall climbing: provided that food is hung on the wall at least 50 feet above the base of the cliff in 5th class or higher terrain, or on top of big walls climbers can hang food 50 feet over the edge in 5th class or higher terrain.
- Winter use (from December 15 of each year until March 30 of the following year) in designated areas within Yosemite Wilderness as noted below, unless otherwise designated by the Superintendent:
  - Overnight visitors traveling using skis or snowshoes in the following areas are not required to store food in bear-resistant food containers:
    - Above 7,200 feet in elevation.
    - Above 6,800 feet in elevation and within a ½ mile of a marked ski trail.
    - Overnight visitors are required to hang their food to protect it from wildlife or keep it within 6 feet of an awake person.

# 36 CFR §2.11 – PICNICKING

Certain areas have been closed to picnicking and are listed in section 1.5(a)(1) "Closures". Conditions for Picnicking:
- Picnickers must yield campground sites to persons who wish to camp.
- Food must be stored in accordance with CFR §2.10, above.

# 36 CFR §2.12 – AUDIO DISTURBANCES

The following developed areas are open to the use of power saws during daylight hours:
- El Portal, Foresta, Hodgdon Meadow, and Wawona Wood Lots
- The Valley Wood Lot from November 1 to April 14 and is limited to between the hours of 10:00am-6:00pm.

# 36 CFR 2.13 – FIRES

(a)(1) The lighting or maintaining of fires is generally prohibited, except as providedfor in the following designated areas and/or receptacles, and under the conditions noted:

Fires are prohibited on all beaches.

Fires are permitted in the following areas, within provided fire rings and barbecue grates, at:
- Campgrounds
- Picnic areas with barbecue grates
- Housekeeping Camp
- Residential areas

- In Little Yosemite Valley and the High Sierra Camp Campgrounds (except Volgelsang High Sierra Camp), fires are allowed only in NPS-provided communal fire rings
- Wilderness campsites below 9,600 feet, in existing fire rings, except they are prohibited:
  - Within 100 feet from a trail or body of water even if a fire ring exists.
  - On the top of Half Dome.
  - The Upper and Lower Cathedral Lake basins.
  - Within ¼ mile of the shoreline of Kibbie Lake.
  - On top of El Capitan from the north rim hikers trail south to the rim of El Capitan.

Under the following conditions, fires are permitted at the Wahhoga Village Site:

A Ceremonial fire may be present in the Wahhoga at the sweat lodge fire ring and at the cooking area fire ring from 5 am to 10 pm year-round, unless otherwise prohibited by the Superintendent during periods of high fire danger. During periods of high fire danger and when requesting to maintain a fire between 10 pm and 5 am, the tribe may request a fire permit from the Superintendent for ceremonial purposes which will specify the terms, conditions, and hour restrictions under which this fire may be present. The two designated fire rings within the Wahhoga may only be used by the American Indian Council of Mariposa County Inc., also known as the Southern Sierra Miwuk Nation or tribal designee(s).

> *Pursuant to the 2018 agreement between the American Indian Council of Mariposa County Inc, also known as the Southern Sierra Miwuk Nation or tribal designee(s) and Yosemite National Park.*

From October 1 to April 30, wood fires are allowed anytime.

From May 1 through September 30, all wood fires are restricted in Yosemite Valley campgrounds, Housekeeping Camp, picnic areas, and the Hodgdon Meadow campground tobetween the hours of 5:00pm to 10:00pm.
- These conditions do not apply to wood stove fires used for heating buildings, residences, and/or administrative activities.

At the discretion of the Superintendent, fires may be restricted or prohibited at any time, and or specified locations during extreme fire conditions or when poor air quality conditions exist.

Established Conditions for Fires:
- Fires may only be lighted in grates, grills, fire rings, cook stoves, or barbeque grills.
- The construction of new fire rings is prohibited.
- Burning of giant sequoia (Sequoiadendron giganteum) is prohibited.
- The burning of leaves, tree needles, conifer cones, and wet or green wood is prohibited except in residential areas in Wawona, Foresta, and Aspen Valley for the purpose of clearing for a defensible space against wildfire. Burning must be in compliance with local county residential burning regulations.
- Burning is not permitted during the fire season (fire season starts and ends as declared

by the Fire Management Officer and posted on the Yosemite National Park website).

- Burning is allowed only on permissive days as established by Mariposa County and the Air Resources Board. Call the Mariposa County burn day information line to check burn day status prior to burning.
- The individual or homeowner must notify park dispatch to include the start and end times and location of activity.
- Maximum pile size is 4 feet in diameter.
- Clear all flammable material and vegetation within 10 feet of the outer edge of burn pile.
- An adult must remain in attendance with a shovel until the fire is dead out.
- Keep 5 gallons water supply or a charged hose at the burning site.
- No burning shall be undertaken unless weather conditions (particularly wind) are such that burning can be considered safe. No burning shall be undertaken when wind speeds or gusts in excess of 5 MPH are present or forecast.

A fire may be ignited and maintained only by using fuel sources designed and commonly used for warmth or the preparation of food, such as charcoal briquettes or natural firewood. Lighting or maintaining a fire with other materials including, but not limited to, flammable liquids, garbage, fireworks, plastics, aerosol canisters, batteries, or other manufactured or synthetic materials, is prohibited.

*This action is necessary for the maintenance of public health and safety, protection of environmental or scenic values, protection of natural or cultural resources, and the implementation of management responsibilities. Materials other than approved combustibles – especially fire accelerants and substances prone to wind transport or explosion – creates serious risks when used to light or maintain fires. These combustibles can ignite or spread wildfires that directly threaten people and valuable resources and assets. The burning of manufactured or synthetic materials can contribute to air pollution, contaminate soil and water, and be toxic to humans and the environment. Less restrictive measures, such as an education campaign informing visitors of the risks of using certain materials to light or maintain a fire, would not be commensurate with the substantial risks associated with those activities and could lead to adverse outcomes that might be prevented by establishing an enforceable condition.*

## (a)(2) The following restrictions are in effect for the use of stoves or lanterns:

Cook stoves and lanterns are permitted.

## (b) Fires must be extinguished according to the following conditions:

All fires should be completely extinguished with no burning material remaining.
If a portable barbeque grill is used, all ashes/coals must be thoroughly extinguished and cooled and then removed from the park or placed in a trash receptacle.

## 36 CFR §2.14 – SANITATION and REFUSE

(b) Conditions for the disposal, containerization, or carryout of human body waste have been established as follows:

- In non-developed areas, solid human waste and service animal waste must be buried at least 6 inches deep in the soil and at least 100 feet from trails and campsites and bodies of water.
- While within one mile of the Hetch Hetchy reservoir's high-water mark, solid human waste and service animal waste must be buried at least 6 inches deep in the soil and at least 100 feet from trails and campsites, and at least 300 feet from bodies of water and water sources directly flowing into the reservoir.
- During winter use, snow should be removed and waste buried at least 6 inches deep in soil or waste should be carried out and disposed of in a vault toilet.
- Toilet paper and feminine hygiene products must be packed out.
- Solid waste excreted while on any climb in Yosemite National Park must be placed in a small container carried off the climb and disposed of in one of the vault toilets provided by the NPS.

## 36 CFR §2.15 – PETS
## (a)(1) The following structures and/or areas are **closed** to the possession of pets:

- All trails
- Non-developed areas away from designated roads and paved pathways to include but not limited to beaches, meadows, and waterways
- All designated Wilderness areas and designated Potential Wilderness Additions
- Specific areas as posted by signs
- O'Shaughnessy Dam
- Camp 4 and all backpackers' campgrounds
- When snow depth is sufficient for skiing, pets are not permitted on unplowed roads.
- The **Mariposa Grove** of Giant Sequoias; this includes all areas east of, and above the Mariposa Grove Welcome Plaza, to include the Mariposa Grove Road leading from the Welcome Plaza, the Lower Grove Arrival Area, the Grizzly Giant ADA service road, the Washburn Trail, all paved and unpaved trails and roads, and all areas within.

### *The following structures and/or areas are open to the possession of pets:*

- Any residential area and within any structure assigned to a permanent or term employee.
- When leashed, on fully paved roads, paved sidewalks, and bicycle pathways.
- When leashed, on Meadow Loop and Four Mile Roads in **Wawona**.
- When leashed, on Eleven Mile and Chowchilla Mountain Roads
- When leashed, on Carlon Road and the Tuolumne Grove Road between **Hodgdon Meadow** and the **Tuolumne Grove parking lot**.

(a)(5) Pet excrement must be disposed of in accordance with thefollowing

conditions:

Pet excrement must be immediately removed and disposed of in waste receptacles.

## (e) Pets may be kept by park residents under the following conditions:

- Pet ownership is restricted to two (2) pets per household. This includes cats, dogs, and other normal non-intrusive small household pets. Farm-type animals will not be permitted as pets. Wild animals, native to the park, shall not be permitted as pets.
- Pets within Yosemite National Park must be contained within the residence, under physical restraint, or on a leash at all times. Under no circumstance may a pet be left unattended on a leash or zip wire unless a responsible person is available to monitor the activities of the pet.
- All dogs must be registered and licensed in accordance with county ordinances and state laws. Dogs must have two (2) current inoculations for rabies and DHL (distemper, leptospirosis, and hepatitis). Dogs shall bear a collar at all times. Cats must be inoculated for rabies and distemper.
- The breeding of pets is prohibited except by permit from the Superintendent. If a female is bred accidentally, the offspring shall be removed before they are three months old.

## 36 CFR §2.16 – HORSES and PACK ANIMALS

(a) The following animals are designated as pack animals for purposes of transporting equipment:

- Horses, mules, burros, and llamas

(b) The use of pack animals is permitted on all park trails, routes, and areas except:

- Bicycle paths and roads.
- The Mist Trail from Happy Isles to Nevada Fall, paved foot trails, and the Mirror Lake Road in **Yosemite Valley**.
- Gaylor Lakes Trail from Tioga Pass Entrance Station to Gaylor Lakes.
- Chilnualna Falls foot trail from the parking area in **Wawona** to the junction with the stock trail that starts at the intersection of Loop Road and Larke Avenue.
- All interior trails within the Mariposa Grove (stock is authorized on the perimeter trail).
- Other areas and trails as signed.
- Llamas are not allowed on the High Sierra Loop, the Vernal/Nevada Falls corridor, or the river trail from Nevada Fall to Merced Lake. Exceptions may be made for Pacific Crest and John Muir Trail users with written permission from the Superintendent.

(g) Other conditions concerning the use of horses or pack animals:

- Off trail/cross country travel is prohibited. The following are exceptions:
- Stock may travel up to ¼ mile off trail for purposes of watering, rest stops or camping.
- Miwok Lake Route.
- Avonelle Lake Route.

- Mattie Lake Route.
- Lyell Fork of the Merced Route.
- Horse Thief Canyon Route.
- Givens Lake Route.
- Establishing new trails and short cutting trails/switchbacks is prohibited.
- Stock parties must travel in single file whenever possible. On maintained stock routes, overnight wilderness users are limited to 15 people and 25 head of stock.
- On authorized cross country routes, overnight wilderness users are limited to 8 people and 12 head of stock.
- Grazing is prohibited within four miles of trailheads and paved roads, immediately surrounding any High Sierra Camp, and in Mariposa Grove.
- Special conditions apply in Kerrick Canyon. See section 1.5
- Tying to trees or remaining in a campsite for periods longer than is needed to load and unload is prohibited.
- When picketed on a line, stock must be tied so they cannot chew on tree bark or eat the leaves of woody vegetation.
- Stock must be picketed at least 100 feet from any stream, lake or spring.
- Any lost, euthanized or deceased stock must be reported to the Superintendent as soon as possible. It is the owner's responsibility to properly dispose of them, away from trails.

Non-wilderness camping with stock is permitted only within designated areas of Tuolumne Meadows, Hetch Hetchy, Bridalveil Campgrounds and Wawona. The following conditions apply to these areas:
- Grazing is prohibited.
- Feed must be provided by the camper.
- Sites must be cleaned of manure and uneaten food on a daily basis. Refuse must be raked, bagged and deposited into a dumpster.
- Watering facilities must be used when they are provided.
- Use of corrals is limited to the area directly under the provided highlines.

# 36 CFR §2.17 – AIRCRAFT and AIR DELIVERY

(a)(1) Areas designated for operating or using aircraft are provided for in section 7.16(c)

Hang gliding is allowed by permit at locations and areas designated in the permit.

(c)(1) The removal of a downed aircraft, components, or parts thereof is subject to procedures established by the Superintendent through written authorization

A permit is required for the removal of any downed aircraft, components, or parts thereof.

# 36 CFR §2.20 – Skating, Skateboards and similar devices.

*The use of roller skates, skateboards, roller skis, coasting vehicles, or similar devices are allowed only in the following areas:*

- *Yosemite Village Mall*

- *Bicycle paths in Yosemite Valley (for unpowered or electric-powered devices, no combustion engine devices)*
- *Residential areas*
- *Campgrounds*

## 36 CFR §2.21 – SMOKING

(a) The following portions of the park, or all or portions of buildings, structures or facilities are closed to smoking as noted:

- All public buildings and public areas of concession buildings (including restrooms).
- Within 25 feet of any building, except those used as a single family residence.
- Other areas as posted.
- Smoking while traveling on trails is prohibited. Persons who wish to smoke must stop and remain in one location until they have extinguished their smoking material.

## 36 CFR §2.22 – PROPERTY

(a)(2) Property may be left unattended for periods longer than 24 hours in the following areas and under the following conditions:

- Visitors on permitted overnight trips into or through wilderness areas may leave their vehicles unattended for the period specified by their wilderness permit. There is no overnight parking allowed in the Village Store, General Office, Church Bowl or other parking lots as signed.
- Visitors with overnight accommodation in lodges or campgrounds may leave their vehicles unattended for the period of their stay as long as permits are displayed.
- Any motor vehicle that is immobile because it is not capable of moving under its own power due to mechanical malfunction, or any vehicle which is inoperable because it cannot be operated legally on public roads because it is unlicensed or unregistered, may be impounded by the Superintendent. The owner of the vehicle will be notified of pending impoundment. Leaving a notice on or in the vehicle, or at the owner's residence, or issuing a notice directly to the owner, fulfills the notification requirement. Ten days after notification, the vehicle may be impounded.
- Unattended property or vehicles that contain improperly stored food or food containers located in any public areas may be impounded at the owner's expense.
- Items left in food lockers more than 14 days or past the checkout time for the campsite may be impounded.
- Individuals leaving pets unattended or in violation of California Penal Code 597.7(a) are subject to immediate impoundment of their property/pet.

## 36 CFR §2.35 –ALCOHOLIC BEVERAGES and CONTROLLED SUBSTANCES

(a)(3)(i) The following public use areas, portions of public use areas, and/or public facilities within the park are closed to consumption of alcoholic beverages, and/or to the possession of a bottle, can or other receptacle containing an alcoholic beverage that is

open, or has been opened, or whose seal has been broken or the contents of which have been partially removed:

- Visitor centers and auditoriums unless a temporary permit to sell and/or consume alcoholic beverages has been issued by the Superintendent.
- Amphitheaters and other sites designated for interpretive programs unless a temporary permit to sell and/or consume alcoholic beverages has been issued by the Superintendent.
- Trams, park tour buses, and shuttle buses.
- Any ski lift at Badger Pass Ski Area.
- Stoneman Bridge, Clark's Bridge, and Housekeeping Camp Bridge.

Other than during posted times of operation, the following areas are closed to the possession of open containers and consumption:

- Degnan's Complex.
- Village Grill.
- Half Dome Village Pizza Deck, seating areas adjacent to the retail stores and courtyard benches.
- Tuolumne Meadows Grill and Store.
- Badger Pass Ski Area Lodge
- Wawona Hotel Golf Shop
- Yosemite Valley Lodge plaza and patio.
- The Ahwahnee Hotel patio and courtyard.

# 36 CFR §2.50 – SPECIAL EVENTS

- Permits are required for any special event utilizing park areas.
- Special events such as walk-a-thons, races, endurance runs, or competitive events, whethercommercial or otherwise, will not be permitted in wilderness areas.
- Solicitation activities (per 36 CFR § 2.37) require a permit.

# 36 CFR §2.51 – DEMONSTRATIONS and DESIGNATED AVAILABLE PARK AREAS

(b) Demonstrations of more than 25 people are allowed within park areas designated as available under paragraph (c)(2) when the Superintendent has issued a permit for the activity.

(c)(2) Designated locations.

Except for marches, demonstrations of 25 persons or fewer do not require a permit at the following designated free speech locations (demonstrations of more than 25 people at the designated free speech locations do require a permit):

- Yosemite Valley near park headquarters and the exploration center. (See Yosemite Valley Park Headquarters Map in the appendix.)
- Wawona next to the Wawona Store. (See Wawona Store Area Map in the appendix.)

- O'Shaughnessy Dam by the day use parking area. (See O'Shaughnessy Dam Parking Area Map in appendix.)

AND, at the following locations in Yosemite Valley between the hours of 8:00am and 5:00pm, when not being utilized for previously scheduled public or administrative purposes:

- Yosemite Chapel.
- Lower Pines Amphitheater.
- Lower River Amphitheater.
- Valley Theater.

*The NPS chose the designated free speech locations for the following reasons: proximity to restrooms, access to nearby parking, access to shuttle buses, the presence of paved areas suitable for gatherings, the fact that existing amphitheaters are intended for gatherings and constructed in a manner to help facilitate demonstrations, low risk to sensitive wildlife and vegetation, the ability of other park visitors to see and hear activities occurring at the location without unduly impacting visitor enjoyment, and proximity and ease of access to responding emergency vehicles. Other locations in the park were considered but deemed unsuitable for demonstrations for the reasons stated above.*

## 36 CFR §2.52 – SALE OR DISTRIBUTION OF PRINTED MATTER

(b) The sale or distribution of printed matter by more than 25 persons is allowed within park areas designated as available under § 2.51(c)(2) (see above) when the Superintendent has issued a permit.

## 36 CFR §2.62 – MEMORIALIZATION

(b) A permit is required for the scattering of ashes from cremated human remains, pursuant to the terms and conditions of a permit as outlined below:

- The remains to be scattered must have been processed by pulverization after cremation.
- The scattering of human ashes by persons on the ground is to be performed out of sight of park visitors and at least 100 yards from any trail, road, walkway, parking area, developed facility, watercourse, or body of water.
- The scattering of human remains from the air is prohibited.
- Ashes must be scattered over and area large enough so that they will not accumulate in one place.
- No marker of any kind may be left to commemorate the event.
- No publicity is to be given to this activity.
- The use of commercial, for-profit venture to distribute cremated remains in the park is prohibited.

Except for the authorization to scatter cremated human remains, nothing in this permit shall be construed as authorizing an entry or activity otherwise prohibited or restricted by law or regulation.

## Part 3: BOATING AND WATER USE ACTIVITIES

# 36 CFR §3.8 (a)(2) – LAUNCHING OR RECOVERY OF A VESSEL

Launching or recovery of a vessel is prohibited except at the following sites:

**The Merced River**

- The shoreline of the Merced River from the headwaters to the Little Yosemite Valley Campground.
- Non-vegetated areas downstream from Clark's Bridge for approximately 100 feet or as signed.
- Non-vegetated areas downstream from Stoneman Bridge for approximately 100 feet or as signed.
- Non-vegetated areas of El Capitan Bridge for approximately 100 feet upstream and downstream or as signed.
- Non-vegetated areas of shoreline downstream from Pohono Bridge.
- Non-vegetated areas of shoreline at Sentinel Beach for approximately 100 feet or as signed.

**The South Fork of the Merced River**

- Non-vegetated areas of shoreline from the headwaters to 100 yards upriver from the Wawona impoundment.
- Non-vegetated areas of shoreline downriver from the Wawona impoundment.

**The Tuolumne River**

- Pothole Dome area: downstream of the meadow.
- Glen Aulin: within 100 feet of the bridge.
- Pate Valley: the shore within 100 feet of the bridge.
- Scouting rapids and bypassing obstacles is allowed for safety purposes.

**Other Allowable Park Locations:**

- The non-vegetated shore of the eastern edge of Tenaya Lake.
- Non-motorized vessels may be launched and recovered at wilderness lakes, except whereotherwise prohibited.

# PART 4: VEHICLES AND TRAFFIC SAFETY

## 36 CFR §4.11 – VEHICLE LOAD, WEIGHT AND SIZE LIMITS

(a)  The following load, weight and size limits, which are more restrictive than State law, apply tothe roads indicated under the terms and conditions, and/or under permit as noted:

The following maximum kingpin-to-rear-axle (KPRA) distances are established for park roads:

- The Wawona Road has a KPRA of 40 feet.
- The Big Oak Flat Road has a KPRA of less than 30 feet.
- The Tioga Pass Road has KPRA of 40 feet.
- The El Portal Road has a KPRA of 32 feet.

During periods when the road base of specific park roads is saturated, a weight restriction for vehicles of 14,000 pounds will be signed and enforced.

California legal trucks must be no larger than 14 feet high, 102 inches wide, and 40 feet long if a single vehicle, and 65 feet long if a combination vehicle. An overall length exception to 75 feet is given for a truck, tractor, semi-trailer, trailer combinations (doubles) if each trailer is no more than 28 feet 6 inches long.

California legal truck with single trailer:
- Semi-trailer = no limit
- KPRA = 40 feet maximum (if two axles in rear)
- KPRA = 38 feet maximum (if one axle in rear)
- Combination length = 65 feet maximum.

California legal truck with double trailer:
- Semi-trailer = 28 feet 6 inches maximum
- Trailer = 28 feet 6 inches maximum
- KPRA = no limit
- Combination length = 75 feet maximum

-or-
- Either trailer or semi-trailer =28 Feet 6 inches max; the other trailer has no KPRA = no limit
- Combination length = 65 feet maximum.

## 36 CFR §4.21 – SPEED LIMITS

(b) The following speed limits are established for the routes/roads indicated:
- The maximum speed on park roads is 35 mph unless posted otherwise.
- When and where chain controls are in effect, the maximum speed is 25 miles per hour.
- The speed limit approaching and leaving all entrance station areas is 20 miles per hour unless otherwise posted.
- When the Yosemite Valley special use lane is in effect, the maximum speed is 25 miles per hour on Southside Drive from El Capitan Crossover to Sentinel Crossover when posted.

## 36 CFR §4.30 – BICYCLES

a) *Park Roads*. Bicycle use is permitted on park roads, parking areas, and where general vehicle use is allowed by the public

b) *Administrative Roads*. Administrative roads are roads closed to motor vehicle use by the public, but open to motor vehicle use for administrative purposes. Bicycle use is permitted on the following administrative roads:
- Wawona
  - Eleven Mile Road near Yosemite West
  - Four Mile Fire Road south of Wawona Meadow
  - Mariposa Grove Road from Welcome Center to the Lower Grove, to include the ADA road form Lower Grove to the Grizzly Giant ADA parkinglot.

d) *Existing Trails*. The following trails have been designated for bicycle use:

- Yosemite Valley
  - Paved bike path loop from Swinging Bridge through the East Valley - Happy Isle/ Mirror Lake. (Unless indicated by a "No Bikes Allowed" sign)
- Wawona
  - Wawona Meadow Loop.

f) *Closures and other restrictions*:
- Bicycles are prohibited in designated wilderness, designated potential wilderness additions, and areas where indicatedby closure notices or signs.
- Bicycles are prohibited in the following areas:
  - The surface of O'Shaughnessy Dam.
  - All dirt roads starting from the gate at the top of O'Shaughnessy Dam leading to areas below the dam.
  - The Hetch Hetchy Road when the road is closed.
  - Cyclists on rental bicycles and rental e-bicycles are prohibited on the bicycle path between the bicycle racks at the base of the Mirror Lake Road and Mirror Lake.
  - Yosemite Falls paved trails where signed as closed to bicyclists
  - Any location where signs prohibit their use.
- Bicycles may be permitted on certain closed roads (such as the Tioga Road and Glacier Point road) during times in which no snow removal activities are underway, when the road is cleared of snow but not yet opened to vehicle traffic, and subject to any limits or restrictions set by the Superintendent.
- The bicycle and e-bike speed limit on all administrative roads and existing trails is established as 15 mph in order to provide a safe environment for all users of these areas.

i) *Electric Bikes "E-Bikes"*
- E-bikes are permitted where traditional bicycles are allowed.
- E-bikes are prohibited where traditional bicycles are prohibited.

# 36 CFR §4.31 – HITCHHIKING

Hitchhiking is permitted in the following areas under the conditions noted:
- All areas of the park when the person is off the roadway surface and when public safety and traffic flow are not adversely affected.
- When vehicles may safely pull off the main traffic lane into a turnout or safely onto the shoulder to allow for passengers to be received.
- When not under the influence of alcohol or intoxicating drugs.
- When hitchhiking behavior is safe and not a nuisance.
- Except in residential areas where signs exist establishing the area as a residential area only.

# PART 7: SPECIAL REGULATIONS, AREAS OF THE NATIONAL

# PARK SYSTEM

## 36 CFR §7.16 – YOSEMITE NATIONAL PARK

(c) Powerless flight requires a permit from the Superintendent.



# Yosemite National Park
## Park Roads

National Park Service
U.S. Department of the Interior

Hwy 120 to Lee Vining

Hetch Hetchy Rd

Hwy 120 to San Francisco

Tioga Rd

Big Oak Flat Rd

Big Oak Flat Rd

Northside Dr

El Portal Rd

Southside Dr

Hwy 140 to Mariposa

Glacier Point Rd

Wawona Rd

Mariposa Grove Rd

Chowchilla Mountain Rd

Hwy 41 to Fresno

0   2½   5   10
Miles

### Legend
— Road
▢ Yosemite Boundary



# Yosemite National Park
## Little Yosemite Valley Camping Area Closure

National Park Service
U.S. Department of the Interior

Note: Other no camping areas not shown on map.

0    ¼    ½    1
Miles

### Legend

▲ Designated Campground

No Camping Area

# Yosemite National Park
## Glen Aulin High Sierra Camp Area Closure



Legend

△ Designated Campground

Ⓐ High Sierra Camp

No Camping Area



# Yosemite National Park
## May Lake High Sierra Camp Area Closure

National Park Service
U.S. Department of the Interior

May Lake

May Lake
High Sierra Camp

Creek

PACK

0    0.05   0.1        0.2
                            Miles

### Legend

△ Designated Campground
◮ High Sierra Camp
▮ No Camping Area



# Yosemite National Park
## Merced Lake High Sierra Camp Area Closure

National Park Service
U.S. Department of the Interior

**Legend**

△ Designated Campground

🔼 High Sierra Camp

No Camping Area

0   0.1   0.2   0.4
Miles



# Yosemite National Park
## Sunrise High Sierra Camp Area Closure

National Park Service
U.S. Department of the Interior

**Legend**

△ Designated Campground

🔺 High Sierra Camp

No Camping Area





# Yosemite National Park
## Dewey Point No Camping Area

National Park Service
U.S. Department of the Interior

Map Detail

Dewey Point

Point

### Legend

■ ■ ■ Ski Trail

---- Hiking Trail

░░ No Camping Area

0     0.1     0.2
Miles

# Yosemite National Park
## Glacier Point No Camping Area



Map Detail

Glacier Point

Ski Hut

Legend

▪▪▪▪▪▪ Ski Trail

No Camping Area

0        0.05        0.1

Miles



# Yosemite National Park
## Yosemite Ski and Snowboard No Camping Area

National Park Service
U.S. Department of the Interior

Grouse Creek

McGurk Meadows

14

18

Grouse Creek

Avalanche Creek

Summit Meadow

Old Glacier Point Road

7

Indian Creek

Yosemite Ski and Snowboard Area

13

23

Tempo Dome

Westfall Meadow

16

Rail Creek

Strawberry Creek

**Legend**

- - - - Ski Trail

No Camping Area

0   ¼   ½   1   Miles

Created by M. Ouborg on Date: 7/ /2016



# Yosemite National Park

## Designated 1st Amendment Areas - Yosemite Valley

Cemetery

Map Detail

Indian Village

Museum & Library

Bathrooms

Visitor Center

The Ansel Adams Gallery

Wilderness Center

Post Office

Designated Area 3

Designated Area 1

Administrative Building

Designated Area 4

Designated Area 2

Shuttle Stop # 5

Shuttle Stop # 9

Rangers Club

CA-140-W

YOSEMITE VALLEY

0     75     150     300
Feet

# Yosemite National Park
## Designated Marches and Parades Area - Yosemite Village



# Yosemite National Park
## Designated 1st Amendment Areas - Hetch Hetchy

Map Detail

Iron Creek

2221 m

HETCH HETCHY LOOP ROAD

HETCH HETCHY SERVICE ROAD

Day Use Parking

HETCH HETCHY LOOP ROAD

Designated Area

HETCH H

| 0 | 75 | 150 | 300 |

Feet

# Yosemite National Park
## Designated 1st Amendment Areas - Wawona

Designated Area

Map Detail

Wawona

0    100    200    400
Feet



Map Detail

Subdome

Half
Dome

0   ¼   ½
Miles



# Yosemite
**Area Closure of Hetch Hetchy Reservoir Below High Water Line (3,796 ft)**

Map Detail

YOSEMITE NATIONAL PARK

YOSEMITE WILDERNESS

N

## Legend
⬚ Closure Area

0    ½    1    2    Miles

# Stock Site Evaluation Project
## Isberg Lake West and East

**Yosemite National Park** | **National Park Service**
**California** | **U.S. Department of the Interior**



Yosemite National Park

Map Area

Isberg Lake - East
(142)

Isberg Lake - West
(13)

Forage Area: Isberg Pass (1039)

Date Exported: 5/30/2023 2:21 PM

**Legend:**
- Stock Site (Preferred Fire Ring)
- Holding Area
- Access Route
- NPS System Trail
- Closure
- Sensitive Area
- Forage Areas

Scale: 1:7,000
0 — 125 — 250 Meters

N

Forage Area: Forage areas are the Isberg Pass (1039) meadow, or understory forage areas surrounding the lake and adjacent to the sites.

No stock or hikers are permitted off-trail in the meadow closure areas, as stated in the Superintendent's compendium.

---

**Isberg Lake - West**

Camp ID: 13
Site Location: 293,935mE x 4,169,374mN
Handling Practices: Per the Superintendent's Compendium, no fire rings are allowed at Isberg Lake, as the elevation here, 10,0000 feet, is above the legal fire ring elevation of 9,600 feet. This is the primary site at Isberg Lake. The access route is north of the outlet creek and heads east from the NPS system trail approximately 100 m to a flat camping area on the north side of a group of trees that overlook the lake. The unloading area and holding area are in the camping area.

Annual Grazing Capacity: 15 stock use nights

---

**Isberg Lake - East**

Camp ID: 142
Site Location: 294,168mE x 4,169,621
Handling Practices: Per the Superintendent's Compendium, no fire rings are allowed at Isberg Lake, as the elevation here, 10,0000 feet, is above the legal fire ring elevation of 9,600 feet. This is the secondary site at Isberg Lake. The access route is lengthy and heads east from the NPS system trail for approximately 250 m to the camping area. The unloading area and holding area are 10 m north of a flat camping area that overlooks the north end of the lake.

Annual Grazing Capacity: 12 stock use nights



Forage Area: The forage area is a meadow up the slope southwest of the site. The large meadow on the north end of the lake and forage around the edges of the lake should not be used for grazing due to concerns that stock use could potentially cause impacts to sensitive resources in the area.

### Miller Lake

Camp ID: 96
Fire Ring: 787,453mE x 4,207,657mN
Handling Practices: This site is located on the westside of Miller Lake. The access route is an informal trail that starts on the north end of the lake where the NPS system trail first reaches the edge of the lake. The route heads along the north edge and west edge of the lake approximately 0.2 mile and then heads west up on to a flat terrace where the fire ring is located. The unloading area is at the fire ring. There is a holding area 15 m northwest of the fire ring. There is a second holding area option further up the slope approximately 75 m southwest of the fire ring.

Map Area

Yosemite National Park

Miller Lake (96)

Stock Site (Preferred Fire Ring)
NPS System Trail
Access Route
Holding Area
Sensitive Resource
Meadow Closures

N

Scale 1:13000

# Stock Site Evaluation Project
## Crescent Lake

**Yosemite National Park** | **National Park Service**
**California** | **U.S. Department of the Interior**

Forage Area: Crescent Lake Northeast (363) and Crescent Lake Southwest (345) - There is understory forage around the site and a large meadow on the northwest side of the lake.

Annual Grazing Capacity: 15 stock use nights

**Crescent Lake**

Camp ID: 27
Fire ring: 276,257mE x 4,160,770mN
Handling Practices: The site is located on the northeast side of the lake. The access route follows the NPS system trail to the lake and the fire ring is approximately 15 m east of the trail. No preferred holding area has been established, but stock should be held in previously disturbed areas close to the trail, if possible.



Yosemite National Park

Map Area

Crescent Lake (27)

Forage Area: Crescent Lake Northeast (363)

Forage Area: Crescent Lake Southwest (345)

**Legend**

- Stock Site (Preferred Fire Ring)
- NPS System Trail
- Closure
- Sensitive Area
- Forage Areas

0 100 200 Meters
Scale: 1:4,000

Date Exported: 5/22/2023 3:46 PM



# Stock Site Evaluation Project
# Virginia Canyon - Castle Camp

**Yosemite National Park** | **National Park Service**
**California** | **U.S. Department of the Interior**

Map Area

Yosemite National Park

Forage Area: Castle Camp (3519)

Castle Camp (39)

Designated unloading area to left of red lines, view northwest

Preferred crossing indicated by red arrow, view south

Designated holding area within red lines, view south

Stock Site (Preferred Fire Ring)
NPS System Trail
Closed Holding Area
Holding Area
Access Route
Closed Access Route
Preferred Stock Unloading Area
Closure
Sensitive Area
Forage Areas

N

0  30  60 Meters
Scale: 1:1,750

Date Exported: 5/30/2023 4:44 PM

Forage Area: Castle Camp (3519) - The fen (shown as closed area on map) is closed to grazing. Keep animals out of sensitive resource areas shown on map. This may require use of electric fencing or supplemental feed.

