# Exhibit A

**Attachment C: Template Notice to Probationer to Finalize Appointment**

Memorandum

To:        Shannon Joslin
            Biologist
            Department of the Interior/Yosemite National Park

Through:  Caitlin Lee-Roney
            Acting Division Chief, Resources
            Management & Science
            Department of the Interior/
            Yosemite National Park

| CAITLIN LEE-RONEY | Digitally signed by CAITLIN LEE-RONEY Date: 2025.08.11 10:44:06 -07'00' |
| --- | --- |

From:     Sarah Stock
            Branch Chief, Terrestrial Wildlife
            Department of the Interior/
            Yosemite National Park

| SARAH STOCK | Digitally signed by SARAH STOCK Date: 2025.08.08 12:15:19 -07'00' |
| --- | --- |

Subject:    **Notification of Decision to Finalize Appointment**

You were hired into the position of Biologist, GS, 0401, 9/7 on an excepted service appointment subject to a 2-year trial period that began on 09/10/2023 and ends on 09/10/2025.

Under applicable law, probationers must make every opportunity to demonstrate their continued employment and finalization of their appointment would advance the public interest.

This document serves as notification that I have determined that finalizing your appointment advances the public interest based on my consideration of relevant factors, including your performance and conduct, the needs and interests of the National Park Service, whether your continued employment would advance the organizational goals of the National Park Service, and whether your continued employment would advance the efficiency of the service.

Accordingly, your probationary or trial period has been completed and your appointment will be finalized.

## **Acknowledgment of Receipt**

Please acknowledge receipt of this written notice by signing and dating below. Your signature does not mean that you agree or disagree with the contents of this notice, and you will not forfeit any of your rights; however, your failure to sign will not void the contents and delay or deter effectuating the action.

SHANNON JOSLIN  Digitally signed by SHANNON JOSLIN
                        Date: 2025.08.11 11:20:19 -07'00'

Signature: _____ / _____
                                                    Date:



**Exhibit B**

Embargoed until 11:00 AM PT, May 20, 2025

# *Trans is Natural*: Queer Climbers Unfurl Historic Trans Pride Flag on Yosemite's El Capitan



***Largest Trans Flag Ever Displayed on the Iconic Wall Celebrates
Trans Belonging, Visibility, and Joy***

**LINK TO IMAGES AND VIDEOS - FOR PRESS**

**YOSEMITE NATIONAL PARK, CALIF. (May 20, 2025) —** In an act of solidarity and resistance, a coalition of transgender, queer, and ally climbers have unfurled a 55-by-35-foot Trans pride flag on El Capitan, one of the most legendary big-wall climbing sites in the world. This project is called **Trans is Natural** - and is the largest flag ever displayed on El Capitan — a celebration of trans belonging in nature, in community, and everywhere. This comes as the Trump administration is actively working to erase trans people from government websites, education systems, libraries and discriminate against queer and trans park rangers in the National Park System.

"We flew the Trans pride flag in Yosemite to make a statement: Trans people are natural and Trans people are loved. Let this flag fly higher than hate. We are done being polite about Trans

people's existence. Call it a protest, call it a celebration – either way, it's giving elevation to liberation." said [Pattie Gonia](#) (she/they) a lead organizer, drag queen and [Nat Geo environmentalist](#).

"Raising this flag in the heart of El Capitan is a celebration of our community standing in solidarity with each other and all targeted groups. Trans existence is not up for debate. We are social workers, public servants, parents, and neighbors. Being trans is a natural, beautiful part of human and biological diversity. We can only make progress when we embrace diversity, not erase it." - said [SJ Joslin](#), PhD (they/them), a lead organizer and conservation professional.

This direct action echoes the historic [Firefall flag-unfurling](#) earlier this year and the first known all-trans team ascent of El Capitan, conducted in June 2023 by climbers Natai Endo (she/her) and Juniper Welles (she/her). With this historic unfurling, climbers reclaim space in the heart – literally, the flag hangs on the recognizable "Heart Ledges" on El Captain wall in Yosemite.

"Everyone deserves respect. Trans people are my friends. I step up when my friends need help and we all need to step up right now for Trans people" said climber and LBTQIA+ ally Nate Vince; one of the raisers of the Firefall flag and the Trans pride flag.

This project, **Trans is Natural**, affirms that trans existence is not up for debate, trans is natural as [cited by many scientific studies in plants and mammals](#) and the flag stands as a visual and spiritual anchor for all those who have been made to feel out of place in their bodies or in this country, and a steadfast reminder to allies to show up and make their solidarity loud. In a time of disconnection, the trans, queer and climbing community are here to celebrate and elevate humanity.

