**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

DR. SHANNON "SJ" JOSLIN,

    *Plaintiff,*

    vs.

U.S. DEPARTMENT OF THE INTERIOR, *et al.*,

    *Defendants*.

Case No. 1:26-cv-2029-JLT-EPG

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION**

Upon consideration of Plaintiff Shannon "SJ" Joslin's motion for a preliminary injunction (ECF No. __), it is hereby ORDERED that the motion is **GRANTED**.

It is further ORDERED that:

1.    Plaintiff shall be REINSTATED to their position as a Wildlife Biologist in Yosemite National Park, employed by the National Park Service within the Department of the Interior;

2.    Defendants and their agents are ENJOINED from criminal enforcement against or investigation of Dr. Joslin for both the May 20, 2025, flag display and similar future speech at Yosemite supporting LGBTQ+ rights;

3.    This Order shall apply to the maximum extent provided for by Federal Rule of Civil Procedure 65(d)(2); and

4.    The requirement for bond or security is waived.

Defendants shall file a status report with the Court within ten (10) days of this Order apprising the Court of the status of their compliance with this Order.

**SO ORDERED**.

Dated: _____

_____
The Honorable Jennifer L. Thurston
United States District Judge