UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

JOSLIN,

              Plaintiff,

     v.

US DEPARTMENT OF THE INTERIOR,
et al.

              Defendants.

No.  1:26-cv-02029

**ORDER OF RECUSAL**

It appears to the undersigned, the magistrate judge to whom this case is presently assigned, that disqualification pursuant to 28 U.S.C. Section 455 is appropriate in this matter.

IT IS THEREFORE ORDERED that the undersigned recuses herself as the magistrate judge to whom this case is assigned.

IT IS FURTHER ORDERED that the Clerk of the Court shall assign this action to the docket of Magistrate Judge Frank J. Singer.  The new case number is **1:26-cv-02029-JLT-FJS**. All future pleadings shall be so numbered.  Failure to use the correct case number may delay receipt of documents by the appropriate judicial officer.

IT IS SO ORDERED.

Dated:  **April 1, 2026**

/s/ _Erin P. Groip_
UNITED STATES MAGISTRATE JUDGE

1