UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON SJ JOSLIN, | Case No. 1:26-cv-02029-JLT-FJS |
| Plaintiff, | ORDER RESETTING SCHEDULING CONFERENCE |
| v. | |
| U.S. DEPARTMENT OF THE INTERIOR, et al., | |
| Defendants. | |

On April 1, 2026, the Court reassigned this action to Magistrate Judge Frank J. Singer. (ECF No. 31.) Accordingly, the scheduling conference currently set for 7/28/2026 before Magistrate Judge Erica P. Grosjean is RESET to July 28, 2026, at 10:00 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer. The parties shall file a joint scheduling report seven (7) days prior to the conference. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated:   **April 29, 2026**

_____
UNITED STATES MAGISTRATE JUDGE