ERIC GRANT
United States Attorney
RACHEL R. DAVIDSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2731
Email:  Rachel.Davidson@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. SHANNON "SJ" JOSLIN,<br><br>                    Plaintiff,<br><br>          v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et. al.<br><br>                    Defendants. | No. 1:26-CV-02029-JLT-FJS<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS**<br><br>Date: June 12, 2026<br>Time: 9:00 a.m.<br>Location: Courtroom 4, 7th floor<br>Judge: Hon. Jennifer L. Thurston |

**NOTICE OF MOTION AND MOTION TO DISMISS**

PLEASE TAKE NOTICE that on June 12, 2026 at 9:00 a.m., or as soon thereafter as this matter may be heard, Defendants will move to dismiss Plaintiff's first amended complaint (ECF 29) for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1) and for failure to state a claim pursuant to Rule 12(b)(6).

This Motion will be presented in Courtroom 4 of the United States Courthouse located at 2500 Tulare Street in Fresno, California 93721.  Defendants' Motion is based on this Notice of Motion and Motion, the attached Memorandum of Points and Authorities, the files and records in this case, and such other evidence or argument as the Court may consider.

**MEET AND CONFER CERTIFICATION**

**This motion is made following the conference of counsel pursuant to the Court's standing order which took place on March 17, 2026 at 11:00 a.m. (PST).  The parties have exhausted their**

NOTICE OF MOTION AND MOTION TO DISMISS          1

**meet-and-confer efforts to resolve this Motion.**

Respectfully submitted,

Dated:  April 30, 2026

ERIC GRANT
United States Attorney

By:  */s/ Rachel R. Davidson*
RACHEL R. DAVIDSON
Assistant United States Attorney

Attorneys for Defendants