Clayton L. Bailey (DC Bar No. 1644867) (admitted *pro hac vice*)
Margaret (Emmy) Wydman (DC Bar No. 9007646) (admitted *pro hac vice*)
**Civil Service Law Center LLP**
1455 Pennsylvania Ave NW, Suite 400
Washington, DC 20004
(202) 571-7836

Paula Dinerstein (DC Bar No. 333971) (admitted *pro hac vice*)
**Public Employees for Environmental Responsibility**
962 Wayne Ave, Suite 610
Silver Spring, MD 20910
(202) 464-2293
pdinerstein@peer.org

*Counsel for Plaintiff Shannon "SJ" Joslin*

[Additional counsel listed on signature page]

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA**

DR. SHANNON "SJ" JOSLIN,

      *Plaintiff,*

      vs.

U.S. DEPARTMENT OF THE INTERIOR, *et al.*,

      *Defendants.*

Case No. 1:26-cv-2029-JLT-EPG

**SECOND DECLARATION OF SHANNON "SJ" JOSLIN**

I, Shannon "SJ" Joslin, state as follows:

1.     I am the plaintiff in the above-captioned lawsuit.  I am over the age of eighteen and am competent to testify as to the matters set forth in this declaration based on my own personal knowledge.

2.     Alex Wild and Nate Vince also participated in the May 20th trans pride flag display. At the time of the display, both were NPS employees, and at least one was a tenured employee.  And since then, both have been fired for their involvement in the May 20th display.  At the time of their Notice of Proposed Removals and subsequent firings, both Alex and Nate were tenured employees.

SECOND DECLARATION OF
SHANNON "SJ" JOSLIN          -1-

3.      I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 14, 2026 in the state of California.

_/s/ Shannon "SJ" Joslin*_
Shannon "SJ" Joslin

*Pursuant to Local Rule 131(f), original signature maintained by attorney Margaret (Emmy) Wydman

SECOND DECLARATION OF
SHANNON "SJ" JOSLIN                    -2-

Dated: May 14, 2026

Respectfully submitted,

*/s/ Chloe Connolly*

**CIVIL SERVICE LAW CENTER LLP**
Clayton L. Bailey* (DC Bar No. 1644867)
Margaret (Emmy) Wydman* (DC Bar No. 9007646)
1455 Pennsylvania Ave NW, Suite 400
Washington, DC 20004
(202) 571-7836
cbailey@civilservicellp.com
ewydman@civilservicellp.com

**PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY**
Paula Dinerstein* (DC Bar No. 333971)
962 Wayne Ave, Suite 610
Silver Spring, MD 20910
(202) 464-2293
pdinerstein@peer.org

*Admitted *pro hac vice*

**QUINN EMANUEL URQUHART & SULLIVAN LLP**
Chloe Connolly, CA Bar #348962
50 California St., 22nd Fl.
San Francisco, CA 94111
(415) 875-6600
chloeconnolly@quinnemanuel.com

Marshall Searcy, CA Bar #169269
865 S. Figueroa St., 10th Fl.
Los Angeles, CA 90017
(213) 443-3000
marshallsearcy@quinnemanuel.com

MacKenzie Freed, CA Bar #353450
555 Twin Dolphin Dr., 5th Fl.
Redwood Shores, CA 94065
(650) 801-5000
mackenziefreed@quinnemanuel.com

*Counsel for Plaintiff Shannon "SJ" Joslin*

SECOND DECLARATION OF
SHANNON "SJ" JOSLIN                    -3-

**CERTIFICATE OF SERVICE**

I hereby certify that on May 14, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of and effectuate service on such as to the attorneys of record.

_/s/ Chloe Connolly_
Chloe Connolly, CA Bar #348962

SECOND DECLARATION OF
SHANNON "SJ" JOSLIN                    -4-