ERIC GRANT
United States Attorney
RACHEL R. DAVIDSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Email: Rachel.Davidson@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON "SJ" JOSLIN,<br><br>                    Plaintiff,<br><br>        v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.<br><br>                    Defendants. | No. 1:26-CV-02029-JLT-EPG<br><br>**STIPULATION: BRIEFING SCHEDULE RE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Jennifer L. Thurston |

Plaintiff Dr. Shannon "SJ" Joslin filed a second amended complaint on July 10, 2026. Considering the newly filed pleading, Plaintiff and Defendants, through their respective counsel, stipulate and respectfully request that the Court adopt the following briefing schedule for Defendants' anticipated motion to dismiss the second amended complaint:

| Event | Stipulated/Proposed Filing Deadline |
|---|---|
| ▪ Defendants' Motion to Dismiss Second Amended Complaint | August 10, 2026 |
| ▪ Plaintiff's Opposition to Motion to Dismiss | August 31, 2026 |
| ▪ Defendants' Reply ISO Motion to Dismiss | September 14, 2026 |

The parties further respectfully request that the Scheduling Conference, currently set for July 28, 2026, be continued to a date convenient to the Court in October/November 2026 so that briefing on Defendants' anticipated motion to dismiss may be completed before case management deadlines are set, thereby promoting judicial economy and conserving court and party resources.

///

STIPULATION                                    1

Respectfully submitted,

Dated:  July 13, 2026                    ERIC GRANT
                                         United States Attorney

                                  By:    */s/ Rachel R. Davidson*
                                         RACHEL R. DAVIDSON
                                         Assistant United States Attorney

                                         Attorneys for Defendants


Dated:  July 13, 2026                    CLAYTON BAILEY
                                         Civil Service Law Center LLP

                                  By:    */s/ Clayton Bailey (Auth.* 7/13/2026)

                                         Attorneys for Plaintiff


STIPULATION                              2