ERIC GRANT
United States Attorney
RACHEL R. DAVIDSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Email: Rachel.Davidson@usdoj.gov

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON "SJ" JOSLIN,<br><br>Plaintiff,<br><br>v.<br><br>U.S. DEPARTMENT OF THE INTERIOR, et al.<br><br>Defendants. | No. 1:26-CV-02029-JLT-EPG<br><br>**[PROPOSED] ORDER: BRIEFING SCHEDULE RE DEFENDANTS' MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT**<br><br>Judge: Hon. Jennifer L. Thurston |

Pursuant to the parties' stipulation, the Court hereby orders the following briefing schedule regarding Defendants' anticipated motion to dismiss Plaintiff's second amended complaint filed on July 10, 2026:

| Event | Stipulated/Proposed Filing Deadline |
|---|---|
| ▪ Defendants' Motion to Dismiss Second Amended Complaint | August 10, 2026 |
| ▪ Plaintiff's Opposition to Motion to Dismiss | August 31, 2026 |
| ▪ Defendants' Reply ISO Motion to Dismiss | September 14, 2026 |
| ▪ Scheduling Conference | October/November___, 2026 |

IT IS SO ORDERED.

Dated: _____

_____
HONORABLE JENNIFER L. THURSTON
United States District Court Judge

[PROPOSED] ORDER: STIPULATION RE MOTION TO DISMISS                    1