UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON SJ JOSLIN, | CASE NO. 1:26-cv-02029-JLT-FJS |
| Plaintiff, | |
| v. | ORDER CONTINUING SCHEDULING CONFERENCE |
| U.S. DEPARTMENT OF THE INTERIOR, *et al.,* | (ECF No. 48) |
| Defendants. | |

Having considered the stipulation and joint request of the parties (ECF No. 48), and good cause appearing, the court ORDERS:

1.    The stipulation and joint request (ECF No. 48) is GRANTED;

2.    The scheduling conference currently set for July 28, 2026, is CONTINUED to November 18, 2026, at 10:30 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer;

3.    The parties shall file their joint scheduling report seven (7) days before the rescheduled conference; and

4.    The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the courtroom deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated:    **July 17, 2026**

_____
UNITED STATES MAGISTRATE JUDGE