UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANNON SJ JOSLIN,<br>Plaintiff,<br>v.<br>U.S. DEPARTMENT OF THE INTERIOR, ET AL.,<br>Defendant. | Case No. 1:26-CV-02029-JLT-FJS<br>ORDER CONTINUING SCHEDULING CONFERENCE |

Because the motion to dismiss (ECF No. 50) remains pending with the assigned district judge, the SCHEDULING CONFERENCE currently set for November 18, 2026, is continued to January 25, 2027, at 11:30 AM in Courtroom 8 (FJS) before Magistrate Judge Frank J. Singer. The parties shall file a Joint Scheduling Report seven (7) days prior to the conference. The parties shall appear at the conference remotely by telephone. The parties will be provided with the telephonic conference information by the Courtroom Deputy prior to the conference. The conference number and password are confidential and are not to be shared.

IT IS SO ORDERED.

Dated: **October 15, 2026**

UNITED STATES MAGISTRATE JUDGE