Annual Grazing Capacity: Supplemental Feed Only

**Virginia Canyon - Castle Camp**
Camp ID: 39
Fire Ring: 293,073mE x 4,210,529mN
Handling Practices: Do not use the former access route northwest of the site. This route has damaged meadow areas and crosses the creek at an unstable location. Use the preferred access route west of the camp. Use unloading area approximately 30 m southwest of fire ring. Do not unload or load animals within the sensitive resource area where the fire ring is located. Use holding area up the slope approximately 80 m south of the fire ring as shown on the map. Do not hold stock in sensitive resource area where fire ring is located.

Objects older than 50 years are considered historical and can be significant pieces of our collective history. A concentration of these materials is called an archeological site and these sometimes overlap with stock camps. These materials are protected by the National Historic Preservation Act of 1966, as amended, and the Archeological Resources Protection Act of 1979. Removal of artifacts from their location destroys essential information needed to understand who was here and how they lived. It is illegal to collect artifacts or intentionally disturb archeological sites and can result in fines and other penalties.

# Stock Site Evaluation Project
## Benson Lake - Preferred Camp and Trail Crew Camp



Forage Area: Benson Lake Northeast (3570)
Camping Prohibited with 150ft of Rocky Slope
Forage Area: Benson Lake Northwest (3561)
Trail Crew Camp (95)
Preferred Camp (67)
Holding Areas for Both Camps
Forage Area: Benson South (3548)

Yosemite National Park

**Legend**
- Stock Site (Preferred Fire Ring)
- Holding Area
- Overflow Only
- Overflow Only
- Access Route
- Drift Fence
- Closure
- Sensitive Area
- Forage Areas

0    50    100 Meters
Scale: 1:3,000
N

Date Exported: 5/31/2023 11:06 AM

---

Forage Area: Benson Lake Northeast (3570) and Benson Lake Northwest (3561) - Large understory grazing area between NPS system trail and drift fences. Grazing should be contained to the east side of the drift fence (i.e. not on the beach side). Benson Lake South (3548) - Additional area to the south

---

**Benson Lake - Preferred Camp**

Camp ID: 67
Fire Ring: 278,422mE x 4,211,075mN
Handling Practices: This is the preferred site at Benson Lake. The access route heads along the beach from the end of the NPS system trail to the fire ring. The unloading area is at the fire ring. There is a holding area 20 m east of the fire ring. An additional holding area may be utilized in the understory on the east side of the fence, adjacent to the campsite.

Annual Grazing Capacity: 115 stock use nights

---

**Benson Lake - Trail Crew Camp**

Camp ID: 95
Fire Ring: 278,325mE x 4,211,181mN
Handling Practices: This site is the second option at Benson Lake. Camping is prohibited on the north-end of the beach between the rocky slope and the Trail Crew campsite fire-ring (approximately 150'). Camping is only permitted south of the Trail Crew campsite fire-ring to minimize impacts to sensitive resources. The access route heads along the beach from the end of the NPS system trail to the fire ring. The unloading area is at the fire ring. The preferred holding area is located at Preferred Camp to minimize impacts to sensitive resources.

Annual Grazing Capacity: Supplemental Feed Only

**Stock CUA holders must prioritize camping and holding stock in the Preferred Site if feasible.**



Map Area

Yosemite National Park

Forage Area: Upper Kerrick North (4324-A)

Upper Kerrick Meadow - South (138)

Forage Area: Upper Kerrick South (4324-B)

**Legend**

- Stock Site (Preferred Fire Ring)
- Closure
- Holding Area
- Access Route
- NPS System Trail
- Sensitive Area
- Forage Areas

Scale: 1:10,400

0 — 0.15 — 0.3 Miles

N

Date Exported: 6/1/2023 1:36 PM

Forage Area: Upper Kerrick North (4324-A) and Upper Kerrick South (4324-B) - This area has been intermittently closed to grazing; for updated information on the status of grazing, please see the most recent Superintendent's Compendium and the Plan Your Visit webpage. (https://www.nps.gov/yose/planyourvisit/wildcond.htm).

When meadows are closed to grazing, stock must be held and fed with supplemental feed in the designated holding area during the duration of stay.

When meadows are open to grazing, specific sensitive resource areas may remain closed, and the following conditions apply:
- Approved methods to prevent grazing in closed areas include hobbling, high lining, electric fence, hand grazing and any combination thereof.
- Electric fences will be placed at least 100 feet from all avoidance areas.
- Electric fences should not be placed in areas that have been previously used by stock parties earlier in the season.
- Stock use is limited to designated access routes and stock holding areas when not grazing.
- Overnight use of the "Upper Kerrick – South" stock site is limited to one stock party per night.
- Additional restrictions apply to commercial operations utilizing Kerrick Canyon, see the Commercial Use Authorization Permit.

Annual Grazing Capacity: 42 stock use nights

**Upper Kerrick Meadow - South**

Camp ID: 138
Fire Ring: 282,514mE x 4,220,757mN
Handling Practices: This site is located at the northern edge of a large meadow approximately 0.9 mile south of the junction of the NPS system trails to Peeler Lake and Buckeye Pass. The access route diverges from the NPS system trail and heads southwest across Rancheria Creek. The route continues to the fire ring, which is in a group of lodgepole pines on a rocky knoll overlooking the meadow. The unloading area is at the fire ring. The holding area is 10 m north of the fire ring.

# Stock Site Evaluation Project
## Upper Kerrick Meadows - B

**Yosemite National Park** | **National Park Service**
**California** | **U.S. Department of the Interior**



Forage Area: Upper Kerrick South (4324-B) - Large meadow area and surrounding understory north of the creek. Keep stock out of closure and sensitive resource areas indicated on map.

Annual Grazing Capacity: 42 stock use nights

**Upper Kerrick Meadow - South**
Camp ID: 138
Fire Ring: 282,514mE x 4,220,757mN
Handling Practices: The access route diverges from the NPS system trail and heads southwest across Rancheria Creek. The route continues to the fire ring, which is in a group of lodgepole pines on a rocky knoll overlooking the meadow. The unloading area is at the fire ring. The holding area is 10 m north of the fire ring.

**Legend**
- Stock Site (Preferred Fire Ring)
- Holding Area
- Access Route
- NPS System Trail
- Closure
- Sensitive Area
- Forage Areas

Scale: 1:2,000

Date Exported: 5/31/2023 11:50 AM

Forage Area: Rodger's Lake East (3395) - There is limited understory forage surrounding the lake. There is a small meadow area on the west side of the lake. However, this meadow should not be used for grazing due to concerns that stock use could potentially impact sensitive resources in this area.

Annual Grazing Capacity: Supplemental Feed Only

**Rodger's Lake**

Camp ID: 93
Fire Ring: 280,797mE x 4,208,485mN
Handling Practices: This site is located on the north side of Rodger's Lake. The fire ring, unloading area and holding area are all along the NPS system trail on the west side of where the trail heads up a bedrock outcrop.



Map Area

Yosemite National Park

**Rodger's Lake (93)**

Forage Area: Rodgers Lake West (3399)

Forage Area: Rodgers Lake East (3395)

Stock Site (Preferred Fire Ring)
- - - NPS System Trail
Closure
Sensitive Area
Forage Areas

0    70    140 Meters
Scale: 1:4,000

N

Date Exported: 5/31/2023 11:54 AM

# Stock Site Evaluation Project
## Hook Lake - North

**Yosemite National Park**
**California**

**National Park Service**
**U.S. Department of the Interior**



Forage Area: Hook Lake North (3414)

Hook Lake-North (97)

Forage Area: Hook Lake South (3355)

**Legend**

- Stock Site (Preferred Fire Ring)
- Access Route
- NPS System Trail
- Closure
- Sensitive Area
- Forage Areas

0    60    120    Meters
Scale: 1:4,000

N

Date Exported: 6/5/2023 3:04 PM

Forage Area: Hook Lake North (3414) - the large meadow north of the lake and Hook Lake South (3355) - the smaller meadow on the southwest side of the lake.

There are multiple sensitive resources in these areas. Grazing here may also have an increased potential impact to the ecosystem given the elevation of the area (9,400 feet). In consideration of these issues, it is recommended that sites at Hook Lake be used primarily as drop camps, that operators bring supplemental feed, or use the meadows for minimal grazing. If grazing is planned, keep animals out of the sensitive resource areas shown on the map.

Annual Grazing Capacity: 16 stock use nights

**Hook Lake-North**

Camp ID: 97
Fire Ring: 288,599mE x 4,208,154mN
Handling Practices: Preferred use as drop camp only. Use access route that passes along western edge of meadow. The unloading area is next to the fire ring. The holding area is 40 m down the slope north of the fire ring.

# Stock Site Evaluation Project
## Turner Meadow

**Yosemite National Park** | **National Park Service**
**California** | **U.S. Department of the Interior**

Forage Area: Turner Meadow (638) - Turner Meadow and the surrounding understory are the forage areas.

Annual Grazing Capacity: 2 stock use nights

---

**Turner Meadow**

Camp ID: 118
Fire Ring: 270,775mE x 4,164,052mN
Handling Practices: This site is located at the southeast corner of Turner Meadow west of the NPS system trail. The access route starts approximately 200 m north of the trail junction. The route heads approximately 30 m west to the fire ring. The unloading area and holding area are at the fire ring.



Forage Area: Turner Meadow (638)

Turner Meadow
(118)

### Legend
- Stock Site (Preferred Fire Ring)
- Access Route
- NPS System Trail
- Sensitive Area
- Forage Areas
- Closure

Scale: 1:5,000
0 — 130 — 260 Meters

Date Exported: 5/31/2023 9:35 AM

# Exhibit 16

JUST IN

**Trump claims US trade deficit decreased by 78 percent due to tariffs**

BUSINESS | 1 HOUR AGO

**FCC chair: Colbert sees the 'limelight is fading'**

MEDIA | 1 HOUR AGO

**Former Israeli leader calls Tucker Carlson 'chickens—' over airport claims**

MEDIA | 3 HOURS AGO

STATE WATCH

# Yosemite changes rulebook after trans pride flag hung on El Capitan

BY ISAIAH VARELA - 06/13/25 8:57 AM ET

   

Listen to audio version of this article

instaread

Advertisement


YOUR ZAKAT BRINGS HOPE.
$55 = 45 DAYS OF EMERGENCY FOOD.

YOSEMITE, Calif. (KSEE/KGPE) – An updated rulebook for Yosemite National Park would criminalize activists for flying certain flags within the world-renowned landscape.

According to the Yosemite Superintendent's Compendium approved last month, flags bigger than 15 square feet are prohibited from being hung in designated areas, including on the park's iconic rock formation El Capitan. The ban also applies to a series or combination of banners, flags, or signs that total more than 15 square feet in aggregate (unless authorized by permit).

ADVERTISEMENT

**Huge flag hung from Yosemite's El Capitan 'to make a statement'** →

---

### Sidebar — Latest

**Hegseth takes military culture war to civilian universities**
DEFENSE & NATIONAL SECURITY NEWSLETTER | 4 HOURS AGO

**US preparing for pullout of all troops from Syria**
DEFENSE | 4 HOURS AGO

**Craig responds after Renee Good memorial damaged in fire: 'This is unacceptable'**
HOUSE | 4 HOURS AGO

**FCC chief dismisses Colbert backlash**
TECHNOLOGY NEWSLETTER | 5 HOURS AGO

**Hassett calls for consquences**
BUSINESS & ECONOMY | 5 HOURS AGO

VIEW ALL

---

## Most Popular

1 **Gorsuch's 'told you so' moment on Trump's tariffs**

2 **Ocasio-Cortez says she went to Munich 'not because I'm running f…**

3 **FCC commissioner condemns 'censorship' following Stephen…**

4 **House Democrat: Mamdani's proposed wealth taxes 'not goin…**

5 **'Half-daylight saving time' could become permanent under new…**

6 **Air Force One jets to be repainted in Trump's preferred colors**

Load more

Yosemite National Park's El Capitan has recently served as a medium from which activists have expressed messages of distress or protest. In February, park rangers held an upside-down American flag from the historic mountain as federal cuts were made to the National Park Service.

More recently, on May 20, what was described as the largest flag hung from the mountainside showcased a transgender pride flag. Organizers said they flew the pride flag "to make a statement: Trans people are natural and Trans people are loved. Let this flag fly higher than hate."



Image courtesy of Trans Is Natural coa

1 / 6

At the time, Yosemite National Park

issued a statement confirming that park rangers were aware of the

**What Do You Think?**   ⚑   ⋮

**To what extent do you support or oppose the new rule prohibiting large flags from being flown within Yosemite National Park?**

◯ Strongly support

◯ Somewhat support

◯ Somewhat oppose

◯ Strongly oppose

◯ Other / No opinion

\* By clicking "NEXT" I submit my answers and consent to the use of cookies for research and advertising purposes; I have read and agree to the CivicScience Privacy Policy and Terms of Service

NEXT \*

People were interested in these podcasts

Morning Report • 18min
Odds for Homeland

unauthorized display, adding that "the NPS does not endorse such actions, and the flag was removed as soon as possible."

ADVERTISEMENT

 

Odds for Homeland Security funding lapse…

Play Episode

Morning Report • 18min
Congress braces for extended DHS…

Rising • 50min
Stephen Colbert trashes CBS, FCC afte…

Morning Report • 21min
DHS funding fight shifts into high gear

Morning Report • 16min
GOP lawmakers head for the exits as…

Powered by JQMX

The trans pride was displayed on El Capitan on May 20, the same day the updated superintendent's compendium was approved.



Approved:
RAYMOND MCPADDEN
Ray McPadden
(Acting) Superintendent

May 20, 2025

Nexstar's KSEE/KGPE has asked Yosemite National Park for a statement on the updated superintendent's compendium and whether or not it was changed in response to the display of the trans pride flag. Park officials did not respond to a request for information.

In the updated compendium, it states that the restriction is needed to "provide for an unimpaired visitor experience, protect natural and

cultural resources in designated Wilderness and Potential Wilderness

Addition portions of the park," as well as public safety.

**ADD AS PREFERRED SOURCE ON GOOGLE**

**TAGS**

---

Copyright 2026 Nexstar Media Inc. All rights reserved. This material may not be published, broadcast, rewritten, or redistributed.

   

## SPONSORED CONTENT

U.S. Privacy

Privacy Policy

### Why Your Rotator Cuff Isn't Healing (It's Not Just Age)

**Health Insights Magazine** | Sponsored

### Memory Problems Begins When a Person Eats This Common Food - …

**Memory Full** | Sponsored

Learn More

### Neuropathy is Linked to This Household Item (Stop Using It)

**Neurology Research** | Sponsored

Learn More

### When Alone: Wrap Foil Around Your Doorknobs - Here's Why

**LifeSorted 101** | Sponsored

### Wrap Foil Around Your Front…

**LifeSorted 101** | Sponsored

### 3 Common Foods Neurologists Say Are 'Dementia In A Bottle' (Are yo…

**USA Morning** | Sponsored

Watch Now

### Eating This at Breakfast Could Be the Root Cause of Alzheimer's –…

**USA Monday** | Sponsored

Watch Now

### If You're Collecting Under $3950 In SS a Month: You're Eligible for…



**Exhibit 17**


# Yosemite
National Park
California

# Yosemite Wilderness



Wilderness in Yosemite is a special place. It is the feeling of humility amidst the grandeur of granite walls, the challenge of a trail through a red fir forest, the independence in route finding through an alpine lake basin, and the connection to your family, friends, and those who came before you camping under the stars. It is also the diverse wildlife, plants, water, geology, and cultural history that makes up a majority of Yosemite and its most protected areas. It is a protection of land to be celebrated and explored.

When many of us think of wilderness, we may think of anything wild, from our backyards to local parks. Here, we celebrate the importance of legally designated wilderness, which may evoke some of the same feelings as places close to home but also have extra protections to keep them forever wild. Though humans have existed here for thousands of years,

our presence and impact are not immediately obvious; nature itself remains the dominant force. Those who venture into the Yosemite Wilderness won't find roads, buildings, or modern conveniences. Instead, they are likely to find inspiration, deep connections, and meaningful challenges. Whether you are visiting the park for a few hours and gazing to the top of Half Dome or travelling for days far from cars and roads—you are seeing Yosemite Wilderness!



The [Wilderness Act (https://www.nps.gov/subjects/wilderness/upload/W-Act_508.pdf)](https://www.nps.gov/subjects/wilderness/upload/W-Act_508.pdf) was passed by Congress in 1964 as a conscious decision to manage and act with restraint and let the natural world dominate in these special places. It is meant to be different! Wilderness areas are designated by an act of Congress and provide the highest level of protection for some of the most unique and least manipulated land in the United States. The Wilderness Act was enacted in 1964 with guidelines for future additions to the National Wilderness Preservation System (NWPS). Twenty years later, Congress established the Yosemite Wilderness, which currently includes 704,028 acres (or 1,100 square miles—over 94% of the park) and 1,012 acres of potential wilderness. These potential wilderness additions include areas that had already been developed before 1984 and were non-conforming to designated wilderness such as water utility systems, roads, and High Sierra Camps.

Wilderness acreage cited is based on current acreages informed by GIS mapping technology, which may differ from older sources.

Explore more about the [categories of wilderness (https://www.nps.gov/subjects/wilderness/wild-categories.htm)](https://www.nps.gov/subjects/wilderness/wild-categories.htm).

Wilderness is protected for its intangible and tangible qualities:

1. It is a protection of natural processes like the unique animals and their habitats of Yosemite like great gray owls, [Sierra Nevada yellow-legged frogs (https://www.nps.gov/yose/learn/nature/snylfrog.htm)](https://www.nps.gov/yose/learn/nature/snylfrog.htm)

and [whitebark pines (https://www.nps.gov/yose/learn/nature/whitebark-pine.htm)](https://www.nps.gov/yose/learn/nature/whitebark-pine.htm), vibrant night skies and vistas from the high country, and water quality. It's a spectacular research location for studying flora and fauna that is less manipulated by humans, a reservoir of all natural things that would be lost through modern development. These processes are important to be protected not only for species that call Yosemite home, but to all of us at our other homes as well—it impacts the snowpack of the Sierra Nevada, an important water source for the Central Valley, an agricultural hotspot growing as much as 25% of the food we eat in the United States!

2. It provides for solitude and opportunities for primitive and unconfined recreation, which offer challenge, a sense of awe, and unplugging from the technological world. The Yosemite Wilderness is not an island—it is surrounded by other wilderness managed by the US Forest Service to our north, south and east. Which creates some unique opportunities for large areas of protection, and long adventures to take along the Pacific Crest and John Muir Trails. Explore our website to learn more about [backpacking opportunities, permits, regulations and trailheads (https://www.nps.gov/yose/planyourvisit/backpacking.htm)](https://www.nps.gov/yose/planyourvisit/backpacking.htm),

3. Indigenous peoples, including the seven traditionally associated tribes of Yosemite, have historic and ongoing relationships with living, travelling, and stewarding this place. [Yosemite Indians (https://www.nps.gov/yose/learn/historyculture/yosemite-indians.htm)](https://www.nps.gov/yose/learn/historyculture/yosemite-indians.htm) were some of the first protectors of the lands now designated as wilderness, and other people joined to continue to research, manage and protect these lands with them.

4. Wilderness areas are places where a conscious decision has been made by the American people to let nature prevail, to be unhindered or—as worded in the law—"untrammeled." In wilderness, natural processes are the primary force acting upon the land, and the developments of modern technological society are substantially unnoticeable. For expanses as large as the Yosemite Wilderness this may include allowing lightning fires to burn, moving trails out of meadows for hydrologic flow and floods or allowing the natural wildlife cycles of life and death to carry on with minimal interference.

5. It is undeveloped by modern technologies and impact—including roads, buildings, structures or utilities. This lack of things provides for many, more places where we are awed and humbled by vast landscapes and powerful natural forces, places where we can connect—to the earth, to each other, and to ourselves.

The opportunities for exploring wilderness are as diverse as the landscapes these places protect. From hiking, backpacking, [rock climbing (https://www.nps.gov/yose/planyourvisit/climbing.htm)](https://www.nps.gov/yose/planyourvisit/climbing.htm) and horseback riding to journaling, painting, and photography, there are ample ways for pleasure, inspiration, and adventure in Yosemite Wilderness. However you visit, it's important to be a steward and take of these special places. Familiarize yourself with [Leave No Trace (https://www.nps.gov/yose/planyourvisit/lnt.htm)](https://www.nps.gov/yose/planyourvisit/lnt.htm) and start planning your next trip!

Wilderness is an enduring resource, and all our responsibility to learn about and protect. Take a deeper dive into the many other areas of [National Park Service wilderness](#)

[(https://www.nps.gov/subjects/wilderness/)](https://www.nps.gov/subjects/wilderness/).



### Backpacking in Yosemite

[(https://www.nps.gov/yose/plany ourvisit/backpacking.htm)](https://www.nps.gov/yose/planyourvisit/backpacking.htm)

Find resources to start planning your trip, find important information about safety and regulations, and learn how to apply for a permit.



### Wilderness Permits

[(https://www.nps.gov/yose/plany ourvisit/wildpermits.htm)](https://www.nps.gov/yose/planyourvisit/wildpermits.htm)

Wilderness permits are required for all overnight hikes. Learn how and when to apply for a permit.



### Wilderness Climbing Permits

[(https://www.nps.gov/yose/plany ourvisit/climbingpermits.htm)](https://www.nps.gov/yose/planyourvisit/climbingpermits.htm)

All climbers staying overnight on big wall climbs in Yosemite must have a wilderness climbing permit.



### Leave No Trace Ethics

[(https://www.nps.gov/yose/plany ourvisit/lnt.htm)](https://www.nps.gov/yose/planyourvisit/lnt.htm)

Brush up on your Leave No Trace ethics before hitting the trails.



### Wilderness Safety

[(https://www.nps.gov/yose/plany ourvisit/wilderness_safety.htm)](https://www.nps.gov/yose/planyourvisit/wilderness_safety.htm)

Tips for a safe and enjoyable wilderness trip.



### Wilderness Regulations

[(https://www.nps.gov/yose/plany ourvisit/wildregs.htm)](https://www.nps.gov/yose/planyourvisit/wildregs.htm)

What is allowed in wilderness areas?

# Was this page helpful?

◯ Yes

◯ No

🇺🇸 An official form of the United States government. Provided by Touchpoints (https://touchpoints.app.cloud.gov/)

**CONTACT INFO**

**Phone:**

209/372-0200



**Exhibit 18**

 

 KQED ○

DONATE

NATIONAL

# Park Service erases 'transgender' on Stonewall website, uses the term 'LGB' movement

FEBRUARY 14, 2025 · 12:52 PM ET

Juliana Kim



A National Park Service ranger places rainbow flags on the fence at the Stonewall National Monument in the West Village neighborhood of Greenwich Village in Lower Manhattan, New York City, on June 19, 2019.

*Timothy A. Clary/AFP via Getty Images*

The National Park Service website exploring the history and significance of the Stonewall Uprising has been stripped of any mention of transgender people.

The page was also updated to remove the "T" from the previously used acronym "LGBTQ+" — now, referring to the community as either "LGB" or "LGBQ." References to the word "queer" have also been removed.

When describing the Stonewall Uprising, the website now reads: "Before the 1960s, almost everything about living openly as a lesbian, gay, bisexual (LGB) person was illegal, but the events at the Stonewall Inn sparked fresh momentum for the LGB civil rights movement!"

Sponsor Message



**POLITICS**

**Trump's executive actions curbing transgender rights focus on 'gender ideology'**

It's not immediately clear who called for the change. But it's seen as the latest pushback on the transgender community by the federal government since President Trump took office. Over the past month, the Trump administration has issued executive orders to eliminate the idea of a "gender identity" separate from sex and to ban transgender athletes from participating in women's sports.

"This decision to erase the word 'transgender' is a deliberate attempt to erase our history and marginalize the very people who paved the way for many victories we have achieved as a community," the Stonewall Inn and the Stonewall Inn Gives Back Initiative said in a joint statement.

Timothy Leonard, the Northeast program manager for the National Parks Conservation Association, a group that advocates for the National Park System and pushed for the Stonewall monument, said, "Erasing letters or webpages does not change the history or the contributions of our transgender community members at Stonewall or anywhere else. History was made here and civil rights were earned because of Stonewall."



**50 YEARS AFTER STONEWALL**

**Why We Remember Stonewall**

The National Park Service did not respond to NPR's request for comment.

In 1969, a gay bar in New York City called the Stonewall Inn was raided by police,

igniting fierce riots and protests that lasted through the night and into the following days. This came after years of raids, beatings and arrests endured by LGBTQ individuals.

While the Stonewall Uprising was not the first push for LGBTQ equality in the United States, it is regarded as a turning point in sparking a nationwide movement for the equal treatment of gay, lesbian, bisexual and transgender Americans.

**Sponsor Message**

Among those who played a central role in the struggle were transgender activists, including Marsha P. Johnson and Sylvia Rivera.



American gay liberation activist Marsha P. Johnson (center left), along with unidentified others, on the corner of Christopher Street and 7th Avenue during the Pride March in New York City on June 27, 1982.

*Barbara Alper/Getty Images*

American transgender rights activist Sylvia Rivera speaks during a rally in City Hall Park, in New York City, on May 4, 2001.

*Mariette Pathy Allen/Getty Images*

Both Johnson and Rivera were present on the first night of the riots. Rivera has been credited to have thrown the second Molotov cocktail.

In the years following Stonewall, Johnson and Rivera founded a group to help homeless trans youth in New York City called Street Transvestite Action Revolutionaries, or STAR. Rivera also fought to ensure transgender people were included in the victories achieved by the gay-rights movement, like the Sexual Orientation Non-Discrimination Act in New York.


**50 YEARS AFTER STONEWALL**
**How Drag Queens Have Sashayed Their Way Through History**

It was less than a decade ago, in 2016, when the Stonewall Inn was designated a national monument by President Barack Obama — becoming the first U.S.

landmark dedicated to LGBTQ rights and history.

A protest organized by the Stonewall Inn staff and local LGBTQ groups is scheduled at the Stonewall National Monument on Friday afternoon.

stonewall    stonewall inn    transgender    transgender rights

## Together, we chart the course.

You count on public media for stories that help you understand your world — voices that bring us closer together.

People like you power public media. You make it possible for the NPR Network to share our journalism with you and millions of other people, regardless of their ability to pay.

**You are the "public" in public media.** Can we count on you to support this essential public resource today?

**Select an amount**

Popular

$8/month

$15/month

$50

$100

## More Stories From NPR





NATIONAL

**Trump administration removes Pride flag from Stonewall National Monument**



NATIONAL

**Trump administration is erasing history and science at national parks, lawsuit argues**



INVESTIGATIONS

**U.S. ready to cut support to Scouts, accusing them of attacking 'boy-friendly spaces'**



1A

**The News Roundup For February 13, 2026 : 1A**



# Exhibit 19

Advertise

# NYC officials plan to reraise pride flag at Manhattan's Stonewall monument after Trump administration removed it

The Trump administration in January issued guidance drastically limiting the types of flags that could be displayed at NPS-managed sites.



People walk by the historic Stonewall Inn on June 26, 2025, in New York City. | Spencer Platt/Getty Images



By **GREGORY SVIRNOVSKIY**
02/10/2026 01:59 PM EST

   

New York City officials plan to reraise a pride flag at the federal monument at Stonewall in Manhattan, setting up a potential fight with the White House at the birthplace of the modern gay rights movement nearly 60 years ago.

Federal officials quietly took the flag down after the Trump administration in January issued guidance drastically limiting the types of flags that could be displayed at sites managed by the National Park Service. But Manhattan Borough President Brad Hoylman-Sigal said in an interview Tuesday that he and other New York City-area politicians would reraise the flag at the

Sales of U.S. Product
Online Marketplace

$9B in W
& 60.6K
for Califo

LEARN MORE

Alibaba

federal monument Thursday.

Advertisement

"I think it's important that we speak out and stand up for the community, frankly, just as our forebearers, who exhibited much more courage back in 1969," he said. "This is not a moment for our community to stand by idly as attempts to undermine our history are put forward by Trump and the federal administration."

The Stonewall Inn was the site of famous protests in 1969, which were sparked after police raided the New York City gay bar and arrested its patrons. The subsequent uprisings led to greater visibility for gay and lesbian people across the country.

Advertisement

AD

The inn remains in private hands, but a park across the street is national parkland. Hoylman-Sigal said New York City officials intended to raise the flag on federal land.

The Department of the Interior — NPS' parent agency — confirmed the flag was removed in a statement.

"Under government-wide guidance, including General Services Administration policy and Department of the Interior direction, only the U.S. flag and other congressionally or departmentally authorized flags are flown on NPS-managed flagpoles, with limited exceptions," Interior said in a statement. "Any changes to flag displays are made to ensure consistency with that guidance."

An Interior spokesperson did not immediately respond to a request for comment on the New York City officials' plans. The National Park Service did not immediately respond to a request for comment.

The Trump administration has made several changes to national parks as the president pushes what he describes as an "anti-DEI" agenda. The agency took down exhibits on slavery at the Philadelphia site of the Liberty Bell and Independence Hall in January. And

last August, NPS announced plans to reinstate a statue of Confederate general Albert Pike in Washington.

Hoylman-Sigal called the latest move "another outrage by the Trump administration directed at the LGBTQ community, whether it's transgender youth or immigrants or queer people in general."

Pride flags have continued to fly at the Stonewall Inn and the visitor's center, which are privately owned, according to Brandon Wolf, the national press secretary at the LGBTQ+ rights group Human Rights Campaign.

"We will keep showing up at Stonewall, for each other, and being out and proud," he said in a statement. "There's nothing the White House can do about that."

**FILED UNDER:**
NEW YORK CITY, DONALD TRUMP, HUMAN RIGHTS CAMPAIGN, MANHATTAN, NATIONAL PARK SERVICE, LGBTQ

## New York Playbook

POLITICO's must-read briefing informing the daily conversation among knowledgeable New Yorkers

**EMAIL**

Your Email

**EMPLOYER**

Employer

**JOB TITLE**

Job Title

By signing up, you acknowledge and agree to our **Privacy Policy** and **Terms of Service**. You may unsubscribe at any time by following the directions at the bottom of the email or by **contacting us here**. This site is protected by reCAPTCHA and the Google **Privacy Policy** and **Terms of Service** apply.

SIGN UP

SPONSORED CONTENT

**Europe's generals are warning people to prepare for war**
The Economist

**Why Is Everyone Quitting Gmail?**
Proton Mail

**Neither Left nor Right: A Newsletter for Libertarians.**
If you are tired of echo chambers and partisan news, try this daily newsletter. No cost.
Reason



**Exhibit 20**

# Protesters rally in Yosemite for ranger fired over hanging trans pride flag

The Yosemite community has been reeling since Shannon "SJ" Joslin's firing.





flag on El Capitan. Barbutes for The S[...]

By **Emily Dreyfuss**
Published Aug. 24, 2025 • 6:00am

Share ➤

August is bat-catching season in Yosemite, and biologist and park ranger Shannon "SJ" Joslin was supposed to be wading through shallow streams right about now, putting up nets and capturing the tiny mammals to place radio trackers and check for illness. But this



month Joslin, who is nonbinary, was fired by the National Park Service after helping to hang a prominent trans pride flag May 20 on the face of El Capitan.

Joslin's supporters rallied Sunday at the Exploration Center in Yosemite Valley to protest the termination and to support two other NPS employees who helped hang the flag and have reportedly been put on administrative leave. "Show up to support NPS employees terminated for practicing their free speech," a flyer for the rally stated.

"There's a deep sadness in the community right now," Joslin said ahead of the demonstration. "Everyone has this glaze over their eyes, because we're mourning. We're such a tight-knit community that when you hurt one of us, you hurt all of us, especially when it's so unfair."



Scores of protesters joined the rally. | Tracy Barbutes for The Standard





Tracy Barbutes for The Standard

Protesters met in the park's designated First Amendment Sunday morning, where they unfurled the same flag that Joslin helped hang earlier this year, scrawling messages of solidarity on the pink, white, and blue fabric.

A march kicked off hours later, with attendees holding signs that read, among other things, "Nature is queer," "Don't take our rights for granite," and "We miss our bat biologist."

The Yosemite community has been reeling since Joslin's firing, which came on the

**Related**

heels of Trump administration cuts to National Park Service funding and the chaotic firing and rehiring of some parks staffers nationwide.

The day after Joslin and a small group of climbers hung the flag from El Cap for approximately two hours, acting Superintendent Ray McPadden signed a rule banning banners, flags, or signs larger than 15 square feet in wilderness. The flag Joslin hung was 55 feet across. On that basis, and citing "failure to demonstrate acceptable conduct," the NPS fired Joslin in August, announced administrative actions against two other rangers involved, and indicated there may even be legal proceedings against visitors who participated in the demonstration.

**'Sickened': Dems blast Newsom's remarks on transgender athletes**

**A Christian high school's moral crisis over a transgender basketball star**

**'Gross retro transphobia': Another SF spa accused of discrimination**

At the rally on Sunday, people sign the same trans pride flag that Joslin and others helped hang on El Cap earlier this year. | Tracy Barbutes for The Standard

Tracy Barbutes for The Standard

Given that the rule was not in place when Joslin and the rest of the group hung the flag, supporters are outraged.

"The majority of the Park Service and employees up there are devastated and very upset," said Ken Yager, a historian of the area and founder of the Yosemite Climbing Museum in nearby Mariposa. "You have no idea when you're going to get targeted next."