**Media Contact: Jess Fiaschetti, [Jess@OutsidePR.com](mailto:Jess@OutsidePR.com), 415.565.9530**



**Exhibit C**



# United States Department of the Interior

National Park Service
Yosemite National Park
P.O. Box 577
Yosemite, CA 95389

IN REPLY REFER TO:

Confidential Document

Memorandum

Date: July 30, 2025

To: Shannon Joslin, Biologist, Yosemite National Park (YOSE)

From: Danika Globokar, Acting Deputy Superintendent, YOSE

Subject: Notice of Termination During Trial Period

1.      Your appointment into the position of Biologist, GS-0401-9, on an excepted service appointment is subject to a two (2) year trial period that began on September 10, 2023.  The trial period is to determine whether newly appointed Federal employees are suitable for successful service in the areas of conduct and or performance.  During your trial period, you have failed to demonstrate acceptable conduct.  Specifically, on or about May 20, 2025, you participated in a small group demonstration in an area outside the designated protest and demonstration area without a permit as required by 36 CFR 2.51 and thus circumvented rules applicable to all park visitors.

This document serves as notification that your continued employment in the role of Biologist, GS-401-9, with the Department of Interior (DOI), National Park Service (NPS), at YOSE is being terminated.  Your termination effective date is August 12, 2025.

### Employee Rights and Procedures

2.      If you believe that this action constitutes a prohibited personnel practice under 5 U.S.C. § 2302(b), including but not limited to, whether the Department took one or more covered personnel actions against you in retaliation for making protected whistleblowing disclosures or engaging in protected activity, you may seek corrective action before the Office of Special Counsel, at www.osc.gov. If your complaint concerns retaliation under 5 U.S.C. § 2302(b)(8) or (b)(9) and, OSC dismisses your claim, you may have the right to file an Individual Right of Action (IRA) appeal with the MSPB within sixty-five (65) days of OSC's determination. However, in accordance with 5 U.S.C. § 7121(g)(2), if you elect to file a complaint with OSC prior to filing a complaint with the MSPB, you will be deemed to have elected to pursue corrective action under Subchapters II and III of 5 U.S.C. Chapter 12 and may be required to exhaust administrative procedures before OSC prior to filing an IRA appeal with the MSPB. For further information regarding your right to seek corrective action, please refer to 5 U.S.C. § 1221 and 5 C.F.R. §§ 1209.2 & 1209.5.

3.      If you believe this action is based on discrimination because of race, color, religion, sex (including sexual orientation, transgender status, and pregnancy), national origin, age (40 or older), disability, genetic information, or retaliation for your participation in EEO activity, in violation of Equal Employment Opportunity (EEO) laws, you may contact an EEO counselor within forty-five (45) calendar days of the effective date of this action to file a complaint of discrimination.  The EEO contact information is as follows: Amelia K. Knapp, EEO Specialist, 785-512-9565, Amelia_Knapp@nps.gov.

4.      A copy of this letter will be placed in your electronic Official Personnel Folder (e-OPF).  You must properly clear from the duty station, turn in any government property, and clear any indebtedness prior to the release of your final paycheck.


Danika Globokar

Receipt Acknowledgement

You are requested to sign and date the acknowledgement copy of this memorandum as evidence that you have received it. Your signature does not mean that you agree or disagree with the contents of this memorandum and by signing you will not forfeit any of the rights mentioned. However, your failure to sign will not void the contents of this memorandum.

_____    08/12/2025
Shannon Joslin                          Date



**Exhibit D**

# NOTIFICATION OF PERSONNEL ACTION

| 1. Name (Last, First, Middle) | 2. Social Security Number | 3. Date of Birth | 4. Effective Date |
|---|---|---|---|
| JOSLIN, SHANNON ERICA KENDAL | PII Redacted | PII Redacted | 08/12/2025 |

| FIRST ACTION | | SECOND ACTION | |
|---|---|---|---|
| 5−A. Code 357 | 5−B. Nature of Action TERMINATION | 6−A. Code | 6−B. Nature of Action |
| 5−C. Code ZLM | 5−D. Legal Authority EO 14284 | 6−C. Code | 6−D. Legal Authority |
| 5−E. Code | 5−F. Legal Authority | 6−E. Code | 6−F. Legal Authority |

| 7. FROM: Position Title and Number | 15. TO: Position Title and Number |
|---|---|
| BIOLOGIST 8837 NRC0500 | |

| 8. Pay Plan | 9. Occ. Code | 10. Grade or Level | 11. Step or Rate | 12. Total Salary | 13. Pay Basis | 16. Pay Plan | 17. Occ. Code | 18. Grade or Level | 19. Step or Rate | 20. Total Salary/Award | 21. Pay Basis |
|---|---|---|---|---|---|---|---|---|---|---|---|
| GS | 0401 | 09 | 07 | $73702.00 | PA | | | | | | |

| 12A. Basic Pay | 12B. Locality Adj. | 12C. Adj. Basic Pay | 12D. Other Pay | 20A. Basic Pay | 20B. Locality Adj. | 20C. Adj. Basic Pay | 20D. Other Pay |
|---|---|---|---|---|---|---|---|
| $62645.00 | $11057.00 | $73702.00 | $0.00 | | | | |

| 14. Name and Location of Position's Organization | 22. Name and Location of Position's Organization |
|---|---|
| IN10 DIRECTOR, NATIONAL PARK SERVICE<br>DEPUTY DIRECTOR, OPERATIONS (DDOP)<br>PACIFIC WEST REGION<br>RESOURCES MGMT & SCIENCE<br>BR OF WILDLIFE<br>YOSEMITE NATL PARK,CALIF | |