**Subscribe to The Daily**

Because "I saw a TikTok" doesn't always cut it. Dozens of stories, delivered every day.

**Sign up now**

Over the years, people have hung small flags — U.S. flags, the Jolly Roger, "silly crab flags" — on El Capitan, Yager said. But it wasn't until last year that the world's most famous tower of granite became a potent canvas for social and political expression, first with a "Stop the genocide" flag hung in June 2024 to protest the Israeli bombardment of Gaza, then an upside-down U.S. flag in February to protest the NPS budget cuts. None of the people who hung those flags faced consequences.

That upside-down flag garnered international attention and showed the power of El Capitan as a symbol. Joslin said they wanted to hang the trans pride flag not out of protest but in solidarity with the queer community and to show that nature is for everyone.

The same flag Joslin helped hang from El Cap made an appearance at Sunday's rally. | Tracy Barbutes for The Standard

Supporters argue that Joslin's firing tramples on their First Amendment rights. Joslin notes that they intentionally hung the flag on their day off in order to make clear that the statement was made not as a ranger but as a human being.

UC Berkeley Law School dean Erwin Chemerinsky, who specializes in First Amendment issues, said that distinction is at the heart of the issue of whether Joslin's speech rights were violated. "The key question is whether this is speech on the job or off the job," he said. If it was on the job, he explains, the U.S. Supreme Court has held that free speech protections don't apply.

*More about* **LGBTQ+**

**The Castro Theatre is officially back: Here's who graced the grand re-opening**

Whether the firing violated the First Amendment would need to be decided in court, Chemerinsky said, but either way, "I do think that it is outrageous to fire someone for the expression."

Joslin said that they feel targeted and that the rules are being applied arbitrarily.



A sign near the site of the solidarity rally. | Tracy Barbutes for The Standard

As a queer scientist working for the NPS, Joslin represents the intersection of three communities that have been targeted by the Trump administration. Sara Rosenberg, an avid climber who lives near Yosemite, said she is attending Sunday's protest to support all three.

"A lot of our communities feel like they're under attack right now," she said. "They feel very vulnerable. They feel like they're being suppressed. And when your communities are in distress, you show up for them so they're not alone, and to really make it clear that that treatment is not OK."

Joslin said that kind of support has kept them going the past week. They remember the first time they entered Yosemite — back in 2008 or 2009. It was night, and everything was cloaked in black. Despite growing up a few hours away, they had never seen photos of the park and didn't understand the landscape. As they set up their tent, they had a vague sense that the stars were missing from the lower part of the sky. When they woke the next morning surrounded by towering monoliths and waterfalls, they were awestruck.

"I was just like, "Oh, my God, what is this?"" Joslin said. "I want everyone to be able to have that same feeling when they come to the park."

Emily Dreyfuss can be reached at edreyfuss@sfstandard.com

**Filed Under**

Culture    Donald Trump    LGBTQ+    National Park Service

Yosemite National Park

*More* **Culture**

**The 17 best events in SF this weekend**

**SF theater has changed for good.**

**The East Bay's hottest party is a protest on a**

**'Star Trek: Starfleet Academy' wants you**

The next act will be dramatic

freeway overpass

to flash the Vulcan salute at Pier 39

 *By* **Emily Dreyfuss**

PODCAST

### PST: The SF teachers strike, explained + governor candidate Matt Mahan

Plus, host Emily Dreyfuss' kids drop by the office to explain what they're doing now that school's cancelled.

### Whoa, maybe San Francisco isn't a hellhole after all?

Super Bowl visitors are finding out that the city's not the dump they said it was.

### What can sex parties teach us about joy? We asked a Bay Area orgy organizer

The founder of the sex-positive Bonobo Network says the polyamory scene provides lessons on happiness and connection — even if you don't want to get naked.

*Most read* **today**

### After Tony Vitello's latest 'tangent,' it's time for the Giants manager to pivot

### More millionaires than mansions: AI-fueled demand meets 'egregious shortage' of inventory

### An insider's guide to Chinatown's hidden-gem restaurants

### There might be snow on Bay Area peaks Tuesday morning

### 'We will never stream music': SF's new listening bar is all vinyl — and artisanal sake

**S**

 

| About Us | Newsletters | Contact Us | Sign In |
| Staff | RSS Feeds | Tips | Membership |
| Standards & Ethics | Jobs | Advertising Inquiries | Membership FAQs |



**Exhibit 21**



**shannonekj** · Follow
Yosemite National Park

· · ·

**shannonekj** Edited · 26w
Last week I was fired from my dream job as a permanent park ranger with the NPS for practicing my First Amendment right. In May I hung a trans flag on El Capitan that celebrated my acceptance of my identity. I hung the flag in my free time, off-duty, as a private citizen. It flew for a total of two hours in the morning and then I took it down. El Capitan has had flags hung on it for decades and no one has EVER been punished for it. Only me. I was fired by the temporary Deputy Superintendent for "failing to demonstrate acceptable conduct" in my capacity as a Wildlife Biologist for the park. No part of hanging the flag was done on work time. NOTHING about it had anything to do with my work. In an instant a person who is only working in Yosemite for a few months before they move on made a unilateral decision that would affect my entire career, work

♡ 53K   💬 2.7K   ▽              🔖

August 18, 2025

Log in to like or comment.



**Exhibit 22**

# I Got Fired by the National Park Service. Here's What Happened.

Shannon 'SJ' Joslin was terminated from their position at Yosemite National Park in August for flying a trans pride flag on El Capitan

👏 0     💬 3                            ↗ Share     🔖 Save



Shannon 'SJ' Joslin worked as a biologist at Yosemite National Park

 **Jayme Moye**     Follow

Updated November 25, 2025 09:19AM

*In August, Shannon "SJ" Joslin, a wildlife*

Add Outside as a preferred source  Add

*In August, Shannon "SJ" Joslin, a wildlife biologist and ranger at <u>Yosemite National Park</u>, lost their job after helping unfurl a massive transgender pride flag on the sheer granite face of El Capitan. In Yosemite, displaying flags on El Cap is a time-honored tradition dating back decades—used to mark moments of patriotism, protest, or grief. Joslin, who is nonbinary and uses they/them pronouns, is the first person to get fired from the park for the act. Joslin told* Outside *what it was like to lose their dream job.*

on Google

## Similar Reads



🅒 Climbing

**"I Want My Job Back":
Yosemite Biologist Fired for
Displaying Trans Pride Flag
on El Cap**



Ⓞ Outside

**Working as a National Park
Ranger Under Trump**



Ⓞ Outside

**Can National Park Employees
Celebrate Pride Month in
Uniform?**

It had been more than a week since we'd hung the flag, and I'd heard nothing but positive feedback. Then I got the email. It was from a chief ranger from a different national park who was in charge of investigating my actions.

I thought it was strange. I hadn't done anything wrong. I'd hung it on my day off, with some of my climbing friends. We'd gotten the proper permit to spend the night on the wall. We'd used cams and nuts and carabiners, the same stuff big-wall climbers use, to rig the flag. And we left no trace. We took everything back down with us.

**O+** **Make the most of winter**          **Save 30% Now**

They called me into the Fort, which is where the jail is in Yosemite. And that's presumably where all of their interrogations happen. They read me my rights. I asked if I was the subject of the criminal investigation. They said yes.



It was surreal. There's a long history of visitors and employees hanging flags on El Cap. The employees who were associated with putting up any of the other flags didn't get punished.

---

ADVERTISEMENT



I declined to be interviewed because if you're called in for a criminal interview, that interview is volunteered information. Then I exited the building.

I got called back again the next week for an administrative interview. Those interviews are mandatory. If you're a federal employee, you have to comply with an administrative interview. But I did ask if I could have legal counsel present.

And they said yes.

They asked me a bunch of different questions. They asked me if I left glue on the rock face, and I said that I didn't use glue. They asked if I got monetary compensation for hanging the flag, which I did not. One of my friends who helped do it was Pattie Gonia, the drag queen and activist. They asked me if I gave Pattie Gonia the flat-brimmed hat she wore in the photos she posted on Instagram, which I did not.



Joslin helped hang a trans pride flag on El Capitan (Photo: SJ Joslin)

They asked if I planned anything on work time, and I didn't. And they asked a lot of questions that made a lot of assumptions. At that point, I knew what they were trying to get me on: having a demonstration outside of a First Amendment zone. So I told the investigator that I had never called it a "demonstration." And I hadn't. I had called it a celebration, if anything.

ADVERTISEMENT

Then I waited. I went back to doing my work at Yosemite. I supervized the Big Wall Bat program, and I do data management for terrestrial wildlife.

In my spare time, I looked up the recommended punishment for having a demonstration in a non-First Amendment area. For a first-time offense, it's a written reprimand. For a second-time offense, it's a one- to five-day suspension. So in my mind, the worst that would happen to me would be a five-day suspension.

It never even occurred to me that they would fire me.

A couple months later I got the request for an in-person meeting with the acting deputy superintendent. I knew then that something serious was going to happen because deputy superintendents don't waste their time with low-level employees like me.

I was petrified. I don't know how much you know about park rangers, but our whole lives are our jobs. Yosemite is my home and it's my whole identity. I'm a biologist, so I'm primarily there to support the wildlife, but I do so much more.

Joslin says they plan to fight for their job back (Photo: SJ Joslin)

I write climbing guidebooks to the park, I help out with regular everyday park processes, like issuing Half Dome permits, when they're understaffed. I've gotten all of these certifications—swift water rescue technician, wilderness first responder, search and rescue technician—so I can participate in as many things as possible. I'm a wildland firefighter.

My meeting was August 12. Yosemite's acting deputy superintendent Danika Globokar handed me a termination letter for "failure to demonstrate acceptable conduct." The investigation found that I had violated a National Park Service rule that prohibits demonstrations outside of designated park areas for First Amendment activities.

ADVERTISEMENT

At first, I was dealing with this huge sense of loss, this emptiness. Now it's shifted to anger. I am fighting this.

I feel like I was targeted. I feel like I was treated unfairly. I feel like this is what happens when someone who is under the trans umbrella does something that cis people do and don't get in trouble for. But I'm non-binary and so I'm the one who gets in trouble.

It makes me upset, not only for myself, but it makes me terrified for what this country is slipping into. Today, it's related to a trans flag. But it could be related to any flag tomorrow. And it could be related to any identity the next day, and it just keeps snowballing. Where does it stop?

*Outside* reached out to the National Park Service for a response to Joslin's story. We received the following statement:

*The National Park Service is pursuing administrative action against multiple National Park Service employees for failing to follow National Park Service regulations.*

*We do not comment on the specifics of personnel actions. However, we want to emphasize that we take the protection of the park's resources and the experience of our visitors very seriously and will not tolerate violations of laws and regulations that impact those resources and experiences.*

*Earlier in 2025, several unauthorized demonstrations involving El Capitan generated numerous complaints from visitors. Yosemite National Park was designated by Congress to highlight the beautiful natural and cultural features of the area. No matter the cause, displaying signs, banners, and flags outside of*

*designated First-Amendment areas detracts from the visitor experience and the protection of the park. To safeguard the protection of visitors, visitor experiences, and park resources, most demonstrations require a permit.*

ADVERTISEMENT

View 3 comments

Half Dome    National Park Service    NPS

*As told to Jayme Moye.*

Public Lands    What It's Like

Yosemite National Park

**Jayme Moye**    Follow

*Outside* contributor Jayme Moye is an award-winning journalist covering mountain sports and culture, adventure travel, and the environment. Her byline also appears in *National Geographic*, *Canadian Geographic*, *Adventure Journal*, *Summit Journal*, *Alpinist*, *Bicycling*, *Runner'*…

View profile



Advertise With Us



**Exhibit 23**

# Ranger fired for hanging transgender flag in Yosemite, park visitors may face prosecution

YOSEMITE, Calif. -- A Yosemite National Park ranger was fired after hanging a pride flag from El Capitan while some visitors face potential prosecution for alleged violations of protest restrictions that have been tightened under President Donald Trump.

Shannon "SJ" Joslin, a ranger and biologist who studies bats, said they hung a 66-foot wide transgender pride flag on the famous climbing wall that looms over the California park's main thoroughfare for about two hours on May 20 before taking it down voluntarily. A termination letter they received last week accused Joslin of "failing to demonstrate acceptable conduct" in their capacity as a biologist and cited the May incident.

"I was really hurting because there were a lot of policies coming from the current administration that target trans people, and I'm nonbinary," Joslin, 35, told The Associated Press, adding that hanging the flag was a way to "tell myself ... that we're all safe in national parks."

Joslin said their firing sends the opposite message: "If you're a federal worker and you have any kind of identity that doesn't agree with this current administration, then you must be silent, or you will be eliminated."

Park officials on Tuesday said they were working with the U.S. Justice Department to pursue visitors and workers who violated restrictions on demonstrations at the park that had more than 4 million visitors last year.

The agencies "are pursuing administrative action against several Yosemite National Park employees and possible criminal charges against several park visitors who are alleged to have violated federal laws and regulations related

to demonstrations," National Park Service spokesperson Rachel Pawlitz said.

Joslin said a group of seven climbers including two other park rangers hung the flag. The other rangers are on administrative leave pending an investigation, Joslin said.

Flags have long been displayed from El Capitan without consequences, said Joanna Citron Day, a former federal attorney who is now with the advocacy group Public Employees For Environmental Responsibility. She said the group is representing Joslin, but there is no pending legal case.

On May 21, a day after the flag display, Acting Superintendent Ray McPadden signed a rule prohibiting people from hanging banners, flags or signs larger than 15 square feet in park areas designated as "wilderness" or "potential wilderness." That covers 94% of the park, according to Yosemite's website.

## Parks officials defend restriction on protests

Parks officials said the new restriction on demonstrations was needed to preserve Yosemite's wilderness and protect climbers.

"We take the protection of the park's resources and the experience of our visitors very seriously, and will not tolerate violations of laws and regulations that impact those resources and experiences," Pawlitz said.

It followed a widely publicized instance in February of demonstrators hanging an upside down American flag on El Capitan in the wake of the firing of National Park Service employees by the Trump administration.

Among the small group of climbers who helped hang the flag was Pattie Gonia, an environmentalist and drag queen who uses the performance art to raise awareness of conservation issues. For the past five years, Gonia has helped throw a Pride event in Yosemite for park employees and their allies. She said they hung the transgender flag on the granite monolith to drive

home the point that being transgender is natural.

Trump has limited access to gender-affirming medical treatments, banned trans women from competing in women's sports, removed trans people from the military and changed the federal definition of sex to exclude the concept of gender identity.

Gonia called the firing unjust. Joslin said they hung the flag in their free time, as a private citizen.

"SJ is a respected pillar within the Yosemite community, a tireless volunteer who consistently goes above and beyond," Gonia said.

Jayson O'Neill with the advocacy group Save Our Parks said Joslin's firing appears aimed at intimidating park employees about expressing their views as the Trump administration pursues broad cuts to the federal workforce.

Since Trump took office, the National Park Service has lost approximately 2,500 employees from a workforce that had about 10,000 people, Wade said. The Republican president is proposing a $900 million cut to the agency's budget next year.

## Parks have First Amendment areas

Pawlitz said numerous visitors complained about unauthorized demonstrations on El Capitan earlier in the year.

Many parks have designated "First Amendment areas" where groups 25 or fewer people can protest without a permit. Yosemite has several First Amendment areas, including one in Yosemite Valley, where El Capitan is located.

Park service rules on demonstrations have been around for decades and withstood several court challenges, said Bill Wade, executive director of the Association of National Park Rangers. He was not aware of any changes in

how those rules are enforced under Trump.

———

Associated Press journalist Brittany Peterson contributed reporting from Denver.



**Exhibit 24**

OUT POLITICS AND POLICY

# Park ranger fired after helping drape a transgender pride flag on Yosemite's El Capitan

The ex-ranger said they plan to fight the decision, citing an executive order issued by President Trump that protects Americans' free speech rights.



SJ Joslin on the face of Yosemite's El Capitan near a massive transgender flag in May.   Miya Tsudome

Aug. 18, 2025, 5:35 PM EDT / Updated Aug. 18, 2025, 6:30 PM EDT

**By Jo Yurcaba**

Yosemite National Park fired a park ranger last week for hanging a transgender pride flag on the park's iconic El Capitan rock formation in May.

Shannon "SJ" Joslin, who has been a ranger and a wildlife biologist in the park since 2021, said they were fired Aug. 12 from what they described as their dream job. They said park leadership told them they "failed to demonstrate acceptable conduct" in their role by participating in the trans flag display.

"I'm devastated," said Joslin, who is trans and uses they/them pronouns. "We don't take our positions in the park service to make money or to have any kind of huge career gains. We take it because we love the places that we work. I have a Ph.D. in bioinformatics, and I could be making a lot more money in Silicon Valley, which is only a few hours away, but I made career choices to position myself in Yosemite National Park, because this is the place that I love the most."



— SJ Joslin was a park ranger and wildlife biologist for Yosemite who studied bats.    Courtesy SJ Joslin

When asked for comment on Joslin's termination, a spokesperson for Yosemite National Park said the National Park Service, which oversees Yosemite, "is pursuing administrative action against multiple National Park

Service employees for failing to follow National Park Service regulations." The spokesperson declined to say which regulations the employees allegedly violated.

ADVERTISING



Rachel Pawlitz, a spokesperson for the NPS, said the agency and the Justice Department "are pursuing administrative action against several Yosemite National Park employees and possible criminal charges against several park visitors who are alleged to have violated federal laws and regulations related to demonstrations."

Pawlitz added, "We do not comment on the specifics of personnel actions or criminal investigations. However, we want to emphasize that we take the protection of the park's resources and the experience of our visitors very seriously, and will not tolerate violations of laws and regulations that impact those resources and experiences."

Most demonstrations require a permit, Pawlitz said, and as a result, the U.S. Attorney's Office for the Eastern District of California "is evaluating possible criminal charges based on a National Park Service investigation."

Joslin, who is 35 and had been going to the park for more than a decade prior to working there, has written Yosemite climbing guidebooks and volunteered to work overtime to help issue hiking permits and manage traffic in the park. As a wildlife biologist, they managed the park's "big wall bats" program, to study how bats use cliffs and protect them from a deadly disease called white-nose syndrome.

Joslin said they came up with the idea to hang the trans pride flag on El Capitan in the spring after President Donald Trump issued a variety of executive orders targeting trans people, including orders to change the federal definition of sex to exclude trans identities, restrict access to trans health care and prohibit trans women from competing in female sports.



— A transgender flag hangs on the face of Yosemite National Park's iconic El Capitan rock formation in May.   Jayce Kolinski

Joslin said the flag display, which they organized with other LGBTQ climbers and advocates and participated in outside of work hours, was intended to celebrate trans people and show that everyone is welcome in the nation's parks. The flag was up on El Capitan for about two hours when park officials told the climbers to remove it, though the climbers said at the time that they were not told that they had broken any park rules.

About a week after the display, Joslin said, park leadership told them they were the subject of a criminal investigation into the hanging of the flag. After that investigation, Acting Deputy Superintendent Danika Globokar fired Joslin due to their participation in what leadership described as the "flag demonstration," Joslin said.

Joslin said they asked for evidence proving that the flag display was a demonstration but said leadership did not provide any.

They also cited the long history of a variety of flags being flown on the rock's face, including by park employees. For example, park employees flew an upside-down U.S. flag during Yosemite's firefall event in February to protest the Trump administration's cuts of National Park Service employees. A group of activists also raised a "Stop the genocide" flag on El Capitan in support of Palestinians in Gaza in June 2024.



—   SJ Joslin with a Townsend's big-eared bat.   Courtesy SJ Joslin

There was no policy prohibiting the display of flags on El Capitan until the day after Joslin and their team hung the trans flag, when the NPS issued a new rule banning the hanging of large flags in wilderness areas. Yosemite leadership updated the 2024 Superintendent's Compendium to include the update.

"Hanging flags has been a tradition that climbers have done on El Cap for decades, and that's both individuals who are visiting the park, but also employees that are on their off time," Joslin said. "There's never been any kind of ramifications to any of those flag hanging activities. I'm the only one who's been fired for it."

Joslin said two other NPS employees – one who works in Yosemite and another who works in a different park – are under investigation for helping to display the trans flag.

**Yosemite climbers display transgender pride flag on iconic El Capitan**

00:41



Joslin said being fired from a federal position will hurt their ability to work for the government, or any other park, in the future. They plan to seek legal counsel to try to contest the decision, citing an executive order Trump issued on the first day of his presidency to protect free speech and end federal censorship.

"I'm going to fight this tooth and nail," Joslin said. "I think that everyone as Americans should be upset about this, and it doesn't matter who I am or what my identity is, this is a matter of free speech."

---



**Jo Yurcaba**

Jo Yurcaba is a reporter for NBC Out.

---

# Exhibit 25

News Article ⓘ

# Park Ranger Fired After Hanging Transgender Flag from Yosemite's El Capitan

PUBLISHED                                    UPDATED

AUG 20, 2025 AT 11:38 AM EDTAUG 20, 2025 AT 12:48 PM EDT



A group of people, including Shannon Joslin, a Yosemite National Park ranger who was fired, hung a transgender flag on El Capitan in Yosemite National Park on May 20, 2025.   **Read Less** | *Associated Press/Associated Press*



By [Jesus Mesa](#) and [Gabe Whisnant](#)

💬 0   ⇧ Share

⊤ Newsweek is a Trust Project member ↗

A Yosemite National Park ranger has been fired after hanging a large transgender pride flag from El Capitan, while park officials say some visitors could face prosecution under protest restrictions expanded during the Trump administration.

Shannon "SJ" Joslin, a ranger and bat biologist, said they helped drape a 66-foot-wide flag across the iconic granite wall on May 20. The display lasted about two hours before the group voluntarily removed it. Joslin received a termination letter last week citing "failure to demonstrate acceptable conduct" as a federal employee and referencing the flag incident.

ADVERTISING

**Why It Matters**

The incident occurred amid a wave of federal policy changes under President <u>Donald Trump</u>'s administration that have altered protections and recognition for transgender individuals.

This year, Trump signed an executive order redefining sex in federal law to exclude gender identity, <u>banned transgender women from competing in women's sport</u>s, and curtailed access to gender-affirming health care.

**What To Know**

Joslin, 35, who is nonbinary, told the Associated Press that their action was meant as a response to policies they believed targeted transgender people.

READ MORE

## Politics



James Talarico's Chances of Winning Soar After Colbert Interview Pulled

Democrats Could Gain Three Congressional Seats Under New Proposal

Who Was Regina Ann Santos–Aviles? Tony Gonzales Affair Claims Explained

<u>More Related Stories</u>›

"I was really hurting...this was my way of saying, 'We're all safe in national parks,'" they said.

ADVERTISING

Their dismissal, Joslin added, sends the opposite message: "If you're a federal worker and your identity doesn't align with this administration, you must be silent or be eliminated."



A group of people, including Shannon Joslin, a Yosemite National Park ranger and biologist who was fired, hang a transgender flag on El Capitai     **Read More** | *Associated Press/Associated Press*

The National Park Service confirmed Tuesday that it is working with the Justice Department to pursue disciplinary action against additional employees and possible criminal charges against visitors involved.

"The agencies are pursuing administrative action against several Yosemite National Park employees and possible criminal charges against several park visitors who are alleged to have violated federal laws and regulations related to demonstrations," NPS spokesperson Rachel Pawlitz said.

ADVERTISING



Those Who Live The Longest

According to Joslin, seven climbers, including two other park rangers now on administrative leave, helped hang the flag. Yosemite, one of the nation's most visited parks, drew more than 4 million visitors last year.

"I want my rights and I want my career back," Joslin said. "No part of hanging the flag was done on work time. NOTHING about it had anything to do with my work."

Park service rules on demonstrations have been in place for decades and have generally withstood court challenges. But the enforcement following this protest has reignited debate over political expression on federal land.

This was not the first protest at Yosemite this year. In February, demonstrators hung an upside-down American flag from the same cliff face to protest staffing cuts. At the time, employees claimed the Trump administration had fired 1,000 recently hired park workers.

ADVERTISING

What People Are Saying

**Shannon "SJ" Joslin wrote in a social media statement:** "This year, President Trump erased us from federal recognition. Being trans is a natural and beautiful part of human and biological diversity. We can only make progress when we embrace diversity, not erase it."

**NPS spokesperson Rachel Pawlitz said in a statement to the Associated Press:** "We take the protection of the park's resources and the experience of our visitors very seriously and will not tolerate violations of laws or regulations that impact those resources and experiences."

What Happens Next

Since Trump took office, the National Park Service has lost about 2,500 employees, according to Bill Wade, executive director of the Association of National Park Rangers. The Trump administration is currently proposing an additional $900 million budget cut to the agency.

*This article includes reporting by the Associated Press.*

ADVERTISING



**Exhibit 26**

# Yosemite biologist fired for hanging trans flag on El Capitan

YOSEMITE NATIONAL PARK. Calif. (FOX26) —

A wildlife biologist is now rallying for support after getting fired from Yosemite National Park for helping drape a trans flag on El Capitan, while off-duty.

*Yosemite biologist fired for hanging trans flag on El Capitan (Photo: Doctor Shannon Josli)*

Dr. Shannon Joslin, who identifies as non-binary, was part of a group that took part in the demonstration on May 20.

The following day, a new rule went into effect banning large flags, banners, and signs from being displayed on El Capitan.

Joslin said the park's assistant superintendent fired them for "failing to demonstrate acceptable conduct," even if this was done off the clock.

Joslin had worked at the park for more than four years and said they want their career back.

Tuesday morning, we reached out to the National Park Service for comment.

While we haven't heard back, a spokesperson tells The New York Times the Justice Department is pursuing administrative action against several Yosemite employees and visitors who violated federal laws.

The demonstrations have also generated complaints from visitors.



**Exhibit 27**

# Yosemite National Park Employee Fired After Hanging Trans Pride Flag from El Capitan

 | **ABIGAIL ADAMS**
Aug 19, 2025



Carlos Avila Gonzalez/San Francisco Chronicle via Getty
Trans flag displayed on El Capitan in Yosemite National Park, Calif., on Tuesday, May 20, 2025

## NEED TO KNOW

- Shannon "SJ" Joslin, a Yosemite scientist, says they have been fired after hanging a transgender pride flag during a hike

- The 35-year-old wildlife biologist claims they hung the flag when they were not on the clock, but were still subject to a criminal investigation

- "I'm going to fight this tooth and nail," Joslin told NBC News

A Yosemite National Park employee was fired after hanging a transgender pride flag earlier this year.

Shannon "SJ" Joslin, 35, who is nonbinary and uses they/them pronouns, said they were fired from their job as a permanent park ranger with the National Park

Service on Tuesday, Aug. 12, according to *The New York Times* and SFGATE.

In a post on Instagram, Joslin said they were fired by park leadership for "failing to demonstrate acceptable conduct" as a wildlife biologist for the park when they helped hang the flag on the El Capitan rock formation in May.

Joslin claimed they hung the flag "that celebrated my acceptance of my identity" during their "free time, off-duty, as a private citizen" — and that it was flown "for a total of two hours in the morning" before being taken down.

"El Capitan has had flags hung on it for decades and no one has EVER been punished for it. Only me" Joslin wrote, going on to state that in over four years with the park, "no one, in any of my roles has EVER had negative comments about my conduct."

Park officials reportedly ordered the flag to come down, according to SFGATE.

Joslin said the idea to hang the trans pride flag came after President Donald Trump issued numerous executive orders targeting trans people shortly after taking office for a second term, according to NBC News. The goal of the demonstration, Joslin said, was to celebrate trans people.

On May 21, Danika Globokar, the park's acting deputy superintendent, signed a new rule outlawing the display of large flags, banners and signs at El Capitan, according to the *Times*. The ban, which was featured in a Park Service compendium of regulations that dated May 20, went into effect after several protests at El Capitan made headlines.

Joslin was fired with less than one month left in their two-year probationary period, according to the *Times*. The former park employee believes they are being used by the Trump administration "to tell all of the other federal employees that they have to be silent and

comply or they will be eliminated."

"Preservation has been my life's work—of Yosemite, the wildlife, the land, recreation, of peoples rights and safety, of community and acceptance, and now the Constitutional First Amendment," Joslin wrote on Instagram. "I want my rights and I want my career back."

NPS spokeswoman Rachel Pawlitz said on Monday, Aug. 18 that they were "pursuing administrative action against several Yosemite National Park employees and possible criminal charges against several park visitors who are alleged to have violated federal laws and regulations related to demonstrations," but would not comment on specifics, according to NBC News.

Pawlitz went on to say that as most demonstrations require a permit, the U.S. Attorney's Office for the Eastern District of California "is evaluating possible criminal charges based on a National Park Service investigation."

The NPS did not immediately respond to PEOPLE's request for comment.

Joslin told NBC News that they learned they were subject to a criminal investigation about a week after they hung the flag -- and the investigation culminated with Joslin's firing.

**Never miss a story — sign up for PEOPLE's free daily newsletter to stay up-to-date on the best of what PEOPLE has to offer, from celebrity news to compelling human interest stories.**

Joslin told NBC News that being fired from this position will have a significant impact on their ability to get a job with the government or a park in the future.

"I'm going to fight this tooth and nail," said Joslin, who

 **Don't miss our daily roundup.**

Stay informed with a handpicked selection of the day's top AOL stories, delivered to your inbox.



**Sign up**

In Other News

plans to take legal action. "I think that everyone as Americans should be upset about this, and it doesn't matter who I am or what my identity is, this is a matter of free speech."

Read the original article on People

## Entertainment

 USA TODAY

**'Today' show's touching way of showing support for Savannah Guthrie**

 Cosmopolitan

**Queen Camilla dodges Andrew question while caught on camera hours after his arrest**

## Finance

 CNN Business

**Oil prices jump and gold hits $5,000 as tensions ramp up between Iran and the US**

 USA TODAY

**Spirit Airlines cancels hundreds of flights, leaving travelers stranded**

## Food

 Blue's Best Life

**15 viral TikTok food hacks that actually work**

# Exhibit 28

# Fired Yosemite workers say upside-down U.S. flag was a call to protect public lands

They said they fear national parks and forests will be privatized and exploited for their natural resources. They also want their jobs back.



Get more news **LIVE** on NBC NEWS NOW.  ›

Feb. 25, 2025, 9:53 AM PST / Updated Feb. 25, 2025, 3:26 PM PST

**By Alicia Victoria Lozano**

Laid-off employees who hung a U.S. flag upside down at Yosemite National Park in a sign of "distress" said the action was a call to protect the nation's public lands from privatization and to reinstate the thousands of federal workers who were recently fired.



**Subscribe to read this story ad-free**
Get unlimited access to ad-free articles and exclusive content.  ›

The terminations at national parks and forests have left workers bewildered and worried not only for themselves but for the future of America's public lands, and they fear the cuts could be the first step in privatizing millions of acres of wilderness.

ADVERTISING

"It seems clear they are trying to destabilize and decentralize," said Andria Townsend, a laid-off Yosemite employee whose work included researching the endangered fisher, a small, carnivorous cousin of the otter. "That's how we lose public lands and start resource extractions."

The upside-down flag was hung Saturday from the summit of Yosemite's iconic El Capitan, a 3,000-foot vertical rock formation that draws a flurry of visitors each February to witness the "firefall," when Horsetail Fall, a seasonal waterfall on the summit's east side, takes on an orange, lava-like glow at sunset.



— An upside-down U.S. flag hangs as a protest at Yosemite's El Capitan.  via NBC Bay Area

"It's a huge statement," said Olek Chmura, a former Yosemite custodial worker who was fired this month. "It's always been a sign of the country being in distress, and to put it up over Horsetail Falls over the weekend is to tell people to wake up and look around."

In an emailed statement, a spokesperson for the Interior Department, which manages the National Park Service, said the flag display was inappropriate and taken down quickly.

"This blatant disregard for park regulations and respect for our national symbols is unacceptable," Elizabeth Peace said in the statement. "The NPS does not condone such actions, and the flag was removed as soon as possible."

Chmura, who did not participate in the flag-hanging, was among 1,000 National Park Service employees who were fired Feb. 14. He was two months shy of completing his one-year probationary period when he received the notice.

A plumber by training, Chmura said he was dedicated to public service and loved his job despite having made more money in the private sector.

Over the weekend while visiting Yosemite, Chmura said he was forced to use a bathroom with a broken lock because the other facilities were too dirty. The lock was broken, he said, because the park's only locksmith had been fired recently.

"We were already unstaffed," said Chmura, who estimated Yosemite lost 11 employees in the cutbacks. "And it's not even peak travel season."

Interior Secretary Doug Burgum told Fox News this month that the Trump administration would open up federal lands to oil and gas leasing.

"We're moving very quickly," he said.

Burgum ordered officials this month to review and consider redrawing the boundaries of national monuments created under previous presidents. Among the sites most at risk are two in Utah: uranium-rich Bears Ears and Grand Staircase-Escalante, which holds large reserves of coal.

A spokesperson for the White House previously said in a statement that it would "continue to protect America's abundant natural resources while streamlining federal agencies to better serve the American people."

"In his first term, President Trump proved that environmental stewardship and economic greatness can go hand-in-hand," it said.

Townsend, who was also fired during her probationary period, said her position, unlike most federal jobs, had been funded through grants.

"Not a single dime of taxpayer money is being saved by firing me," she said, adding that the nearly two weeks since she lost her job have been painful and isolating.

Townsend said she felt a spark of hope after seeing the upside-down U.S. flag hanging from El Capitan, Yosemite's most popular attraction.

"Yosemite has the advantage of being so well known," she said. "When people think of national parks, they think of Yosemite, so we have the leverage to really make a difference."

Townsend joined about 100 people who protested at the park Saturday, holding signs calling for employees to be rehired and for public lands to remain off-limits to private interests.