## EMPLOYEE DATA

| 23. Veterans Preference | | 24. Tenure | | 25. Agency Use | 26. Veterans Preference for RIF | |
|---|---|---|---|---|---|---|
| 1 | 1 − None  3 − 10−Point/Disability  5 − 10−Point/Other<br>2 − 5−Point  4 − 10−Point/Compensable  6 − 10−Point/Compensable/30% | 2 | 0 − None  2 − Conditional<br>1 − Permanent  3 − Indefinite | | YES  X  NO | |

| 27. FEGLI | 28. Annuitant Indicator | 29. Pay Rate Determinant |
|---|---|---|
| D0  BASIC + STANDARD OPTION | 9  NOT APPLICABLE | 0 |

| 30. Retirement Plan | 31. Service Comp. Date (Leave) | 32. Work Schedule | 33. Part−Time Hours Per Biweekly Pay Period |
|---|---|---|---|
| KF  FERS-FRAE & FICA | 09/10/2023 | G  FULL-TIME SEASONAL | |

## POSITION DATA

| 34. Position Occupied | | 35. FLSA Category | | 36. Appropriation Code | 37. Bargaining Unit Status |
|---|---|---|---|---|---|
| 2 | 1 − Competitive Service  3 − SES General<br>2 − Excepted Service  4 − SES Career Reserved | N | E − Exempt<br>N − Nonexempt | | 7777 |

| 38. Duty Station Code | 39. Duty Station (City − County − State or Overseas Location) |
|---|---|
| 06-1133-043 | EL PORTAL,MARIPOSA,CALIFORNIA |

| 40. Agency Data | 41. | 42. | 43. | 44. |
|---|---|---|---|---|
| FUNC CLS 51 | VET STAT X | EDUC LVL 21 | SUPV STAT 8 | POSITION SENSITIVITY NONSENSITIVE/LOW RI |

**45. Remarks**
REASON(S) FOR TERMINATION: UNDER EO 14284, STRENGTHENING PROBATIONARY
PERIODS IN THE FEDERAL SERVICE "UNACCEPTABLE CONDUCT"
SF 2819 WAS PROVIDED.  LIFE INSURANCE COVERAGE IS EXTENDED FOR 31 DAYS DURING WHICH YOU ARE ELIGIBLE TO
CONVERT TO AN INDIVIDUAL POLICY (NONGROUP CONTRACT).
HEALTH BENEFITS COVERAGE IS EXTENDED FOR 31 DAYS DURING WHICH YOU ARE ELIGIBLE TO CONVERT TO AN
INDIVIDUAL POLICY (NONGROUP CONTRACT). YOU ARE ALSO ELIGIBLE FOR TEMPORARY CONTINUATION OF YOUR FEHB
COVERAGE FOR UP TO 18 MONTHS.
FORWARDING ADDRESS: PII Redacted
LUMP-SUM PAYMENT TO BE MADE FOR ANY UNUSED ANNUAL LEAVE.
SF-8 (NOTICE TO FEDERAL EMPLOYEE ABOUT UNEMPLOYMENT INSURANCE) ISSUED.
SICK LEAVE WILL BE RECREDITED TO AN EMPLOYEE'S ACCOUNT IF REEMPLOYED FOLLOWING A BREAK IN SERVICE.
EMPLOYEE DUTY STATION IS IN REGION 10 - CALIFORNIA - GREAT BASIN

| 46. Employing Department or Agency | 50. Signature/Authentication and Title of Approving Official |
|---|---|
| IN - NATIONAL PARK SERVICE | 252943728 / ELECTRONICALLY SIGNED BY: |

| 47. Agency Code | 48. Personnel Office ID | 49. Approval Date | RITA J. MOSS |
|---|---|---|---|
| IN10 | 1549 | 08/13/2025 | ASSOC DIRECTOR, WORKFORCE & INCLUSION |

# Exhibit E

# Fw: Fwd: Yosemite Search and Rescue 2026

------- Forwarded Message -------
From: shannon joslin <shannonekj@gmail.com>
Date: On Sunday, March 8th, 2026 at 12:38 PM
Subject: Fwd: Yosemite Search and Rescue 2026
To: popgen_SJ@proton.me <popgen_SJ@proton.me>


---------- Forwarded message ---------
From: **YOSE SAR, NPS** <yose_sar@nps.gov>
Date: Sat, Mar 7, 2026 at 4:39 PM
Subject: Yosemite Search and Rescue 2026
To:


Yosemite Search and Rescue Applicants,

Thank you for your application. All Yosemite Search and Rescue positions in both Tuolumne Meadows and Yosemite Valley have been filled for the 2026 season. If there are additional vacancies we will reach out individually.

Sincerely,

Cody Hays
U.S. Park Ranger
Yosemite Valley SAR coordinator