The organizer of Saturday's protest, a former ranger who did not want her

name used because she hopes to be rehired, said people honked and cheered when the flag was unfurled upside down.

Some people were annoyed by the display, calling it unpatriotic and complaining it blocked their view of the waterfall, while others said it touched off memories of visiting national parks with their families.

"People are standing up and people are listening," the ranger said. "We're going to keep fighting. Federal employees across all agencies matter."

---

Alicia Victoria Lozano

Alicia Victoria Lozano is a California-based reporter for NBC News focusing on climate change, wildfires and the changing politics of drug laws.

---

# Exhibit 29

# Why an upside-down American flag was hung in Yosemite National Park

By Amanda Jackson and Sharif Paget, CNN

🕐 2 min read · Updated 12:22 AM EST, Tue February 25, 2025

    💬 368 comments





The American flag is seen unfurled upside down at Yosemite National Park, California, on Saturday, February 22, 2025. courtesy Ajanthan Hariharan

**(CNN)** — February is one of the busiest times of the year at Yosemite National Park thanks to "firefall," a natural phenomenon that causes a glowing ribbon of water to look like molten lava cascading down El Capitan's Horsetail Fall.

Travelers come from around the world to witness the event at the granite monolith, famed for its nearly vertical walls, some booking entry tickets and reserving parking spots a year in advance.

But this year's visitors witnessed more than firefall on February 22. They also saw an upside-down American flag, which Yosemite employees reportedly hung over the side of El Capitan to protest the recent downsizing that took place as part of the Trump administration's cost-cutting initiatives.

> ⃝ **What do you think?**  Join 368 others in the comments                    **View Comments**

Traditionally, hanging the American flag upside down symbolizes a distress call.

Gavin Carpenter, a maintenance mechanic with Yosemite, spoke to the San Francisco Chronicle on Saturday and said he supplied the flag and helped hang it.

"We're bringing attention to what's happening to the parks, which are every American's properties. It's super important we take care of them, and we're losing people here, and it's not sustainable if we want to keep the parks open."

In 2023, Yosemite was the sixth busiest national park in the country, with 3.89 million visitors.

Located in California's Sierra Nevada mountain range, the park is a habitat for the endangered California condor and home to giant sequoias, the largest trees in the world.

Park officials nationwide have raised concerns about how the abrupt federal firings will

impact the National Park Service.

One of those affected workers, Iowa park ranger Brian Gibbs, said he found out about his recent termination when he was locked out of his email.

He wrote a public Facebook post about his feelings of being "absolutely heartbroken and completely devastated," which has been shared more than 200,000 times.

 368 comments

## Up next

Missing Canadians, 'white gold' and a snow drought: The strange US ski season

8 minute read



Giant banner of Donald Trump hung at Justice Department headquarters

2 minute read



The best tent stakes in 2026, tried and tested

18 minute read



American surfer Kurt Van Dyke found dead in apparent robbery at his home in Costa Rica

2 minute read



A 'ring of fire' eclipse will be visible over part of the world. Here's what to know

5 minute read



## Most read

**1**    She's a superstar Olympian – and she's done staying silent about vitriol

**2**    Trump said wind power is for 'stupid people.' Here's what European countries



**Exhibit 30**

# Upside-down U.S flag hung at Yosemite National Park to protest employee cuts

The flag – traditionally a symbol of distress when upside down – was hung on El Capitan summit at Yosemite Saturday night by frustrated park workers.



—— An upside-down U.S. flag hangs as a protest at Yosemite's El Capitan. via NBC Bay Area

Feb. 24, 2025, 5:38 AM PST

**By Marlene Lenthang**

Nature lovers flock to Yosemite National Park every February to witness the majestic "firefall" event, but this year's crowds were met a different spectacle: an upside-down American flag hung on a summit to protest the Trump administration's cuts of national park service employees.

  **Subscribe to read this story ad-free**
Get unlimited access to ad-free articles and exclusive content.

The flag was hung on the top of the famed El Capitan summit, a 3,000-foot vertical rock formation in Mariposa County, California, on Saturday evening by a group of upset Yosemite employees.

ADVERTISING



**Stories of Grit and Glory**

**Watch Now**

ONDI **Wonder Project** - Sponsored

An upside-down American flag is traditionally a sign of "dire distress," according to the United States Flag Code.

The demonstration came at a time when all eyes are on the summit for the firefall viewing event – a phenomenon that unfolds in February when Horsetail Falls, a seasonal waterfall on the east side of El Capitan, takes on an orange, lava-like glow as the sun sets. The event attracts a flurry of photographers who wait hours for the perfect shot.

"We're bringing attention to what's happening to the parks, which are every American's properties," Gavin Carpenter, a maintenance mechanic at the park who supplied the flag, told The San Francisco Chronicle. "It's super important we take care of them, and we're losing people here, and it's not sustainable if we want to keep the parks open."

The Trump administration cut 1,000 jobs at the National Park Service earlier this month in a push to cut federal bureaucracy and spending. Impacted national park and forest employees say fewer workers will lead to longer lines, filthy bathrooms and unsafe hiking and camping conditions at America's precious public lands. For many, the job already paid a low salary, compensated by breathtaking views and sunsets.

— An upside-down U.S. flag hangs over Yosemite's El Capitan in protest over federal worker cuts. `@brittanycolt / Instagram`

Photographer Brittany Colt snapped the view of the upside-down flag next to the firefall.

"This hit so close to home for me. I witnessed several of my friends lose their jobs overnight while leaving our public lands vulnerable. These people had very valuable jobs, such as Search and Rescue and keeping the restrooms and park clean for visitors. If we lose the public servants, the park experience will get only harder and potentially more dangerous for visitors," she wrote on her Instagram story.

**National Park layoffs impact park goers**

02:08



Alex Wild, a former Yosemite and the only certified EMT ranger at Devils Postpile National Monument in California, told NBC's Morgan Chesky last week: "I'm the only person available to rescue someone, to do CPR, to carry them out from a trail if they got injured."

He said without him, people will likely wait hours for local first responders to arrive. "It could mean life or death for someone who's having an emergency," Wild said.

The Trump administration later said it would restore at least 50 jobs to maintain and clean parks, and would hire nearly 3,000 additional seasonal workers following backlash over the cuts, The Associated Press reported.

Marlene Lenthang

Marlene Lenthang is a breaking news reporter for NBC News Digital.



**Exhibit 31**

News

# "I Want My Job Back": Yosemite Biologist Fired for Displaying Trans Pride Flag on El Cap

Shannon "SJ" Joslin was fired from Yosemite for helping rig a trans pride flag on El Capitan. They're calling it a First Amendment violation.

👏 2     💬 1                    ↗ Share     🔖 Save



SJ Joslin working in Yosemite. (Photo: Miya Tsudome. Courtesy of SJ Joslin)



Sam MacIlwaine     Follow


Add Climbing as a preferred source on Google


Add

 Sam MacIlwaine · Follow

Published August 18, 2025 06:07PM

## Similar Reads

 **Outside**

**What It's Like to Get Fired by the National Park Service**

 **Climbing**

**7 Climbers Rigged a Trans Pride Flag Over El Cap. Here's What They Want You To Know.**

 **Climbing**

**Yosemite Bans Large Flags on El Cap and Other Walls**

*This is a developing story and will be updated periodically with more information.*

Last Tuesday, Yosemite wildlife biologist Shannon "SJ" Joslin was called into a meeting with Danika Globokar, acting deputy superintendent of Yosemite National Park. A law enforcement ranger was also present.

Dr. Joslin, who holds a PhD in genomics, soon found out why. Globokar handed them a letter, which said that the Yosemite bat expert was being terminated for "failure to demonstrate acceptable conduct" because they had helped fly a trans pride flag on El Capitan on May 20.

According to Dr. Joslin's account of the termination letter, the flag display violated 36 CFR § 2.51, a National Park Service (NPS) rule against any demonstrations that take place outside of designated park areas for First Amendment activities.

Dr. Joslin was shocked that termination was the first response to this. They told *Climbing*, "I looked at the rubric for recommended disciplinary action for if you have a demonstration outside of a First Amendment zone, and the recommendation for a first-time offense is a reprimand."

But Dr. Joslin was not technically a permanent employee, even though they have been working

in the same role, as the head of Yosemite's Big Wall Bats program, for four years. "They got me in a loophole," they said. "When I transferred into my career seasonal position, I was a disability hire, so I have a two-year probationary period instead of one." Their probation was set to end on September 10, just 29 days later.

ADVERTISEMENT

The NPS confirmed that they are "pursuing administrative action against NPS employees in Yosemite National Park for failing to follow NPS regulations." Their spokesperson declined to comment on Joslin's case.

## About the El Cap trans flag display

On May 20, seven trans activists and allies rigged a trans pride flag above Heart Ledges on El Capitan, about one third of the way up the wall. (Photo: Mitchell Overton. Courtesy of SJ Joslin.)

The May 20 flag display, which included Dr. Joslin, environmental activist Pattie Gonia, and five other trans climbers and allies, lasted for

about two hours on a Tuesday morning. From 9 a.m. to 11 a.m., the flag billowed 15 to 20 feet away from El Capitan on Heart Ledges, about one-third of the way up. It did not block any climbers. Joslin adds they were not on duty and not in uniform when they assisted with the rigging.

"We want to make sure that trans people know they're welcome outdoors," Dr. Joslin told Climbing at the time about the motivation for the display. They called it a celebration, not a protest, and said that they didn't necessarily disagree with people who said El Cap shouldn't be a community message board. "If there were rules saying that we couldn't hang a flag from El Cap, then we wouldn't have hung a flag from El Cap," they explained.

## The timeline of the Yosemite flag ban

The day after the flag display, the Yosemite Superintendent's Compendium was updated with a new clause that banned flag displays. Specifically, the new rule stated that no person or group may "hang or otherwise affix to any natural or cultural feature, or display so as to cover any natural or cultural feature, any banner, flag, or sign larger than 15 square feet (e.g., five feet by three feet)."

ADVERTISEMENT

The update is dated May 20—the same day as the flag display—but the [digital signature on page one](#) shows that the Acting Superintendent signed it into effect on May 21.

## "I'm going to try and fight this thing"

Dr. Joslin was in the midst of turning in their badges when they spoke with *Climbing*. "I'm going to try and fight this thing and get my job back," they said. "I don't make a lot of money in the federal government; I don't really have a large means to hang onto."

Joslin, a bat ecologist, poses with a stuffed bat in their NPS uniform. (Photo: Courtesy of SJ Joslin)

In a press release from Dr. Joslin, the ex-employee wrote that their dismissal is in direct conflict with President Trump's recent Executive Order 14149, "Restoring Freedom of Speech and Ending Federal Censorship," which was signed

on January 20. The order mandates that no federal government officer, employee, or agent "engages in or facilitates" any conduct that would unconstitutionally abridge the free speech of any American citizen.

"In my eyes, I should have First Amendment rights as a private citizen," explained dr. Joslin. "Nothing that I did [regarding the flag] was on work time or associated with work. I don't know how my conduct as a wildlife biologist has any ties to this at all."

ADVERTISEMENT

Pattie Gonia, who added to the press release, said that Dr. Joslin's firing is "a targeted move by the Trump administration to silence voices that hold viewpoints different than their own."

In the meantime, Dr. Joslin plans to seek legal

View 1 comment

right to speak freely in the United States." Their

flags    te    National Park Service    Fl    Politics    r their
bills, groceries, and potential legal fees.

Transgender    trump    Yosemite

**Sam MacIlwaine**    Follow

Sam MacIlwaine (she/her) is the Associate Editor at Climbing and a former Yosemite Climber Steward. Her work has appeared in *Climbing*, *Outside*, *Gripped*, *The Climbing Zine*, and *The Moab Sun News*. She holds a B.S. from Columbia University. You can find her on Instagram at @adventuresam.

View profile

# Outside

Advertise With Us

## Inspiration

Backpacker

Clean Eating

Climbing

Outside

Outside Learn

Outside TV

Pinkbike

RUN

SKI

Triathlete

Velo

National Park Trips

Warren Miller

Yoga Journal

Podcasts

Scout

## Mapping

Gaia GPS

Trailforks

MapMyFitness

MapMyRide

MapMyRun

MapMyWalk

## Event Tools

athleteReg

BikeReg

RunReg

SkiReg

TriReg

PledgeReg

FinisherPix

## Join Now

Get inspired with adventure reads, dream up your next trip with travel advice, and navigate offline with Gaia GPS Premium.

Join Now

Sign In



**Exhibit 32**



# ONE YEAR IN

## LGBTQ+ AMERICANS UNDER THE TRUMP ADMINISTRATION



## NOTE FROM KELLEY

In June 2023, the Human Rights Campaign did something we had never done in nearly 50 years. We declared a national state of emergency for LGBTQ+ Americans.

We didn't do it lightly. We did it because we saw what was coming. We saw the attacks on transgender children in Texas. We saw the "Don't Say Gay" laws spreading out of Florida. We saw extremist politicians testing how far they could push—banning books, stripping protections, making life unlivable for LGBTQ+ families one bill at a time. And we knew: if we didn't sound the alarm, no one would.

Some people listened. Too many didn't.

When Donald Trump was elected again, I felt that familiar weight settle in my chest. As president of the Human Rights Campaign, I knew what was coming. And like so many of you, it was personal for me—when Trump was sworn into office, I was pregnant with my second child, carrying the future in my body while watching the present unravel.

One year later, the state of emergency we warned about is no longer a warning. It is our daily reality.

And let me be clear about something: Donald Trump didn't start this fire. He poured gasoline on it. For more than a decade, red-state legislatures have been workshopping cruelty, refining it, seeing what they could get away with. What Trump has done is take their playbook and nationalize it. Project 2025 wasn't innovation—it was amplification. The attacks that used to come from statehouses now come from the White House, backed by the full power of the federal government.

The result is devastating. Funding for LGBTQ+ health research—slashed. Protections we fought decades to secure—ripped away. And everywhere I go, I meet people who are hurting in ways that break my heart.

But here's what makes me angry: They don't even want you to know how bad it is.

The CDC has stopped collecting data on LGBTQ+ Americans. The Census Bureau has stopped counting us. The Department of Labor has stopped tracking us. Think about that. They are erasing us from the record—not because we don't exist, but because they don't want evidence of what they're doing to us. If they don't count the harm, they don't have to answer for it.

Well, we refuse to be erased. And we refuse to be silent.

HRC has been in the business of counting what matters for decades. When no one else would measure equality, we built the tools ourselves—the Corporate Equality Index holding employers accountable, the Municipal Equality Index scoring cities on how they treat us, the Healthcare Equality Index pushing hospitals to do better. These aren't just reports. They are how we drive change where we live, work, and learn.

So when the federal government abandoned its responsibility to document our lives, we stepped into the breach. The Annual LGBTQ+ Community Survey—now in its 18th year—reached more than 14,000 Americans to ask the questions this administration refuses to ask. This report is the most comprehensive picture of LGBTQ+ America that exists at this moment. Because if they won't tell the truth about us, we will tell it ourselves.

And I haven't just been reading the data. I've been living it.

This past year, the American Dreams Tour took me across this country. In big cities and small towns, I sat in living rooms with parents who are terrified for their trans children. I listened to gay workers who've been told, in so many words, to go back in the closet if they want to keep their jobs. I worshipped with congregations who refuse to let hate have the last word. What I saw confirmed everything we feared. It also deepened something in me that I can only call resolve.

Because here's what I know: It is tough out there. I won't pretend otherwise. But I also know that we are still on the rise.

I think about what this movement has already survived. At the height of the AIDS epidemic, the government abandoned us and left us to die. We buried our friends. We cared for our sick. And we fought until we forced this country to respond. Today, HIV is no longer a death sentence—because we refused to accept one. We were told for decades that marriage equality was a fantasy, that America would never embrace our families. We organized anyway, changed hearts anyway, and won recognition at the highest court in the land. When we could be fired for being who we are, we pushed corporate America to lead—and today, more than 90 percent of Fortune 500 companies protect LGBTQ+ workers.

None of that happened because we waited for permission. It happened because we showed up. It happened because every generation of this movement, when faced with forces that seemed insurmountable, chose to fight anyway. And won.

This is our generation's moment. The attacks are real—they are documented in these pages. But so is our power. This past year alone, HRC's membership grew by 500,000 people to 3.6 million. In the face of everything this administration has thrown at us, more Americans than ever are standing with us. That's not defeat. That's a movement rising.

When I look at my children and this community, I see more than just the risks of this moment — I see the responsibility and the possibility. I see a generation full of promise and potential worth fighting for. I see a community that has never surrendered its joy, its dignity, or its belief in a better tomorrow.

I believe — deeply — that we will meet this moment together. And I believe that, together, we will come through it stronger, more united, and victorious.


**Kelley Robinson**
President of the Human Rights Campaign,
Human Rights Campaign Foundation

## OVERVIEW

On Inauguration Day, President Donald Trump issued an executive order to remove gender identity from federal policy. It was the first of many actions the Trump Administration has taken in an effort to erase and silence LGBTQ+ Americans—while stripping away equal rights and protections for all.

Over the last 12 months, the Human Rights Campaign has been closely tracking the toll the Trump Administration's actions have taken on LGBTQ+ Americans.

- The Annual LGBTQ+ Community Survey—is the most comprehensive survey of LGBTQ+ Americans in this critical moment. Now in its 18th year, the survey reached nearly 15,000 adults including nearly 10,000 LGBTQ+ respondents—to document their experiences and sentiments since this administration took power. At a moment when the federal government has stopped collecting data on LGBTQ+ lives, this survey stands alone as a source of truth about our community.

- During the American Dreams Tour—which HRC launched last summer—we traveled across America to red, blue and purple states where our community is under attack. We convened local leaders, mobilized activists, and documented the on-the-ground realities that no data set can fully capture. The tour engaged more than 5,000 people in person and reached millions more through the media. It was a demonstration of presence, power, and purpose.

This report draws from our experience and research to illuminate the realities of life for LGBTQ+ Americans today and highlight where equality is most at risk. The evidence is clear: A year into the second Trump Administration, LGBTQ+ Americans are under siege—but undeterred in the fight for equality.

## SURVEY METHODOLOGY

The Annual LGBTQ+ Community Survey has been conducted for 18 years. The analysis included in this report is based on responses from nearly 15,000 U.S. adults aged 18 and older, including nearly 10,000 LGBTQ+ adults and 5,000 non-LGBTQ+ adults.

The survey leveraged Community Marketing Insight's (CMI) panel of LGBTQ+ Americans powered by the Human Rights Campaign Foundation team. For over 30 years, CMI has been trusted by corporations, government agencies, research institutions, and the media to ensure the LGBTQ+ community is well-represented in their work.

In the survey, LGBTQ+ Americans were asked about their experiences and sentiments since the start of the Trump Administration. A separate survey, commissioned by the HRC Foundation and conducted by PSB Insights, asked the same questions of non-LGBTQ+ Americans.



## VISIBILITY AND REPRESENTATION
### ONE YEAR IN, LGBTQ+ AMERICANS ARE GOING BACK IN THE CLOSET

For decades, visibility has been the most powerful strategy in the fight for LGBTQ+ equality. When people know that we are their children, their siblings, their neighbors and coworkers, the person in the next pew or the next desk—they treat us differently. The stranger becomes a sister. The issue becomes a person. Fear gives way to familiarity, and in time, opposition gives way to support. That is how we have won every major battle in this movement. Not through argument alone, but through relationship. Not by hiding who we are, but by being seen, being known, and being loved.

Before Trump took office, visibility and representation among LGBTQ+ Americans was as high as it had ever been. There was a historic number of openly LGBTQ+ members of Congress as well as CEOs. There were LGBTQ+ Grammy winners and Academy Award-winning films with LGBTQ+ storylines.

In addition, there was a new generation of Americans sharing the truth of who they are. In 2024, more than one in five members of Generation Z said they were part of the LGBTQ+ community. This unprecedented visibility meant possibility. No longer were LGBTQ+ Americans confined to the shadows—they were shaping conversations, corporations, and our nation.

Decades of polling, from Gallup and PRRI among others, has shown how increases in visibility tracks with growth in support for LGBTQ+ rights. These findings reaffirm what social scientific research has long concluded: When someone knows an LGBTQ+ person, it increases the odds that they will support LGBTQ+ equality.

Now, however, the Trump Administration threatens to undo this progress by erasing LGBTQ+ Americans from federal policy and American history—and driving fear that makes LGBTQ+ Americans feel unsafe and less free to be out.

**Examples of Administration Actions**

- The Trump Administration ordered all government entities, including the U.S. Census Bureau, to stop collecting data on LGBTQ+ Americans.

- The Federal Bureau of Investigation fired a veteran employee for displaying a pride flag on his desk.

- The Trump administration rescinded key federal nondiscrimination protections for LGBTQ+ people under health care and civil rights laws and directed agency leadership to exclude gender identity, weakening enforcement by DOJ, HHS, ED, and EEOC.

- The State Department <u>required</u> new passports to list a person's sex assigned at birth, rather than an "X" marker or their gender identity.

- The administration ordered the removal of LGBTQ+ representation from numerous government landmarks and property, including ordering the National Park Service to <u>remove</u> all references to transgender people from the Stonewall National Monument and directing the U.S. Navy to <u>rename</u> the USNS Harvey Milk.

- The Trump administration <u>directed</u> the Department of Defense and other federal agencies to bar transgender people from serving openly.

## Summary of Survey Findings

- *Acceptance is eroding:* One in five U.S. adults (21.6%) say acceptance of LGBTQ+ people has declined in the past year. Three in ten (29.7%) LGBTQ+ adults share this belief.

- *Outness is fading:* Nearly half (47.5%) of LGBTQ+ adults report being less out somewhere in their lives over the last 12 months. This retreat cuts across workplaces (26.5%), healthcare (25.4%), and public spaces (28.3%).

- *Visibility is slipping:* More than half of LGBTQ+ adults (51.1%) report being less visible than a year ago. 40.1% of LGBTQ+ parents with school-aged children report being less visible at schools, the highest of all measured environments.

## Bottom Line

Every American should have the freedom to be who they are—but the Trump Administration is forcing LGBTQ+ Americans back into the closet.



*"Trans people are the subject of so much scrutiny….that I feel much less comfortable at home and on the street than I did years ago."*

*"Life is a lot scarier these days. It makes me stay home more and have less visibility in the community."*



## HEALTH AND WELL-BEING
### ONE YEAR IN, LGBTQ+ AMERICANS' HEALTH IS DECLINING

The health of LGBTQ+ Americans had improved dramatically before January 20, 2025. Studies have shown that, as a result of the Affordable Care Act, more LGBTQ+ Americans had insurance coverage—and with expanded access to treatment and prevention, HIV was no longer a death sentence for LGBTQ+ Americans. Mental, community-based, and gender-affirming care were also being recognized as essential to public health.

The impact has extended well beyond the LGBTQ+ community. As the number of uninsured people has declined, emergency rooms have experienced less strain. As HIV transmission has declined, our nation has come closer to ending the epidemic. Investments in health equity, meanwhile, have led to better health outcomes for all Americans.

But today, healthcare costs are at an all-time high—and so is discrimination in healthcare for LGBTQ+ Americans. The Trump administration has mounted a deliberate assault on the pillars of that progress, undermining proven public health investments and placing the lives and well-being of vulnerable Americans at risk nationwide.

### Examples of Administration Actions

- The Trump administration ordered cuts to federal HIV prevention and treatment programs, including suspending U.S. support for domestic and global HIV services, and also directed federal agencies to eliminate coverage and funding for gender-affirming care for transgender people.

- The Trump Administration cut $800 million in research into LGBTQ+ health—as well as more than 200 federal grants for HIV research.

- The Trump Administration shut down the suicide prevention lifeline dedicated to LGBTQ+ youth.

- The Centers for Medicare & Medicaid Services (CMS) issued proposed rules that, taken together, aim to put best-practice, medically necessary health care for trans youth nearly entirely out of reach in this country. Already over the last year, more than 20 hospitals have slowed or stopped care for transgender youth.

- The Trump administration cut off access to gender affirming care for all federal employees.

### Summary of Survey Findings

- *Discrimination has an impact:* For LGBTQ+ adults, discrimination in healthcare doubles the odds of being in fair or poor health. 32.7% of LGBTQ+ adults who have experienced such discrimination say their health has worsened over the last year.

- *Access to HIV care is uneven:* Recent data suggests a rise in new HIV cases for the first time in years, at a time when coordinated attacks on our health care system have made our community more vulnerable than ever. Among LGBTQ+ adults, those on Medicare or Medicaid are more than twice as likely to report barriers to HIV prevention or treatment. More than 40% of those earning less than $75,000 report the same. After decades of progress toward ending the epidemic, this administration is allowing HIV to spread again. People who should be on PrEP can't get it. People who need treatment are losing access. This is not a policy failure—it is a policy choice. People will die because of it.

- *Trans and non-binary Americans are hardest hit:* Two-thirds of transgender and non-binary adults experience difficulty accessing healthcare due to the policy conditions of the Trump Administration. Trans people are being denied care. They are being turned away from emergency rooms. They are being forced to choose between their safety and their health. Many are giving up altogether—opting out of insurance they can't afford and won't protect them, avoiding doctors who have made clear they are not welcome. This is not an access problem. It is an abandonment

### Bottom Line

LGBTQ+ health is integral to the nation's health. This administration is not just neglecting LGBTQ+ Americans—it is actively dismantling the systems that kept us alive. The consequences will be measured in lives lost.



*"I heard from someone… who told me that they are no longer able to accept new patients for clinical trials for HIV."*

*"There are so many barriers to health care… specifically to access to health care. Do I have insurance?.. And understanding when I go to the doctor and know what to ask."*



## ECONOMIC PROSPERITY
### ONE YEAR IN, LGBTQ+ AMERICANS FACE MORE HOSTILE WORKPLACES

LGBTQ+ Americans are vital to the United States economy. LGBTQ+-owned businesses contribute $1.7 trillion to the U.S. economy—and LGBTQ+ consumers have $1.4 trillion in annual spending power. An OECD report projected that by 2050 the contributions of LGBTQ+ Americans could increase the country's GDP by nearly 3%.

Before Trump took office, corporate America understood the value proposition: Supporting LGBTQ+ employees and targeting LGBTQ+ consumers would boost bottom lines for businesses and strengthen the broader economy. The number of corporations that earned 100% on the Human Rights Campaign Foundation's Corporate Equality Index went from 13 at its start more than 20 years ago to 765 in 2025.

Today, the Trump Administration is threatening businesses—as well as higher education institutions, hospitals, and government agencies—to abandon diversity, equity, and inclusion efforts or risk retribution. As a result, institutions are caving and stigma and hostility are increasing as LGBTQ+ workers consider leaving their jobs and productivity declines.

### Examples of Administration Actions

- The President issued an executive order to end DEI policies and programs throughout the federal government.

- The President issued another executive order that empowered the Attorney General to craft a "strategic enforcement plan" targeting DEI efforts in the private sector.

- The EEOC (Equal Employment Opportunity Commission) dropped cases that involved discrimination against transgender employees.

### Summary of Survey Findings

The data reveal a clear and consistent pattern: when employers roll back DEI efforts, LGBTQ+ workers experience more stigma and bias, which in turn creates more hostile workplaces that undermine worker safety. These hostile environments increase the likelihood that workers will disengage or leave—driving down productivity and increasing turnover.

- *DEI efforts are being scaled back:* Four in ten workers (39.1%) report that their employer made at least one DEI-related change in the past year. Workers at organizations that scaled back DEI practices were more than twice as likely to report experiencing stigma, bias, and discrimination compared to workers at organizations that maintained DEI practices (54.2% versus 24.9%).

- *Stigma is increasing:* Workers in organizations where DEI-related practices are ended or scaled back are 3.6 times more likely to report stigma or bias at work. 57.4% of LGBTQ+ workers with employers that ended or scaled back DEI reported experiencing stigma and bias at work.

- *LGBTQ+ workers are less safe at work:* Workers who report stigma are nine times more likely than non-LGBTQ+ workers to describe their workplace as hostile in the last 12 months, putting both employers and employees at risk. 59.5% of LGBTQ+ workers who experience stigma and bias at work say their workplace is more hostile.

- *SNAP cuts are leaving LGBTQ+ families hungry:* The President made cuts and mandated stoppages to nutrition assistance programs, impacting nearly 2.1 million LGBTQ+ Americans. LGBTQ+ people are more likely to rely on SNAP benefits than the general population—particularly LGBTQ+ people of color, transgender individuals, and those raising children. These cuts mean families are choosing between paying rent and buying groceries. They mean seniors are skipping meals. They mean children are going to school hungry. This is not an abstraction. This is people we know going without food.

**Bottom Line**

America is the land of opportunity—but the Trump Administration is making workplaces increasingly hostile toward LGBTQ+ Americans and hurting our economy.



*"It's gotten a lot worse. People are being more open and blunt about their hate."*

*"My boss made it very clear that no one needs to know I am gay."*



## FINANCIAL SECURITY AND AFFORDABILITY
### ONE YEAR IN, LGBTQ+ AMERICANS ARE STRUGGLING TO MAKE ENDS MEET

In 2024, according to the Center for American Progress, LGBTQ+ households earned 85 cents for every dollar made by non-LGBTQ+ households—more than $12,000 less per year. For transgender households, it is closer to a $25,000 loss per year—enough to cover 12 months or more of childcare.

Indeed, the wage gap has been compounded by high costs in food, housing, and healthcare. It is no wonder, then, that the Williams Institute found that LGBTQ+ Americans experience higher rates of homelessness and lower rates of homeownership: The affordability crisis is disproportionately impacting the LGBTQ+ community.

The actions of the Trump Administration—to cut vital public services in order to give wealthy individuals and corporations a tax break—have compounded the financial insecurity of LGBTQ+ Americans. The waning job market—along with rising discrimination in the workplace—has made it more difficult for LGBTQ+ Americans to secure employment.

Amid economic uncertainty, the financial security of LGBTQ+ Americans is equally uncertain.

### Examples of Administration Actions

- The President made cuts and mandated stoppages of nutrition assistance—impacting nearly 2.1 million LGBTQ+ Americans.

- The President made cuts to Medicaid, which covers 40% of people living with HIV.

### Summary of Survey Findings

- *Financial security is declining:* LGBTQ+ adults are nearly twice as likely as non-LGBTQ+ adults to say their financial situation worsened over the past 12 months.

- *Discrimination is destabilizing:* Among LGBTQ+ adults, those who experienced discrimination were nearly twice as likely to report being financially unwell.

- *Lower-income means higher vulnerability:* LGBTQ+ adults and families earning below $75,000 per year are five times as likely to say they are financially insecure than those earning $75,000 or more. Those who recently lost a job or experienced a loss of household income are twice as likely.

- *Employment barriers are significant:* Among all adults, those who reported discrimination were nearly twice as likely to report that current policies made it harder to find a job. For LGBTQ+ Americans, the effect triples.

### Bottom Line

Americans everywhere are struggling as costs rise, jobs disappear, and services are cut. The actions of the Trump Administration are making it challenging for LGBTQ+ Americans to get ahead.



*"As a senior living on a fixed income, my anxiety level is higher because costs of goods and services are increasing much more quickly than Social Security."*

*"I can barely afford to live."*

The stories HRC heard on the American Dreams Tour align with the survey findings—and bring them to life.



### COLUMBUS, OHIO

During a meeting at City Hall, local leaders discussed how to protect LGBTQ+ Americans given White House and Ohio state house actions. After the conversation, Columbus City Council President Shannon G. Hardin, the city's first openly gay official, reflected on one story they heard:

*"We heard stories from the father of a trans young person who is studying abroad right now but is coming back to OSU this fall. They don't know what floor they will be assigned to when they go back [to campus]. Even though they present as a male, will they be forced to go to a women's bathroom? This father had to think about his son in this way."*



### LAS VEGAS, NEVADA

In Las Vegas, we visited The Center of Southern Nevada's new mobile health unit, which provides testing for HIV/AIDS, among other vital services. In an op-ed with HRC President Kelley Robinson, The Center's Chief Clinical Official, Leana Ramirez, described the current reality in Las Vegas:

*"In Clark County, there has been a 20% increase in people experiencing home-lessness, which has a detrimental impact on a person's ability to remain in HIV care, a reality closely linked to poorer retention in care and lower rates of viral suppression among people with unstable housing."*



## WASHINGTON, DC

At HRC's Equality Convention and National Gala, attendees from across the country shared their vision of the American dream.

Terry said:

> *"I want people around me to be able to express themselves honestly, to be themselves, and to do what makes them happy. So to me that's what the American Dream is."*

Julie and John said:

> *"The American Dream is that everyone should have that opportunity to have love and blessing from someone close to them for being who you are."*

Digital Creator RaeShanda Lias said:

> *"Queer joy is unstoppable. We've been here since the beginning of time and we'll be here afterwards."*



## DALLAS, TEXAS

The tour stopped in Dallas just after state legislators advanced a bill that would deny transgender and non-binary people the ability to safely access public facilities. State-level actions underpinned many of the conversations we had. Texas State Representative Venton Jones said:

> *"I know it's hard right now… everything is so polarizing in our politics, and the people that we serve don't care. They want food on their table. They want money in their pockets. They want their kids to be able to get a good education. And that's what we really need to be able to focus on as lawmakers."*



## ATLANTA, GEORGIA

Faith leaders are an important part of the LGBTQ+ movement, as service providers and moral authorities. In Atlanta, Bishop O.C. Allen, III welcomed us to The Vision Church. Flanked by the church's choir, the bishop gave a fiery sermon:

> *"We are here today because we are resilient. They can take and try to touch laws and legislation and policy, but there's one thing they've never been able to take, and that's my joy."*



## NASHVILLE, TENNESSEE

In Nashville, we spent time with young leaders as part of HRC's HBCU Dream Out Loud Day. Nevaeh, a student at Fisk University, described what the American Dream means to her:

> *"The American Dream is living in a world where you're comfortable. You should be able to wake up every day being comfortable in your skin, in the life that you live."*

The American Dreams Tour engaged more than 5,000 people in person—and millions more heard our stories in the press and online.

# CONCLUSION

In the face of the Trump Administration's cowardice, the courage of LGBTQ+ Americans can be witnessed across the country. Teenagers in Michigan have created safe spaces where none existed. Mothers in Tennessee are fighting to ensure their LGBTQ+ children have access to the affirming care they deserve. Transgender women in Iowa are leading mutual aid programs in the wake of federal budget cuts.

The harm that has been done cannot match the hope we have—or our commitment to the fight for a better future. Today, LGBTQ+ Americans are resolute:

*"As hostilities towards us rise, I have become even more out and proud."*

*"I am part of an accepting and affirming faith community… I'm lucky to be able to build my life with supportive people."*

*"I appreciate the young people who are taking the lead in demanding changes. They are our hope."*

*"I do my best to stand proudly in the world."*

This moment demands that all of us stand proud.



## HERE'S HOW YOU CAN BE PART OF THE MOVEMENT:

**Learn the facts.** This report exists because the truth matters. Share it. Talk about it. Use it to educate your family, your coworkers, your community. When misinformation spreads, counter it with data. When someone asks what's really happening to LGBTQ+ Americans, you now have the answer.

**Tell your story.** Visibility is how we win. If you are LGBTQ+, your story has power. If you are an ally, your voice matters too. Person to person, neighbor to neighbor, we change minds by making the abstract personal. The Human Rights Campaign has set a goal of lifting up one million voices for equality. Add yours.

**Join us.** This year, HRC's membership grew to 3.6 million people—the largest it has ever been. That growth happened because people like you decided that this moment required action. When you join HRC, you become part of a movement that is organizing in every state, educating communities across the country, and building the power we need to protect LGBTQ+ lives. Join HRC today.

One year in, LGBTQ+ Americans and our allies remain committed to securing a future in which everyone has the freedom to be who they are. That future doesn't build itself. It takes all of us—informed, visible, and united.






PRINTED IN-HOUSE WITH UNION LABOR



**Exhibit 33**

**The New York Times**

# *Yosemite Biologist Who Hung Trans Pride Flag From El Capitan Is Fired*

The National Park Service terminated Shannon Joslin over the May 20 demonstration, which it said took place in a prohibited area and lacked the required permits.

▶  **Listen to this article · 6:01 min**  Learn more



 **By Neil Vigdor**

Aug. 18, 2025

The National Park Service has fired a wildlife biologist at Yosemite National Park who helped drape a large transgender pride flag from El Capitan in May, saying that the demonstration had taken place in a prohibited area and lacked the required permits.

The former employee, Shannon Joslin, 35, who studies bats and has a Ph.D. in genetics, received a termination letter from the Park Service on Aug. 12.

In the letter, the park's acting deputy superintendent, Danika Globokar, wrote that Dr. Joslin, who is gay and identifies as nonbinary, had "failed to demonstrate acceptable conduct" by taking part in the May 20 demonstration.

On May 21, the park's acting superintendent signed a new rule outlawing the display of large flags, banners and signs at El Capitan — the park's iconic cliff — and most of the California park altogether. The move coincided with a broader push by the federal government to limit political demonstrations on public lands, especially those critical of the policies of the Trump administration.

The ban was included in a Park Service compendium of regulations that was dated May 20 and came after a series of widely publicized protests at El Capitan.

With less than a month to go of a two-year probationary status as a federal employee, Dr. Joslin was being dismissed, the Park Service said, according to the letter, portions of which Dr. Joslin read to The New York Times.

Dr. Joslin said in an interview on Friday that the new rule had yet to go into effect when several climbers scaled El Capitan with the transgender pride flag, and the group had not been aware of the pending ban. The demonstration occurred during Dr. Joslin's personal time, said the biologist, who had a four-day workweek of 10-hour shifts and lives in Folsom, Calif.

"Everything that I did was off the clock and had absolutely nothing to do with my capacity working for the National Park Service," Dr. Joslin said. "I think that the administration is using me as a sign to tell all of the other federal employees that they have to be silent and comply or they will be eliminated."



Shannon Joslin, a biologist who worked at Yosemite National Park, with the transgender pride flag in the background on the day several people hung it on El Capitan.  Miya Tsudome

On Monday, a spokeswoman for the Park Service said that the agency and the Justice Department were pursuing administrative action against several Yosemite National Park employees and possible criminal charges against several park visitors who were alleged to have violated federal laws and regulations related to demonstrations.

The spokeswoman, Rachel Pawlitz, said that the Park Service would not comment about personnel actions or criminal investigations.

"Several unauthorized demonstrations involving El Capitan generated numerous complaints from visitors," Ms. Pawlitz said. "Yosemite National Park was designated by Congress to highlight the beautiful natural and cultural features of the area. No matter the cause, displaying signs, banners, and flags outside of designated First-Amendment areas detracts from the visitor experience and the protection of the park."

The White House, which has taken punitive action against some critics of its immigration policies and pro-Palestinian activists, did not respond to a request for comment on Monday about Dr. Joslin's dismissal.

### Are you a federal worker? We want to hear from you.

The Times would like to hear about your experience as a federal worker under the second Trump administration. We may reach out about your submission, but we will not publish any part of your response without contacting you first.

Continue »

At Yosemite, violators of the flag ban could face up to six months in jail and a fine of up to $5,000 for individuals and $10,000 for groups — penalties already in place for various offenses in the park.

In February, before the rule took effect, a small group of protesters hung an inverted American flag — a signal of distress that began with sailors — off the side of El Capitan to protest the Trump administration's cuts to the Park Service.

Plenty of eyes were already fixated on El Capitan for the annual phenomenon known as firefall, when the light from the setting sun causes a seasonal waterfall to glow orange.

The display occurred shortly after at least 1,000 Park Service employees were abruptly dismissed from their jobs, part of a sweeping federal work force downsizing initiative that was once overseen by President Trump's now-estranged ally Elon Musk.

An additional 3,000 people were fired from the U.S. Forest Service, which plays a significant supporting role with the parks.

Dr. Joslin, an avid climber, suggested that tethering the trans pride flag from El Capitan could deliver a powerful message and recalled having approached two of the people who had been involved in the inverted flag demonstration about coordinating another flag display.

On the morning of May 20, the group went ahead with the display, unfurling the trans pride flag for about two hours, according to Dr. Joslin, who recalled being contacted by another park employee who said the flag needed to be removed. It already had been, the biologist said.

"We made sure that no part of the flag would get in any kind of way of any climbers trying to climb the routes that go through that area," Dr. Joslin said.

A few weeks later, in June, the Park Service said it wanted to ask questions as part of a criminal investigation into the flag display, said Dr. Joslin, who declined to answer them. But the matter wasn't closed.

The agency scheduled a mandatory interview later in June to look into what it described as potential administrative misconduct, a proceeding that culminated with the termination letter last week, Dr. Joslin said.

In 2021, the biologist started working at Yosemite as a "Covid hire," a position that lasted for about two years and turned into a contract role, said Dr. Joslin, who was rehired by the Park Service on a probationary basis in September 2023.

Getting to work in Yosemite was ideal, according to Dr. Joslin, who has written several climbing guidebooks.

"Yosemite," Dr. Joslin said, "is like my whole life."

Eileen Sullivan contributed reporting.

**Neil Vigdor** covers breaking news for The Times, with a focus on politics.

# Exhibit 34

US NEWS

# California park ranger fired after helping hang transgender pride flag on popular Yosemite monolith

By Caitlin McCormack

Published Aug. 19, 2025, 11:14 p.m. ET

375

Kim Jong Un boasts about North Korea's 'significant accomplishments' during highly staged



00:00 / 02:26

A non-binary park ranger was fired by Yosemite National Park after they were caught hanging a transgender pride flag from the park's famous El Capitan rock formation in May.

Shannon "SJ" Joslin, 35, was first hired as a ranger and wildlife biologist at the park in 2021 — their dream job that they said was stripped away in a violation of their First Amendment right.



Shannon "SJ" Joslin was fired from the Yosemite National Park after they helped hang a transgender pride flag on El Capitan rock.

Miya Tsudome

Joslin claimed that a temporary deputy superintendent fired them on Aug. 12 for "failing to demonstrate acceptable conduct" within their capacity as a wildlife biologist for the park.

"I want my rights and I want my career back," Joslin wrote on Instagram.



# Exhibit 35

U.S. NEWS

# Ranger fired for hanging transgender flag in Yosemite and park visitors may face prosecution

BY MATTHEW BROWN AND HANNAH SCHOENBAUM
Updated 8:22 AM PST, August 20, 2025

A Yosemite National Park ranger was fired after hanging a pride flag from El Capitan while some park visitors could face prosecution under protest restrictions that have been tightened under President Donald Trump.

Shannon "SJ" Joslin, a ranger and biologist who studies bats, said they hung a 66-foot wide transgender pride flag on the famous climbing wall that looms over the California park's main thoroughfare for about two hours on May 20 before taking it down voluntarily. A termination letter they received last week accused Joslin of "failing to demonstrate acceptable conduct" in their capacity as a biologist and cited the May incident.

"I was really hurting because there were a lot of policies coming from the current administration that target trans people, and I'm nonbinary," Joslin, 35, told The Associated Press, adding that hanging the flag was their way of saying, "We're all safe in national parks."

A
D
V
E

R
T
IS
E
M
E
N
T

Joslin said their firing sends the opposite message: "If you're a federal worker and you have any kind of identity that doesn't agree with this current administration, then you must be silent, or you will be eliminated."

---

**RELATED STORIES**



**Trump nominates a hospitality executive to lead the National Park Service**



**New Mexico launches investigation of forced sterilization of Native American women**



**Lawsuit alleges Bureau of Indian Affairs officers "executed" unarmed Shoshone-Paiute man in Idaho**

Park officials on Tuesday said they were working with the U.S. Justice Department to pursue visitors and workers who violated restrictions on demonstrations at the park that had more than 4 million visitors last year.

The agencies "are pursuing administrative action against several Yosemite National Park employees and possible criminal charges against several park visitors who are alleged to have violated federal laws and regulations related to demonstrations," National Park Service spokesperson Rachel Pawlitz said.

Joslin said a group of seven climbers including two other park rangers hung the flag. The other rangers are on administrative leave pending an investigation, Joslin said.

Flags have long been flown from El Capitan without consequences, said Joanna Citron Day, a former federal attorney who is now with the advocacy group Public Employees For Environmental Responsibility. She said the group is representing Joslin, but there is no pending legal case.

ADVERTISEMENT

On May 21, a day after the flag display, Acting Superintendent Ray McPadden signed a rule prohibiting people from hanging banners, flags or signs larger than 15 square feet in park areas designated as "wilderness" or "potential wilderness." That covers 94% of the park, according to Yosemite's website.

## Parks officials defend restriction on protests

Park officials said the new restriction was needed to preserve Yosemite's wilderness and protect climbers.

"We take the protection of the park's resources and the experience of our visitors very seriously, and will not tolerate violations of laws and regulations that impact those resources and experiences," Pawlitz said.

It followed a widely publicized instance in February of demonstrators hanging an upside down American flag on El Capitan to protest the firing of National Park Service employees by the Trump administration.

Among the climbers who helped hang the transgender flag was Pattie Gonia, an environmentalist and drag queen who uses the performance art to raise awareness of conservation issues. For the past five years, Gonia has helped throw a Pride event in Yosemite for park employees.

ADVERTISEMENT

She said they hung the transgender flag on the iconic granite monolith to express that being transgender is natural.

This year, Trump signed an executive order changing the federal definition of sex to exclude the concept of gender identity. He also banned trans women from competing in women's sports, removed trans people from the military and limited access to gender-affirming care.

Gonia called the firing unjust. Joslin said they hung the flag in their free time, as a private citizen.

"SJ is a respected pillar within the Yosemite community, a tireless volunteer who consistently goes above and beyond," Gonia said.

Jayson O'Neill with the advocacy group Save Our Parks said Joslin's firing appears aimed at deterring park employees from expressing their views as the Trump administration pursues broad cuts to the federal workforce.

ADVERTISEMENT

Since Trump took office, the National Park Service has lost approximately 2,500 employees from a workforce that had about 10,000 people, said Bill Wade, executive director of the Association of National Park Rangers. The Republican president is proposing a $900 million cut to the agency's budget next year.

## Parks have First Amendment areas

Pawlitz said numerous visitors complained about unauthorized demonstrations on El Capitan earlier in the year.

Many parks have designated "First Amendment areas" where groups 25 or fewer people can protest without permits. Yosemite has several of those areas, including one in Yosemite Valley, where El Capitan is located.

Park service rules on demonstrations have existed for decades and withstood several court challenges, Wade said. He was not aware of any changes in how those rules are enforced under Trump.

———

Associated Press journalist Brittany Peterson contributed reporting from Denver.

**MATTHEW BROWN**
Brown is based in Billings, Montana. He covers breaking news, the environment, politics, energy, crime and more.



**HANNAH SCHOENBAUM**
Schoenbaum is a government and politics reporter based in Salt Lake City, Utah. She also covers general news in the Rockies and LGBTQ+ rights policies in U.S. statehouses.
X  ✉



**Exhibit 36**



# Ranger fired for hanging transgender flag in Yosemite and park visitors may face prosecution

Nation    Aug 20, 2025 12:53 PM EST

A Yosemite National Park ranger was fired after hanging a pride flag from El Capitan while some park visitors could face prosecution under protest restrictions that have been tightened under President Donald Trump.

Shannon "SJ" Joslin, a ranger and biologist who studies bats, said they hung a 66-foot wide transgender pride flag on the famous climbing wall that looms over the California park's main thoroughfare for about two hours on May 20 before taking it down voluntarily. A termination letter they received last week accused Joslin of "failing to demonstrate acceptable conduct" in their capacity as a biologist and cited the May incident.

**READ MORE: Air Force announces new policy to deny transgender troops hearings before discharges**

"I was really hurting because there were a lot of policies coming from the current administration that target trans people, and I'm nonbinary," Joslin, 35, told The Associated Press, adding that hanging the flag was their way of saying, "We're all safe in national parks."

Joslin said their firing sends the opposite message: "If you're a federal worker and you have any kind of identity that doesn't agree with this current administration, then you must be silent, or you will be eliminated."

Park officials on Tuesday said they were working with the U.S. Justice Department to pursue visitors and workers who violated restrictions on demonstrations at the park that had more than 4 million visitors last year.

The agencies "are pursuing administrative action against several Yosemite National Park employees and possible criminal charges against several park visitors who are alleged to have violated federal laws and regulations related to demonstrations," National Park Service spokesperson Rachel Pawlitz said.

Joslin said a group of seven climbers including two other park rangers hung the flag. The other rangers are on administrative leave pending an investigation, Joslin said.

Flags have long been flown from El Capitan without consequences, said Joanna Citron Day, a former federal attorney who is now with the advocacy group Public Employees For Environmental Responsibility. She said the group is representing Joslin, but there is no pending legal case.

On May 21, a day after the flag display, Acting Superintendent Ray McPadden signed a rule prohibiting people from hanging banners, flags or signs larger than 15 square feet in park areas designated as "wilderness" or "potential wilderness." That covers 94% of the park, according to Yosemite's website.

## Parks officials defend restriction on protests

Park officials said the new restriction was needed to preserve Yosemite's wilderness and protect climbers.

"We take the protection of the park's resources and the experience of our visitors very seriously, and will not tolerate violations of laws and regulations that impact those resources and experiences," Pawlitz said.

It followed a widely publicized instance in February of demonstrators hanging an upside down American flag on El Capitan to protest the firing of National Park Service employees by the Trump administration.

Among the climbers who helped hang the transgender flag was Pattie Gonia, an environmentalist and drag queen who uses the performance art to raise awareness of conservation issues. For the past five years, Gonia has helped throw a Pride event in Yosemite for park employees.

She said they hung the transgender flag on the iconic granite monolith to express that being transgender is natural.

This year, Trump signed an executive order changing the federal definition of sex to exclude the concept of gender identity. He also banned trans women from competing in women's sports, removed trans people from the military and limited access to gender-affirming care.

Gonia called the firing unjust. Joslin said they hung the flag in their free time, as a private citizen.

"SJ is a respected pillar within the Yosemite community, a tireless volunteer who consistently goes above and beyond," Gonia said.

Jayson O'Neill with the advocacy group Save Our Parks said Joslin's firing appears aimed at deterring park employees from expressing their views as the Trump administration pursues broad cuts to the federal workforce.

Since Trump took office, the National Park Service has lost approximately 2,500 employees from a workforce that had about 10,000 people, said Bill Wade, executive director of the Association of National Park Rangers. The Republican president is proposing a $900 million cut to the agency's budget next year.

## Parks have First Amendment areas

Pawlitz said numerous visitors complained about unauthorized demonstrations on El Capitan earlier in the year.

Many parks have designated "First Amendment areas" where groups 25 or fewer people can protest without permits. Yosemite has several of those areas, including one in Yosemite Valley, where El Capitan is located.

Park service rules on demonstrations have existed for decades and withstood several court challenges, Wade said. He was not aware of any changes in how those rules are enforced under Trump.

---
*Associated Press journalist Brittany Peterson contributed reporting from Denver.*

# A free press is a cornerstone of a healthy democracy.

Support trusted journalism and civil dialogue.

# Donate now  →

*By —*  **Matthew Brown, Associated Press**

*By —*  **Hannah Schoenbaum, Associated Press**

# Donate now  →



**Exhibit 37**



U.S.

# Yosemite park ranger who hung trans pride flag from El Capitan says they were fired

By Emily Mae Czachor

August 19, 2025 / 5:45 PM EDT / CBS News

⊞ Add CBS News on Google

Three months after a group of climbers hung a transgender pride flag from El Capitan, an iconic rock formation in Yosemite, the National Park Service fired a park ranger who was involved in the display, the former employee said.

Shannon "SJ" Joslin was terminated last week after working for nearly five years as a ranger and wildlife biologist at the northern California national park, Joslin wrote in a social media post Monday that has since garnered widespread attention online.

"In May I hung a trans flag on El Capitan that celebrated my acceptance of my identity," Joslin captioned the post. "I hung the flag in my free time, off-duty, as a private citizen. It flew for a total of two hours in the morning and then I took it down."

Joslin referred to their ranger position as a "dream job." They were fired by a park official for "failing to demonstrate acceptable conduct" in their role as a Yosemite wildlife biologist, according to the social media post, which accuses the National Park Service of violating their constitutional rights to free expression.

"Preservation has been my life's work—of Yosemite, the wildlife, the land, recreation, of peoples rights and safety, of community and acceptance, and now the Constitutional First Amendment," Joslin wrote, adding, "I want my rights and I want my career back."

The National Park Service said in a statement that its leadership, along with authorities at the U.S. Department of Justice, "are pursuing administrative action against several Yosemite National Park employees and possible criminal charges against several park visitors who are alleged to have violated federal laws and regulations related to demonstrations."

The statement did not specify what laws and regulations were violated. It said the park service could not share details about "the specifics of personnel actions or criminal investigations" related to the matter.



A group of climbers unfurled a trans pride flag on El Capitan in Yosemite National Park, California, on Tuesday, May 20, 2025.

Carlos Avila Gonzalez/San Francisco Chronicle via Getty Images

The flag that Joslin helped mount flew briefly from a spot near the summit of El Capitan, which towers over Yosemite Valley and is the park's most recognizable landmark, on May 20.

**◉CBS**

Read More

00:00                                                                                      02:00

The next day the park's acting superintendent signed an updated <u>compendium</u>, dated May 20, which includes regulations banning large banners, flags or signs displayed in the wilderness without a permit. Also included in the compendium are rules governing demonstrations within the park, which similarly require permits unless they involve fewer than 25 people and take place in one of the park's designated "free speech locations."

A <u>previous version of the compendium</u>, dated May 22, 2024, which was linked to the Yosemite website <u>as recently as May 1, 2025</u>, did not include a regulation about banners and flags.

Flags and banners have been hung from Yosemite's El Capitan in the past, including <u>an upside-down American flag</u> in February in response to the Trump administration's firings of federal workers and <u>a banner</u> in protest of the war in Gaza last June. The upside-down American flag also was hung by workers at the national park.

The people involved in stringing up the trans pride flag in May described it as "an epic reminder that queer people belong everywhere—on big walls, on the trails, and serving and protecting our public lands." It appeared on the rock formation in the weeks leading up to Pride Month, and as critics of the Trump administration saw policy decisions continue to target transgender Americans.

In its statement, the National Park Service said "several unauthorized demonstrations involving El Capitan generated numerous complaints from visitors," in 2024, but did not elaborate on what demonstrations.

"No matter the cause, displaying signs, banners, and flags outside of designated First-Amendment areas detracts from the visitor experience and the protection of the park," the statement said. "To safeguard the protection of visitors, visitor experiences, and park resources, most demonstrations require a permit."

**More from CBS News**


**CBS** SACRAMENTO
Yosemite National Park steers away from vehicle reservation system for 2026 season


**CBS** CHICAGO
2 hospitalized after fire ravages West Side apartment building


**CBS** POLITICS
Democrats in Congress press National Park Service on Trump ballroom donors


**CBS** DETROIT
Mother sought help at Monroe fire station after her toddler suffered a medical emergency

**Go deeper with The Free Press**



# Exhibit 38

| **From:** | Granger, Terrance |
| --- | --- |
| **To:** | Clayton Bailey |
| **Subject:** | FW: MA-26-000614 - Joslin |
| **Date:** | Wednesday, January 28, 2026 12:06:24 PM |

Shannon Joslin
c/o Clayton Bailey,

I am the investigator assigned to review your complaint. Currently we are experiencing delays in processing as we try to catch up from the government shut down and the large volume of complaints that have filed. We must take complaints in the order they have been received. Unfortunately, this means more delays. I assure you we are working as fast as possible, and ensuring each case gets a thorough review.

If your complaint gets assigned to an investigative attorney, they will contact you. Please do not send any additional information or documents unless they are requested by the attorney. We are very sorry for the delay but do appreciate your patience during this difficult time.

V/r
Terrie Granger
Investigator
Case Review Division
Office of Special Counsel

---

**From:** Clayton Bailey <cbailey@civilservicellp.com>
**Sent:** Wednesday, January 28, 2026 10:21 AM
**To:** Info <info@osc.gov>
**Subject:** RE: MA-26-000614 - Joslin

Good morning – just following up on the below.

Clayton

---

**From:** Clayton Bailey
**Sent:** Tuesday, January 13, 2026 1:06 PM
**To:** 'info@osc.gov' <info@osc.gov>
**Subject:** MA-26-000614 - Joslin

Good afternoon,

I represent SJ Joslin for purposes of a recent OSC complaint that we submitted December

8, 2025.  Could you please let me know the attorney assigned to our case?

Thank you,
Clayton

**Clayton L. Bailey**
Civil Service Law Center LLP
civilservicellp.com

*This message is from a law firm and may contain information that is confidential and/or legally privileged. If you are not the intended recipient, please immediately notify the sender by reply email and delete this message and any attachments from your system. Thank you for your understanding and cooperation.*



**Exhibit 39**



Shannon "SJ" Joslin (they/them) carries a sign reading "Free Speech is Fabulous" during a peaceful protest in Yosemite National Park, California, on Sunday, August 24, 2025. Dr. Joslin was fired from their park job on August 12, 2025, for hanging a Trans flag on Yosemite's granite monolith, El Capitan.

 (https://www.facebook.com/pages/Socialdocumentarynet/100723001283?ref=nf)  (https://twitter.com/#!/socdoctweets)

Image 7 of 12

## YOSEMITE RANGER FIRED FOR HANGING TRANS FLAG ON EL CAPITAN

Tracy Barbutes (https://www.socialdocumentary.net/photographer/tracybarbutes) | United States (https://www.socialdocumentary.net/search.php?country=223)

### ⌄ Exhibit Abstract

Transgender, queer, and allied activists hung a 66'-by-35' trans flag on El Capitan (Tu-Tok-A-Nu-La) above an area referred to as Heart Ledges for about two hours before voluntarily taking it down, in Yosemite National Park, California, on Tuesday, May 20, 2025.

The following day, the Yosemite Superintendent's Compendium was updated with a new clause that banned flag displays. The update is dated May 20, the same day as the flag display, but Acting Superintendent Ray McPadden signed it into effect on May 21.

Shannon "SJ" Joslin (they/them), a ranger and biologist who helped hang the flag, received a termination letter on August 12 that accused Joslin of "failing to demonstrate acceptable conduct" in their capacity as a biologist and cited the May incident.

Dr. Joslin, a beloved member of the Yosemite community, is seeking legal counsel to fight her dismissal with hopes of being reinstated. They stated, "It isn't just about one ranger. It's about whether everyone has the right to speak freely in the United States."

› **Contact Photographer**

› **Tags**

**View Photographer's Profile Page (https://www.socialdocumentary.net/photographer/tracybarbutes)**

## Follow Tracy Barbutes

(https://www.instagram.com/tracybarbutes/)

Make Comment/View Comments (0)

© 2026 SDN/Reportage International, Inc. All rights reserved.



**Exhibit 40**



**National Park Service**
**U.S. Department of the Interior**

**Superintendent's Compendium**
of Designations, Closures, Permit
Requirements and Other
Restrictions Imposed Under
Discretionary Authority.

**Yosemite National Park**

P.O. Box 577
Yosemite National Park
California 95389

209-372-0200

Approved:

RAYMOND MCPADDEN
Digitally signed by
RAYMOND MCPADDEN
Date: 2025.05.21
14:17:26 -07'00'

Ray McPadden
(Acting) Superintendent

May 20, 2025

In accordance with regulations and the delegated authority provided in Title 36, Code of Federal Regulations ("36 CFR"), Chapter 1, Parts 1-7 and Part 34, authorized by Title 54 United States Code, Section 100751, the following regulatory provisions are established for the proper management, protection, government and public use of those portions of the El Portal Administrative Site under the jurisdiction of the National Park Service. Unless otherwise stated, these regulatory provisions apply in addition to the requirements contained in 36 CFR, Chapter 1, Parts 1-7 as incorporated in Part 34.

Written determinations, which explain the reasoning behind the Superintendent's use of discretionary authority, as required by Section 1.5(c), appear in this document identified by italicized print.

# Contents

Contents ................................................................................................................................. 2

PART 1 – GENERAL PROVISIONS ............................................................................................ 4

    Section 1.4 Definitions ....................................................................................................4

    Section 1.5(a)(1) Closures and Public Use Limits .............................................................5

        Visiting Hours ...........................................................................................................5

        Public Use Limits ......................................................................................................5

        Closures ..................................................................................................................12

    Under the authority of 36 Code of Federal Regulations 1.5(a)(2), the following areas have been designated for a specific use or activity, under the conditions and/or restrictions as noted: ...18

    36 CFR §1.6 – ACTIVITIES THAT REQUIRE A PERMIT .......................................................22

        (f) The following is a compilation of those activities for which require a permit from the Superintendent: .................................................................................................22

PART 2: RESOURCE PROTECTION, PUBLIC USE AND RECREATION .............................................. 25

    36 CFR §2.1 – PRESERVATION OF NATURAL, CULTURAL AND ARCHEOLOGICAL RESOURCES ...25

    36 CFR §2.2 - WILDLIFE PROTECTION ...........................................................................26

    36 CFR §2.3 – FISHING ..................................................................................................26

    36 CFR §2.4 – WEAPONS, TRAPS, AND NETS ................................................................28

    36 CFR §2.5 – RESEARCH SPECIMENS ...........................................................................28

    36 CFR §2.10 – CAMPING and FOOD STORAGE .............................................................28

        Non-Wilderness ......................................................................................................29

        Wilderness..............................................................................................................30

        (d) Conditions for the storage of food are in effect, as noted, for the following areas .....32

    36 CFR §2.11 – PICNICKING ..........................................................................................33

    36 CFR §2.12 – AUDIO DISTURBANCES..........................................................................34

    36 CFR 2.13 – FIRES .....................................................................................................34

        (a)(1) The lighting or maintaining of fires is generally prohibited, except as provided for in the following designated areas and/or receptacles, and under the conditions noted:.....34

        (a)(2) The following restrictions are in effect for the use of stoves or lanterns.................36

        (b) Fires must be extinguished according to the following conditions ...........................36

    36 CFR §2.14 – SANITATION and REFUSE .......................................................................36

36 CFR §2.15 – PETS ...................................................................................................36

    (a)(1) The following structures and/or areas are closed to the possession of pets...........36

    (a)(1) The following structures and/or areas are open to the possession of pets.............37

    (a)(5) Pet excrement must be disposed of in accordance with the following conditions: 37

    (e) Pets may be kept by park residents under the following conditions...........................37

36 CFR §2.16 – HORSES and PACK ANIMALS...........................................................37

36 CFR §2.17 – AIRCRAFT and AIR DELIVERY.........................................................39

36 CFR §2.20 – SKATING, SKATEBOARDS, AND SIMILAR DEVICES .............................39

36 CFR §2.21 – SMOKING ...........................................................................................39

36 CFR §2.22 – PROPERTY ..........................................................................................39

36 CFR §2.35 –ALCOHOLIC BEVERAGES and CONTROLLED SUBSTANCES................40

36 CFR §2.50 – SPECIAL EVENTS................................................................................40

36 CFR §2.51 – DEMONSTRATIONS ............................................................................41

36 CFR §2.52 – SALE OR DISTRIBUTION OF PRINTED MATTER..................................41

36 CFR §2.62 – MEMORIALIZATION............................................................................41

Part 3: BOATING AND WATER USE ACTIVITIES ........................................................42

36 CFR §3.8 (a)(2) – LAUNCHING OR RECOVERY OF A VESSEL..................................42

PART 4: VEHICLES AND TRAFFIC SAFETY .................................................................42

36 CFR §4.11 – VEHICLE LOAD, WEIGHT AND SIZE LIMITS........................................42

36 CFR §4.21 – SPEED LIMITS ....................................................................................43

36 CFR §4.30 – BICYCLES ...........................................................................................43

36 CFR §4.31 – HITCHHIKING......................................................................................44

PART 7: SPECIAL REGULATIONS, AREAS OF THE NATIONAL PARK SYSTEM ..................45

36 CFR §7.16 – YOSEMITE NATIONAL PARK ...............................................................45

# PART 1 – GENERAL PROVISIONS

The specific discretionary authority for Park Superintendents to establish reasonable schedules for visiting hours, impose public use limits, and close park areas for all public use or specific use is found in Title 36 Code of Federal Regulations (CFR) §1.5. These park-specific restrictions are also based upon 36 CFR, Chapters 1-7 to protect park resources, visitors and employees. Under CFR §1.7 notice of all restrictions, closures, designations and permit requirements will be made available to the general public by a least one or more of the following methods of notifications: maps, brochures, signs, permits, or other appropriate methods, as well as within this compendium.

## Section 1.4 Definitions

**Electric Bicycle (aka E-Bike)-** a two- or three-wheeled cycle with fully operable pedals and an electric motor of not more than 750 watts that meets the requirements of one of the following three classes:

(1) "Class 1 electric bicycle" shall mean an electric bicycle equipped with a motor that provides assistance only when the rider is pedaling, and that ceases to provide assistance when the bicycle reaches the speed of 20 miles per hour.

(2) "Class 2 electric bicycle" shall mean an electric bicycle equipped with a motor that may be used exclusively to propel the bicycle, and that is not capable of providing assistance when the bicycle reaches the speed of 20 miles per hour.

(3) "Class 3 electric bicycle" shall mean an electric bicycle equipped with a motor that provides assistance only when the rider is pedaling, and that ceases to provide assistance when the bicycle reaches the speed of 28 miles per hour.

**Food** - includes any human food, beverage, pet food, grain or other sweet stock food, food tainted garbage, food tainted equipment, toiletries such as soap, toothpaste, and cosmetics, and any creams, ointments, or lotions. Food containers include any object designed to contain food such as ice chests, coolers, food packaging, and grocery bags whether or not they contain food, or any object that contains food such as a pack or stuff sack.

**Sub Dome** – The granite dome on the east side of Half Dome where the Half Dome cables begin.

**Unmanned Aircraft** – A device that is used for flight in the air without the possibility of direct human intervention from within or on the device, and the associated operation elements and components that are required for the pilot or system operator in command to operate or control the device (such as cameras, sensors, or communication links).  This term includes the

type of devices that meet this definition (e.g. model airplanes, quadcopters, or drones) that are used for any purpose including recreation or commerce.

An additional listing can be found in the CFR derived under 36 CFR §1.4 or §1.5.

# Section 1.5(a)(1) Closures and Public Use Limits

## Visiting Hours

Yosemite National Park is open 24 hours a day, 365 days a year excepted where listed below or publicly posted.

### *Hetch Hetchy*

The Hetch Hetchy Road is open to vehicle, bicycle, and pedestrian daytime use between sunrise and sunset (starting and ending with civil twilight). Any use outside of day use hours is by permit only.
In Elevated Threat Level, as determined by the Department of Homeland Security, the Hetch Hetchy Road will be open from 8:00am to 5:00pm. Road hours may be further restricted based on security needs.

In High and Severe Threat Levels, as determine by the Department of Homeland Security, the Hetch Hetchy Road and the entire area around the O'Shaughnessy Dam and Hetch Hetchy Reservoir will be closed to all traffic and visitation.

### *Yosemite Valley*

El Capitan, Cathedral Beach, and Sentinel Beach Picnic Areas are closed one hour after sunset to one hour before sunrise, except for authorized administrative functions.

## Public Use Limits

### *Badger Pass Ski Area*

Up to 2300 ski lift tickets may be sold in one day for Badger Pass Ski Area.

> *An analysis of the slopes at Badger Pass Ski Area was done to determine optimum capacity without sacrificing skier safety.*

Except administrative activities, the uphill lane from Chinquapin to Badger Pass Ski Area will be restricted when the parking lot at Badger Pass Ski Area fills to capacity. This road may also be restricted to one lane during times of heavy snow or traffic.

> *This restriction is necessary because of the physical capacity of the parking lot at Badger Pass Ski Area and to provide for public safety.*

While Badger Pass is not in operation by the concessioner, the public will not be allowed to access the buildings, lifts, and ski area boundary.

> *This restriction is necessary for visitor safety around unoccupied buildings and equipment. This restriction is also necessary to protect private property, and environmentally sensitive wetland habitat*

During non-operation of the Badger Ski Area, Between the time that Badger Pass winter operations haveceased in the spring and the time they resume in the fall/winter, the Badger Pass Parking Lot is closed tothe public.

> *These restrictions are necessary to provide for the orderly management of the park. Administrative functions are exempt from this restriction.*

## *Electric Personal Transportation Devices*

Electric scooters, electric skateboards, electric skates, or any other similar electric transportation device designed to carry a single passenger and propelled or assisted by an electric motor are prohibited on all park roads and unpaved trails.

Additionally, electric bikes (e-Bikes) are permitted on park roads in compliance with adopted state laws.

> *This restriction is necessary to provide for the safety of visitors and motorists on curving roads, often with steep grades.*

## *Glacier Point Road*

The public use limits for the Glacier Point Road are as follows:
- Vehicles over 30 feet and/or vehicles pulling trailers are prohibited beyond the Sentinel Dome parking lot.
- Buses exceeding 30 feet in length are prohibited beyond the Badger Pass turnoff. Authorized NPS, park contractors and concessionaire vehicles are exempt.

> *These restrictions are necessary in order to protect vehicles from the safety risks posed by large vehicles and vehicles pulling trailers traveling this section of steep, narrow, winding road.*

## Glass Containers

Possession of a glass container within 50 feet of any riverbank, lakeshore, on the water, or in a vessel is prohibited.

*This restriction is necessary for the protection of visitors who frequent these areas in bare feet.*

## Half Dome

The following permit restrictions are in effect for any person ascending any part of Sub Dome or any part of the Half Dome cables (see Sub Dome map in the appendix):

- Each person ascending Half Dome by way of Sub Dome must have a permit when the cables are in place (*typically from Memorial Day to Columbus Day, however, actual dates and time may vary depending on weather and environmental conditions*)
- Permits are valid from 12:01am to midnight for the date specified
- Permits are single use
- Up to 300 Permits will be issued daily
- Sale, duplication, or transfer of permits is prohibited
- Permits issued by cooperating agencies are not valid for ascending the Half Dome cables
- Group Leader or Alternate Group Leader named on permit must be present when checked at Sub Dome.

*These restrictions are necessary to preserve the wilderness experience visitors to Yosemite National Park's wilderness expect and to protect resources from overuse. Higher visitation numbers would have significant impacts to the visitors and resources.*

## Hetch Hetchy

Vehicles, or the combination of a vehicle and a trailer, exceeding 25 feet in length and/or 96 inches in width are prohibited on the Hetchy Road unless authorized in writing by the Superintendent. Authorized vehicles must provide a pilot vehicle and schedule the travel date and time with the area Ranger.

*This restriction is required to provide for public safety because roads are narrow, and over-sized vehicles cannot safely negotiate the turns.*

## Mariposa Grove Welcome Plaza

All commercial buses visiting the Mariposa Grove are required to unload, pick up their passengers, and park only in areas designated by their Commercial Use Authorization (CUA).

All commercial buses over 21 feet in length are required to have a parking permit and must park in the Reserved Bus Lot. Commercial vehicles 21 feet or less in length may park in the Welcome Plaza without a permit.

All vehicles pulling trailers must park in the designated spaces in the Welcome Plaza parking lot. Non-commercial vehicles over 21 feet in length must park in the designated RV spaces in the Welcome Plaza parking lot.

> *These restrictions are necessary due to the limited parking at the Mariposa Grove. In order to provide for the orderly management of the park, designated areas, as defined in a commercial use agreement, have been established. Administrative functions are exempt from these restrictions.*

## Meadow Grazing

The following meadows have grazing use limits (see attached corresponding maps in appendix):

- Crescent Lake
- Hook Lake
- Isberg Pass Lake
- Miller Lake
- Kerrick Canyon
- Rodger's Lake
- Turner Meadow

In the areas marked as "closures" in the corresponding maps in the appendix, the following limits are applied:

- All hiking and stock traffic will be confined to the NPS trail system through the closed meadow areas.

When meadows are closed to grazing, the following conditions apply:

- Approved methods to prevent grazing in closed areas (high lining, electric fence, hand grazing, hobbling, or any combination thereof) will be used.
- Electric fences will be placed at least 100 feet from all avoidance areas.
- Fences should not be places in areas that have been previously used by earlier season stock parties.
- Fences should avoid being placed on sensitive resources (wetlands, unstable banks, archeological resources, etc.).

Stock use is limited to designated access routes and stock holding areas when not grazing.

Supplemental feed may be used but at designated holding sites only.  Supplemental feed must be commercially processed pellets, rolled grains, or fermented hay (e.g. Chaffhaye). This is required forall users, including administrative and concession operations.

*These products have a high level of mechanical milling, heat treatment, and/or anaerobic fermentation the destroys seeds. Other feed products that have similar levels of processing that destroy nearly all seeds may be permitted. Baled or loose hay and compressed hay cubes, which have little to no processing, should not be used in wilderness to reduce the risk of introducing non-native, invasive plant species.*

The following apply to use by overnight stock groups:
- Overnight camping is limited to the area immediately adjacent to the preferred fire ring (see corresponding meadow map in the appendix)
- Overnight use of these meadows is limited to one stock party per night.

Addition restrictions apply to commercial operations engaged in grazing in these locations. See the Special Park Conditions section of the CUA permit.

*These restrictions are necessary to reduce potential impacts to the federally threatened Yosemite toad (Anaxyrus canorus) and the federally endangered Sierra Nevada yellow-legged frog (Rana sierra) – both listed in June, 2014. Some of the Kerrick Meadow closure can be reopened on a trial basis to allow grazing with certain precautionary measures remaining in place until the Wilderness Stewardship Plan and analysis are complete. A meadow grazing opening date will be established and posted on the Yosemite National Park wilderness conditions page at [http://www.nps.gov/yose/planyourvisit/wildcond.htm](http://www.nps.gov/yose/planyourvisit/wildcond.htm)*

## *Other-Power-Driven Mobility Devices*

Only individuals with disabilities may use Other-Power-Driven Mobility Devices (OPDMD's) to include e-bikes in the park, however they are prohibited in undeveloped and designated wilderness areas. OPDMD users retain the right of way and duties applicable to any pedestrian, however, OPDMD users must yield to pedestrians. The only exception to this is entering or exiting elevators, where OPDMD users have the right of way.

OPDMD's may be used under the following conditions:
- Operators must be 16 years or older
- The OPDMD displays a universal handicap decal (available at visitor centers)
- OPDMD must be a zero-emissions vehicle
- The OPDMD is no great than 36 inches in width as its widest point
- OPDMD speeds may not exceed 5 miles per hour
- Group size is limited to no more than four OPDMD's

OPDMD's must be equipped with the following safety mechanisms:
- Front, rear, and side reflectors
- A system that enables the operator to bring the device to a controlled stop

- If operating an OPDMD between half an hour after sunset to a half an hour before dawn, a lamp emitting a white light that is visible from 300 feet in front ofthe OPDMD is required while the OPDMD is in motion.
- A sound emitting device that can be activated from time to time by the operator,to alert nearby persons, as appropriate.

*These restrictions are necessary due to safety considerations regarding the lack of a paved shoulder, bicycle lane, or the presence of fog lines. The use of OPDMD's by able bodied persons is prohibited in the park because they meet the definition of a motor vehicle.  An exception is made those for individuals who meet the criteria of a disabled person as defined by the Americans with DisabilitiesAct.  Off road travel with an OPDMD is prohibited for all persons.*

## *Parking*

Parking restrictions in **Yosemite Valley** are applicable from midnight to 6:00am in the following locations:
- Village Store Parking
- Church Bowl Picnic Area
- Yosemite Valley Lodge (without a permit)
- Yosemite Falls parking lot (without a permit)

**Camp 4** parking requires a parking permit 24 hours a day.

*These restrictions are necessary to provide for the orderly management of the park. Administrative functions are exempt from this restriction.*

## *Passenger Buses*

Passenger buses are subject to the following conditions/restrictions on roads within Yosemite National Park:

- Buses must shut down their engines when not underway. Idling must not exceed 5 minutes, or idling must not exceed 15 minutes if the driver is completing the legally required pre-trip inspection.  Yosemite shuttle buses are exempt.
- Buses are prohibited in the parking areas for Swinging Bridge and Big Oak Flat Information Station.
- Buses may not park in areas designated for automobile parking
- Buses are prohibited from parking in residential areas
- Buses over 45 feet in length and 102 inches in width are prohibited on park roads.

*These restrictions are necessary to eliminate additional exhaust fumes added to the air andto allow for the enjoyment of the peace and tranquility of the park. Bus size is restricted because buses over these dimensions cannot safely navigate many of the park roads and*

*lead to congestion at pullouts and parking areas. Bus parking is restricted to certain areas because it causes excessive congestion, parking problems, and traffic hazards. Additionally, the large number of visitors cannot be accommodated by existing restrooms and other facilities. Due to the nature of services provided by the shuttle buses, they are excluded from the requirement.*

All commercial buses visiting **Yosemite Valley**, not including vans, are required to unload, pick up their passengers, and park only in areas designated by their commercial use authorization.

*These restrictions are necessary due to limited parking in Yosemite Valley and the needto control large groups disembarking in congested areas. In order to provide for the orderly management of the park, designated areas, as defined in a Commercial Use Agreement (CUA), are established.*

Commercial Passenger Vans, mini-buses and motorcoaches are prohibited from stopping atFern Springs.

*This restriction is necessary due to the sensitive nature of the Fern Spring area, and the impact of large groups walking around the spring.*

## *Paved Bikeways*

Speed may not exceed 15 miles per hour on paved trails designated as "paved bikeways" on the official park brochure regardless of transportation method (e.g. bicycles, e-bicycles, electric scooters, skateboards, etc.)

Bicycles, skateboards, scooters, or any other similar device with a combustible engine are prohibited on the paved bikeways.

*This restriction is necessary to provide for the safety of visitors and to accommodate multiple user groups on crowded bikeways.*

## *Unmanned Aircraft*

Launching, landing, or operating an unmanned aircraft from or on lands and waters administered by the National Park Service within the boundaries of Yosemite National Park is prohibited except as approved in writing by the Superintendent.

*This restriction is necessary to protect the public from hazards and preserve the park's natural, aesthetic, and scenic values. The use of machine airborne or controlled devices, such as an Unmanned Aircraft System (UAS) or drone, has the potential to interfere with public safety by posing as in-flight hazard to emergency helicopter use in the park. The use of these devices also has the potential to disrupt wildlife by interrupting migration, nesting, mating, and hunting activities to include, but not limited to, protected species such as the Peregrine Falcon. This restriction is in accordance with NPS Management*

*Policy 8.2 which prohibits recreational uses that conflict with the scenic values and view sheds that the park was designated to protect and the associated activities in which individuals seek solitude and tranquility with an expectation of privacy. Furthermore, the use in designated Wilderness Areas violates the Wilderness Act, which prohibits motorized equipment. An interim measure may be put in to place at a later date after the park administration evaluates the appropriateness of this new use on a long-term basis.*

## *Wilderness Group Sizes*

The public use limits for overnight wilderness use are managed by a system of trailhead quotas, and daily overnight entries will not exceed the established quotas.

*This restriction is necessary to provide for public use while protecting natural andcultural resources.*

The group size limits are:
- 35 person limit per group for day use travel on established trails
- 15 person limit per group for overnight travel on established trails
- 15 person limit per overnight campsite use
- 8 person limit per group for all off trail travel (more than ¼ mile off established trails or roads) whether day or overnight use.

Any group exceeding size limitations must split into subgroups and comply with the above size limitations. Subgroups must begin at different trails heads or on separate days, and the subgroups must travel and camp at least ¼ mile apart at all times.

*These restrictions are necessary as groups that exceed these limits would negatively impact the use and enjoyment of wilderness areas by other smaller groups.*

## *Yosemite Valley access*

Visitors may enter Yosemite Valley via vehicle until westbound traffic backs up from Lower Yosemite Falls to Curry Village four-way intersection, all day use parking spaces have been filled, and/or the 18,710 person capacity is reached.

# Closures
## Boating
Motorized boats are prohibited in all lakes and free flowing rivers, creeks, and streams within Yosemite National Park.

*These restrictions are necessary to preserve the natural characteristics of the lakes for public enjoyment and safety, and to ensure that the management of the park's lakes meets the needs of all park users, including but not limited to photographers, fishermen, and those wishing to see undisturbed sections of lakes. These restrictions are necessary to maintain the high quality of water found in the Hetch Hetchy and Lake Eleanor Reservoirs in accordance with the NPS Organic Act and to protect water quality of the downstream segments of the Tuolumne Wild and Scenic River in accordance with the Wild and Scenic Rivers Act.*

Non-motorized vessels are only permitted for use on natural lakes, Lake Eleanor, and free flowing rivers, creeks, and streams within Yosemite National Park under the following conditions:

**Merced River**:
- From the headwaters to Little Yosemite Valley Campground
- From Clark's Bridge to Stoneman Bridge when flows are <u>below</u> 4.5 feet as measured at the Pohono Bridge river gauge at 8:00am on the day the river use is to occur
- From Stoneman Bridge to El Capitan Bridge when flows are <u>below</u> 7.0 feet as measured at the Pohono Bridge river gauge at 8:00am on the daythe river use is to occur
- From El Capitan Bridge to the park boundary when flows are <u>Above </u>3.4 feet as measured at the Pohono Bridge river gauge at 8:00am on the day the river use is to occur

**Tuolumne River**:
- From Pothole Dome to Pate Valley

**South Fork Merced River**:
- From the headwaters to 100 yards upstream from the Wawona impoundment.
- From downstream of the Wawona impoundment to the park boundary.

For all boating:
- Vessels must be in good condition and rated for the classification of water users are intending to navigate.
- Use of a trailer or wheeled device to launch or retrieve a vessel is prohibited.
- Dragging vessels on vegetation is prohibited.
- A personal floatation device must be worn while the vessel is underwayin accordance with state laws.
- A personal floatation device is required to be worn for all boaters above Little Yosemite Valley, below El Capitan Bridge, on the Tuolumne River, and anywhere on the Merced River when the flow is above 4.0 feet as

measured at the Pohono Bridge river gauge at 8:00am on the day theriver use is to occur

Boaters must take precautions to ensure their vessel is free of invasive species.

Launching and retrieval is only permitted at the sites listed under 36 CFR § 3.8(a)(2) of this document.

> *These restrictions are necessary to preserve the natural characteristics of the rivers, creeks, and streams for public enjoyment and safety, and to ensure that the management of the park's rivers meets the needs of all park users, including but not limited to photographers, fishermen, and those wishing to see undisturbed sections of free flowing river. By partitioning the rivers and placing constraints on certain activities,each visitor group can be accommodated, while providing for both visitor and resource protection, and this action has been determined to be neither a major shift in policy nor a significant change to previous regulatory efforts*

## *Climbing*

The "Yabo Boulder" (37.727833, -119.624377) and all climbing activities and routes on the boulder are closed.

> *This restriction is necessary to provide for the protection of cultural resources.*

## *Construction Zones*

Areas within the park that are designated as construction or demolition zones are closed to the public.  These areas will be identified by signage indicating the closure.

> *This restriction is necessary to protect the public from the hazards associated with construction and demolition.*

## *Firearms Ranges*

All firearms ranges in the park are closed to the public. Firearms ranges are for law enforcement use only.

> *This restriction is necessary for the safety of park visitors, to ensure unfettered access for law enforcement training, and to ensure compliance with other National Park Service policies.*

## *Glacier Point Overlook*

The following area is closed for public safety:
The area known as "Overhanging Rock", adjacent to and just west of the established viewing area at the precipice of Glacier Point, which is signed as a hazardous area.

*These restrictions are necessary to provide for public safety and use.*

## *Hetch Hetchy*

At High and Severe Threat Levels – The Hetch Hetchy Road and the entire area around the O'Shaughnessy Dam and Hetch Hetchy Reservoir will be closed to public vehicles traffic and visitation when the Department of Homeland Security issues an Imminent Threat Level warningto the nation or to Yosemite National Park.

Additionally, the area between the O'Shaughnessy Dam and the administrative dirt road leading to areas below the dam is closed to public access, and the Hetch Hetchy boat dock is closed to public access.

> *These restrictions are necessary for the orderly management of the park and the securityof associated facilities.*

Public access is prohibited below the high water mark of Hetch Hetchy reservoir (see the High Water Mark map in the appendix).

> *This restriction is necessary to maintain the high quality of water found in the Hetch Hetchy Reservoir in accordance with the NPS Organic Act and to protect water quality of the downstream segments of the Tuolumne Wild and Scenic River in accordance with the Wild and Scenic Rivers Act.*

Hetch Hetchy Reservoir is closed to all vessels.
Lake Eleanor is closed to all motorized vessels.

> *These restrictions are necessary to maintain the high quality of water found in the Hetch Hetchy and Lake Eleanor Reservoirs in accordance with the NPS Organic Act and to protect water quality of the downstream segments of the Tuolumne Wild and Scenic River in accordance with the Wild and Scenic Rivers Act.*

## *Mariposa Grove*

The road between the Transportation Hub and the Lower Grove is closed to all vehicles during shuttle bus operating hours. Private vehicles displaying an Accessible license plate or ADA Tag, may drive up the road and park in available ADA spaces at the Lower Grove and at the Grizzly Giant ADA parking lots.

All vehicles over 21' in length are prohibited on the Mariposa Grove Road between the Transportation Hub and the Lower Grove.

Vehicles pulling trailers are prohibited on the Mariposa Grove Road between the Transportation Hub and the Lower Grove.

## *Park Roads*

The following roads are closed seasonally due to snow and ice:

- **Glacier Point Road**, except between Chinquapin and Badger Pass Ski Area is open whenthe ski area is open.
- **Tioga Road**, east of Nature Bridge.
- **Chowchilla Mountain Road**.
- **Mariposa Grove Road** (when required due to conditions).

*These restrictions are necessary to provide for public safety and use, as winter conditions make for hazardous driving and facilities are only opened and maintained seasonally.*

The Happy Isles Road from the Happy Isles trailhead parking area to the concession stables, including the Mirror Lake Road, is restricted to shuttle buses, vehicles displaying a handicap placard, pedestrians, and bicycle use. Motor vehicle traffic in the restricted area shall be one-way in a counterclockwise fashion, entering at the Wilderness Trailhead parking area and exiting at North Pines Campground.

*These restrictions are necessary to provide for visitor safety on a multi-use roadway thatis heavily used by pedestrians, bicycles and stock.*

The Tuolumne Grove Road, Eleven-Mile Road, Meadow Loop, Four Mile Road, signed service roads, and gated roads are closed to public motor vehicle traffic.

*These restrictions are necessary for natural resource protection and for public safety, as these roads are only maintained for fire and emergency access and not for public access.*

From October 15 until the roads open to overnight use the following year, leaving vehicles unattended at any time from sunset to sunrise along the following roads or at trailheads or any other areas accessible from these roads is prohibited:

- **Tioga Road** from the gate at Nature Bridge to the eastern park boundary at Tioga Pass.
- **Glacier Point Road** east of Badger Pass Ski Area.

*These restrictions are necessary to prevent the vehicles of overnight users from being buried deep in snow for the entire winter. Once these roads receive snow sufficient toclose them, they may remain closed until the following spring.*

During the seasonal road opening, the entire **Tioga Road,** from the gate at Nature Bridge to the eastern park boundary at Tioga Pass, is closed to public vehicle traffic until the entire Tioga Road is opened.

*This restriction is necessary to provide for the orderly management of the park and the*

*opening of facilities.*

## Peregrine Falcon Nesting Protection

The areas identified by cliff name in the Area Protection – Peregrine Nesting Areas are closed from March 1 to July 15 each year or until the young falcons of the current year fledge.  Route closures are updated periodically and can be found at Climbing Closures - Yosemite National Park (U.S. National Park Service) (nps.gov)

> *This restriction is necessary to protect peregrine falcon aeries and to assist in the successful reproduction of peregrine falcons.*

## Picnicking

The following areas are closed to picnicking:

- All closed **Yosemite Valley campgrounds**
- All open **Yosemite Valley campgrounds** (except from October 15 – March 1st)
- **Wawona, Hodgdon Meadow,** and **Crane Flat campgrounds** during reservation period, when posted.

*These restrictions are necessary for the orderly management of the park, use of its resources, and to ensure the availability of the campsite to registered campers.*

## Swimming and Bathing

The following areas are closed to swimming and bathing:

- The pool of the Wawona Domestic Water Intake and the area within 100 yards upstream
- Hetch Hetchy Reservoir and one mile from the high-water mark of the reservoir along any tributary directly flowing into the reservoir.
- Lake Eleanor Reservoir, when posted
- Dana Fork of the Tuolumne River above the domestic water source intake
- Emerald Pool and the Silver Apron downstream to the brink of Vernal Fall
- May Lake near High Sierra Camp water system intake.

*These restrictions are necessary to provide for visitor safety and are necessary to maintain the high quality of water found in the Hetch Hetchy and Lake Eleanor Reservoirs in accordance with the NPS Organic Act and to protect water quality of the downstream segments of the Tuolumne Wild and Scenic River in accordance with the Wild and Scenic Rivers Act.*

## Wawona Area

When the Wawona Hotel golf course is operating, the course, including the apple orchard, is closed to all persons that are not with an authorized golfing party.

> *This restriction is necessary to prevent people from walking onto the course and risking injury from golf balls or walking onto the course and interfering with authorized commercial activities.*

Summit Meadow south of Glacier Point Road is closed to public access when Glacier Point Roadis open.

> *This restriction is necessary to reduce impact to species of frogs, who are Federal Candidate Species for listing under the Endangered Species Act, and their habitats.*

## *Yosemite Valley*

Portions of the Mist Trail, the John Muir Trail,  Four Mile Trail and their surrounding trail corridors are closed when signed.

> *These restrictions are necessary to provide for public safety and use.*

Slopes along the Merced River, woodlands, and meadows are closed when they are fenced or signed.

> *These restrictions are necessary to restore vegetation and protect natural resources.*

The area immediately west of Camp 4, known as Wahhoga (map attached), is closed to all entry except members of the associated tribes and their invited guests.

> *This restriction is necessary to prevent disruption to events and ongoing activities as that area is still in use by the Southern Sierra Miwok and other affiliated tribes.*

The Ceremonial Roundhouse, the Sweat House, and the Chief's House in the Indian Cultural Village are closed to public entry.

> *These restrictions are necessary to protect the spiritual sanctity of these structures stillused by the Southern Sierra Miwok and other affiliated tribes*.

Under the authority of 36 Code of Federal Regulations 1.5(a)(2), the following areas have been designated for a specific use or activity, under the conditions and/or restrictions as noted:

## *Badger Pass Ski Area*

Non-concessions operated sledding, inner-tubing, and tobogganing is prohibited within the ski area boundary when Badger Pass Ski Area concession is operating.

> *These restrictions are necessary as sledding is non compatible with downhill skiing and poses a hazard to sledders and skiers, as well as other ski area visitors.*

## *Bridges and other structures*

Jumping or diving from any bridge or from O'Shaughnessy Dam is prohibited.

*This restriction is necessary for the safety of both jumpers and boaters (who are threatened by people jumping from bridges in areas with vessel use) and for the protection of fish and other components of aquatic ecosystems which experience thedetrimental effects of water turbidity and shock waves which are caused by people jumping from bridges.*

Affixing any rope, line, or other device to a bridge or structure is prohibited.

*This restriction is necessary to protect persons and structures from the hazards posed by ropes and lines.*

## *Climbing*

Camping, bivouacking, or sleeping overnight in the vicinity of the base of any cliff, mountain or route to be climbed, and which is located outside designated Wilderness, is prohibited. 36 CFR §2.10(a); 36 CFR §2.10(b)(10)

*This restriction is necessary for orderly management of the park and to provide for consistency with camping and wilderness permit requirements.*

The use of any motorized drilling device for the purpose of placing bolts or climbing equipmentis prohibited.

*This restriction is necessary to protect the wilderness character of climbing routes and isin accord with the Wilderness Act which prohibits motorized equipment in all wildernessareas.*

The possession of a motorized drill in a non-developed area is prohibited.

*This restriction is necessary to protect the wilderness character of climbing routes and isin accord with the Wilderness Act which prohibits motorized equipment in all wildernessareas.*

The use of glue, epoxy, cement, or any other adhesive to attach, reinforce, or alter handholds and/or footholds for rock climbing is prohibited.

*This restriction is necessary to protect the natural features of various climbing routes.*

Fixed or temporary rock climbing anchors, but not climbing ropes, whether used for ascents or descents, may be left in place indefinitely. 36 CFR §2.22(a)(2)

*This exception is necessary to allow safe rock climbing (a well-established visitor activityin the park) while minimizing the overall impact of rock climbing on the resource and other visitor groups.*  Unattended lines may be removed and impounded.

## Commercial Photography/Filming:

All commercial filming that occurs within Yosemite National Park requires a permit.

- Still Photography does not require a permit unless
  - It uses a model, set, or prop
  - The agency determines a permit is necessary because:
    - It takes place at a location where or when members of the public are not allowed; or
    - The agency would incur costs for providing on-site management and oversight to protect agency resources or minimize visitor use conflicts.

## *Fixed Tension Ropes (Slacklines)*

Installing or using any fixed tensioned ropes and webbing (slack lines), and other devices is permitted under the following conditions: 36 CFR §2.22(a)(2), 36 CFR §5.13

- It does not create a hazardous condition or interfere with the orderly management of the park.
- It does not cross a road or trail.
- It does not cross over any lake or watercourse.
- It must not be attached to oak trees.

- Trees used as anchors must be padded so as to minimize damage to the trees.
- Any unattended fixed line must be tagged with owner name, contact number and date fixed.
- Fixed Tension Ropes (slacklines) lines left unattended for greater than 24 hours may be removed or impounded.

Slacklines may be left unattended in the following circumstances:

- Park residents may leave slack lines unattended provided the slack lines are:
- Approved by the Superintendent or the Superintendent's designee
- Installed within 200 feet of their housing unit
- Comply with all other slack line restrictions

Park visitors registered in **Camp 4** may leave slack lines unattended provided the slack lines are:

- Tagged to identify the registered camper
- Installed within 200 feet of the boundary of Camp 4 for the period of their stay in Camp 4
- Comply with all other slack line restrictions

*These restrictions are necessary as fixed or tension lines can present a significant hazard to other visitors and negatively impact the scenic value of the resource; however, the repeated installation of slack lines in the same area may cause more resource damage than lines left in place. Additionally, slack lines have caused significant damage to trees in*

*the park while oaks are declining in parts of California and the groves in Yosemite Valley are not reproducing successfully.*

## *Giant Sequoias*

The climbing or attempting to climb any giant sequoia tree (*Sequioadendron giganteum*) is prohibited.

*This restriction is necessary to provide for the protection of natural resources.*

## *Kites*

Kite flying is limited to kites measuring less than 1,300 square inches and which are tethered by string or similar material less than 150 feet in length. Ahwahnee Meadow, El Capitan Meadow, Big Meadow, and Tuolumne Meadows are closed to kite flying regardless of size.

*This restriction is necessary to ensure the safety of low flying aircraft being used in SAR, medical, fire, or other emergency situations.*

## *Marches and Parades*

Marches and parades are prohibited except in the pedestrian area of the Yosemite Village Mall between the Yosemite Exploration Center (formerly known as the Visitor Center) and the Yosemite Valley Welcome Center. The pedestrian area is adjacent to the Exploration Center, Ansel Adams Gallery, Wilderness Center, Post Office, Degnan's Deli, and the Village Store. The pedestrian area does not include the adjacent bike path. (See Yosemite Village Mall Map in the appendix.)

*The designated area is one of the most frequently trafficked areas by visitors and residents. It therefore provides ample opportunities for march and parade participants to be seen and heard by others. The NPS evaluated other areas within the park and determined that the designated area was best suited for allowing the NPS to respond to emergencies, providing access to parking, and having the capacity for marches and parades without impeding access by other visitors. Bike paths in the park are unsuitable for marches and parades because their purpose is to allow for unimpeded bike traffic with occasional pedestrian use. Pedestrian paths, where they do exist, are general constructed to accommodate no more than two people abreast and run adjacent to protected meadows, sensitive resource areas, and active roadways that could be adversely impacted by larger pedestrian groups.*

### Conditions or restrictions on a use or activity

Marches and parades of any size require a demonstration or special event permit, as appropriate.

*A permit requirement is necessary to allow the NPS to prepare for and manage marches and parades within the park. Permit applications provide key information about the requested activities that allow the NPS to determine whether to issue a permit, and if so, what terms and conditions to apply to the permitted activities.*

*The park is inherently busy during peak season (generally May through September), holidays, and during Horsetail Fall season. When evaluating a permit application for a march or parade, the NPS will consider logistics and staffing limitations, and existing or excepted levels of traffic and congestion, including when the NPS requires day use reservations to manage traffic.*

*Permits establish clear parameters for marches and parades that allow the NPS to adequately protect park resources, values, and visitors. Parameters include limits on duration and the number of participants, materials and equipment that can be used, and specific routes that must be taken. Permits also name points of contact for the NPS and the permittee to allow for clear and efficient communication between the parties before, during, and after the permitted activities.*

## *Smoking/Vaping*

Smoking of cigarettes, cigars, use of e-cigarettes and similar devices are prohibited:

- In all public buildings, including concession buildings.
- Within 25 feet of any building, except those used as a single family residence.
- Inside shared housing.
- Other areas as posted.

*This restriction is necessary as smoke from burning tobacco and vapors form e-cigarettes may contain harmful substances (electronic cigarettes contain at least ten chemicals known to cause cancer or birth defects, according to a report from the California Department of Public Health) and restricting the use of e-cigarettes to areas where smoking is permitted is the least restrictive method of controlling while still allowing their use.*

## *Soaps and other detergents*

The use of any soap, detergent, or shampoo (biodegradable or otherwise) is prohibited in all waters of the park. 36 CFR 2.14 (a)(6)

*This restriction is necessary to provide for the highest water quality standards and ecosystem health; the introduction of man-made products may alter water quality and adversely affect micro or macro organisms.*

## *Wildlife*

The use of any audio or mechanical device to attract wildlife is considered a violation of 36 CFR § 2.2(a)(2)

*This restriction is necessary as audio or mechanical devices used to attract wildlife may induce stress and disrupt mating / nesting activities of wildlife.*

Willfully approaching, remaining, viewing, or engaging in any activity within 50 yards of bears, or within any distance that disturbs, displaces, or otherwise interferes with the free unimpeded movement of wildlife, or creates or contributes to a potentially hazardous condition or situation is prohibited.

*This restriction is necessary to ensure to the safety of both visitors and wildlife.*

The entire park is closed to the viewing of wildlife with the use of an artificial light. 36 CFR § 2.2(e).

*This restriction is necessary as the viewing of wildlife with an artificial light may induce stress and disrupt mating / nesting activities of wildlife.*

## Wilderness

*Within the designated Wilderness and Potential Wilderness Addition portions of the park it is prohibited for any person or group to hang or otherwise affix to any natural or cultural feature, or display so as to cover any natural or cultural feature, any banner, flag, or sign larger than fifteen square feet (e.g., 5 feet x 3 feet), or a series or combination of banners, flags, or signs that total more than fifteen square feet in aggregate, unless authorized by permit.*

*This restriction is necessary to preserve the values of wilderness character in accordance with the Wilderness Act, provide for an unimpaired visitor experience, protect natural and cultural resources in designated Wilderness and Potential Wilderness Addition portions of the park. This restriction is also necessary to maintain public safety, as it prohibits draping items that could endanger and interfere with permitted or allowable unpermitted climbing activity. Maps showing Wilderness and Potential Wilderness Addition portions of the park are available on the park's website and the Superintendent's office.*

# 36 CFR §1.6 – ACTIVITIES THAT REQUIRE A PERMIT

The following is a compilation of those activities for which require a permit from the superintendent. The following is a compilation of those activities for which require a permit from the superintendent. The following activities are prohibited without a permit. Criteria for approving or denying permits are established by applicable law (statutes and regulations) and policy. Permitted activities are subject to applicable terms and conditions.

## §1.5(d) The following activities related to Public Use Limits:

### Half Dome

Ascending any part of the Sub Dome or any part of the Half Dome cables on designated days as described in section I of the Compendium.

Conditions of the permit

- Each person ascending Half Dome by way of the Sub Dome, if traveling during the time when the cables are up (approximately May-October) must have a permit.
- Permits are valid from 12:01 am to midnight for the date specified.
- Permits are single use.

Sale, duplication or transfer of permits is prohibited.

§2.1 Wood Cutting.

Wood cutting is permitted with a permit in the following park areas:

- **The Wawona Wood Lot, The Hodgdon Wood Lot, the Foresta Wood Lot, White Wolf Wood Lot** and the **Valley Wood Lot**.
  - The use of chainsaws is restricted to daylight hours.
  - The **Valley Wood Lot** is closed from April 15–October 31 annually.
  - The use of the **Valley Wood Lot** will be restricted to 10:00am-6:00pm when it is open. Administrative activities are exempt.
- Permits may be obtained by contacting:
  - Yosemite National Park Administrative Support Office in Mariposa, CA: 209-379-2231

*This restriction allows for the reduction of fuels within the park, but also limits the sound disturbances that may affect park users.*

§2.4(d) Carrying or possessing a weapon, trap, or net.

§2.5(a) Specimen collecting (taking plant, fish, wildlife, rocks, or minerals.)

§2.10(a) The following camping activities
- A permit is required to camp in Yosemite National Park.
- Permits may not be transferred, sold or purchased beyond initial issuance.
- Refer to Section III: General Regulations of the compendium for further designations and conditions related to camping.

§2.12 Audio Disturbances
(a)(2) Operating a power saw in developed areas.
(a)(3) Operating any type of portable motor or engine, or device powered by a portable motor or engine in non-developed areas.
(a)(4) Operating a public address system in connection with a public gathering or special event for which a permit has been issued pursuant to §2.50 or §2.51.

§2.17 Aircraft & Air Delivery
(a)(3) Delivery or retrieval of a person or object by parachute, helicopter or other airborne means.
(c)(1) Removal of a downed aircraft or parts.

§2.23(a) Recreation Fees
- Waiving fees for educational or scientific visits (pursuant to part 71.13(c) and 71.13(d)).
- Waiving fees for park employees or residents (pursuant to part 71.13(c) and 71.13(d)).

§2.37 Soliciting or demanding gifts, money, goods, or services (pursuant to the terms and conditions of a permit issued under §2.50, §2.51 or §2.52).

§2.38 Explosives:
- Using, possessing, storing, or transporting explosives or blasting agents.
- Using or possessing fireworks.

§2.50(a) Conduct a sports event, pageant, regatta, public spectator attraction, entertainment, ceremony, or similar event.

§2.51(a) Public assemblies, meetings, gatherings, demonstrations, parades and other public expressions of views:

- Marches of any size (36 CFR 1.5).
- Special events, including parades of any size (36 CFR 2.50).
- Demonstrations by groups of more than 25 people (36 CFR 2.51).

§2.52(a) Sale or distribution of printed matter involving more than 25 people.

§2.60(b) Livestock use.

§2.61(a) Residing on federal lands.

§2.62 Memorialization:
(a) Erection of monuments (requires approval from Regional Director).
(b) Scattering human ashes from cremation.

§4.11(a) Exceeding established vehicle load, weight and size limits.

§5.1 Advertising (displaying, posting or distributing).

§5.2(b) Selling intoxicants on private land (requires approval from Regional Director).

§5.3 Engaging in or soliciting any business (requires a permit, contract, or other written agreement with the United States, or must be pursuant to special regulations).

§5.4 Commercial transportation of passengers by motor vehicles.

§5.5 Commercial filming/photography

§5.6(c) Using commercial vehicles on park area roads (the superintendent shall issue a permitto access private lands within or adjacent to the park when access is otherwise not available).

§5.7 Constructing buildings, facilities, trails, roads, boat docks, paths, structures, etc.

§5.10(a) Operating eating, drinking, or lodging establishments in certain park areas.

§6.9(a) Operating a solid waste disposal site.

**Part 7 Special Regulations**

§7.16 Yosemite National Park
    (c) Powerless flight.
    (h)(1) Eating and drinking establishments and sale of food and drink.
    (j) Domestic water supplies and sewage disposal systems on private lands withinYosemite
       National Park.
    (l) Motor Vehicles operating exclusively in the park.
    (m) Trucking permits issued in emergencies.

# GENERAL REGULATIONS
## PART 2: RESOURCE PROTECTION, PUBLIC USE AND RECREATION

## 36 CFR §2.1 – PRESERVATION OF NATURAL, CULTURAL AND ARCHEOLOGICAL RESOURCES

(a)(4) Dead wood on the ground (other than giant sequoia wood) may be collected for use as fuel for campfires within the park when the wood is located:

- Below 9600 feet elevation
- Less than 6 inches in diameter in undeveloped areas
- Outside Yosemite Valley

Within **Yosemite Valley**, firewood may be collected within the campground boundaries. Where the campground boundary is not marked, firewood may be collected within 50 feet of a campsite as measured from its food locker.

(c)(1), (c)(2) The following fruits, nuts, berries, or unoccupied seashells may be gathered by hand for personal use or consumption, in accordance with the noted size, quantity, collection sites and/or use or consumption restrictions:

- Blackberries: 1 pint per person per day, wherever found, for immediate consumption
- Himalayan blackberry: unlimited quantity
- Raspberries: 1 pint per person per day, wherever found, for immediate consumption
- Elderberries: 1 pint per person per day, wherever found, for immediate consumption
- Strawberries: 1 pint per person per day, wherever found, for immediate consumption
- Thimbleberries: 1 pint per person per day, wherever found, for immediate consumption
- Huckleberries: 1 pint per person per day, wherever found, for immediate consumption
- Fungi, Edible: 1 pint per person per day, wherever found, must be cut (not pulled)

The following may be gathered and transported from the collection site for non-commercial

use:
- Apples
- Pears

# 36 CFR §2.2 - WILDLIFE PROTECTION

(d) The transporting of lawfully taken wildlife through the park is permitted under the following conditions and procedures:
- The carcass must be tagged in accordance with state and federal law.
- Game must be kept out of sight as much as practicable.
- Legally taken game must be transported from the entrance gate to the exit gate on the public road system in the most direct route and are not allowed overnight in the park, except where lawfully taken game is possessed by a resident within the park.

The transportation of wildlife is not allowed on any portion of the Yosemite trail system except the Kibbie Ridge to Boundary Lake Trail on the segment between Sachse Spring and Styx Pass.
(e) The entire park is closed to the viewing of wildlife with the use of an artificial light.

# 36 CFR §2.3 – FISHING

(The State of California fishing regulations found at [California Freshwater Sport Fishing Regulations (Extended through 2022)] apply within Yosemite National Park, except, as set out in 36 CFR 2.3(d) and as set out below:

Except for the designated areas set out below, all waters within Yosemite National Park are open to fishing all year.

Fishing from any piers or bridges (vehicle, pedestrian, or stock) is prohibited within the boundaries of Yosemite National Park.

> *The prohibition of fishing from bridges is necessary to protect the safety of those fishingas well as the safety and enjoyment of other visitors, whether on foot, in vehicles, or in or along the streams and rivers that the bridges cross.*

Fishing from the top of O'Shaughnessy Dam is prohibited.

The use of live, dead or scented bait is prohibited in Yosemite National Park; "live, dead or scented bait" is defined as any natural or manufactured product or device that is used to alert and attract fish by sense of taste or smell, including any product or device to which scents or attraction agents have been added or externally applied. Bait includes, but is not limited to; scented and flavored liquid paste or gel, scented natural or artificially manufactured fish eggs,and applies to traditional organic baits including but not limited to all worms, grubs, crickets, leeches, stink baits, insects, crayfish, human food, pet food, fish, fish parts, and fish eggs.

Lead weights used on fishing lines shall not exceed ¼ ounce per line.

The transport of live fish any distance is prohibited within Yosemite National Park and the El Portal Administrative Site.

Bag and possession limits: Bag limit 5 per day (all trout species) and possession limit 10 at one time (all trout species) except as set out below.

**Specific Rules for Designated Areas**

**Merced River** – from Happy Isles Footbridge downstream to the western boundary of the Park (approximately at the Yosemite View Lodge); and **South Fork Merced River** – from the headwaters at Triple Divide Peak to the western boundary of the Park (approximately ½ mile east of the Rush Creek Trailhead in the Sierra National Forest).

- Open to fishing from the last Saturday in April to November 15.
- Only artificial lures with single barbless hooks may be used.
- Rainbow trout: all catch and release; zero (0) bag and possession limit.
- Brown and Brook Trout: No daily bag limit or possession limits and no minimum size-- brown trout and brook trout must be retained and not released.

**Tuolumne River** - from the O'Shaughnessy Dam downstream to western boundary of the Park (approximately at the Canyon Ranch Ranger Station)

- Only artificial lures with barbless hooks may be used.
- From the last Saturday in April to November 15:
    - Maximum size limit of 12 inches total length (all species).
    - Daily bag limit – two (2) trout (all species) per day.
    - Possession bag limit – two (2) trout (all species) in possession.
- From November 16 through the Friday preceding the last Saturday in April:
    - Daily bag limit – zero (0) trout (all trout species) per day.
    - Possession bag limit – zero (0) trout (all trout species) in possession.

**Adair Lake and Hanging Basket Lake** – open to fishing year-round but with the following restrictions:

- Only artificial lures with single barbless hooks may be used.
- Daily bag limit of – zero (0) trout (all species) per day.
- Possession bag limit of – zero (0) trout (all species) in possession.

*These area specific rules – limits on types or lures and prohibition of live bait; bag and possession limits; the requirements for catch and release of native species and not releasing non-native species; and – are necessary to help sustain native fish populations, including controlling the spread of non-native fish. In 2020 California Department of Fish and Wildlife amended its regulations and lifted many of the area specific limits of the types of amounts of fish that can be taken and possessed. Based on the need to protect native populations, the NPS is maintaining the previous controls and expanding the locations, based on currentdata, in order to continue to protect those fish populations.*

## 36 CFR §2.4 – WEAPONS, TRAPS, AND NETS

(e)(2) The carrying of weapons must be in compliance with state law. The Superintendent may issue a permit to carry or possess a weapon, trap, or net under the following circumstances:

- To persons in charge of pack trains or saddle horses, emergency use is meant solely for the use of dispatching injured stock.
- The weapon must remain unloaded until there is a circumstance in which an animal must be dispatched.

## 36 CFR §2.5 – RESEARCH SPECIMENS

(a) Taking plants, fish, wildlife, rocks, or minerals except in accordance with other regulations in this chapter or pursuant to the terms and conditions of a specimen collections permit, is prohibited.

Qualifying researchers must be in compliance with the General Condition for Scientific Research and Collecting Permit as described under the National Park Service Research Permit and Reporting System.

All environmental compliance issues (e.g. categorical exclusions), and minimum requirement analysis for research conducted in the wilderness, must be resolved prior to commencement of specimen collecting.

## 36 CFR §2.10 – CAMPING and FOOD STORAGE

(a) The sites and areas listed below have been designated for camping activities as noted. Apermit system has been established for certain campgrounds or camping activities, and conditions for camping and camping activities are in effect as noted:

Camping is permitted for not more than a total of 30 days in any calendar year, provided that during the period from May 1 to September 15 inclusive, camping is limited to a total of 14 days. During the same period, camping in Yosemite Valley and Wawona areas is limited to not more than a total of 7 days.

## Non-Wilderness
***Camping in Non-Wilderness areas of the park is permitted only in the following designated camps:***

**Family Sites**: Upper Pines, Lower Pines, North Pines, Wawona, Bridalveil Creek, Crane Flat, Hodgdon Meadow, Tamarack Flat, White Wolf, Yosemite Creek, Porcupine Flat, andTuolumne Meadows.

**Walk-in Campgrounds**: Camp 4 and some sections of Hodgdon Meadow campground.

## Backpackers Campgrounds:

Backpackers' campgrounds are intended for use by visitors in possession of an overnight wilderness permit or for visitors arriving in the park by foot, bicycle, or bus. Wilderness permit holders may stay in a backpackers' campground the night prior to their hiking start date and the night after returning from each overnight Wilderness trip, but not between the start and end date.

Backpacker campgrounds are located in Yosemite Valley, Tuolumne Meadows, Hetch Hetchy, and White Wolf.

Users arriving in the park by foot, bicycle, or bus may stay in each backpackers' campground fora limit of one night.

Wilderness permit holders entering or leaving Yosemite and hiking through Tuolumne Meadows (e.g.., John Muir Trail and Pacific Crest Trail through hikers) may stay in the backpackers' campground at Tuolumne Meadows for one night during their wilderness trip when the campground is open. If the Tuolumne Meadows Post Office is closed, such backpackers may stay for one night in the backpackers' campground in Yosemite Valley if resupplying in Yosemite Valley. Continuation of the wilderness trip must be on the specified conditions of the wilderness permit.

## Group Campsites:
Group campsites are located in Wawona, Bridalveil Creek, Hodgdon Meadow, and Tuolumne Meadows.

## Horse Campsites:
Horse campsites are located in Wawona, Bridalveil Creek, Tuolumne Meadows, and Hetch Hetchy.

When an individual pays a camping fee, occupies a campsite, or registers in a campground, the following conditions are in effect (under 2.10(c) violating these conditions is prohibited and the permit may be suspended or revoked).

## General Campground Regulations
- Check-out time in all campgrounds is 12:00pm (noon) on the day the permit expires. After check-out time, any unattended property remaining in a site may be impounded immediately. (See Section 2.22)
- Camp only in established sites in designated campgrounds.
- A maximum of six occupants are allowed per site in Family Sites.
- Between the hours of 10:00pm and 6:00am sites are to be occupied only by those registered with that site.
- Each Walk-In and Backpacker Camp user must register individually.
- Campsite registration must occur within 30 minutes of arrival.
- Reserving or holding campsites for others in non-wilderness campgrounds operating ona first-come, first-served basis is prohibited.

- Generator use is permitted only between the hours of:
  - 7:00am to 9:00am
  - 12:00pm to 2:00pm
  - 5:00pm to 7:00pm
- Camping wastewater must be dumped into utility sinks at restroom units when provided.
- When sinks are not provided, wastewater must be dumped at least 100 feet from lakes, rivers, or creeks.

## Vehicles in Campgrounds

- Campground parking permits must be displayed on all vehicles parked in campground parking areas with the campground name, site number, and valid dates visible through the windshield unless other requirements are posted at the campground kiosk.
- A maximum of two vehicles or four motorcycles are allowed per site in Family Sites.
- A maximum of two vehicles and two trailers are allowed per site in Horse Camps.
- A maximum of five vehicles or ten motorcycles are allowed per site in Group Camps.
- Groups are not permitted to park motorhomes, trailers, campers, or other recreational vehicles in group campsite parking areas.
- Where parking pads are provided, vehicles must be parked with all wheels on the pad.
- Except for administrative activities, vehicles are not allowed within the boundaries of walk-in or backpacker campgrounds.

## Wilderness Camping

Wilderness permit holders whose permit was issued by a cooperating agency and whose itinerary includes part of the Yosemite trail system, and who enter Yosemite from an adjacent wilderness or forest, are accepted as valid for wilderness travel within Yosemite.

All persons who wish to sleep overnight, camp, bivouac, or are in possession of equipment designed for overnight use in the wilderness/backcountry, must obtain and carry with them atall times a wilderness permit (one permit per group). The permit is valid only for the dates and trailheads indicated.

Washing and rinse water must be disposed of at least 100 feet from lakes and streams in the wilderness.

Camping is prohibited in the following areas:
- Any area within four trail miles of a trailhead in or near:
  - **Yosemite Valley**
  - **Hetch Hetchy**
  - **Wawona**
  - **Glacier Point (except during the seasonal Glacier Point Road closure, see winter camping closure map)**
  - **Tuolumne Meadows**

Camping is prohibited in the following areas (See Prohibited Camping Area Maps in appendix.)

- Within 100 feet of a trail unless terrain permits no other options.
- Within 25 feet of a trail.
- Any area within one mile of a public access road.
  - Except at the following locations:
    - May Lake Backpackers' Campground,
    - Inspiration Point
    - Poopenaut Valley
    - Lake Eleanor campground.
- Happy Isles to Little Yosemite Valley campground
- Between Little Yosemite Valley campground and Moraine Dome campground; includingthe area below 6,800 feet elevation from the east end of Moraine Dome to Grizzly Peak.
- Between Little Yosemite Valley campground and the Sunrise trail junction.
- Top of Half Dome
- In the Lost Lake basin, except camping is permitted at Snake Dike and the Diving Board.
- Below the high water line at both Lake Eleanor and Hetch Hetchy.
- In the watershed of the Dana Fork of the Tuolumne River.
- Camping in the Mariposa Grove is prohibited, except above the Clothespin Tree when theMariposa Grove Road is closed, and snow depth is sufficient for skiing.
- When Glacier Point Road is closed due to winter conditions, camping is prohibited in thefollowing areas:
  - Within 1½ miles of Badger Pass Ski Area boundary.
  - Summit Meadow, Dewey Point and the Glacier Point area. (See Glacier Point Area Mapin the appendix.)

Camping is restricted to designated campgrounds in the following areas: (See Designated Campground Map in the appendix.)
- Little Yosemite Valley campground
- Merced Lake High Sierra Camp
- Sunrise High Sierra Camp
- Vogelsang High Sierra Camp
- Glen Aulin High Sierra Camp
- May Lake High Sierra Camp

### (b)(3) Camping within 25 feet of a water hydrant or main road, or within 100 feet of a flowing stream, river or body of water is authorized only in the following areas, under the conditions noted:

An established campsite exists and terrain permits no other options.
Camping is prohibited at all times within 25 feet of a stream, river or body of water.

### The following camping conditions are in effect for wilderness use. Violating these permit conditions is prohibited.

All persons who wish to sleep overnight, camp, or bivouac in the wilderness/backcountry must obtain and carry with them at all times a wilderness permit (one permit per group).

The permit is only valid for the trip leader, trailheads, dates, and number of people specified on the permit.

The first night's camping location must be on the same side of the road as the indicated trailhead.

## Conditions for the storage of food are in effect, as noted, for thefollowing areas:

**In Non-Wilderness Areas:**
- In a properly closed bear-resistant food locker provided by NPS or the concessionaire.
- In a properly closed bear-resistant portable food container that is allowed for use in the park by the NPS.
- In a properly closed bear-resistant dumpster provided by NPS or the concessionaire.
- In the interior of a vehicle that is occupied and under the physical control of the operator or occupant; and occupants are not camping. (see 36 CFR 1.4 definition of camping)
- During daylight hours in the interior of a vehicle which has all windows, vents, and doors closed and the food is out of sight.
- When not stored as described above, all food and food containers must be within 6 feetof an awake person.
- From sunset to sunrise, food must not be stored in the interior of a vehicle except in anyof the following circumstances:
- The vehicle is an occupied camping unit that is constructed of solid, non-pliable material and food is not visible and not odoriferous from the outside.
- The vehicle is an unoccupied camping unit that is constructed of solid, non-pliable material with windows, vents, and doors closed, and food is not visible and not odoriferous from the outside.
- The vehicle is unoccupied and is parked in an area outside of established lodging, camping, or residential areas and where bear-resistant food storage lockers are not available and the food is not visible or odoriferous from the outside.
- Inside a hard-sided building that does not restrict food storage and that is occupied or has windows and doors closed.
- Occupants of canvas-sided structures must store food in lockers; refrigerators fitted with latches that are properly latched, or other bear-resistant containers.
- If an NPS-provided food locker is full, the occupants of that site or unit may store a clean ice chest that is empty, or contains only plain water or ice, on top of or next to the full locker.

**Wilderness**
- In a bear-resistant food storage container that is allowed for use in the park by the NPS
- In a NPS-provided food storage locker.
- When requested, any person camping, intending to camp, or permitted to camp within

the Yosemite Wilderness must provide proof that they are in possession of a bear-resistant food storage container allowed for use in Yosemite.

- When not stored as described above, all food and food containers must be within 6 feetof an awake person.

Exceptions to the above requirements are granted for:

- Backpackers only staying in a High Sierra Camp or Little Yosemite Valley are not requiredto carry an approved bear-resistant food storage container.
- Overnight big wall climbing: provided that food is hung on the wall at least 50 feet above the base of the cliff in 5th class or higher terrain, or on top of big walls climbers can hang food 50 feet over the edge in 5th class or higher terrain.
- Winter use (from December 15 of each year until March 30 of the following year) in designated areas within Yosemite Wilderness as noted below, unless otherwise designated by the Superintendent:
  - Overnight visitors traveling using skis or snowshoes in the following areas are not required to store food in bear-resistant food containers:
    - Above 7,200 feet in elevation.
    - Above 6,800 feet in elevation and within a ½ mile of a marked ski trail.
    - Overnight visitors are required to hang their food to protect it from wildlifeor keep it within 6 feet of an awake person.

## 36 CFR §2.11 – PICNICKING

Certain areas have been closed to picnicking and are listed in section 1.5(a)(1) "Closures". Conditions for Picnicking:
- Picnickers must yield campground sites to persons who wish to camp.
- Food must be stored in accordance with CFR §2.10, above.

## 36 CFR §2.12 – AUDIO DISTURBANCES

The following developed areas are open to the use of power saws during daylight hours:

- El Portal, Foresta, Hodgdon Meadow, and Wawona Wood Lots
- The Valley Wood Lot from November 1 to April 14 and is limited to between the hours of 10:00am-6:00pm.

## 36 CFR 2.13 – FIRES

(a)(1) The lighting or maintaining of fires is generally prohibited, except as providedfor in the following designated areas and/or receptacles, and under the conditions noted:

Fires are prohibited on all beaches.

- Fires are permitted in the following areas, within provided fire rings and barbecue grates, at
- Campgrounds.
- Picnic areas with barbecue grates.
- Housekeeping Camp
- Residential areas.
- In Little Yosemite Valley and the High Sierra Camp Campgrounds (except Volgelsang High Sierra Camp), fires are allowed only in NPS-provided communal fire rings.
- Wilderness campsites below 9,600 feet, in existing fire rings, except they are prohibited:
  - Within 100 feet from a trail or body of water even if a fire ring exists.
  - On the top of Half Dome.
  - The Upper and Lower Cathedral Lake basins.
  - Within ¼ mile of the shoreline of Kibbie Lake.
  - On top of El Capitan from the north rim hikers trail south to the rim of El Capitan.

Under the following conditions, at the Wahhoga Village Site:

A Ceremonial fire may be present in the Wahhoga at the sweat lodge fire ring and at the cooking area fire ring from 5 am to 10 pm year-round, unless otherwise prohibited by the Superintendent during periods of high fire danger. During periods of high fire danger and whenrequesting to maintain a fire between 10 pm and 5 am, the tribe may request a fire permit fromthe Superintendent for ceremonial purposes which will specify the terms, conditions, and hour restrictions under which this fire may be present. The two designated fire rings within the Wahhoga may only be used by the American Indian Council of Mariposa County Inc., also known as the Southern Sierra Miwuk Nation or tribal designee(s).

*Pursuant to the 2018 agreement between the American Indian Council of Mariposa County Inc, also known as the Southern Sierra Miwuk Nation or tribal designee(s) and Yosemite National Park.*

From October 1 to April 30, wood fires are allowed anytime.

From May 1 through September 30, all wood fires are restricted in Yosemite Valley campgrounds, Housekeeping Camp, picnic areas, and the Hodgdon Meadow campground to between the hours of 5:00pm to 10:00pm.
- These conditions do not apply to wood stove fires used for heating buildings, residences, and/or administrative activities.

At the discretion of the Superintendent, fires may be restricted or prohibited at any time, and or specified locations during extreme fire conditions or when poor air quality conditions exist.

Established Conditions for Fires:
- Fires may only be lighted in grates, grills, fire rings, cook stoves, or barbeque grills.
- The construction of new fire rings is prohibited.
- Burning of giant sequoia (Sequoiadendron giganteum) is prohibited.
- The burning of leaves, tree needles, conifer cones, and wet or green wood is prohibited, except in residential areas in Wawona, Foresta, and Aspen Valley for the purpose of clearing for a defensible space against wildfire. Burning must be in compliance with local county residential burning regulations.
- Burning is not permitted during the fire season (fire season starts and ends as declared by the Fire Management Officer and posted on the Yosemite National Park website).
- Burning is allowed only on permissive days as established by Mariposa County and the Air Resources Board. Call the Mariposa County burn day information line to check burnday status prior to burning.
- The individual or homeowner must notify park dispatch to include the start and end times and location of activity.
- Maximum pile size is 4 feet in diameter.
- Clear all flammable material and vegetation within 10 feet of the outer edge of burn pile.
- An adult must remain in attendance with a shovel until the fire is dead out.
- Keep 5 gallons water supply or a charged hose at the burning site.
- No burning shall be undertaken unless weather conditions (particularly wind) are such that burning can be considered safe. No burning shall be undertaken when wind speeds or gusts in excess of 5 MPH are present or forecast.
- Burn vegetation debris only.

## (a)(2) The following restrictions are in effect for the use of stoves or lanterns:

Cook stoves and lanterns are permitted.

## (b) Fires must be extinguished according to the following conditions:

All fires should be completely extinguished with no burning material remaining.
If a portable barbeque grill is used, all ashes/coals must be thoroughly extinguished and cooled and then removed from the park or placed in a trash receptacle.

## 36 CFR §2.14 – SANITATION and REFUSE

(b) Conditions for the disposal, containerization, or carryout of human body waste have been established as follows:

- In non-developed areas, solid human waste and service animal waste must be buried at least 6 inches deep in the soil and at least 100 feet from trails and campsites and bodies of water.
- While within one mile of the Hetch Hetchy reservoir's high-water mark, solid human waste and service animal waste must be buried at least 6 inches deep in the soil and at least 100 feet from trails and campsites, and at least 300 feet from bodies of water and water sources directly flowing into the reservoir.
- During winter use, snow should be removed and waste buried at least 6 inches deep in soil or waste should be carried out and disposed of in a vault toilet.
- Toilet paper and feminine hygiene products must be packed out.
- Solid waste excreted while on any climb in Yosemite National Park must be placed in a small container carried off the climb and disposed of in one of the vault toilets provided by the NPS.

## 36 CFR §2.15 – PETS
## (a)(1) The following structures and/or areas are closed to the possession of pets:

- All trails
- Non-developed areas away from designated roads and paved pathways to include but not limited to beaches, meadows, and waterways
- All Designated Wilderness areas
- Specific areas as posted by signs
- O'Shaughnessy Dam
- Camp 4 and all backpackers' campgrounds
- When snow depth is sufficient for skiing, pets are not permitted on unplowed roads.

The **Mariposa Grove** of Giant Sequoias; this includes all areas east of, and above the Mariposa Grove Welcome Plaza, to include the Mariposa Grove Road leading from the Welcome Plaza, the Lower Grove Arrival Area, the Grizzly Giant ADA service road, the Washburn Trail, all paved and unpaved trails and roads, and all areas within.

### *The following structures and/or areas are open to the possession of pets:*

- Any residential area and within any structure assigned to a permanent or term employee.
- When leashed, on fully paved roads, paved sidewalks, and bicycle pathways.
- When leashed, on Meadow Loop and Four Mile Roads in **Wawona**.
- When leashed, on Eleven Mile and Chowchilla Mountain Roads
- When leashed, on Carlon Road and the Tuolumne Grove Road between **Hodgdon Meadow** and the **Tuolumne Grove parking lot**.

## (a)(5) Pet excrement must be disposed of in accordance with the following conditions:

Pet excrement must be immediately removed and disposed of in waste receptacles.

## (e) Pets may be kept by park residents under the following conditions:

- Pet ownership is restricted to two (2) pets per household. This includes cats, dogs, and other normal non-intrusive small household pets. Farm-type animals will not be permitted as pets. Wild animals, native to the park, shall not be permitted as pets.
- Pets within Yosemite National Park must be contained within the residence, under physical restraint, or on a leash at all times. Under no circumstance may a pet be left unattended on a leash or zip wire unless a responsible person is available to monitor the activities of the pet.
- All dogs must be registered and licensed in accordance with county ordinances and state laws. Dogs must have two (2) current inoculations for rabies and DHL (distemper, leptospirosis, and hepatitis). Dogs shall bear a collar at all times. Cats must be inoculated for rabies and distemper.
- The breeding of pets is prohibited except by permit from the Superintendent. If a female is bred accidentally, the offspring shall be removed before they are three months old.

## 36 CFR §2.16 – HORSES and PACK ANIMALS

(a) The following animals are designated as pack animals for purposes of transporting equipment:

- Horses, mules, burros, and llamas

(b) The use of pack animals is permitted on all park trails, routes, and areas except:

- Bicycle paths and roads.
- The Mist Trail from Happy Isles to Nevada Fall, paved foot trails, and the Mirror Lake Road in **Yosemite Valley**.
- Gaylor Lakes Trail from Tioga Pass Entrance Station to Gaylor Lakes.
- Chilnualna Falls foot trail from the parking area in **Wawona** to the junction with the stock trail that starts at the intersection of Loop Road and Larke Avenue.
- All interior trails within the Mariposa Grove (stock is authorized on the perimeter trail).

- Other areas and trails as signed.
- Llamas are not allowed on the High Sierra Loop, the Vernal/Nevada Falls corridor, or the river trail from Nevada Fall to Merced Lake. Exceptions may be made for Pacific Crest and John Muir Trail users with written permission from the Superintendent.

(g) Other conditions concerning the use of horses or pack animals:
- Off trail/cross country travel is prohibited. The following are exceptions:
- Stock may travel up to ¼ mile off trail for purposes of watering, rest stops or camping.
- Miwok Lake Route.
- Avonelle Lake Route.
- Mattie Lake Route.
- Lyell Fork of the Merced Route.
- Horse Thief Canyon Route.
- Givens Lake Route.
- Establishing new trails and short cutting trails/switchbacks is prohibited.
- Stock parties must travel in single file whenever possible. On maintained stock routes, overnight wilderness users are limited to 15 people and 25 head of stock.
- On authorized cross country routes, overnight wilderness users are limited to 8 people and 12 head of stock
- Grazing is prohibited within four miles of trailheads and paved roads, immediately surrounding any High Sierra Camp, and in Mariposa Grove.
- Special conditions apply in Kerrick Canyon. See section 1.5
- Tying to trees or remaining in a campsite for periods longer than is needed to load and unload is prohibited.
- When picketed on a line, stock must be tied so they cannot chew on tree bark or eat the leaves of woody vegetation.
- Stock must be picketed at least 100 feet from any stream, lake or spring.

Non-wilderness camping with stock is permitted only within designated areas of Tuolumne Meadows, Hetch Hetchy, Bridalveil Campgrounds and Wawona. The following conditions apply to these areas:
- Grazing is prohibited.
- Feed must be provided by the camper.
- Sites must be cleaned of manure and uneaten food on a daily basis. Refuse must be raked, bagged and deposited into a dumpster.
- Watering facilities must be used when they are provided.
- Use of corrals is limited to the area directly under the provided highlines.

# 36 CFR §2.17 – AIRCRAFT and AIR DELIVERY

(a)(1) Areas designated for operating or using aircraft are provided for in section 7.16(c)
Hang gliding is allowed by permit at locations and areas designated in the permit.

(c)(1) The removal of a downed aircraft, components, or parts thereof is subject to procedures established by the Superintendent through written authorization

A permit is required for the removal of any downed aircraft, components, or parts thereof.

# 36 CFR §2.20 – Skating, Skateboards and similar devices.

*The use of roller skates, skateboards, roller skis, coasting vehicles, or similar devices are allowed only in the following areas:*

- *Yosemite Village Mall*
- *Bicycle paths in Yosemite Valley*
- *Residential areas*
- *Campgrounds*

# 36 CFR §2.21 – SMOKING

(a) The following portions of the park, or all or portions of buildings, structures or facilities are closed to smoking as noted:

- All public buildings and public areas of concession buildings (including restrooms).
- Within 25 feet of any building, except those used as a single family residence.
- Other areas as posted.
- Smoking while traveling on trails is prohibited. Persons who wish to smoke must stop and remain in one location until they have extinguished their smoking material.

# 36 CFR §2.22 – PROPERTY

(a)(2) Property may be left unattended for periods longer than 24 hours in the following areas and under the following conditions:

- Visitors on permitted overnight trips into or through wilderness areas may leave their vehicles unattended for the period specified by their wilderness permit. There is no overnight parking allowed in the Village Store, General Office, Church Bowl or other parking lots as signed.
- Visitors with overnight accommodation in lodges or campgrounds may leave their vehicles unattended for the period of their stay as long as permits are displayed.
- Any motor vehicle that is immobile because it is not capable of moving under its own power due to mechanical malfunction, or any vehicle which is inoperable because it cannot be operated legally on public roads because it is unlicensed or unregistered, may be impounded by the Superintendent. The owner of the vehicle will be notified of pending impoundment. Leaving a notice on or in the vehicle, or at the owner's residence, or issuing a notice directly to the owner, fulfills the notification requirement. Ten days after notification, the vehicle may be impounded.
- Unattended property or vehicles that contain improperly stored food or food containers located in any public areas may be impounded at the owner's expense.
- Items left in food lockers more than 14 days or past the checkout time for the campsite may be impounded.
- Individuals leaving pets unattended or in violation of California Penal Code

597.7(a) are subject to immediate impoundment of their property/pet.

# 36 CFR §2.35 –ALCOHOLIC BEVERAGES and CONTROLLED SUBSTANCES

(a)(3)(i) The following public use areas, portions of public use areas, and/or public facilities within the park are closed to consumption of alcoholic beverages, and/or to the possession of a bottle, can or other receptacle containing an alcoholic beverage that is open, or has been opened, or whose seal has been broken or the contents of which have been partially removed:

- Visitor centers and auditoriums unless a temporary permit to sell and/or consume alcoholic beverages has been issued by the Superintendent.
- Amphitheaters and other sites designated for interpretive programs unless a temporary permit to sell and/or consume alcoholic beverages has been issued by the Superintendent.
- Trams, park tour buses, and shuttle buses.
- Any ski lift at Badger Pass Ski Area.
- Stoneman Bridge, Clark's Bridge, and Housekeeping Camp Bridge.

Other than during posted times of operation, the following areas are closed to the possession of open containers and consumption:

- Degnan's Complex.
- Village Grill.
- Half Dome Village Pizza Deck, seating areas adjacent to the retail stores and courtyard benches.
- Tuolumne Meadows Grill and Store.
- Badger Pass Ski Area Lodge
- Wawona Hotel Golf Shop
- Yosemite Valley Lodge plaza and patio.
- The Ahwahnee Hotel patio and courtyard.

# 36 CFR §2.50 – SPECIAL EVENTS

Permits are required for any special event utilizing park areas.

Special events such as walk-a-thons, races, endurance runs, or competitive events, whether commercial or otherwise, will not be permitted in wilderness areas.

Solicitation activities (per 36 CFR § 2.37) require a permit.

# 36 CFR §2.51 – DEMONSTRATIONS and DESIGNATED AVAILABLE PARK AREAS

(b) Demonstrations of more than 25 people are allowed within park areas designated as available under paragraph (c)(2) when the Superintendent has issued a permit for the activity.

(c)(2) Designated locations.

Except for marches, demonstrations of 25 persons or fewer do not require a permit at the following designated free speech locations (demonstrations of more than 25 people at the designated free speech locations do require a permit):

- Yosemite Valley near park headquarters and the exploration center. (See Yosemite Valley Park Headquarters Map in the appendix.)
- Wawona next to the Wawona Store. (See Wawona Store Area Map in the appendix.)
- O'Shaughnessy Dam by the day use parking area. (See O'Shaughnessy Dam Parking Area Map in appendix.)

AND, at the following locations in Yosemite Valley between the hours of 8:00am and 5:00pm, when not being utilized for previously scheduled public or administrative purposes:

- Yosemite Chapel.
- Lower Pines Amphitheater.
- Lower River Amphitheater.
- Valley Theater.

*The NPS chose the designated free speech locations for the following reasons: proximity to restrooms, access to nearby parking, access to shuttle buses, the presence of paved areas suitable for gatherings, the fact that existing amphitheaters are intended for gatherings and constructed in a manner to help facilitate demonstrations, low risk to sensitive wildlife and vegetation, the ability of other park visitors to see and hear activities occurring at the location without unduly impacting visitor enjoyment, and proximity and ease of access to responding emergency vehicles. Other locations in the park were considered but deemed unsuitable for demonstrations for the reasons stated above.*

# 36 CFR §2.52 – SALE OR DISTRIBUTION OF PRINTED MATTER

(b) The sale or distribution of printed matter by more than 25 persons is allowed within park areas designated as available under § 2.51(c)(2) (see above) when the Superintendent has issued a permit.

# 36 CFR §2.62 – MEMORIALIZATION

(b) A permit is required for the scattering of ashes from cremated human remains, pursuant to the terms and conditions of a permit as outlined below:

- The remains to be scattered must have been processed by pulverization after cremation.
- The scattering of human ashes by persons on the ground is to be performed out of sight of park visitors and at least 100 yards from any trail, road, walkway, parking area, developed facility, watercourse, or body of water.
- The scattering of human remains from the air is prohibited.
- Ashes must be scattered over and area large enough so that they will not accumulate in one place.
- No marker of any kind may be left to commemorate the event.
- No publicity is to be given to this activity.
- The use of commercial, for profit venture to distribute cremated remains in the park is prohibited.

Except for the authorization to scatter cremated human remains, nothing in this permit shall be construed as authorizing an entry or activity otherwise prohibited or restricted by law or regulation.

# Part 3: BOATING AND WATER USE ACTIVITIES

## 36 CFR §3.8 (a)(2) – LAUNCHING OR RECOVERY OF A VESSEL

Launching or recovery of a vessel is prohibited except at the following sites:

**The Merced River**

- The shoreline of the Merced River from the headwaters to the Little Yosemite Valley Campground.
- Non-vegetated areas downstream from Clark's Bridge for approximately 100 feet or as signed.
- Non-vegetated areas downstream from Stoneman Bridge for approximately 100 feet or as signed.
- Non-vegetated areas of El Capitan Bridge for approximately 100 feet upstream and downstream or as signed.
- Non-vegetated areas of shoreline downstream from Pohono Bridge.
- Non-vegetated areas of shoreline at Sentinel Beach for approximately 100 feet or as signed.

**The South Fork of the Merced River**

- Non-vegetated areas of shoreline from the headwaters to 100 yards upriver from the Wawona impoundment.
- Non-vegetated areas of shoreline downriver from the Wawona impoundment.

**The Tuolumne River**

- Pothole Dome area: downstream of the meadow.
- Glen Aulin: within 100 feet of the bridge.
- Pate Valley: the shore within 100 feet of the bridge.
- Scouting rapids and bypassing obstacles is allowed for safety purposes.
- The non-vegetated shore of the eastern edge of Tenaya Lake.
- Non-motorized boats may be launched at wilderness lakes, except where otherwise prohibited

# PART 4: VEHICLES AND TRAFFIC SAFETY

## 36 CFR §4.11 – VEHICLE LOAD, WEIGHT AND SIZE LIMITS

(a) The following load, weight and size limits, which are more restrictive than State law, apply to the roads indicated under the terms and conditions, and/or under permit as noted:

The following kingpin-to-rear-axle (KPRA) distances are established for park roads:

- The Wawona Road has a KPRA of 40 feet.
- The Big Oak Flat Road has a KPRA of less than 30 feet.
- The Tioga Pass Road has KPRA of 40 feet.
- The El Portal Road has a KPRA of 32 feet.

During periods when the road base of specific park roads is saturated, a weight restriction for

vehicles of 14,000 pounds will be signed and enforced.

California legal trucks must be no larger than 14 feet high, 102 inches wide, and 40 feet long if a single vehicle, and 65 feet long if a combination vehicle. An overall length exception to 75 feet is given for a truck, tractor, semi-trailer, trailer combinations (doubles) if each trailer is no more than 28 feet 6 inches long.

California legal truck with single trailer:
- Semi-trailer = no limit
- KPRA = 40 feet maximum (if two axles in rear)
- KPRA = 38 feet maximum (if one axle in rear)
- Combination length = 65 feet maximum

California legal truck with double trailer:
- Semi-trailer = 28 feet 6 inches maximum
- Trailer = 28 feet 6 inches maximum
- KPRA = no limit
- Combination length = 75 feet maximum

  -or-
- Either trailer or semi-trailer =28 Feet 6 inches max; the other trailer has no KPRA = no limit
- Combination length = 65 feet maximum

# 36 CFR §4.21 – SPEED LIMITS

(b) The following speed limits are established for the routes/roads indicated:
- The maximum speed on park roads is 35 mph unless posted otherwise.
- When and where chain controls are in effect, the maximum speed is 25 miles per hour.
- The speed limit approaching and leaving all entrance station areas is 20 miles per hour.
- When the **Yosemite Valley** special use lane is in effect, the maximum speed is 25 miles per hour on Southside Drive from El Capitan Crossover to Sentinel Crossover when posted.

# 36 CFR §4.30 – BICYCLES

a) *Park Roads*. Bicycle use is permitted on park roads, parking areas, and where general vehicle use is allowed by the public

b) *Administrative Roads*. Administrative roads are roads closed to motor vehicle use by the public, but open to motor vehicle use for administrative purposes. Bicycle use is permitted on the following administrative roads:
- Wawona
  - Eleven Mile Road near Yosemite West
  - Four Mile Fire Road south of Wawona Meadow
  - Mariposa Grove Road from Welcome Center to the Lower Grove, to include the ADA road form Lower Grove to the Grizzly Giant ADA parking

lot.

d) *Existing Trails*. The following trails have been designated for bicycle use:
- Yosemite Valley
    - Paved bike path loop from Swinging Bridge through the East Valley - Happy Isle/ Mirror Lake. (Unless indicated by a "No Bikes Allowed" sign)
- Wawona
    - Wawona Meadow Loop

f) *Closures and other restrictions*:
- Bicycles are prohibited in designated wilderness areas and area where indicated by closure notices and signs.
- Bicycles are prohibited in the following areas:
    - The surface of O'Shaughnessy Dam.
    - All dirt roads starting from the gate at the top of O'Shaughnessy Dam leading to areas below the dam.
    - The Hetch Hetchy Road when the road is closed.
    - Cyclists on rental bicycles and rental e-bicycles are prohibited on the bicycle path between the bicycle racks at the base of the Mirror Lake Road and Mirror Lake.
    - Yosemite Falls paved trails where signed as closed to bicyclists
    - Any location where signs prohibit their use.
- Bicycles may be permitted on certain closed roads (such as the Tioga Road and Glacier Point road) during times in which no snow removal activities are underway, when the road is cleared of snow but not yet opened to vehicle traffic, and subject to any limits or restrictions set by the Superintendent.
- The bicycle and e-bike speed limit on all administrative roads and existing trails is established as 15 mph in order to provide a safe environment for all users of these areas.

i) *Electric Bikes "E-Bikes"*
- E-bikes are permitted where traditional bicycles are allowed.
- E-bikes are prohibited where traditional bicycles are prohibited.

# 36 CFR §4.31 – HITCHHIKING

Hitchhiking is permitted in the following areas under the conditions noted:
- All areas of the park when the person is off the roadway surface and when public safety and traffic flow are not adversely affected.

- When vehicles may safely pull off the main traffic lane into a turnout or safely onto the shoulder to allow for passengers to be received.
- When not under the influence of alcohol or intoxicating drugs.
- When hitchhiking behavior is safe and not a nuisance.
- Except in residential areas where signs exist establishing the area as a residential area only.

# PART 7: SPECIAL REGULATIONS, AREAS OF THE NATIONAL PARK SYSTEM

## 36 CFR §7.16 – YOSEMITE NATIONAL PARK

(c) Powerless flight requires a permit from the Superintendent.



# Yosemite National Park

## Park Roads

National Park Service
U.S. Department of the Interior

Hwy 120 to Lee Vining

Hetch Hetchy Rd

Hwy 120 to San Francisco

Tioga Rd

Big Oak Flat Rd

Big Oak Flat Rd

Northside Dr

El Portal Rd

Southside Dr

Hwy 140 to Mariposa

Glacier Point Rd

Wawona Rd

Mariposa Grove Rd

Chowchilla Mountain Rd

Hwy 41 to Fresno

0    2½    5    10    Miles

### Legend

— Road

Yosemite Boundary

# Yosemite National Park
## Little Yosemite Valley Camping Area Closure

National Park Service
U.S. Department of the Interior

Note: Other no camping areas not shown on map.

0  ¼  ½  1
Miles

## Legend

△ Designated Campground

No Camping Area



# Yosemite National Park
## Glen Aulin High Sierra Camp Area Closure

National Park Service
U.S. Department of the Interior

**Legend**

- △ Designated Campground
- ⊼ High Sierra Camp
- ▨ No Camping Area



**Legend**

⚠ Designated Campground

🏕 High Sierra Camp

▢ No Camping Area



## Legend

△ Designated Campground

▲ High Sierra Camp

▢ No Camping Area



# Yosemite National Park
## Sunrise High Sierra Camp Area Closure

National Park Service
U.S. Department of the Interior

**Legend**

△ Designated Campground

◮ High Sierra Camp

▢ No Camping Area

0   0.1   0.2   0.4
Miles



# Yosemite National Park
## Vogelsang High Sierra Camp Area Closure

National Park Service
U.S. Department of the Interior

Tuolumne Pass

Boothe Lake

Fletcher Lake

WL 10157

Vogelsang High Sierra Camp

Towns Lake

Fletcher Peak

Vogelsang Lake

**Legend**

△ Designated Campground

◭ High Sierra Camp

▨ No Camping Area

0  0.075 0.15  0.3  Miles



# Yosemite National Park
## Dewey Point No Camping Area

National Park Service
U.S. Department of the Interior

Map Detail

Legend
■ ■ ■ Ski Trail
— — Hiking Trail
No Camping Area

0        0.1        0.2
Miles



# Yosemite National Park
## Glacier Point No Camping Area

National Park Service
U.S. Department of the Interior

Map Detail

Glacier Point

Ski Hut

GLACIER POINT RD

0    0.05    0.1
Miles

### Legend
- ▬▬▬ Ski Trail
- ▢ No Camping Area



# Yosemite National Park
## Upper Kerrick Canyon Meadow Closure

National Park Service
U.S. Department of the Interior

### Legend

- ▪▪▪▪▪ NPS System Trail
- Closed Areas in Meadows
- Meadows
- Yosemite Boundary

0 ¼ ½ Miles

Peeler Lake

WL 94897

PACK

Meadow

Creek

Kerrick

VFGI-C
3-79

MONO CO.
TUOLUMNE CO.

eria

Rock Island Pass

**All trails are open. Travelling or camping in closed areas is prohibited.**

Yosemite National Park
Designated 1st Amendment Areas - Yosemite Valley

National Park Service
U.S. Department of the Interior

Map Detail

Frog Creek

2221 m.

Eleanor River

Tuolumne River

HETCH HETCHY LOOP ROAD

HETCH HETCHY SERVICE ROAD

Day Use Parking

HETCH HETCHY LOOP ROAD

HETCH H

Designated Area

| 0 | 75 | 150 | | 300 |
|---|---|---|---|---|

Feet

FOREST DRIVE

Washburn Barn

FOREST DRIVE

FOREST DRIVE

FOREST DRIVE

FOREST DRIVE

Designated Area

Wawona General Store

WAWONA ROAD

SLAUGHTERHOUSE ROAD

Wawona Gas Station

WAWONA ROAD

WAWONA HOTEL ROAD

| 0 | 100 | 200 | 400 |
|---|---|---|---|

Feet

Map Detail

Wawona

2003 m

Fish Camp

RAY MO

Map Detail

Subdome

Half
Dome

0     ¼     ½
Miles

Map Detail

Y O S E M I T E

N A T I O N A L

P A R K

Y O S E M I T E

W I L D E R N E S S

P A R K

W I L D E R N E S S

**Legend**

Closure Area

0    1    2

Miles

# Stock Site Evaluation Project
## Isberg Lake West and East

**Yosemite National Park** | **National Park Service**
California | U.S. Department of the Interior



**Forage Area:** There are meadow and understory forage areas surrounding the lake and adjacent to the sites.

### Isberg Lake - West

Camp ID: 13
Site Location: 293,935mE x 4,169,374mN
Handling Practices: Per the Superintendent's Compendium, no fire rings are allowed at Isberg Lake, as the elevation here, 10,0000 feet, is above the legal fire ring elevation of 9,600 feet. This is the primary site at Isberg Lake. The access route is north of the outlet creek and heads east from the NPS system trail approximately 100 m to a flat camping area on the north side of a group of trees that overlook the lake. The unloading area and holding area are in the camping area.

### Isberg Lake - East

Camp ID: 142
Site Location: 294,168mE x 4,169,621
Handling Practices: Per the Superintendent's Compendium, no fire rings are allowed at Isberg Lake, as the elevation here, 10,0000 feet, is above the legal fire ring elevation of 9,600 feet. This is the secondary site at Isberg Lake. The access route is lengthy and heads east from the NPS system trail for approximately 250 m to the camping area. The unloading area and holding area are 10 m north of a flat camping area that overlooks the north end of the lake.

Legend:
- Stock Site (Preferred Fire Ring)
- Holding Area
- Access Route
- NPS System Trail
- Sensitive Resource
- Meadow Closures

Scale: 1:6,968

**Forage Area:** There are meadow and understory forage areas surrounding the lake and adjacent to the sites.



**Isberg Lake - East**
(142)

**Isberg Lake - West**
(13)

Stock Site (Preferred Fire Ring)
Holding Area
Access Route
NPS System Trail
Sensitive Resource
Meadow Closures

Scale: 1:2,164

### Isberg Lake - West

**Camp ID:** 13
Site Location: 293,935mE x 4,169,374mN
Handling Practices: Per the Superintendent's Compendium, no fire rings are allowed at Isberg Lake, as the elevation here, 10,0000 feet, is above the legal fire ring elevation of 9,600 feet. This is the primary site at Isberg Lake. The access route is north of the outlet creek and heads east from the NPS system trail approximately 100 m to a flat camping area on the north side of a group of trees that overlook the lake. The unloading area and holding area are in the camping area.

### Isberg Lake - East

**Camp ID:** 142
Site Location: 294,168mE x 4,169,621mN
Handling Practices: Per the Superintendent's Compendium, no fire rings are allowed at Isberg Lake, as the elevation here, 10,0000 feet, is above the legal fire ring elevation of 9,600 feet. This is the secondary site at Isberg Lake. The access route is lengthy and heads east from the NPS system trail for approximately 250 m to the camping area. The unloading area and holding area are 10 m north of a flat camping area that overlooks the north end of the lake.



## Stock Site Evaluation Project
## Crescent Lake

Yosemite National Park
California

National Park Service
U.S. Department of the Interior

Yosemite
National
Park

Map Area

Crescent Lake
(27)

Stock Site (Preferred Fire Ring)
Holding Area
Access Route
NPS System Trail
Sensitive Resource
Meadow Closures

N

0          90          180
                              Meters
Scale: 1:3,654

**Forage Area:** There is understory forage around the site and a large meadow on the northwest side of the lake.

### Crescent Lake

Camp ID: 27
Fire ring: 276,257mE x 4,160,770mN
Handling Practices: The site is located on the northeast side of the lake. The access route follows the NPS system trail to the lake and the fire ring is approximately 15 m east of the trail. No preferred holding area has been established, but stock should be held in previously disturbed areas close to the trail, if possible.

# Stock Site Evaluation Project
# Virginia Canyon - Castle Camp

Yosemite National Park | National Park Service
California | U.S. Department of the Interior

**Forage Area:** The fen (shown as closed area on map) is closed to grazing. Keep animals out of sensitive resource areas shown on map. This may require use of electric fencing or supplemental feed.

**Virginia Canyon - Castle Camp**
Camp ID: 39
Fire Ring: 293,073mE x 4,210,529mN
Handling Practices: Do not use the former access route northwest of the site. This route has damaged meadow areas and crosses the creek at an unstable location. Use the preferred access route west of the camp. Use unloading area approximately 30 m southwest of fire ring. Do not unload or load animals within the sensitive resource area where the fire ring is located. Use holding area up the slope approximately 80 m south of the fire ring as shown on the map. Do not hold stock in sensitive resource area where fire ring is located.

Objects older than 50 years are considered historical and can be significant pieces of our collective history. A concentration of these materials is called an archeological site and these sometimes overlap with stock camps. These materials are protected by the National Historic Preservation Act of 1966, as amended, and the Archeological Resources Protection Act of 1979. Removal of artifacts from their location destroys essential information needed to understand who was here and how they lived. It is illegal to collect artifacts or intentionally disturb archeological sites and can result in fines and other penalties.



Map Area

Yosemite National Park

Castle Camp (39)

Designated unloading area to left of red lines, view northwest

Preferred crossing indicated by red arrow, view south

Designated holding area within red lines, view south

Stock Site (Preferred Fire Ring)
Closed Access Route
Designated Access Route
Designated Unloading Area
Designated Holding Area
Closed Holding Area
NPS System Trail
Sensitive Resource

Scale 1:1,750

N



## Stock Site Evaluation Project
### Benson Lake - Preferred Camp and Trail Crew Camp

**Yosemite National Park**
California

**National Park Service**
U.S. Department of the Interior

Map Area

Yosemite National Park

Overflow Only

Trail Crew Camp (95)

Holding Areas for Both Camps

Preferred Camp (67)

**Legend:**
- Stock Site (Fire Ring)
- Holding Area
- Overflow Only
- No Camping
- Sensitive Resource
- Access Route
- Overflow Only
- NPS System Trail
- Drift Fence

0    30    60
Meters
Scale: 1:1,769

N

**Forage Area:** Large understory grazing area between NPS system trail and drift fences. Grazing should be contained to the east side of the drift fence (i.e. not on the beach side).

**Benson Lake - Preferred Camp**
Camp ID: 67
Fire Ring: 278,422mE x 4,211,075mN
Handling Practices: This is the preferred site at Benson Lake. The access route heads along the beach from the end of the NPS system trail to the fire ring. The unloading area is at the fire ring. There is a holding area 20 m east of the fire ring. An additional holding area may be utilized in the understory on the east side of the fence, adjacent to the campsite.

**Benson Lake - Trail Crew Camp**
Camp ID: 95
Fire Ring: 278,325mE x 4,211,181mN
Handling Practices: This site is the second option at Benson Lake. Camping is prohibited on the north-end of the beach between the rocky slope and the Trail Crew campsite fire-ring (approximately 150'). Camping is only permitted south of the Trail Crew campsite fire-ring to minimize impacts to sensitive resources. The access route heads along the beach from the end of the NPS system trail to the fire ring. The unloading area is at the fire ring. The preferred holding area is located at Preferred Camp to minimize impacts to sensitive resources.

**Stock CUA holders must prioritize camping and holding stock in the Preferred Site if feasible.**



Map Area

Yosemite
National
Park

Rodger's
Lake
(93)

**Forage Area:** There is limited understory forage surrounding the lake. There is a small meadow area on the west side of the lake. However, this meadow should not be used for grazing due to concerns that stock use could potentially impact sensitive resources in this area.

**Rodger's Lake**

Camp ID: 93
Fire Ring: 280,797mE x 4,208,485mN
Handling Practices: This site is located on the north side of Rodger's Lake. The fire ring, unloading area and holding area are all along the NPS system trail on the west side of where the trail heads up a bedrock outcrop.

Stock Site (Preferred Fire Ring)
NPS System Trail
Access Route
Holding Area
Sensitive Resource
Meadow Closures

0    50    100
Meters
Scale: 1:3,000

N

# Stock Site Evaluation Project
# Miller Lake



Map Area

Yosemite National Park

Miller Lake (96)

**Stock Site (Preferred Fire Ring)**

- - - - NPS System Trail

——— Access Route

Holding Area

Sensitive Resource

Meadow Closures

N

Scale: 1:3,986

0    75    150 Meters

**Forage Area:** The forage area is a meadow up the slope southwest of the site. The large meadow on the north end of the lake and forage around the edges of the lake should not be used for grazing due to concerns that stock use could potentially cause impacts to sensitive resources in the area.

## Miller Lake

Camp ID: 96
Fire Ring: 287,453mE x 4,207,657mN
Handling Practices: This site is located on the westside of Miller Lake. The access route is an informal trail that starts on the north end of the lake where the NPS system trail first reaches the edge of the lake. The route heads along the north edge and west edge of the lake approximately 0.2 mile and then heads west up on to a flat terrace where the fire ring is located. The unloading area is at the fire ring. There is a holding area 15 m northwest of the fire ring. There is a second holding area option further up the slope approximately 75 m southwest of the fire ring.



## Stock Site Evaluation Project
## Hook Lake – North and South

**Yosemite National Park**
California

**National Park Service**
U.S. Department of the Interior

**Grazing Area:** The primary forage areas are the large meadow north of the lake and the small meadow on the southwest side of the lake. However, there are multiple sensitive resources in these areas. Grazing here may also have an increased potential impact to the ecosystem given the elevation of the area (9,400 feet). Grazing is not allowed at or above 9,600 feet. In consideration of these issues, it is recommended that sites at Hook Lake be used primarily as drop camps, that operators bring supplemental feed, or use the meadows for minimal grazing. If grazing is planned, keep animals out of the sensitive resource areas shown on the map.

### Hook Lake-North
Camp ID: 97
Fire Ring: 288,599mE x 4,208,154mN
Handling Practices: Preferred use as drop camp only. Use access route that passes along western edge of meadow. The unloading area is next to the fire ring. The holding area is 40 m down the slope north of the fire ring.

### Hook Lake-South
Camp ID: 135
Fire Ring: 288,294mE x 4,207,758mN
Handling Practices: Use camp on north end of lake. If this camp is occupied, only drop clients at this location.

Map Area

Yosemite National Park

Hook Lake-North (97)

Hook Lake-South (135)

Stock Site (Preferred Fire Ring)
Holding Area
Access Route
NPS System Trail
Sensitive Resource
Meadow Closures

0    50    100 Meters
Scale: 1:3,500

N



## Stock Site Evaluation Project
## Tuner Meadow

**Yosemite National Park**
California

**National Park Service**
U.S. Department of the Interior

Forage Area: Turner Meadow and the surrounding understory are the forage areas.

Yosemite National Park

Map Area

**Turner Meadow**

Camp ID: 118
Fire Ring: 270,775mE x 4,164,052mN
Handling Practices: This site is located at the southeast corner of Turner Meadow west of the NPS system trail. The access route starts approximately 200 m north of the trail junction. The route heads approximately 30 m west to the fire ring. The unloading area and holding area are at the fire ring.

Turner Meadow
(118)

Stock Site (Preferred Fire Ring)
NPS System Trail
Access Route
Holding Area
Sensitive Resource
Meadow Closures

0    75    150
Meters
Scale: 1:3,000
N



# Stock Site Evaluation Project
# Upper Kerrick Meadow South

**Yosemite National Park**
California

**National Park Service**
U.S. Department of the Interior

Map Area

Yosemite
National
Park

Upper Kerrick
Meadow - South
(138)

**Legend**

- Stock Site (Preferred Fire Ring)
- NPS System Trail
- Access Route
- Holding Area
- Meadow Closures
- Sensitive Resource

N

0    250    500
                Meters

Scale: 1:10,000

**Forage Area:** This area has been intermittently closed to grazing; for updated information on the status of grazing, please see the most recent Superintendent's Compendium and the Plan Your Visit webpage (https://www.nps.gov/yose/planyourvisit/wildcond.htm).

When meadows are closed to grazing, stock must be held and fed with supplemental feed in the designated holding area during the duration of stay.

When meadows are open to grazing, specific sensitive resource areas may remain closed, and the following conditions apply:

- Approved methods to prevent grazing in closed areas include hobbling, high lining, electric fence, hand grazing and any combination thereof.
- Electric fences will be placed at least 100 feet from all avoidance areas.
- Electric fences should not be placed in areas that have been previously used by stock parties earlier in the season.
- Stock use is limited to designated access routes and stock holding areas when not grazing.

- Overnight use of the "Upper Kerrick – South" stock site is limited to one stock party per night.
- Additional restrictions apply to commercial operations utilizing Kerrick Canyon, see the Commercial Use Authorization Permit.

---

**Upper Kerrick Meadow - South**

Camp ID: 138
Fire Ring: 282,514mE x 4,220,757mN
Handling Practices: This site is located at the northern edge of a large meadow approximately 0.9 mile south of the junction of the NPS system trails to Peeler Lake and Buckeye Pass. The access route diverges from the NPS system trail and heads southwest across Rancheria Creek. The route continues to the fire ring, which is in a group of lodgepole pines on a rocky knoll overlooking the meadow. The unloading area is at the fire ring. The holding area is 10 m north of the fire ring.



# Stock Site Evaluation Project
# Upper Kerrick Meadow

**Yosemite National Park** | **National Park Service**
California | U.S. Department of the Interior

Map Area

Yosemite National Park

Upper Kerrick Meadow - South (138)

**Legend**

- Stock Site (Preferred Fire Ring)
- Holding Area
- Access Route
- NPS System Trail
- Sensitive Resource
- Meadow Closures

N

0    40    80 Meters
Scale: 1:2,800

Forage Area: Large meadow area and surrounding understory. Keep stock out of sensitive resource areas indicated on map.

**Upper Kerrick Meadow - South**
Camp ID: 138
Fire Ring: 282,514mE x 4,220,757mN
Handling Practices: The access route diverges from the NPS system trail and heads southwest across Rancheria Creek. The route continues to the fire ring, which is in a group of lodgepole pines on a rocky knoll overlooking the meadow. The unloading area is at the fire ring. The holding area is 10 m north of the fire ring.

Yosemite Exploration Center and Theater

Yosemite Museum

The Ansel Adams Gallery

Wilderness Center

Post Office

Indian Canyon Rd

Indian Creek Rd

Degnan's Kitchen

Village Dr

Bike Path

Designated Area

Ahwahnee Dr

Tecoya Rd

Northside Dr

Village Store & Grill

Welcome Center

Yosemite Village Service Rd

OSEMITE NP
YOSEMITE WILDERNESS
DEVILS

0    100    200    400    Feet

# Exhibit 41


# Yosemite  National Park
California

ALERTS IN EFFECT

DISMISS ×

PARK CLOSURES

### Tioga Road (Hwy 120 through the park) and Glacier Point Road are closed

Tioga Road (continuation of Highway 120 through the park), Glacier Point Road, and Mariposa Grove Road are closed for the season due to snow. Snow is possible on other roads; be prepared for tire chain requirements and other road closures. Call 209/372-0200 (then 1, 1) to check road conditions.

**More (https://www.nps.gov/yose/planyourvisit/wroads.htm)**

**View conditions on map (https://www.nps.gov/yose/planyourvisit/conditions.htm)**

+ more information on current conditions... (https://www.nps.gov/yose/planyourvisit/conditions.htm)

**Dismiss**

**View all alerts  (https://www.nps.gov/yose/planyourvisit/conditions.htm)**

NPS.gov (https://www.nps.gov/)    Park Home (https://www.nps.gov/yose/index.htm)    Get Involved (https://www.nps.gov/...

# Search and Rescue Site Program

Yosemite Search and Rescue (YOSAR) was established in the 1960s to respond to emergencies that occurred in the park. Because of the complexity and frequency of these emergencies the Division of Visitor and Resource Protection requires highly trained supplemental staff to assist in these events during the summer season. The SAR team member volunteer position augments the Yosemite Valley and Tuolumne Meadow Districts' operational staff as on-call resources that assist during emergencies. In exchange, the SAR team member is provided a tent cabin at the Camp 4 walk-in campground or a campsite in Tuolumne Meadows campground. These areas have historically been referred to as the SAR sites.

## SAR Team Benefits

- Annual and Monthly SAR Trainings in Vertical Rope Rescue and Swiftwater Rescue

- Annual SAR Days training

- Emergency Medical Trainings.

- Operational Leadership Training.

- Access to the Friends of YOSAR Insurance Reimbursement Program.

- Eligibility for National Park Service Volunteer Benefit Program.



# Volunteer Expectations

Responding to an emergency is a SAR team member's highest priority while living on the SAR Site. At any time during the summer season, half of the SAR Team is expected to be available for emergency response. SAR team members should expect to spend at least fifty percent of their time as an on-call resource, ready to respond to the rescue cache. During this on-call time SAR team members are considered volunteers and are not paid. SAR team members could also be expected to volunteer time during trainings, team meetings, and with other tasks as assigned.

# Paid Emergency Service

During an emergency incident, SAR team members are hired and paid for the duration of that incident using the AD/Emergency Hire System. All AD/Emergency Hire policies, conduct requirements, and workers compensation benefits do apply. On average, Yosemite National Park fields 200 to 250 emergency calls annually. These events range from the frequent on-trail litter carries to complex vertical technical rescue. SAR Team Members are also utilized during other types of emergency incidents and logistical operations, like SAR cache work, transportation assignments, and ambulance duties. Over the course of a typical summer season a SAR Team Member can work between 250 to 400 hours.

# Length of Season

*Valley SAR Team Members:* May 1st through October 31st.

*Tuolumne Meadows SAR Team Members:* Early to mid June through September 30th (depends on the opening date of Tioga Road).

# Skills

The Yosemite SAR Program is looking for highly motivated and skilled individuals to assist in all aspect of emergency services. Historically, typical SAR Team candidates have possessed a variety of outdoor skills focusing in all aspects of Alpinism, i.e., rock climbing, mountaineering, aid climbing, ice climbing, skiing, backcountry navigation, camping and survival. Candidates should also have a strong background or interest in medicine, and all applicants should currently have or be in the process of obtaining a basic Emergency Responder Certification i.e., First Responder or Wilderness First Responder. An Emergency Medical Technician (EMT) or higher certification with a National Accreditation is preferred. Previous Search and Rescue experience is valuable but not a requirement.

# How to Apply

Applications will be accepted at any time during the calendar year and kept on file. However, only applications received by January 31 will be considered for the up-coming summer season. Applications received after January 31 are saved and

reviewed for the following year's season. Only individuals with valid and current United States Social Security Numbers are eligible.

# Application Package

All application documents are to be submitted electronically in PDF to yose_sar@nps.gov. Applicants will receive an email confirmation that their application has been received. No other status updates on the application process will be sent. Please submit the following items in your application package:

- One-page letter of intent specifying which area you would like to work in, Yosemite Valley and/or Tuolumne Meadows.

- General resume, to include previous work experience, personal or professional Search and Rescue experiences, medical experience, list of current certification, and references. *Please do **not** attach copies of certifications*.

- One-page climbing resume, to include significant achievements, current proficiency level and grades, and Yosemite-specific experience, if possible. Also briefly describe any swiftwater skills and experience.

Include on your application package your full name, date of birth, and current mailing address. Do **not** include your Social Security number.

Last updated: June 6, 2022

# Was this page helpful?

- ◯ Yes

- ◯ No

An official form of the United States government. Provided by Touchpoints (https://touchpoints.app.cloud.gov/)

**CONTACT INFO**

**Phone:**
209/372-0200

# Exhibit 42

**From:** Brown, Liz
**To:** Clayton Bailey
**Subject:** OSC MA-26-000614 (Joslin)
**Date:** Friday, March 27, 2026 5:32:12 PM

Good afternoon, Mr. Bailey,

Please allow me to introduce myself. I am the chief of the Oakland Field Office for the U.S. Office of Special Counsel. My office was recently assigned the complaint file for your client, Dr. Joslin, and I am in receipt of your request from yesterday for a stay of personnel action. OSC has been experiencing heavy case filings and an increased backlog, so we thank you for your patience while Dr. Joslin's case was processed through OSC's intake unit.

At this juncture, OSC is not in a position to seek a stay. This is not a decision on the merits of the complaint, given that we have not yet had an opportunity to look into the claims further.  Because the legal standard for securing a stay requires OSC to have reasonable grounds to believe that a given personnel action was a prohibited personnel practice, it is somewhat unusual for OSC to seek a stay before we have had an opportunity to conduct at least an initial fact-finding. I am assigning Dr. Joslin's complaint to one of the attorneys in my office, and he will reach out to you soon to collect some additional information.

We thank you again for your continued patience.

Regards,
Liz

Liz Brown
Chief, Oakland Field Office
U.S. Office of Special Counsel
1730 M Street, N.W., Suite 218
Washington, D.C.  20036-4505